# COMPREHENSIVE REHABILITATION EVALUATION

Containing

**Comprehensive Medical Evaluation**
**Vocational Position Statement**
**AMA Impairment Rating**
**Functional Assessment**
**Continuation of Care**
**Summary Report**
**Photographs**
**Documentation**
**Medical Records Review**

On

# Stanley Augusmar

Prepared by:
Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, International Academy of Independent Medical Evaluators
© 2002 by Craig H. Lichtblau, M.D.

# COMPREHENSIVE REHABILITATION EVALUATION

Containing

**Comprehensive Medical Evaluation**
**Vocational Position Statement**
**AMA Impairment Rating**
**Functional Assessment**
**Continuation of Care**
**Summary Report**
**Photographs**
**Documentation**
**Medical Records Review**

On

# Stanley Augusmar

Prepared by:
Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, International Academy of Independent Medical Evaluators
© 2002 by Craig H. Lichtblau, M.D.

# Comprehensive Medical Evaluation

Plaintiff Exhibit 29 - 011282

# CRAIG H. LICHTBLAU, M.D., P.A.

PHYSICAL MEDICINE AND REHABILITATION
BOARD CERTIFIED

PEDIATRIC • ADOLESCENT • ADULT • GERIATRIC

550 Northlake Boulevard
North Palm Beach, Florida 33408-5409
Phone: (561) 842-3694
Facsimile: (561) 842-3774

Outpatient Physical Medicine
Inpatient Rehabilitation
Medical Functional Capacity Exams
Nationwide Catastrophic Evaluations

Judson L. Cohen, Esquire
Oaks Plaza
14125 NW 80th Avenue, Suite 400
Miami Lakes, Florida  33016

### Comprehensive Medical Evaluation

Date:    06/29/18
Patient: Stanley Augusmar
Chart #:  38052
DOB:    06/23/83
Date of Injury:  01/17/18

History of Present Illness:
This is a 35-year-old, right-hand dominant Haitian male who states he was in his usual state of health until January 17, 2018, when he was a passenger in an Uber vehicle that was struck T-bone style by another vehicle.  The patient states he immediately felt a loss of sensation and motor strength in all four of his extremities.  The patient was transported from the scene of the accident by fire rescue (ground ambulance) to Jackson Ryder Trauma Center.

After the patient was admitted it was discovered he had a problem with his carotid artery, which needed to be stabilized.  Once his carotid artery was stabilized the patient was taken to the operating room for a neck stabilization procedure.

Dr. Michael Wang performed a neck stabilization procedure on 02/03/18 and the patient was then transported to the Trauma Step-Down Unit.

Stanley Augusmar                                          Page 2

The patient remained in Jackson Memorial Hospital for an extended period of time, (almost two months), because he had a problem breathing and he was on a ventilator. The patient was then discharged to Jackson Memorial Long-Term Care Center.

The patient remained relatively medically stable at Jackson Memorial Long-Term Care Center; however, he developed pneumonia and had to be readmitted to Jackson Memorial Hospital. He was admitted and received appropriate intravenous antibiotics. Once the patient was medically stable he was discharged back to Jackson Memorial Long-Term Care Center.

The patient states he is very upset because while he is staying in this facility he is not receiving any physical or occupational therapy services, and he is just laying in bed. The patient states his mother comes to visit him and she takes care of him because she is a nurse; however, he basically stays in bed all day.

Presently, the patient states he suffers from intermittent bilateral shoulder pain, which he describes as an 8 to 9 on the 1 to 10 scale for pain. The patient states when they try to move him or position him in bed he will experience an exacerbation of his left shoulder pain which is greater than his right shoulder pain. The patient states he also has a very difficult time breathing and he feels like he is suffering from air hunger all of the time. The patient states he suffers from a pounding headache occasionally, which comes and goes. When the patient has a pounding headache he also experiences sweating on his head.

The patient has no control of his bowel and bladder. His bladder is managed with a Foley catheter and he gets laxatives to manage his bowel and wears a diaper.

The patient states prior to sustaining the injuries in the accident on 01/17/18, he was employed as a cook at Zak the Baker and also worked as a handyman for an electrician. The patient also worked stocking at a grocery store. The patient enjoyed working out with weights, playing basketball at the neighborhood gym, and going to local football games.

The patient currently is living in a room in his brother's house. He does not have a wheelchair accessible home, a wheelchair accessible van, or a wheelchair. The patient's mother states her son does not have the equipment he needs as a high level quadriplegic. The patient states he is depressed about his current situation.

The patient is not married. He has a five-year-old daughter who he supports.

Past Medical History:
The patient has a history of hypertension and takes Clonidine. The patient has no history of diabetes, cancer or heart attack.

Stanley Augusmar                                                  Page 3

Past Surgical History:
Negative.

Allergies:
No known drug allergies.

Medications:
Clonidine

Family History:
The patient's father died at age 67 secondary to complications of diabetes, high blood pressure, and Alzheimer's.  The patient's mother is 69 years of age with a history of high blood pressure and heart disease.  The patient has two sisters and three brothers, all alive and well.  Two of his brothers have high blood pressure and diabetes.

Social History:
The patient is 35 years of age.  He is not married and has a five-year-old daughter.  The patient smoked cigarettes and occasionally smoked marijuana.  The patient did not drink alcohol or use other illegal drugs.

The patient's mother states she is a nurse in North Miami Beach at Crystal Bay.  She states when she gets off work she comes to visit her son.  She states she comes every day at 11:00 A.M. and leaves at 2:00 P.M.  She then comes back at 12:00 A.M. and stays until 2:00 A.M. every day.

Review of Systems:
As in HPI.

Physical Examination:
| | |
|---|---|
| Constitutional: | **General:** Well-nourished, well-developed male.<br>**Vital signs**: Stable, afebrile. |
| Psychiatric: | Alert and oriented x 3. Short and long-term memory intact. Patient is in no acute distress. |
| Skin: | Without scars, masses, lesions, discharge. |
| Head: | Atraumatic, normocephalic. |
| Eyes: | Pupils are equal, round and reactive to light and accommodation. Extraocular movements full. Sclera clear. Ophthalmic Examination deferred. |
| Ears/Nose<br>Mouth & Throat: | Ears without discharge. Nose without obstruction. Without lesions, masses. Otoscopic examination deferred. Hearing within functional limits. |
| Neck: | The patient has a trach collar in place, (please see photographs), **(Tab #1)**. |

Stanley Augusmar                                           Page 4

| | |
|---|---|
| Respiratory: | Auscultation of lungs without adventitious breath sounds. Respiration without use of accessory muscles. |
| Cardiovascular: | **Heart:** Auscultation of heart reveals S1 and S2 no gallops, murmurs or heaves. Regular rate and rhythm. |
| | **Pulses:** Radial pulse and dorsal pedal pulse 2+ bilaterally. |
| | **Extremities:** Without clubbing, cyanosis, or edema. |
| Gastrointestinal: | The patient has a G-tube in place, (please see photographs), **(Tab #1)**. |
| Genitourinary: | The patient has a Foley catheter in place. |
| Musculoskeletal: | **General:** There is no observable edema at any joint. |
| | **AROM:** The patient is unable to move his four extremities. |
| | **Gait:** Unable to test. |
| Neurological: | Speech normal, low volume. |
| | **Cranial Nerves:** Untested. |
| | **Deep Tendon Reflexes:** Untested. |
| | **Babinski:** Untested. |
| | **Romberg:** Untested. |
| | **Sensory:** The patient has a sensory level of approximately C4. |
| | **Motor:** 0/5 bilateral biceps, triceps, brachial radialis and bilateral lower extremities. |

Records Review:
Medical records were reviewed. Below is a list of pertinent records.

**2018**
01/17/18      Miami-Dade Fire Rescue Report

**Jackson Memorial Hospital**
01/17/18      Emergency Department Note, Tanya L. Zakrison, M.D.
01/17/18      History and Physical, Roberto J. Perez-Roman, M.D.
01/17/18      X-Ray Chest and Pelvis 1-2 Views, Anthony M. Durso, M.D.
01/17/18      CTA Neck with Contrast, Anthony M. Durso, M.D.
01/17/18      CT Cervical Spine without Contrast, Anthony M. Durso, M.D.
01/17/18      CT Brain without Contrast, Anthony M. Durso, M.D.
01/17/18      CT Lumbar Spine without Contrast, Anthony M. Durso, M.D.
01/17/18      CTA Abdomen and Pelvis with Contrast, Anthony M. Durso, M.D.
01/17/18      CT Thoracic Spine without Contrast, Anthony M. Durso, M.D.
01/17/18      CTA Chest with Contrast, Anthony M. Durso, M.D.
01/17/18      MRI of the Cervical Spine without Contrast, Judith M. Post, M.D.
01/17/18      MRI of the Thoracic Spine without Contrast, Judith M. Post, M.D.
01/17/18      Procedure Note, Joyce I. Kaufman, M.D.
01/17/18-     Multiple Neurophysiology Emboli Detection without Injection
02/03/18      Reports

Stanley Augusmar                                              Page 5

| | |
|---|---|
| 01/19/18 | Brain Attack Consult Note, Nicholas Liaw, M.D. |
| 01/19/18 | CT Brain without Contrast, Anthony M. Durso, M.D. |
| 01/19/18 | CTA Head with and without Contrast, Anthony M. Durso, M.D. |
| 01/19/18 | CT Neck with and without Contrast, Anthony M. Durso, M.D. |
| 01/19/18 | History and Physical, Daniel G. Eichberg |
| 01/19/18 | Operative Report, Roberto C. Heros, M.D. |
| 01/19/18 | X-Ray Chest 1 View, Eduard Ghersin, M.D. |
| 01/19/18 | NG Tube Verification, Rosa P. Castillo-Acosta, M.D. |
| 01/20/18 | NG Tube Verification, Rosa P. Castillo-Acosta, M.D. |
| 01/20/18 | CT Brain without Contrast, Natalya Nagornaya, M.D. |
| 01/20/18 | 2D Echo with Doppler, Marian T. Calfa, M.D. |
| 01/21/18 | Procedure Note, Carlos Rodriguez, R.N. |
| 01/21/18 | Ultrasound Bilateral Lower Extremity, Gisela C. Henriquez, M.D. |
| 01/21/18 | Ultrasound Bilateral Upper Extremity, Gisela C. Henriquez, M.D. |
| 01/22/18 | X-Ray Chest 1 View, Joel E. Fishman, M.D. |
| 01/22/18 | Nurse Consultation, Loreto E. Collins, R.N. |
| 01/22/18 | Anesthesiology Consultation, Jessica H. Prada, CRNA |
| 01/22/18 | Operative Report, Roberto C. Heros, M.D. |
| 01/23/18 | Anesthesiology Consultation, Eric A. Harris, M.D. |
| 01/24/18 | History and Physical, Marie C. Brunet |
| 01/24/18 | Procedure Note, Marie C. Brunet |
| 01/24/18 | Carotid Cerebral Angiogram, Robert M. Starke, M.D. |
| 01/24/18 | X-Ray Chest 1 View, Humberto O. Martinez, M.D. |
| 01/24/18 | MRI of the Brain without Contrast, Judith M. Post, M.D. |
| 01/25/18 | Psychology Consultation, Karin A. Garcia |
| 01/26/18 | X-Ray Chest 1 View, Yoel J. Siegel, M.D. |
| 01/28/18 | X-Ray Chest 1 View, Shabbir H. Ezuddin, M.D. |
| 01/29/18 | X-Ray Chest 1 View, Yoel J. Siegel, M.D. |
| 01/29/18 | CT Brain without Contrast, Judith M. Post, M.D. |
| 01/30/18 | X-Ray Chest 1 View, Yoel J. Siegel, M.D. |
| 01/31/18 | Psychology Consultation, Karin A. Garcia |
| 02/01/18 | X-Ray Chest 1 View, Yoel J. Siegel, M.D. |
| 02/01/18 | Ultrasound Abdominal, Rosa P. Castillo-Acosta, M.D. |
| 02/01/18 | MRI of the Cervical Spine without Contrast, Charif Sidani, M.D. |
| 02/02/18 | Procedure Note, Marie C. Brunet |
| 02/02/18 | Carotid Cerebral Angiogram, Robert M. Starke, M.D. |
| 02/02/18 | Ultrasound Bilateral Lower Extremity, Martin R. Goyenechea, M.D. |
| 02/02/18 | Ultrasound Bilateral Upper Extremity, Martin R. Goyenechea, M.D. |
| 02/03/18 | Anesthesiology Consultation, Yosaf Zeyed |
| 02/03/18 | Operative Report, Michael Yung-Shun Wang, M.D. |
| 02/05/18 | X-Ray Chest 1 View, Eduard Ghersin, M.D. |
| 02/07/18 | EKG, Rhea Sancassani, M.D. |
| 02/07/18 | Psychology Consultation, Karin A. Garcia |
| 02/07/18 | X-Ray Chest 1 View, Yoel J. Siegel, M.D. |
| 02/11/18 | X-Ray Chest 1 View, Joel E. Fishman, M.D. |
| 02/11/18 | History and Physical, Opeoluwa O. Fawole, M.D. |

Stanley Augusmar                                                    Page 6

| | |
|---|---|
| 02/12/18 | Ultrasound Bilateral Lower Extremity, Beatrice L. Madrazo, M.D. |
| 02/12/18 | Ultrasound Bilateral Upper Extremity, Beatrice L. Madrazo, M.D. |
| 02/12/18 | Psychology Consultation, Karin A. Garcia |
| 02/12/18 | Operative Report, Opeoluwa O. Fawole, M.D. |
| 02/12/18 | X-Ray Chest 1 View, Humberto O. Martinez, M.D. |
| 02/14/18 | History and Physical, Karen H. Chamuel, ARNP |
| 02/15/18 | Procedure Note, Shanchita Ghosh |
| 02/16/18 | X-Ray Chest 1 View, Humberto O. Martinez, M.D. |
| 02/16/18 | Psychology Consultation, Karin A. Garcia |
| 02/19/18 | X-Ray Chest 1 View, Humberto O. Martinez, M.D. |
| 02/21/18 | Pulmonology Consultation, Rafael A. Calderon-Candelario, M.D. |
| 02/21/18 | Psychology Consultation, Karin A. Garcia |
| 02/21/18 | X-Ray Chest 1 View, Eduard Ghersin, M.D. |
| 02/23/18 | X-Ray Chest 1 View, Yoel J. Siegel, M.D. |
| 02/25/18 | X-Ray Chest 1 View, Eduard Ghersin, M.D. |
| 02/26/18 | Procedure Note, Jose A. Brito, M.D. |
| 02/27/18 | Psychology Consultation, Karin A. Garcia |
| 02/27/18 | X-Ray Chest 1 View, Yoel J. Siegel, M.D. |
| 03/01/18 | X-Ray Chest 1 View, Yoel J. Siegel, M.D. |
| 03/01/18 | X-Ray Chest 1 View, Yoel J. Siegel, M.D. |
| 03/03/18 | X-Ray Chest 1 View, Pamela Nottingham, D.O. |
| 03/19/18 | X-Ray Chest 1 View, Divyang Patel, M.D., Allied Mobile X-Ray & Ultrasound |

**-End of Records Review Index-**

**Pertinent records reviewed are contained in the
Medical Records Review section.**

Diagnostic Impression:
1. History of ASIA B C7 spinal cord injury, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
2. History of a non-displaced fracture of his C3 right lamina extending into the right articular mass and approaching the inferior facet articular surface with displaced fractures of his C6 right lamina and superior articular process extending through the intervertebral foramen into the right uncinate process and right pedicle, demonstrated on CTA of his neck with contrast completed on 01/17/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
3. History of abnormal signal within his spinal cord extending from C3 through C7 concerning for cord edema and/or contusion, C3 and C6 right lamina fracture with extension, serosanguineous ventral epidural collection extending from C2 through C7, mild cord compression at his C4 and C6 spinal levels,

Stanley Augusmar                                                    Page 7

moderate compression C5 through the superior aspect of C6, C5-6 post-traumatic protrusion versus extrusion with findings which may represent inferiorly migrated disc extrusion with sequestered disc, ventral epidural hematoma causing moderate cord compression, pre-vertebral serosanguineous collection extending from C2 through C6 and T1-2, widening of interspaces at C3-4 and C5-6 concerning for ligamentous injury, C6 through T2 vertebral body contusions, demonstrated on MRI of his cervical spine without contrast completed on 01/17/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

4. History of a large hypodensity in his right inferior cerebellum favored to represent a new area of ischemia with diffuse sulcal effacement suggestive of diffuse cerebral edema with the third and lateral ventricles dilated and compressed and fourth ventricle suggesting obstructive hydrocephalus, demonstrated on CT scan of his brain without contrast completed on 01/19/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

5. Status-post suboccipital decompression, performed by Dr. Roberto Heros on 01/19/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

6. History of right vertebral artery occlusion with development of large cerebellar stroke, status-post suboccipital decompression, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

7. History of worsening interstitial opacities bilaterally concerning for diffuse worsening of interstitial pulmonary edema versus atypical worsening infectious process, demonstrated on x-ray of his chest completed on 01/22/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

8. Status-post suboccipital decompressive craniectomy performed by Dr. Roberto Heros, Dr. Samir Sur, and Dr. Joshua Burks on 01/22/18, secondary to right cerebellar stroke with brainstem compression, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

9. History of right traumatic vertebral artery dissection with ischemic complication (PICA stroke), two zones of vessel irregularities in the V2 segment with mild stenosis, minimal left vertebral artery V2 irregularity, non-flow limiting dissection, demonstrated on diagnostic cerebral angiogram performed by Dr. Starke and Dr. Brunet on 01/24/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

10. Status-post placement of pipeline embolization device across right vertebral artery dissection, performed by Dr. Starke and Dr. Brunet on 01/24/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

Stanley Augusmar                                              Page 8

11. History of evolving right PICA infarct with decreasing amount of hypodensity
in the region with mild extra-axial subgaleal low density collection around his
right cerebellum extending superiorly to the level of his tentorium with slight
bulging of his brain at the surgical site, demonstrated on CT scan of his brain
without contrast completed on 01/29/18, secondary to injuries sustained in a
motor vehicle accident on 01/17/18 while he was a passenger in an Uber
vehicle.

12. History of subsequent severe cord compression with interval development of
anterolisthesis C5 on C6, measuring four to five mm, with increased signal
intensity within the cord with cord abnormalities seen extending from the
cervical medullary junction through the visualized upper thoracic spine with
buckling of the anterior longitudinal ligament, demonstrated on MRI of his
cervical spine without contrast completed on 02/01/18, secondary to injuries
sustained in a motor vehicle accident on 01/17/18 while he was a passenger
in an Uber vehicle.

13. History of hepatomegaly demonstrated on ultrasound of the abdomen
obtained on 02/01/18, secondary to injuries sustained in a motor vehicle
accident on 01/17/18 while he was a passenger in an Uber vehicle.

14. History of ruptured right MCA aneurysm, secondary to injuries sustained in a
motor vehicle accident on 01/17/18 while he was a passenger in an Uber
vehicle.

15. Status-post superselective catheterization of right V2 segment, coil
embolization of right VA, and selective angiogram, performed by Dr. Starke
and Dr. Khandelwal on 02/02/18, secondary to injuries sustained in a motor
vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

16. Status-post C5-6 anterior cervical discectomy with fusion, plating and
structural allograft performed by Dr. Michael Yung-Shun Wang on 02/03/18,
secondary to injuries sustained in a motor vehicle accident on 01/17/18 while
he was a passenger in an Uber vehicle.

17. History of C5-C6 fracture dislocation with herniation and complete paralysis,
secondary to injuries sustained in a motor vehicle accident on 01/17/18 while
he was a passenger in an Uber vehicle.

18. History of chronic respiratory failure, secondary to injuries sustained in a
motor vehicle accident on 01/17/18 while he was a passenger in an Uber
vehicle.

19. Status-post tracheostomy performed on 02/12/18, secondary to injuries
sustained in a motor vehicle accident on 01/17/18 while he was a passenger
in an Uber vehicle.

20. Status-post placement of percutaneous gastrojejunostomy, secondary to
injuries sustained in a motor vehicle accident on 01/17/18 while he was a
passenger in an Uber vehicle.

21. History of neurogenic bowel, secondary to injuries sustained in a motor
vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

22. History of neurogenic bladder, secondary to injuries sustained in a motor
vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

Stanley Augusmar                                                    Page 9

23. History of neurogenic sexual dysfunction, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
24. History of station and gait disorder, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
25. History of upper extremity CNS dysfunction, dominant and non-dominant upper extremities, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
26. Acute functional decline requiring dependence on other people for survival in his environment, secondary to C4 ASIA B spinal cord injury, neurogenic bowel and bladder, chronic pain, and depression, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

Assessment:
This is a 35-year-old, right-hand dominant Haitian male who states he was in his usual state of health until January 17, 2018, when he was a passenger in an Uber vehicle that was struck T-bone style by another vehicle.  The patient states he immediately felt a loss of sensation and motor strength in all four of his extremities. The patient was transported from the scene of the accident by fire rescue (ground ambulance) to Jackson Ryder Trauma Center.

After the patient was admitted it was discovered he had a problem with his carotid artery, which needed to be stabilized.  Once his carotid artery was stabilized the patient was taken to the operating room for a neck stabilization procedure.

Dr. Michael Wang performed a neck stabilization procedure on 02/03/18 and the patient was then transported to the Trauma Step-Down Unit.

The patient remained in Jackson Memorial Hospital for an extended period of time, (almost two months), because he had a problem breathing and he was on a ventilator.  The patient was then discharged to Jackson Memorial Long-Term Care Center.

The patient remained relatively medically stable at Jackson Memorial Long-Term Care Center; however, he developed pneumonia and had to be readmitted to Jackson Memorial Hospital.   He was admitted and received appropriate intravenous antibiotics.  Once the patient was medically stable he was discharged back to Jackson Memorial Long-Term Care Center.

The patient states he is very upset because while he is staying in this facility he is not receiving any physical or occupational therapy services, and he is just laying in bed.  The patient states his mother comes to visit him and she takes care of him because she is a nurse; however, he basically stays in the bed all day.

Stanley Augusmar                                        Page 10

Presently, the patient states he suffers from intermittent bilateral shoulder pain, which he describes as an 8 to 9 on the 1 to 10 scale for pain. The patient states when they try to move him or position him in bed he will experience an exacerbation of his left shoulder pain which is greater than his right shoulder pain. The patient states he also has a very difficult time breathing and he feels like he is suffering from air hunger all of the time. The patient states he suffers from a pounding headache occasionally, which comes and goes. When the patient has a pounding headache he also experiences sweating on his head.

The patient has no control of his bowel and bladder. His bladder is managed with a Foley catheter and he gets laxatives to manage his bowel and wears a diaper.

The patient states prior to sustaining the injuries in the accident on 01/17/18, he was employed as a cook at Zak the Baker and also worked as a handyman for an electrician. The patient also worked stocking at a grocery store. The patient enjoyed working out with weights, playing basketball at the neighborhood gym, and going to local football games.

The patient currently is living in a room in his brother's house. He does not have a wheelchair accessible home, a wheelchair accessible van, or a wheelchair. The patient's mother states her son does not have the equipment he needs as a high level quadriplegic.

The patient is not married. He has a five-year-old daughter who he supports.

It is my medical opinion as a Board Certified Physiatrist this patient has sustained a significant impairment, disability, and cost for future medical care as a direct result of the injuries sustained in the motor vehicle accident on 01/17/18.

In order to accurately define this patient's impairment, disability, and cost for future medical care the following will be performed:

1. Vocational Position Statement.
2. AMA Impairment Rating.
3. Functional Assessment.
4. Continuation of Care.
5. Summary Report.
6. Photographs.
7. Documentation.
8. Medical Records Review.

Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, International Academy of Independent Medical Evaluators
CHL/de/jul.18

# Vocational Position Statement

# CRAIG H. LICHTBLAU, M.D., P.A.

## PHYSICAL MEDICINE AND REHABILITATION
### BOARD CERTIFIED

PEDIATRIC • ADOLESCENT • ADULT • GERIATRIC

550 Northlake Boulevard
North Palm Beach, Florida 33408-5409
Phone: (561) 842-3694
Facsimile: (561) 842-3774

Outpatient Physical Medicine
Inpatient Rehabilitation
Medical Functional Capacity Exams
Nationwide Catastrophic Evaluations

Judson L. Cohen, Esquire
Oaks Plaza
14125 NW 80th Avenue, Suite 400
Miami Lakes, Florida  33016

## Vocational Position Statement

Date:   06/29/18
Patient:  Stanley Augusmar
Chart #:  38052
DOB:   06/23/83
Date of Injury:  01/17/18

Diagnoses:
1. History of ASIA B C7 spinal cord injury, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
2. History of a non-displaced fracture of his C3 right lamina extending into the right articular mass and approaching the inferior facet articular surface with displaced fractures of his C6 right lamina and superior articular process extending through the intervertebral foramen into the right uncinate process and right pedicle, demonstrated on CTA of his neck with contrast completed on 01/17/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

**Vocational Position Statement**
Stanley Augusmar
Page Two

3. History of abnormal signal within his spinal cord extending from C3 through C7 concerning for cord edema and/or contusion, C3 and C6 right lamina fracture with extension, serosanguineous ventral epidural collection extending from C2 through C7, mild cord compression at his C4 and C6 spinal levels, moderate compression C5 through the superior aspect of C6, C5-6 post-traumatic protrusion versus extrusion with findings which may represent inferiorly migrated disc extrusion with sequestered disc, ventral epidural hematoma causing moderate cord compression, pre-vertebral serosanguineous collection extending from C2 through C6 and T1-2,

4. widening of interspaces at C3-4 and C5-6 concerning for ligamentous injury, C6 through T2 vertebral body contusions, demonstrated on MRI of his cervical spine without contrast completed on 01/17/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

5. History of a large hypodensity in his right inferior cerebellum favored to represent a new area of ischemia with diffuse sulcal effacement suggestive of diffuse cerebral edema with the third and lateral ventricles dilated and compressed and fourth ventricle suggesting obstructive hydrocephalus, demonstrated on CT scan of his brain without contrast completed on 01/19/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

6. Status-post suboccipital decompression, performed by Dr. Roberto Heros on 01/19/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

7. History of right vertebral artery occlusion with development of large cerebellar stroke, status-post suboccipital decompression, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

8. History of worsening interstitial opacities bilaterally concerning for diffuse worsening of interstitial pulmonary edema versus atypical worsening infectious process, demonstrated on x-ray of his chest completed on 01/22/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

9. Status-post suboccipital decompressive craniectomy performed by Dr. Roberto Heros, Dr. Samir Sur, and Dr. Joshua Burks on 01/22/18, secondary to right cerebellar stroke with brainstem compression, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

10. History of right traumatic vertebral artery dissection with ischemic complication (PICA stroke), two zones of vessel irregularities in the V2 segment with mild stenosis, minimal left vertebral artery V2 irregularity, non-flow limiting dissection, demonstrated on diagnostic cerebral angiogram performed by Dr. Starke and Dr. Brunet on 01/24/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

**Vocational Position Statement**
Stanley Augusmar
Page Three

11. Status-post placement of pipeline embolization device across right vertebral artery dissection, performed by Dr. Starke and Dr. Brunet on 01/24/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

12. History of evolving right PICA infarct with decreasing amount of hypodensity in the region with mild extra-axial subgaleal low density collection around his right cerebellum extending superiorly to the level of his tentorium with slight bulging of his brain at the surgical site, demonstrated on CT scan of his brain without contrast completed on 01/29/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

13. History of subsequent severe cord compression with interval development of anterolisthesis C5 on C6, measuring four to five mm, with increased signal intensity within the cord with cord abnormalities seen extending from the cervical medullary junction through the visualized upper thoracic spine with buckling of the anterior longitudinal ligament, demonstrated on MRI of his cervical spine without contrast completed on 02/01/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

14. History of hepatomegaly demonstrated on ultrasound of the abdomen obtained on 02/01/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

15. History of ruptured right MCA aneurysm, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

16. Status-post superselective catheterization of right V2 segment, coil embolization of right VA, and selective angiogram, performed by Dr. Starke and Dr. Khandelwal on 02/02/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

17. Status-post C5-6 anterior cervical discectomy with fusion, plating and structural allograft performed by Dr. Michael Yung-Shun Wang on 02/03/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

18. History of C5-C6 fracture dislocation with herniation and complete paralysis, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

19. History of chronic respiratory failure, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

20. Status-post tracheostomy performed on 02/12/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

21. Status-post placement of percutaneous gastrojejunostomy, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

**Vocational Position Statement**
Stanley Augusmar
Page Four

22. History of neurogenic bowel, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
23. History of neurogenic bladder, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
24. History of neurogenic sexual dysfunction, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
25. History of station and gait disorder, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
26. History of upper extremity CNS dysfunction, dominant and non-dominant upper extremities, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
27. Acute functional decline requiring dependence on other people for survival in his environment, secondary to C4 ASIA B spinal cord injury, neurogenic bowel and bladder, chronic pain, and depression, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.


After obtaining a history, performing a physical examination, and observing this patient in his own environment, it is my medical opinion as a Board Certified Physiatrist this patient will be unable to maintain gainful employment in the competitive open labor market, or in a sheltered environment with a benevolent employer, secondary to his quadriplegia.


Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, International Academy of Independent Medical Evaluators
CHL/de/jul.18

# AMA Impairment Rating

According to the Sixth Edition AMA
Guides to the Evaluation of Permanent Impairment

**AMA Impairment Rating**
Patient: Stanley Augusmar
Date: 06/29/18

Diagnoses:
1. History of ASIA B C7 spinal cord injury, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
2. History of a non-displaced fracture of his C3 right lamina extending into the right articular mass and approaching the inferior facet articular surface with displaced fractures of his C6 right lamina and superior articular process extending through the intervertebral foramen into the right uncinate process and right pedicle, demonstrated on CTA of his neck with contrast completed on 01/17/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
3. History of abnormal signal within his spinal cord extending from C3 through C7 concerning for cord edema and/or contusion, C3 and C6 right lamina fracture with extension, serosanguineous ventral epidural collection extending from C2 through C7, mild cord compression at his C4 and C6 spinal levels, moderate compression C5 through the superior aspect of C6, C5-6 post-traumatic protrusion versus extrusion with findings which may represent inferiorly migrated disc extrusion with sequestered disc, ventral epidural hematoma causing moderate cord compression, pre-vertebral serosanguineous collection extending from C2 through C6 and T1-2, widening of interspaces at C3-4 and C5-6 concerning for ligamentous injury, C6 through T2 vertebral body contusions, demonstrated on MRI of his cervical spine without contrast completed on 01/17/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
4. History of a large hypodensity in his right inferior cerebellum favored to represent a new area of ischemia with diffuse sulcal effacement suggestive of diffuse cerebral edema with the third and lateral ventricles dilated and compressed and fourth ventricle suggesting obstructive hydrocephalus, demonstrated on CT scan of his brain without contrast completed on 01/19/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
5. Status-post suboccipital decompression, performed by Dr. Roberto Heros on 01/19/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
6. History of right vertebral artery occlusion with development of large cerebellar stroke, status-post suboccipital decompression, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
7. History of worsening interstitial opacities bilaterally concerning for diffuse worsening of interstitial pulmonary edema versus atypical worsening infectious process, demonstrated on x-ray of his chest completed on 01/22/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

**AMA Impairment Rating**
Patient: Stanley Augusmar
Date:   06/29/18
Page Two

8.  Status-post suboccipital decompressive craniectomy performed by Dr. Roberto
    Heros, Dr. Samir Sur, and Dr. Joshua Burks on 01/22/18, secondary to right
    cerebellar stroke with brainstem compression, secondary to injuries sustained in a
    motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
9.  History of right traumatic vertebral artery dissection with ischemic complication
    (PICA stroke), two zones of vessel irregularities in the V2 segment with mild
    stenosis, minimal left vertebral artery V2 irregularity, non-flow limiting dissection,
    demonstrated on diagnostic cerebral angiogram performed by Dr. Starke and Dr.
    Brunet on 01/24/18, secondary to injuries sustained in a motor vehicle accident on
    01/17/18 while he was a passenger in an Uber vehicle.
10. Status-post placement of pipeline embolization device across right vertebral artery
    dissection, performed by Dr. Starke and Dr. Brunet on 01/24/18, secondary to
    injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger
    in an Uber vehicle.
11. History of evolving right PICA infarct with decreasing amount of hypodensity in the
    region with mild extra-axial subgaleal low density collection around his right
    cerebellum extending superiorly to the level of his tentorium with slight bulging of his
    brain at the surgical site, demonstrated on CT scan of his brain without contrast
    completed on 01/29/18, secondary to injuries sustained in a motor vehicle accident
    on 01/17/18 while he was a passenger in an Uber vehicle.
12. History of subsequent severe cord compression with interval development of
    anterolisthesis C5 on C6, measuring four to five mm, with increased signal intensity
    within the cord with cord abnormalities seen extending from the cervical medullary
    junction through the visualized upper thoracic spine with buckling of the anterior
    longitudinal ligament, demonstrated on MRI of his cervical spine without contrast
    completed on 02/01/18, secondary to injuries sustained in a motor vehicle accident
    on 01/17/18 while he was a passenger in an Uber vehicle.
13. History of hepatomegaly demonstrated on ultrasound of the abdomen obtained on
    02/01/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18
    while he was a passenger in an Uber vehicle.
14. History of ruptured right MCA aneurysm, secondary to injuries sustained in a motor
    vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
15. Status-post superselective catheterization of right V2 segment, coil embolization of
    right VA, and selective angiogram, performed by Dr. Starke and Dr. Khandelwal on
    02/02/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18
    while he was a passenger in an Uber vehicle.
16. Status-post C5-6 anterior cervical discectomy with fusion, plating and structural
    allograft performed by Dr. Michael Yung-Shun Wang on 02/03/18, secondary to
    injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger
    in an Uber vehicle.

**AMA Impairment Rating**
Patient: Stanley Augusmar
Date:   06/29/18
Page Three

17. History of C5-C6 fracture dislocation with herniation and complete paralysis, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
18. History of chronic respiratory failure, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
19. Status-post tracheostomy performed on 02/12/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
20. Status-post placement of percutaneous gastrojejunostomy, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
21. History of neurogenic bowel, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
22. History of neurogenic bladder, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
23. History of neurogenic sexual dysfunction, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
24. History of station and gait disorder, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
25. History of upper extremity CNS dysfunction, dominant and non-dominant upper extremities, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
26. Acute functional decline requiring dependence on other people for survival in his environment, secondary to C4 ASIA B spinal cord injury, neurogenic bowel and bladder, chronic pain, and depression, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

**Station and Gait Dysfunction**

Class Diagnosis (CDX): 4
(Pg. 336, Table 13-12)

=   36-50% impairment of the whole person
(Pg. 336, Table 13-12)

**AMA Impairment Rating**
Patient:  Stanley Augusmar
Date:   06/29/18
Page Four

### Neurogenic Bowel

Class Diagnosis (CDX):  4
(Pg. 337, Table 13-13)

=   21-50% impairment of the whole person
(Pg. 337, Table 13-13)

### Neurogenic Bladder

Class Diagnosis (CDX):  2
(Pg. 337, Table 13-14)

=        6-15% impairment of the whole person
(Pg. 337, Table 13-14)

### Neurogenic Sexual Dysfunction

Class Diagnosis (CDX):  3
(Pg. 338, Table 13-15)

=        11-15% impairment of the whole person
(Pg. 338, Table 13-15)

### Gastrostomy Tube

Class Diagnosis (CDX):  _
(Pg. 118, Table 6-7)

=        10-15% impairment of the whole person
(Pg. 118, Table 6-7)

**AMA Impairment Rating**
Patient:  Stanley Augusmar
Date:   06/29/18
Page Five

### Bilateral Upper Extremity CNS Dysfunction

Class Diagnosis (CDX):  <u>4</u>
(Pg. 335, Table 13-11)

Dominant (Right)          =  <u>41-60%</u> impairment of upper extremity

Non-Dominant (Left)      =  <u>31-50%</u> impairment of upper extremity

### Dysesthetic Pain

Class Diagnosis (CDX):  <u>3</u>
(Pg. 339, Table 13-17)

=       <u>8-10%</u> impairment of the whole person
(Pg. 339, Table 13-17)

<u>Using the Combined Values Chart:</u>

| | | |
|---|---|---|
| Station and Gait Dysfunction | = | <u>36-50%</u> impairment of the whole person |
| Neurogenic Bowel | = | <u>21-50%</u> impairment of the whole person |
| Neurogenic Bladder | = | <u>6-15%</u> impairment of the whole person |
| Neurogenic Sexual Dysfunction | = | <u>11-15%</u> impairment of the whole person |
| Gastrostomy Tube | = | <u>10-15%</u> impairment of the whole person |
| Upper Ext CNS Dysf (Dominant) | = | <u>41-60%</u> impairment of the whole person |
| Upper Ext CNS Dysf (Non-Dominant) | = | <u>31-50%</u> impairment of the whole person |
| Dysesthetic Pain | = | <u>8-10%</u> impairment of the whole person |

=       <u>* 84-97%</u> **permanent partial impairment of the whole person**

*This does not include any impairment for depression (as a component of chronic pain), which does exist.

Craig H. Lichtblau, M.D.
Board Certified Physical Medicine and Rehabilitation
Fellow, American Academy of Disability Evaluating Physicians
CHL/JS/enjul.18

# Functional Assessment

Plaintiff Exhibit 29 - 011304

**Functional Assessment**
Patient: Stanley Augusmar
Date: 06/29/18

Diagnoses:
1. History of ASIA B C7 spinal cord injury, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
2. History of a non-displaced fracture of his C3 right lamina extending into the right articular mass and approaching the inferior facet articular surface with displaced fractures of his C6 right lamina and superior articular process extending through the intervertebral foramen into the right uncinate process and right pedicle, demonstrated on CTA of his neck with contrast completed on 01/17/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
3. History of abnormal signal within his spinal cord extending from C3 through C7 concerning for cord edema and/or contusion, C3 and C6 right lamina fracture with extension, serosanguineous ventral epidural collection extending from C2 through C7, mild cord compression at his C4 and C6 spinal levels, moderate compression C5 through the superior aspect of C6, C5-6 post-traumatic protrusion versus extrusion with findings which may represent inferiorly migrated disc extrusion with sequestered disc, ventral epidural hematoma causing moderate cord compression, pre-vertebral serosanguineous collection extending from C2 through C6 and T1-2, widening of interspaces at C3-4 and C5-6 concerning for ligamentous injury, C6 through T2 vertebral body contusions, demonstrated on MRI of his cervical spine without contrast completed on 01/17/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
4. History of a large hypodensity in his right inferior cerebellum favored to represent a new area of ischemia with diffuse sulcal effacement suggestive of diffuse cerebral edema with the third and lateral ventricles dilated and compressed and fourth ventricle suggesting obstructive hydrocephalus, demonstrated on CT scan of his brain without contrast completed on 01/19/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
5. Status-post suboccipital decompression, performed by Dr. Roberto Heros on 01/19/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
6. History of right vertebral artery occlusion with development of large cerebellar stroke, status-post suboccipital decompression, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
7. History of worsening interstitial opacities bilaterally concerning for diffuse worsening of interstitial pulmonary edema versus atypical worsening infectious process, demonstrated on x-ray of his chest completed on 01/22/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

**Functional Assessment**
Stanley Augusmar
Page Two

8.  Status-post suboccipital decompressive craniectomy performed by Dr. Roberto Heros, Dr. Samir Sur, and Dr. Joshua Burks on 01/22/18, secondary to right cerebellar stroke with brainstem compression, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

9.  History of right traumatic vertebral artery dissection with ischemic complication (PICA stroke), two zones of vessel irregularities in the V2 segment with mild stenosis, minimal left vertebral artery V2 irregularity, non-flow limiting dissection, demonstrated on diagnostic cerebral angiogram performed by Dr. Starke and Dr. Brunet on 01/24/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

10. Status-post placement of pipeline embolization device across right vertebral artery dissection, performed by Dr. Starke and Dr. Brunet on 01/24/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

11. History of evolving right PICA infarct with decreasing amount of hypodensity in the region with mild extra-axial subgaleal low density collection around his right cerebellum extending superiorly to the level of his tentorium with slight bulging of his brain at the surgical site, demonstrated on CT scan of his brain without contrast completed on 01/29/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

12. History of subsequent severe cord compression with interval development of anterolisthesis C5 on C6, measuring four to five mm, with increased signal intensity within the cord with cord abnormalities seen extending from the cervical medullary junction through the visualized upper thoracic spine with buckling of the anterior longitudinal ligament, demonstrated on MRI of his cervical spine without contrast completed on 02/01/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

13. History of hepatomegaly demonstrated on ultrasound of the abdomen obtained on 02/01/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

14. History of ruptured right MCA aneurysm, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

15. Status-post superselective catheterization of right V2 segment, coil embolization of right VA, and selective angiogram, performed by Dr. Starke and Dr. Khandelwal on 02/02/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

16. Status-post C5-6 anterior cervical discectomy with fusion, plating and structural allograft performed by Dr. Michael Yung-Shun Wang on 02/03/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

**Functional Assessment**
Stanley Augusmar
Page Three

17. History of C5-C6 fracture dislocation with herniation and complete paralysis, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

18. History of chronic respiratory failure, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

19. Status-post tracheostomy performed on 02/12/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

20. Status-post placement of percutaneous gastrojejunostomy, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

21. History of neurogenic bowel, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

22. History of neurogenic bladder, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

23. History of neurogenic sexual dysfunction, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

24. History of station and gait disorder, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

25. History of upper extremity CNS dysfunction, dominant and non-dominant upper extremities, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

26. Acute functional decline requiring dependence on other people for survival in his environment, secondary to C4 ASIA B spinal cord injury, neurogenic bowel and bladder, chronic pain, and depression, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

After obtaining a history and performing a physical examination, as well as observing this patient in his own environment, it is my medical opinion as a Board Certified Physiatrist as this patient suffers the secondary effects of aging, combined with his current impairment, his disability will actually increase over time.


_____
Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, American Academy of Disability Evaluating Physicians
CHL/de/jul.18

# METHODOLOGY
## Primum Non Nocere

The methodologies utilized to produce a Continuation of Care plan require a three-stage process, which consists of collecting facts, formulating opinions, and producing conclusions. This methodology requires sample data from sources that are geographically proximate to the patient's primary residence or location of probable care. This three-stage methodology has been documented in peer review journal articles published in 2014 and 2015 by The American Academy of Physical Medicine and Rehabilitation (Volume 6, 184-187, February 2014 and P.M.R. February 2015, 68-78). The Continuation of Care portion of this report was produced following the exact Continuation of Care methodology that has been peer reviewed, published and accepted, February 2014 and 2015, by The American Academy of Physical Medicine and Rehabilitation.

The need and frequency for future medical treatment and care is based on my own medical knowledge, training, and clinical practice experience, which exceeds 26 years and over 100,000 hours (Tab #12), as well as peer reviewed literature (Tabs #3 through #11). The costs are confirmed by physicians in the patient's area, (Tab #2).

It is my medical opinion that these costs do not take into account the costs that are associated with medical complications, which include but are not limited to, deep vein thrombosis, pulmonary embolus, pneumonia, urinary tract infections, cellulitis, osteomyelitis, sepsis, cardiac arrhythmia, cardiac arrest, global anoxic brain injury, cerebrovascular accident, renal failure, need for renal transplant, liver failure, need for liver transplant.

If the patient suffered one or a combination of the above medical complications, then the cost for future medical care would be substantially greater.

# **Continuation of Care**

## Continuation of Care

Date:      06/29/18
Patient:   Stanley Augusmar
Chart #:   38052

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Medical Care:* | | | |
| Primary Care | Life | 2-4x Yr and Prn | 100.-400.00/OV |
| Physiatrist | Life | 2-3x Yr and Prn | 200.-350.00/OV |
| Neurologist | Life | 1x Yr and Prn | 100.-400.00/OV |
| Urologist | Life | 2x Yr and Prn | 100.-400.00/OV |
| Infectious Disease | Life | Prn | 200.-500.00/OV |
| Pulmonologist | Life | Prn | 100.-400.00/OV |
| Psychiatrist | Life | 1x Mo for 1 Yr, Then 1x Ev Other Mo for 1 Yr, Then 1x Ev 3 Mos for 1 Yr, Then Prn | 150.-200.00/OV |
| Psychologist | Life | 1x Wk for 1 Yr, Then 1x Ev Other Wk for 1 Yr, Then 1x Mo for 1 Yr, Then Prn | 180.00/OV |
| Neurosurgeon | Life | Prn | 200.-500.00/OV |
| Orthopedic Surgeon | Life | Prn | 200.-500.00/OV |
| Podiatrist | Life | 1x Ev 6 Mos & Prn | 150.-250.00/OV |

**Continuation of Care**
Page Two

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Diagnostic Tests*: | | | |
| Electroencephalogram | Life | Prn | 725.00 |
| EKG | Life | Prn | 36.00 |
| Echocardiogram | Life | Prn | 554.00 |
| MRI of Brain | Life | Prn | 703.-1,110.00 |
| MRI – Cervical | Life | 2-3x Over Life | 703.00 |
| MRI – Lumbar Hips | Life | Prn | 703.00 691.00 ea |
| X-ray Thoracolumbar | Life | 1x Yr/Prn | 56.00 |
| X-ray Lumbosacral | Life | 1x Yr/Prn | 56.00 |
| X-ray Chest/Lung | Life | 1x Yr | 47.00 |
| Barium Swallow | Life | 1x Yr/Prn | 256.00 |
| Intravenous Pyelogram | Life | 1x Ev 5 Yrs | 222.00 |
| Renal Ultrasound | Life | 1x Yr | 234.00 |
| Cystoscopy | Life | 1x Ev 2-3 Yrs | 300.00 |
| Urodynamics | Life | Prn | 2,100.00 |
| Pulmonary Function Test | Life | 1x Yr | 115.00 |

**Continuation of Care**
Page Three

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
| --- | --- | --- | --- |
| Laboratory Data | | | |
| CBC with Differential | Life | 1x Yr | 32.00 |
| Hepatic Panel | Life | 1x Yr | 41.00 |
| Comp. Metabolic Panel | Life | 1x Yr | 46.00 |
| Routine Urinalysis | Life | 2x Yr | 31.00 |
| Urine Culture & Sensitivity | Life | 2x Yr | 64.00 |

_Possible Surgical Procedures and Potential Complications_:

Pulmonary

Urological

Thrombophlebitis

Renal Complications

Flexion Contracture Releases

Spasticity Management Including Baclofen Pump

Endoscopy

Aspiration Pneumonia

Urosepsis

Decubitus Care

**COSTS**

**CANNOT**

**BE DETERMINED**

**WITH MEDICAL**

**CERTAINTY.**

**Continuation of Care**
Page Four

| Medical Care | Period Over Which Services Provided | Frequency | | Cost Per Visit/Item |
|---|---|---|---|---|
| *Therapeutic Evaluations*: | | | | |
| Physical Therapy | Life | 1x Yr & Prn | | 385.00 |
| Occupational Therapy | Life | 1x Yr & Prn | | 385.00 |
| Speech/Cognitive | Life | 1x Yr & Prn | | 495.00 |
| *Outpatient Therapy*: | | | | |
| Physical Therapy | Life | 3x Wk for 1 Yr, Then Prn | | 80.00/Visit |
| Occupational Therapy | Life | 3x Wk for 1 Yr, Then Prn | | 80.00/Visit |
| Speech/Cognitive Therapy | Life | 3x Wk for 1 Yr, Then Prn | | 80.00/Visit |
| *Support Care*: | | | | |
| *Aide & Attendant Care | Life | 24 hrs/Day 7 days/Wk 52 wks/Yr | R.N. L.P.N. | 40.-59.00 / Hr 27.-55.00 / Hr |
| Housekeeper | Life | 2-4 Hrs/Wk 1 Day/Wk | | 15.00/Hr |
| Case Manager | Life | 2-3 Hrs/Mo | | 59.00 / Hr |

*During periods of medical stability, an LPN can provide the patient's aide and attendant care, (95% of the time).

*During periods of medical fragility, an RN must provide the care, (5% of the time).

**Continuation of Care**
Page Five

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Orthosis*: | | | |
| DeRoyal Ankle Contracture Boots | Life | 1 Pr / Yr | 161.00 ea |
| Elbow Extension Splint/Left Right | Life | 1x Yr | 667.50 525.43 |
| *Mobility | | | |
| Power Standing Wheelchair | Life | 1x Ev 8-10 Yrs | 12,950.00 |
| Manual Wheelchair | Life | 1x Ev 5-8 Yrs | 1,619.00 |
| Roho Cushion | Life | 2 Ev 2 Yrs | 357.00 |
| Roho Cushion Cover | Life | 2 Ev 2 Yrs | 56.00 |
| Backpack for Wheelchair | Life | 1x Ev 5 Yrs | 34.95 |
| Laptop Tray for Wheelchair | Life | 1x Ev 5 Yrs | 225.00 |
| Hoyer Lift | Life | 1x Ev 7-10 Yrs | 2,779.00 |
| Sling for Hoyer Lift | Life | 1 Ev 2-4 Yrs | 167.00 |
| *Bathing/Toileting | | | |
| Reclining Shower Chair | Life | 1x Ev 8-10 Yrs | 693.00 |

*See printouts in Documentation section, **(Tab #3).**

**Continuation of Care**
Page Six

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Medical Furniture* | | | |
| Hospital Bed with Alternating Pressure Mattress | Life | 1x Ev 8-10 Yrs | 5,229.00 |
| *Medical/Personal Supplies:* | | | |
| Foley Catheter Tray | Life | 1 Ev 3-4 Wks | 14.38 ea |
| Adult Wipes | Life | 1 Case Ev 2-3 Mos | 33.52/Case |
| Adult Diapers | Life | 3-4 per Day | 47.73 (96) |
| Disposable Bed Underpads | Life | 2 per Day | 44.77 (60) |

**Medical Equipment/Supplies:** (Estimated – Usual Supplies for Feeding Tube)

| | | | |
|---|---|---|---|
| Suction Unit | Life | Monthly | 51.09/Month For 13 Months |
| 8 French Suction Catheters | Life | 90 / Month | 2.93 each |
| G-Tube Pump | Life | 1x | 1,263.04 |
| Feeding Bags | Life | 30 / Month | 360.30/Month |
| Nutren with Fiber | Life | 3 Cans/Day | 233.88/Month |

*See printouts in Documentation Section, **(Tab #3)**.

** Apria Healthcare (888) 492-7742

Plaintiff Exhibit 29 - 011315

**Continuation of Care**
Page Seven

| Medical Care | Period Over Which Services Provided | Frequency | Cost Per Visit/Item |
|---|---|---|---|
| *Housing*: | | | |
| *Wheelchair Accessible Home | | 1x | 200,000.00-450,000.00 Estimate |
| *Environmental Control Unit | Life | Ev 5-7 Yrs | 10,000.-23,000.00 |
| *Backup Generator for Home | Life | Ev 7-10 Yrs | 5,189.00 |
| Transportation: | | | |
| Van W/Conversions & Modifications | Life | 1x Ev 5-7 Yrs | 48,000.00 - 69,000.00 |
| Automobile Association (Yearly + Plan) | Life | Yearly | 59.50 |
| Cellular Phone | Life | 1 Ev 2-3 Yrs | 59.99 and Up |
| Handicap Parking Permit | Life | Ev 4 Yrs | 15.00 |

*See printouts in Documentation Section, **(Tab #3)**.

Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, American Academy of Disability Evaluating Physicians
CHL/de/jul.18

# Summary Report

Plaintiff Exhibit 29 - 011317

# CRAIG H. LICHTBLAU, M.D., P.A.

PHYSICAL MEDICINE AND REHABILITATION
BOARD CERTIFIED

PEDIATRIC • ADOLESCENT • ADULT • GERIATRIC

550 Northlake Boulevard
North Palm Beach, Florida 33408-5409
Phone: (561) 842-3694
Facsimile: (561) 842-3774

Outpatient Physical Medicine
Inpatient Rehabilitation
Medical Functional Capacity Exams
Nationwide Catastrophic Evaluations

Judson L. Cohen, Esquire
Oaks Plaza
14125 NW 80th Avenue, Suite 400
Miami Lakes, Florida  33016

### Summary Report

Date:     06/29/18
Patient: Stanley Augusmar
Chart #:  38052
DOB:     06/23/83
Date of Injury:  01/17/18

This is a 35-year-old, right-hand dominant Haitian male who stated he was in his usual state of health until January 17, 2018, when he was a passenger in an Uber vehicle that was struck T-bone style by another vehicle.  The patient stated he immediately felt a loss of sensation and motor strength in all four of his extremities.  The patient was transported from the scene of the accident by fire rescue (ground ambulance) to Jackson Ryder Trauma Center.

After the patient was admitted it was discovered he had a problem with his carotid artery, which needed to be stabilized.  Once his carotid artery was stabilized the patient was taken to the operating room for a neck stabilization procedure.

Dr. Michael Wang performed a neck stabilization procedure on 02/03/18 and the patient was then transported to the Trauma Step-Down Unit.

Stanley Augusmar                                                    Page 2

The patient remained in Jackson Memorial Hospital for an extended period of time, (almost two months), because he had a problem breathing and he was on a ventilator. The patient was then discharged to Jackson Memorial Long-Term Care Center.

The patient remained relatively medically stable at Jackson Memorial Long-Term Care Center; however, he developed pneumonia and had to be readmitted to Jackson Memorial Hospital.  He was admitted and received appropriate intravenous antibiotics.  Once the patient was medically stable he was discharged back to Jackson Memorial Long-Term Care Center.

The patient stated he is very upset because while he is staying in this facility he is not receiving any physical or occupational therapy services, and he is just laying in bed.  The patient stated his mother comes to visit him and she takes care of him because she is a nurse; however, he basically stays in bed all day.

Intially when I evaluated the patient on 06/29/18 he stated he suffers from intermittent bilateral shoulder pain, which he described as an 8 to 9 on the 1 to 10 scale for pain.  The patient stated when they try to move him or position him in bed he will experience an exacerbation of his left shoulder pain which is greater than his right shoulder pain.  The patient stated he also has a very difficult time breathing and he feels like he is suffering from air hunger all of the time.  The patient stated he suffers from a pounding headache occasionally, which comes and goes.  When the patient has a pounding headache he also experiences sweating on his head.

The patient has no control of his bowel and bladder.  His bladder is managed with a Foley catheter and he gets laxatives to manage his bowel and wears a diaper.

The patient stated prior to sustaining the injuries in the accident on 01/17/18, he was employed as a cook at Zak the Baker and also worked as a handyman for an electrician. The patient also worked stocking at a grocery store.  The patient enjoyed working out with weights, playing basketball at the neighborhood gym, and going to local football games.

The patient was living in a room in his brother's house.  He does not have a wheelchair accessible home, a wheelchair accessible van, or a wheelchair.  The patient's mother stated her son does not have the equipment he needs as a high level quadriplegic. The patient stated he is depressed about his current situation.

The patient is not married.  He has a five-year-old daughter who he supports.

It was my medical opinion at that time the patient was suffering from:

1.  History of ASIA B C7 spinal cord injury, secondary to injuries sustained in a motor
    vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

Stanley Augusmar                                            Page 3

2.  History of a non-displaced fracture of his C3 right lamina extending into the right articular mass and approaching the inferior facet articular surface with displaced fractures of his C6 right lamina and superior articular process extending through the intervertebral foramen into the right uncinate process and right pedicle, demonstrated on CTA of his neck with contrast completed on 01/17/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

3.  History of abnormal signal within his spinal cord extending from C3 through C7 concerning for cord edema and/or contusion, C3 and C6 right lamina fracture with extension, serosanguineous ventral epidural collection extending from C2 through C7, mild cord compression at his C4 and C6 spinal levels, moderate compression C5 through the superior aspect of C6, C5-6 post-traumatic protrusion versus extrusion with findings which may represent inferiorly migrated disc extrusion with sequestered disc, ventral epidural hematoma causing moderate cord compression, pre-vertebral serosanguineous collection extending from C2 through C6 and T1-2,

4.  widening of interspaces at C3-4 and C5-6 concerning for ligamentous injury, C6 through T2 vertebral body contusions, demonstrated on MRI of his cervical spine without contrast completed on 01/17/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

5.  History of a large hypodensity in his right inferior cerebellum favored to represent a new area of ischemia with diffuse sulcal effacement suggestive of diffuse cerebral edema with the third and lateral ventricles dilated and compressed and fourth ventricle suggesting obstructive hydrocephalus, demonstrated on CT scan of his brain without contrast completed on 01/19/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

6.  Status-post suboccipital decompression, performed by Dr. Roberto Heros on 01/19/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

7.  History of right vertebral artery occlusion with development of large cerebellar stroke, status-post suboccipital decompression, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

8.  History of worsening interstitial opacities bilaterally concerning for diffuse worsening of interstitial pulmonary edema versus atypical worsening infectious process, demonstrated on x-ray of his chest completed on 01/22/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

9.  Status-post suboccipital decompressive craniectomy performed by Dr. Roberto Heros, Dr. Samir Sur, and Dr. Joshua Burks on 01/22/18, secondary to right cerebellar stroke with brainstem compression, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

10. History of right traumatic vertebral artery dissection with ischemic complication (PICA stroke), two zones of vessel irregularities in the V2 segment with mild stenosis, minimal left vertebral artery V2 irregularity, non-flow limiting dissection, demonstrated on diagnostic cerebral angiogram performed by Dr. Starke and Dr. Brunet on 01/24/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

Stanley Augusmar                                                    Page 4

11. Status-post placement of pipeline embolization device across right vertebral artery dissection, performed by Dr. Starke and Dr. Brunet on 01/24/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

12. History of evolving right PICA infarct with decreasing amount of hypodensity in the region with mild extra-axial subgaleal low density collection around his right cerebellum extending superiorly to the level of his tentorium with slight bulging of his brain at the surgical site, demonstrated on CT scan of his brain without contrast completed on 01/29/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

13. History of subsequent severe cord compression with interval development of anterolisthesis C5 on C6, measuring four to five mm, with increased signal intensity within the cord with cord abnormalities seen extending from the cervical medullary junction through the visualized upper thoracic spine with buckling of the anterior longitudinal ligament, demonstrated on MRI of his cervical spine without contrast completed on 02/01/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

14. History of hepatomegaly demonstrated on ultrasound of the abdomen obtained on 02/01/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

15. History of ruptured right MCA aneurysm, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

16. Status-post superselective catheterization of right V2 segment, coil embolization of right VA, and selective angiogram, performed by Dr. Starke and Dr. Khandelwal on 02/02/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

17. Status-post C5-6 anterior cervical discectomy with fusion, plating and structural allograft performed by Dr. Michael Yung-Shun Wang on 02/03/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

18. History of C5-C6 fracture dislocation with herniation and complete paralysis, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

19. History of chronic respiratory failure, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

20. Status-post tracheostomy performed on 02/12/18, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

21. Status-post placement of percutaneous gastrojejunostomy, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

22. History of neurogenic bowel, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

Stanley Augusmar                                                     Page 5

23. History of neurogenic bladder, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
24. History of neurogenic sexual dysfunction, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
25. History of station and gait disorder, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
26. History of upper extremity CNS dysfunction, dominant and non-dominant upper extremities, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.
27. Acute functional decline requiring dependence on other people for survival in his environment, secondary to C4 ASIA B spinal cord injury, neurogenic bowel and bladder, chronic pain, and depression, secondary to injuries sustained in a motor vehicle accident on 01/17/18 while he was a passenger in an Uber vehicle.

After obtaining a history, performing a physical examination, and observing this patient in his own environment, it is my medical opinion as a Board Certified Physiatrist this patient will be unable to maintain gainful employment in the competitive open labor market, or in a sheltered environment with a benevolent employer, secondary to his quadriplegia.

It is my medical opinion this patient has reached Maximum Medical Improvement in regards to conservative care and he has a **84-97%** permanent partial impairment of the whole person according to the AMA Guides to the Evaluation of Permanent Impairment, Sixth Edition.

After obtaining a history and performing a physical examination, as well as observing this patient in his own environment, it is my medical opinion as a Board Certified Physiatrist as this patient suffers the secondary effects of aging, combined with his current impairment, his disability will actually increase over time.

According to the University of Alabama National Spinal Cord Injury Statistical Center, if this patient was part of the normal population, he should live another 39.8 years. Because this patient is a C4 ASIA B quadriplegic, he will have a reduction in his life expectancy. According to the University of Alabama National Spinal Cord Injury Statistical Center, this patient should live another 11.82 years.

It is my medical opinion as a Board Certified Physiatrist if this patient receives optimal medical care and has access to excellent medical care, at a minimum, he should live another 11.82 years.

This patient's future medical care, support services, and durable medical equipment are defined in the Continuation of Care section of this report.

Stanley Augusmar                                                     Page 6

The medical necessity and cost for these items are based on:

1. My history obtained from the patient and his mother.
2. My physical examination of the patient.
3. My review of the medical records.
4. Researched prices that were obtained in the state of Florida, websites and from other current price sources.

Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, International Academy of Independent Medical Evaluators
CHL/dequl.18

# TAB

# ONE

# Photographs

Plaintiff Exhibit 29 - 011325

# THIRTEEN

# PHOTOS

Plaintiff Exhibit 29 - 011326

# PHOTO

# ONE

Plaintiff Exhibit 29 - 011327



Plaintiff Exhibit 29 - 011328

# PHOTO

# TWO



# PHOTO

# THREE

Plaintiff Exhibit 29 - 011331



# PHOTO

# FOUR

Plaintiff Exhibit 29 - 011333



# PHOTO

# FIVE

Plaintiff Exhibit 29 - 011335



# PHOTO

# SIX

Plaintiff Exhibit 29 - 011337



# PHOTO

# SEVEN

Plaintiff Exhibit 29 - 011339



Plaintiff Exhibit 29 - 011340

# PHOTO

# EIGHT



Plaintiff Exhibit 29 - 011342

# PHOTO

# NINE

Plaintiff Exhibit 29 - 011343

 Codonics Clarity Viewer

File     Edit     View     Tools     Win

    

AUGUSMAR  STANLEY
34 years M 5017634
Acc: CT-18-0008020
1/20/2018

# PHOTO

# TEN



Plaintiff Exhibit 29 - 011346

# PHOTO

# ELEVEN

Plaintiff Exhibit 29 - 011347



Plaintiff Exhibit 29 - 011348

# PHOTO

# TWELVE

Plaintiff Exhibit 29 - 011349

# PHOTO

# THIRTEEN

Plaintiff Exhibit 29 - 011351



# DOCUMENTATION

# OF PRICES

# FOR

# CONTINUATION OF CARE

# ON

# STANLEY AUGUSMAR

Plaintiff Exhibit 29 - 011353

<u>**Documentation of Prices**</u>
<u>**For**</u>
<u>**Continuation of Care**</u>

<u>**Patient:**</u>   **Stanley Augusmar**

<u>**Medical Care:**</u>

<u>**Primary Care**</u>

**Dr. Raul Almaguer**                        **$ 100.00 – 400.00 / Office Visit**
**(305) 856-3494**

<u>**Physiatrist**</u>

**Dr. Raul Rolon Torres**                    **$ 200.00 – 350.00 / Office Visit**
**(786) 596-6520**

<u>**Neurologist**</u>

**Dr. Nicholas Suite**                        **$ 100.00 – 400.00 / Office Visit**
**(305) 866-3780**

<u>**Urologist**</u>

**Dr. John Mekras**                          **$ 100.00 – 400.00 / Office Visit**
**(305) 661-8977**

<u>**Infectious Disease**</u>

**Gio Baracco, M.D.**                        **$ 200.00 – 500.00 / Office Visit**
**University of Miami**
**(305) 243-7618**

Documentation of Prices
Page Two

Pulmonologist

Dr. Samuel Vazquez-Agosto          $ 100.00 – 400.00 / Office Visit
(954) 583-1056

Psychiatrist

Angel Diaz, M.D.                    $ 150.00 – 200.00 / Office Visit
(305) 670-4609

Psychologist

Dr. Stuart Gold                     $ 180.00 / Office Visit
(305) 653-5155, Ext. 4

Neurosurgeon

Dr. Vitaly Siomin                   $200.00 – 500.00 / Office Visit
(305) 271-6159

Orthopedic Surgeon

Dr. James Hutson                    $ 200.00 – 500.00 / Office Visit
(305) 243-1700

**Documentation of Prices**
**Page Three**

**Podiatrist**

**Dr. Jaime Carbonell**                    $ 150.00 – 250.00 / Office Visit
**(305) 670-8411**

**Diagnostic Tests:**

| www.healthcarebluebook.com | Electroencephalogram | $ 725.00 |
|---|---|---|
| | EKG | 36.00 |
| | Echocardiogram | 554.00 |
| | MRI / Brain | 703. – 1,110.00 |
| | MRI / Cervical | 703.00 |
| | MRI / Lumbar | 703.00 |
| | MRI / Hips | 691.00 each |
| | X-Rays – Thoracolumbar | 56.00 each |
| | X-Rays – Lumbosacral | 56.00 each |
| | X-Ray / Chest | 47.00 |
| | Barium Swallow | 256.00 |
| | Intravenous Pyelogram | 222.00 |
| | Renal Ultrasound | 234.00 |
| | Pulmonary Function Test | 115.00 |

Documentation of Prices
Page Four

| Dr. Daniel Ead<br>Urologist<br>(954) 472-4072 | Cystoscopy | $  300.00 |
| | Urodynamics Study | $ 2,100.00 |

**Laboratories**

| Lab Corp<br>(800) 762-4344,<br>Customer Service | CBC with Differential | $ 32.00 |
| | Liver Function Test | 41.00 |
| | Urinalysis | 31.00 |
| | Urine C & S | 64.00 |
| | Comp. Metabolic Panel | 46.00 |

**Possible Surgical Procedures & Potential Complications:**

Unable to obtain costs with medical certainty.

**Therapeutic Evaluations and Therapy**

Baptist Hospital Neuro-Rehab
(786) 596-6520, Caroline

| Physical and Occupational Therapy Evaluations | $ 385.00 each |
| Physical and Occupational Therapy Visits | $ 80.00 each |
| Speech Therapy Evaluation | $ 495.00 |
| Speech Therapy Visits | $ 80.00 each |

**Documentation of Prices**
**Page Five**

### Aide & Attendant Care:

We called several agencies in the area to compare the cost for aide and attendant care.

| | | |
|---|---|---|
| ResCare Homecare<br>(954) 677-2593, Teresa | R.N.<br>L.P.N. | $  59.00 / Hr<br>55.00 / Hr |
| CSI Caregivers Services<br>(305) 821-1262, Tina | R.N.<br>L.P.N. | $ 40.00 / Hr<br>27.00 / Hr |
| Maxim Healthcare Services<br>(305) 235-6262, Justin | R.N.<br>L.P.N. | $ 55.00 / Hr<br>30.00 / Hr |

### Housekeeper                    $ 15.00 / Hr  Estimate

### Case Manager

| | | |
|---|---|---|
| ResCare Home Care<br>(954) 677-2593, Teresa | R.N. | $ 59.00 / Hr |

---

### Orthotics

**www.getabrace.com**

www.allegromedical.com

### Mobility

www.1-800wheelchair.com

www.spinlife.com

**Documentation of Prices**
**Page Six**

**Bathing/Toileting**

www.medicalproductsdirect.com

**Medical Furniture**

www.phc-online.com

**Medical/ Personal Supplies:**

**www.bettymills.com**

**www.allegromedical.com**

Apria Healthcare
(888) 492-7742

**Housing**

D.B. Marcus Construction          $ 200,000.00 – 450,000.00
(561) 626-9844                               Estimate

Accessibility Services               Environmental Control Unit
(800) 933-8400                           $ 10,000.00 – 23,000.00
(239) 464-6495, Heather Giordano

**www.electricgeneratorsdirect.com**          $ 5,189.00

Plaintiff Exhibit 29 - 011359

**Documentation of Prices**
**Page Seven**

**Transportation:**

| | | |
|---|---|---|
| Handicap Accessible Van | $ 48,000.00-<br>69,000.00 | Moving on Mobility<br>(561) 881-5600, Andrew |
| Automobile Association | $ 59.50 / Yr | AAA |
| Cellular Phone & Service | $ 59.99 and up | AT&T |
| Handicap Parking Permit | $ 15.00 | Local Tag Agency |

7/25/2018                                    DeRoyal Ankle Contracture Boot w/sole

800-638-1205      CART 0 ITEMS: $0.00     SEARCH QUERY HERE..

| HOME | MY ACCOUNT | ABOUT US | HELP | CONTACT US |

BY BRAND    BRACING    COLD THERAPY    EXTREME SPORTS BRACING    TENS UNITS    MOBILITY PRODUCTS

BRACING



Home > BRACING > Foot & Ankle > Drop foot >
**DeRoyal Ankle Contracture Boot w/sole**



Larger Photo     Email A Friend

G+     ⊕

**Our Price: $161.00**

🚚 This item qualifies for *FREE SHIPPING!*
*Product Code: 4301*

Choose your options...

Size*: (B) Medium ▼

Qty: 1      Click Here To See Our Price!      ★ Add To Wish List

**Description**

**Ankle Contracture Boot**

- Static ankle foot orthosis used for positioning and pressure reduction
- Structured to completely suspend the heel
- Available in foam or fleece material with or without boot sole
- Softgoods completely cover splint leaving no exposed metal against skin
- "No strap" closures make it easy for patients to apply and remove the boot
- Anti-rotation bar, padded toe piece and mesh laundry bag included
- Accessories include hip abduction bar, boot sole and extra softgoods
- Universal right/left

INDICATIONS: Hip rotation; Foot drop; Not recommended for severe plantar flexion contractures, open wounds, severe spasticity or thrombosis

## Sizing

Measure calf circumference 8" up from bottom of heel and foot circumference around the widest part of foot.

**NOTE:** Use the larger of the two measurements to determine the appropriate size.

| Size | Calf | Foot |
|------|------|------|
| A* | 8" – 12" | 6" – 8" |
| B | 10" – 14" | 7" – 9" |
| C | 14" – 16" | 9" – 11" |
| D | 16" – 21" | 11" – 13" |
| E | 16" – 21" | 13" + |
| * Size A available in 4301 style only | | |

Share your knowledge of this product. Be the first to write a review »

JOIN OUR E-NEWSLETTER FOR GREAT DEALS & NEWS IN YOUR INBOX:     EMAIL ADDRESS

About Us            My Account            Products            Helpful Info            Questions? Call Us!            Copyright © 2018
Contact Us          View Cart            Category Index       Shipping & Returns     Toll-Free: 800-638-1205      GETABRACE.com. All Rights
E-Newsletter        Order Status         Products Index       Privacy Policy          Mon-Fri 9am-5pm EST        Reserved. Built with Volusion
Disclaimer          Warranty Information Affiliates            Terms & Conditions

Plaintiff Exhibit 29 - 011361

Orthopedics/Orthotics / Elbow / DeRoyal Static-Pro Elbow
**DeRoyal Static-Pro Elbow Splint, Left**



Click for larger image & other views



**BEST PRICE GUARANTEE** — If you find a better deal online, *We'll match it!*

Our Price **$667.**⁵⁰

Allegro ID: 578866
Item: 706 0998                    quantity 1        ▶ **Add to Cart**

✅ **Norton** SHOPPING GUARANTEE     **FREE with your purchase** ☑
🔟 ID Theft Protection ● Purchase Guarantee ⬢ Lowest Price Guarantee

10% Off + FREE Shipping over $49. Offers end Midnight Friday. Details

write a review

Q&A
Like 0    **Pinit**
G+       Tweet

Normally in Stock.
Leaves the warehouse in 2 to 4 business days.
Brand/Manufacturer: Deroyal Industries

**Product Overview**
Deroyal Industries DeRoyal Static-Pro Elbow Splint, Left

**eRoyal Static-Pro Elbow Splint**
The Static-Pro is a lightweight splint that combines static stretching with
stress relaxation to elongate contracted tissue. With the help of the splint,
flexion and extension is achieved in one unit with the turn of a knob. The
malleable Wire-foam cuffs can be trimmed making for a customized fit on
anyone.
Universal Sizing

Top

**Place Your Order Here**
Deroyal Industries DeRoyal Static-Pro Elbow Splint, Left
4425L - DeRoyal Static-Pro Elbow Splint, Left -     ▶ Add to Cart
$667.50

**DeRoyal Static-Pro Elbow Splint, Left Reviews Summary**
Allegro Medical does not endorse, recommend or sponsor any customer
product reviews, ideas or advice.

**Average Rating**

⭐⭐⭐⭐⭐ ☐ (0)
0 reviews                    ⭐⭐⭐⭐⭐ ☐ (0)
⭐⭐⭐⭐⭐ ☐ (0)
» Write your own review       ⭐⭐⭐⭐⭐ ☐ (0)
⭐⭐⭐⭐⭐ ☐ (0)

**Q&A: Question about?**
**DeRoyal Static-Pro Elbow Splint, Left**
the community about this product and get answers.
your knowledge and advice. Learn More about Q&A.

Norton
SHOPPING
GUARANTEE
...stions | 0 Answers

**ASK A QUESTION**



**⊗ Q&A: Community**

● ask/answer a question

Ask the community about this product
and get answers. Share your
knowledge and advice.

Learn More about Q&A.

**Safe & Secure Shopping**
● Over 2,000,000 Customers
● Online Since 1996
● Verisign Secured

✅ **Norton**
SECURED
powered by VeriSign
Allegro Medical Privacy Pledge

**Customer Testimonials**

**Our Customers**
⭐⭐⭐⭐⭐ say it best.

Hello!
I wanted to thank you for your
service. I received my Superfeet
inserts in the mail on S...

By Tanya B from CA
Read More

I ordered a jogger from Allegro
Medical...I was advised I would not
be able to get the stroller......

By Jennifer S
Read More

**READ TESTIMONIALS**

Write a Testimonial

**E-Catalog Signup**

Plaintiff Exhibit 29 - 011362

**Orthopedics/Orthotics** / **Elbow** / DeRoyal Static-Pro Elbow
**DeRoyal Static-Pro Elbow Splint, Right**





If you find a better deal online, **We'll match it!**   Our Price **$525.**⁴³

Allegro ID: 578867
Item: 706 0115                    quantity 1    ▶ Add to Cart

✓Norton SHOPPING GUARANTEE            FREE with your purchase
🛡 ID Theft Protection  ● Purchase Guarantee  ⑤ Lowest Price Guarantee

10% Off + FREE Shipping over $49. Offers end Midnight
Friday. Details

Click for larger image & other views

write a review

Q&A
[ Like 0 ]        Pinit
G+ :              Tweet

Normally in Stock.
Leaves the warehouse in 1 to 3 business days.
Brand/Manufacturer: Deroyal Industries

**Product Overview**
Deroyal Industries DeRoyal Static-Pro Elbow Splint, Right

**DeRoyal Static-Pro Elbow Splint**
The Static-Pro is a lightweight splint that combines static stretching with
stress relaxation to elongate contracted tissue. With the help of the splint,
flexion and extension is achieved in one unit with the turn of a knob. The
malleable Wire-foam cuffs can be trimmed making for a customized fit on
anyone.
Universal Sizing
                                                          Top

**Place Your Order Here**
**Deroyal Industries DeRoyal Static-Pro Elbow Splint, Right**
4425R - DeRoyal Static-Pro Elbow Splint, Right -    ▶ Add to Cart
$525.43

**DeRoyal Static-Pro Elbow Splint, Right Reviews Summary**
Allegro Medical does not endorse, recommend or sponsor any customer
product reviews, ideas or advice.
**Average Rating**
                                    ⭐⭐⭐⭐⭐ [_____] (0)
0 reviews                           ⭐⭐⭐⭐⭐ [_____] (0)
                                    ⭐⭐⭐⭐⭐ [_____] (0)
» Write your own review             ⭐⭐⭐⭐⭐ [_____] (0)
                                    ⭐⭐⭐⭐⭐ [_____] (0)

**Q&A: Question about?**
**DeRoyal Static-Pro Elbow Splint, Right**
the community about this product and get answers.
your knowledge and advice. Learn More about Q&A.



Norton
stions | 0 Answers
    ASK A QUESTION



🌐 **Q&A: Community**

» ask/answer a question

Ask the community about this product
and get answers. Share your
knowledge and advice.

Learn More about Q&A.

**Safe & Secure Shopping**

» Over 2,000,000 Customers
» Online Since 1996
» Verisign Secured

✓Norton
SECURED
powered by VeriSign
Allegro Medical Privacy Pledge

**Customer Testimonials**

Our **Customers**
⭐⭐⭐⭐⭐ say it best.

Hello Allegro, I just wanted to
compliment the sales staff for their
polite and kind service. I ha...

By Jim C. from CA
Read More

To whom ever: I'm impressed! I put
the order in over the week-end
knowing nothing would be done un...

By Sue C
Read More

READ TESTIMONIALS

Write a Testimonial

**E-Catalog Signup**

Plaintiff Exhibit 29 - 011363



1-800-320-7140

## Karman XO-505 Power Standing Wheelchair
Item #: 50671    Sku : XO-505    Brand : Karman



Item #: 50671    Sku : XO-505    Brand : Karman

# $12,950.00
List price: $19,800.00
Availability: Backordered until 11/3/17
Leaves Warehouse in 1-2 days

★★★★★ 1 Review

### k Overview

- Power Reclining Feature
- 6061 T-6 Aircraft-grade Aluminum Frame

Description        +

Features        –

Specifications        +

Customer Reviews        +

Plaintiff Exhibit 29 - 011364



1-800-320-7140

## Karman Tilt-In-Space Wheelchair
Item #: 35829    Sku : VIP-515-TP    Brand : Karman    (1)



Item #: 35829    Sku : VIP-515-TP    Brand : Karman

## $1,619.00
List price: $3,540.00
**Leaves Warehouse In 1-2 days**

★★★★★ 1 Review

Quick Overview

- shifts pressure to reduce bedsores
- Foldable backrest with removable headrest
- Intelligent 0° to 35° center-of-gravity weight shifting

Description                                                              +

Features                                                                –

Specifications                                                          +

Customer Reviews                                                        +

Plaintiff Exhibit 29 - 011365

11/14/2017                    ROHO Mid Profile- SmartCheck Ready Cushion - ROHO Air Wheelchair Cushions



ROHO
(Model No. MPC)

# $357.00

List Price: $458.00

As low as **$22.91/mo** with GETFINANCING

**OUR LOW PRICE INCLUDES:**

Plaintiff Exhibit 29 - 011366



# ROHO
(Model No. Cushion Covers)

## $56.00
List Price: $72.00

**OUR LOW PRICE INCLUDES:**

"Best on the Web" Return Policy

Free Shipping for Orders over $50

Plaintiff Exhibit 29 - 011367



## EZ-Access
(Model No. EZ0200)

# $34.95

List Price: $39.95

Add
to
Cart

**OUR LOW PRICE INCLUDES:**

Plaintiff Exhibit 29 - 011368



1-800-320-7140

## Ada-Lap Base Unit
Item #: 45887     Sku : ADA01     Brand : Access To Recreation, Inc.



Item #: 45887     Sku : ADA01     Brand : Access To Recreation, Inc.

### $225.00
List price: $359.99
Leaves Warehouse In: 2-3 days

Quick Overview

Great accessory system
any add-ons available

Description

Features                                                                          +

                                                                                  –

Customer Reviews                                                                  +

Plaintiff Exhibit 29 - 011369

11/14/2017                                  Hoyer Advance Patient Lift - Hoyer Power Patient Lifts



 **RECOMMENDED**
Find out why

Hoyer
(Model No. HOY-ADVANCE-E)

# $2,799.00

List Price: $3,534.00

As low as $**179.60/mo** with GETFINANCING

**OUR LOW PRICE INCLUDES:**

Plaintiff Exhibit 29 - 011370

Hoyer Basic 4-Pt Sling - Hoyer Universal Slings



## Hoyer
(Model No. 50020/1/2/3)

# $167.00
List Price: $189.00

## OUR LOW PRICE INCLUDES:

Free Shipping

No Sales Tax

Plaintiff Exhibit 29 - 011371

7/25/2018                 MJM 19" Wide Tilt-N-Space, Reclining Tilting Shower Chair - 18"-20" Width Reclining Shower Chairs (Adult)

 

**View Cart 🛒**

Order 24/7 Online
or Call **1-800-804-9549**
*M-F 8am - 5pm CST*

McAfee SECURE
CLICK TO VERIFY          Search Site...   GO

Home        About Us        Reviews        Free Shipping        Company Policies        Contact Us

*Free Shipping & No Sales Tax!*     Shop worry free on our McAfee Secured Website!

Home > Shower Chairs > Reclining Shower Chairs > 18"-20" Width Reclining Shower Chairs (Adult) > MJM 19" Wide Tilt-N-Space, Reclining Tilting Shower Chair

### Shop Categories

Specials - Sales
Bariatric Equipment
Bathroom Equipment
Bath Chairs | Stools
Bedroom Equipment
Bedside Commodes
Blood Sugar Supplies
Breast Pumps
Canes
Carts
Crutches
Curtain Track | Curtains
Daily Living Aids
Emergency Preparedness
Facility Equipment
Grab Bars
Hampers
Hospital Beds
Hospital Bed Accessories
Incontinence Supplies
IV Poles
Medical Instruments
Medical Supplies
MJM PVC Products
Mobility Accessories
Mobility Equipment
MRI Equipment | Supplies
Orthopedic Aids
Overbed Tables
Patient Lifters
Pediatric Medical Aids
Pill Crushers
Pressure Prevention Aids
Reclining Lift Chairs
Raised Toilet Seats
Respiratory Equipment
Rollators - Rolling Walkers

## MJM 19" Wide Tilt-N-Space, Reclining Tilting Shower Chair





Click to Enlarge



+ **Bookmark Page**

| | |
|---|---|
| Item #: | 07A16137 |
| Condition: | New |
| Availability: | Usually ships in 5-7 business days |
| List Price: | $886.62 |
| Sale Price: | $693.00 |
| Freight Options: | Choose One ▼ |
| Color: | Choose Color Here ▼ |
| NOTE!: | If you order a commode p ▼ |
| Quantity: | 1 |

**Add to Cart 🛒**



$100,000 of Free Identity Theft Coverage when you place an order on this website. Click for Details!

**Best Sellers**


**Step2Bed Bedside Safety Step with Dual Handrail and LED Light 400lbs Cap.**
List Price: $249.99
Sale Price: **$226.00**


**Mor-Medical Euro Style Rehab Shower Chair Commode, Aluminum, 300lbs Cap., 18" Internal Width**
List Price: $455.33
Sale Price: **$295.00**

### Product Description

Important Note: MJM Healthcare Grade PVC products are custom made to order. There is a 4-5 day build time before they will ship. Hygenic products, Non-Returnable.

Part # 07A 16137

MJM 19" Wide Tilt-N-Space, Reclining Tilting Shower Chair

**Freight Truck Item:**
This product ships via freight truck. Please read details about our shipping options for freight shipments by CLICKING HERE before placing your order. Choose your freight option in the menu above.

MJM Advantages:

- Healthcare Grade,
- Tilt-N- Space Shower Chair,
- Pail,
- Dual Drop Arm (Secured With Safety Red Straps),
- Deluxe Elongated Open Front Soft Seat,
- 7 Positions To Accommodate All Your Needs,
- 4" Twin Casters,
- Comes With Safety Belt,
- Reinforced At All Stress Related Areas,
- Must Be Used With Assistance.

Specifications:
• Internal Width: 18.5"
• External Width: 22.5"
• Deluxe Casters: 4" Twin
• Depth of Seat: 20"
• Total Depth w/Footrest:
  - 57" Upright Position

https://www.medicalproductsdirect.com/tiltrectilsho.html

1/3

Home (http://www.phc-online.com/) > Beds & Related (http://www.phc-online.com/Bed_Products_s/15166.htm) > Hospital Beds (http://www.phc-online.com/Hospital_Beds_for_Homes_s/68.htm) > Full-Electric (http://www.phc-online.com/Full_Electric_s/14514.htm) >

## FULL-ELECTRIC BED & ROTATION MATTRESS



**Package Includes:**
- Full-Electric IVSB410 w/Full Rails
- MA95Z Lateral Rotation Mattress

(/cdn3.volusion.com/j575u.gtsw7/v/vspfiles/photos/PKG-5410-MA95Z-2.jpg?1381569071)

2.jpg?1381569071)

Complete Lateral Rotation Hospital Bed
Self-Turning Bed System

VIEW LARGER PHOTO   (/cdn3.volusion.com/j575u.gtsw7/v/vspfiles/photos/PKG-5410-MA95Z-2.jpg?
1381569071)   EMAIL A FRIEND   (/EmailaFriend.asp?ProductCode=PKG%2D5410%2DMA95Z)

(http://www.phc-online.com:80/Invacare_Alternating_Pressure_Bed_and_Mattress_p/pkg-5410-ma95z.htm)
(http://www.phc-online.com:80/Invacare_Alternating_Pressure_Bed_and_Mattress_p/pkg-5410-ma95z.htm)
3=1.
(http://www.phc-online.com:80/Invacare_Alternating_Pressure_Bed_and_Mattress_p/pkg-5410-ma95z.htm)

Full-Electric Turning Hospital Bed
with Invacare MA95Z Lateral Rotation Mattress
**Complete Rotational Homecare Bed
System**
America's most popular hospital bed and lateral
rotation mattress system.

List Price: $12,970.00
**Our Price: $5,229.00**
*You save $7,741.00*
Note: Allow 7-10 business days for delivery.
Returns: No returns on this product.

☑ *Free Shipping!*
**Availability:** Usually Ships in 1 to 2 Business
Days
Product Code: PKG-5410-MA95Z

CHOOSE YOUR OPTIONS:

Lbs 0  lbs x  (http://www.phc-online.com:80/Invacare_Alternating_Pressure_Bed_and_Mattress_p/pkg-5410-ma95z.htm)
**Bed/Model**

| Full-Electric Bed, 5410IVC >> Included ▼ |

**Bed Rail/Model**

| Full-Length Rails, 6629 >> Included ▼ |

**Mattress/Model**

| Rotational Mattress, MA95Z >> Included ▼ |

**Shipping**

| Motor Freight, Curbside Delivery >> Included ▼ |

ADD TO CART

ADD TO WISHLIST

**Description**   **Technical Specs**

## Full-Electric Bed with Low Air Loss, Alternating Pressure Mattress

When a patient is bedridden, he or she must be rotated and turned in their bed every so often to avoid skin breakdown and bed sores. The Invacare 5410IVC full-electric hospital bed was created to eliminate a need for manual rotation by completing the rotations itself.

This self-turning mattress includes effective true low-air-loss and alternating pressure. The mattress is designed to make the patient rotation process as stress-free as possible. Built with the patient's best interest in mind, the bed has full length rails to ensure safety and stability when the bed rotates. The medical air mattress is easily programmable. With the bed's attached hand pendant you can adjust the upper body, knees, head, feet and bed height. Other features include:

- Comes with manual crank in case of electrical outage

- Operating capacity of 450 lbs.
- Pinch-free design
- Durable casters for increased mobility and secure locking
- Lifetime warranty on welds, three year warranty on mechanical and electrical components

Our MA95Z mattress offers top of the line care for any patient. Make the patient rotation process easier when you invest in the Invacare rotational bed system.

**Functions:** MA95Z Mattress system has Lateral Rotation, True Low-Air-Loss and Alternating Pressure.

**Package Includes:**
1. Full-Electric 5410IVC Hospital Bed: Head - Foot - Bed Height - all are adjustable with hand pendant.
2. MA95Z Lateral Rotation Mattress with True Low Air Loss and Alternating Pressure
3. Invacare 6629 Full Length Bed Rails, Reduced Gap
4. Free Shipping (this is a curbside freight delivery)

**Full Electric Bed:**
All positions are controlled electrically to provide greatest convenience for the patient and ease to the caregiver. The hand pendant controls the positioning of the upper body and/or knees, and can be placed anywhere for maximum patient comfort. The pendant control also adjusts bed frame height for efficient use of accessories, and safe and easy transfer.

Durable Hand Pendant with a heavy chord that allows the user to control all functions for ease of use. The Invacare 5410 IVC hospital bed accommodates 450 pounds. A manual crank is also provided in case of an electrical failure.

**Lateral Rotation/Low Air Loss/Alternating Pressure Mattress System:**

Plaintiff Exhibit 29 - 011373

7/25/2018     BettyMills: Indwelling Catheter Tray Bard Lubricath Foley 16 Fr. 5 cc Balloon Hydrogel Coated Latex - Bard Medical 89861900



My Account | Order Tracking | Easy Reorder | Help Center

☎ 1-800-238-8964

Login or Create an Account

Earn Snack Rewards™ on every order!

🛒 (-) Items    Check Out

SEARCH

**Cleaning & Janitorial**  **Industrial & Safety**  **Health & Wellness**  **Storage & Shelving**  **Office & Technology**  **Furniture**  **Snacks & Breakroom**

☰ 

Easy Reorder 🛒

1·800·238·8964

Login

What can we help you find? 🔍

Medical  ›  Urology & Ostomy  ›  Urological Catheters  ›  Indwelling Catheters  ›  Bard Medical  ›  MON89861900

# Bard Medical Indwelling Catheter Tray Bard Lubricath Foley 16 Fr. 5 cc Balloon Hydrogel Coated Latex

Item # MON 89861900 by **Bard Medical** (Mfg. Part # 898316)

Indwelling Catheter Tray Bard Lubricath Foley 16 Fr. 5 cc Balloon Hydrogel Coated Latex

- Quantity : 1 EA
- Application: Indwelling Catheter Tray
- Collection Type: Anti-Reflux Chamber Bag
- French Size: 16 Fr.
- HCPCS: A4314
- Material: Hydrogel Coated Latex
- Securing Method: 5 cc Balloon
- Style: Foley
- Tray Contents: CSR Wrap / (1) Drape / (1) Underpad / (2) Powder-Free Vinyl Exam Gloves / (1) Forceps / Rayon Balls / Pre-Filled Inflation Syringe / (1) Povidone-Iodine Solution Packet / (1) Specimen Container and Label
- UNSPSC Code: 42142715
- Latex Free Indicator: Contains Latex



Retail Price: ~~$19.44~~

BettyMills Discount Price: $14.38 Each

Quantity  1    [Add to Cart]

Order 5+ and Save an Extra $0.29 Each

 **Volume Quotes**
1-800-238-8964 Option 1
or **Click Here** to Email

✓ Norton   SHOPPING GUARANTEE ☑

**BARD | MEDICAL**

See all Betty Mills related products by Bard Medical.

**Medical Top Sellers**


Indwelling Catheter Tray Bardex...
**$42.86 Each**

Indwelling Catheter Tray Bard...
**$9.46 Each**


Indwelling Catheter Tray Bardex...
**$300.61 Per Case**


Indwelling Catheter Tray Lubricath...
**$16.30 Each**

Customers Who Viewed This Item Bought

---

**Betty also suggests...**



$19.75
Each

**Indwelling Catheter Tray Bardex Center Entry Foley 16 Fr. 5 cc Balloon Silicone**
MON 14181900



$10.70
Each

**Indwelling Catheter Tray Bard Add-A-Foley Foley Without Catheter**
MON 15061900

$17.33
Each

**Dover Indwelling Catheter Tray Foley 18 Fr. 5 cc Balloon Silicone**
MON 10621900



$171.01
Per Case

**Dover Indwelling Catheter Tray Foley 18 Fr. 5 cc Balloon...**
4.7 ★★★★★
Google
Customer Reviews


Gloves


Norton
SHOPPING
GUARANTEE
7/25/2018

Plaintiff Exhibit 29 - 011374

7/25/2018            WINGS Personal Cleansing Washcloths

Skin Care  /  Bathing Wipes  /  Wings Personal Cleansing

# Wings Personal Cleansing Washcloths – 9" x 12"





**BEST PRICE GUARANTEE** If you find a better deal online, **We'll match it!**

Our Price **$33.**52

Choose an Option

Allegro ID: 216872
Item: 098 0207

✔ Flip Top Tub - Case of 512 - $33.52

✔ = most popular choice

quantity 1



16 More Info

○ Deliver one time only
○ Deliver every [30 Days ▼]

Monthly Delivery Free shipping over $25*

▶ Add to Cart

 Free Shipping over $35. Offer Ends Midnight Thursday CST. Details

**Average Customer Rating**
5/5 Stars
(26 ratings)

read all reviews    write a review

Q&A
Like 0   Pinit
G+   Tweet

Set Up Auto Re-Order (details)

**Featured Customer Review**
Do exactly what they were intended to do. [ read more ] 🢒🢒
By Bob from Texas from Fort Worth, TX

Normally in Stock. Leaves the warehouse in 1-2 business days.
Brand: Wings
Manufacturer: Kendall (Covidien)

**Q&A : Community**

Q: »What are the ingredients in "Wings", please ?? »»

A: »»water,mineral oil,Paraffinum liqidum, glycerin, Polysorbate 20, phenoxyethanol, sodium,fragrance, sweet almond oil,aloe barbadensis leaf juice,Aloe vera,chamomile,propylene ... read more »»

» ask/answer a question
» see (1) question
» see (1) answer

Ask the community about this product and get answers. Share your knowledge and advice.

Learn More about Q&A.

**Safe & Secure Shopping**
» Over 2,000,000 Customers
» Online Since 1996
» Verisign Secured


Norton SECURED
powered by VeriSign
Allegro Medical Privacy Pledge

**Customer Testimonials**

**Our Customers** ★★★★★ say it best.

I just wanted to drop a quick line to say THANK YOU. Just as you promised my travel nebulizer and ...

By Nancy F. from CA
Read More

## Frequently Ordered Together
Customers buy these products with the Cardinal Health Cardinal (Formerly Invacare) Powder-Free Vinyl Exam Gloves

 &   &  

Quick Look    Quick Look    Quick Look

**Get All 3 For Only: $104.18**  ▶ Add All to Cart

☑ This Product:
Wings Personal ... - Flip Top Tub - Case of 512 $33.52
☑ Cardinal (Formerly Invacare) Powder-Free Vinyl Exam Gloves... - Medium - Case of 1,000 $35.95
☑ McKesson (Formerly StayDry) Ultra Disposable Underpads - Heavy Absorbency... - 30" x 36" - Case of 100 $34.71

## Customers who viewed this product ultimately ordered:




Quick Look

20% bought the item featured on this page
Wings Personal Cleansing Washcloths - 9" x 12"

Our Price: **$1.**51 - $54.00
Choose Options

5/5 Stars
(26 ratings)



7/25/2018                           Prevail Breezers - Adult Briefs - Medium and Regular Sizes

Incontinence / Diapers / Adult Diapers / Prevail Breezers -
**Prevail Breezers - Adult Briefs - Ultimate Absorbency**



 If you find a better deal online, **We'll match it!**

Our Price **$47.**⁷³

Choose an Option

**Allegro ID:** 559490
**Item:** 098 1224

 ✔ Medium - 32" to 44" - Case of 96 - $47.73

✔ = most popular choice

quantity 1



○ Deliver one time only
○ Deliver every [30 Days ▼]

**16** More Info

Monthly Delivery Free shipping over $25*

 Add to Cart

Click for larger image & other views

   

Item is Non-Returnable ❓

Free Shipping over $35.
Offer Ends Midnight
Thursday CST. Details



**Average Customer Rating**
5/5 Stars
(7 ratings)
Read all reviews   write a review

Q&A
Like 0    **Pin It**
G+        Tweet

Set Up Auto Re-Order (details)

**Featured Customer Review**
Very good protection and able to keep waste inside
even afte... [ read more ] 》
By Incontinent from Pullman, WA

Normally in Stock.
Leaves the warehouse in 1 to 3 business days.
**Brand:** Prevail
**Manufacturer:** First Quality

❓ **Q&A: Community**

Q: 《Are these the same as
prevail per-fit adult diaper?
》
A: 《Yes, except tapes are
smaller 》

Q: 《Are these washable, for how
many reuses,udor
protection? 》
A: 《No, they're disposable. 》

» ask/answer a question
» see (2) questions
» see (2) answers

Ask the community about this product
and get answers. Share your
knowledge and advice.

Learn More about Q&A.

**Safe & Secure Shopping**
» Over 2,000,000 Customers
» Online Since 1996
» Verisign Secured


powered by VeriSign
Allegro Medical Privacy Pledge

**Customer Testimonials**

**Our Customers**
★★★★★ say it best.

To Whom It May Concern,
I just put my order in yesterday and it
arrived by UPS today. I'm real...

*By James S. from MI*
Read More

Have had my Jeanie Rub massager
about 16 years (same machine) and
use it daily. No way I would be ...

**Frequently Ordered Together**
Customers buy these products with the **PROVIDE Disposable Underpads - 30" x 30"**

 &  &  &  

Quick Look    Quick Look    Quick Look

**Get All 3 For Only: $198.93**  Add All to Cart

☑ This Product:
Prevail Breezer... - Medium - 32" to 44" - Case of 96 $47.73
☑ PROVIDE Disposable Underpads - 30" x 30"... - Standard Blue - Case of 150
$57.67
☑ Huggies Ultratrim Preemie Baby Diapers... - Case of 180 $93.53

 **Customers who viewed this product ultimately ordered:**
Prevail     12% bought the item
            featured on this page
            Prevail Breezers - Adult Briefs -
            Ultimate Absorbency

Our Price: $7.⁵⁵ - $47.⁷³
Choose Options

Quick Look    5/5 Stars

https://www.allegromedical.com/incontinence-c525/breezers-by-prevail-adult-briefs-medium-32-44-p559490.html

Plaintiff Exhibit 29 - 011376

11/14/2017                StayDry Breathable Underpads - Medium Absorbency - McKesson - Allegro Medical Supplies



Incontinence / Bed Pads & Underpads / Disposable Bed Pads / StayDry Breathable Underpads
**StayDry Breathable Underpads - Heavy Absorbency**

BEST PRICE GUARANTEE
If you find a better deal online, **We'll match it!**

Our Price **$44.77**

Choose an Option

Allegro ID: 562479
Item: 098 5215

✓ 23" X 36" - Case of 60 - $44.77 ($0.75 per unit)

✓ = most popular choice

quantity 1

○ Deliver one time only
○ Deliver every 30 Days ▼

More Info

Monthly Delivery Free shipping over $25*

**Add to Cart**

Click for larger image & other views
Item is Non-Returnable ❓

✓ Norton SHOPPING GUARANTEE          FREE with your purchase
🛡 ID Theft Protection  ● Purchase Guarantee  $ Lowest Price Guarantee

Offers end Midnight          SAVE on NEW Cure Ultra For Men Rea⋯
Shop Now!.

**Average Customer Rating**
3/5 Stars
(2 ratings)

read all reviews    write a review

Q&A

Like 0    Pinit
G+    Tweat

Set Up Auto Re-Order (details)

**Featured Customer Review**
At night take off the diaper to avoid rash and put this chuck on the sheet to avoid any leakage. [ read more ]
*By NONI from MARYLAND*

Normally in Stock.
Leaves the warehouse in 1 to 3 business days.
**Brand:** Staydry
**Manufacturer:** McKesson

**Q&A: Community**

» ask/answer a question

Ask the community about this product and get answers. Share your knowledge and advice.

Learn More about Q&A.

**Safe & Secure Shopping**

» Over 2,000,000 Customers
» Online Since 1996
» Verisign Secured

Norton SECURED
powered by VeriSign
Allegro Medical Privacy Pledge

**Customer Testimonials**

Our **Customers**
⭐⭐⭐⭐⭐ say it best.

You're prices are great (low)& delivery prompt. Thanks

*By MaryLou from New York*

**Frequently Ordered Together**
Customers buy these products with the KERLIX Gauze Bandage Rolls - 6-Ply, 4.5" x 4.1 Yd, Sterile Soft Pouch

[Quick Look]    [Quick Look]    [Quick Look]

**Get All 3 For Only: $57.14**  **Add All to Cart**

☑ This Product:
StayDry Breatha... - 23" x 36" - Case of 60 $44.77
☑ KERLIX Gauze Bandage Rolls - 6-Ply, 4.5" x 4.1 Yd, Sterile Soft Pouch... - Each $1.86
☑ Tendersorb Waterproof Abdominal Pads Sterile 5 x 9"... - Pack of 36 $10.51

**Customers who viewed this product also viewed:**

Harmonie Disposable Underpads - TENA Regular, Blue
4/5 Stars

Our Price: **$3.07 - $34.60**
[Choose Options]

I recently had a problem with a cast cover I ordered and Jeff in your Call Center helped me out a ...

Plaintiff Exhibit 29 - 011377

# D B MARCUS CONSTRUCTION INC.

920 EVERGREEN DRIVE. NORTH PALM BEACH, FL. 33408          CGC 026656
OFFICE 561-626-9844 FAX 561 626-0958 E-MAIL dbmarcusconstinc@aol.com

January 14,2016

Craig H. Lichblau, M. D.
550 Northlake Blvd.
North Palm Beach, Fl. 33408

RE: Wheelchair Accessible Home

Dear Dr. Lichtblau

As we discussed in the past it is possible to build a small wheelchair accessible home structure with minimal adapted equipment for $200,000.00 to $450,000.00 excluding the cost of real estate and utilities hook ups.

Also as stated in the past the larger the home the more amenities and depending upon the location of real estate this cost can be significantly grater and in fact the sky is the limit.

Sincerely

Dennis B. Marcus President
D B MARCUS CONSTRUCTION INC.

Plaintiff Exhibit 29 - 011378

Date:  November 16, 2017


**Accessibility Services**                    **Environmental Control Unit**
(800) 933-8400                                 $ 10,000.00 – 23,000.00
(239) 464-6495, Heather Giordano
www.asi-autonome.com


I spoke with Heather Giordano with Accessibility Services regarding the costs associated with installing an Environmental Control Unit in the homes of patients with disabilities.

Heather explained to me that the Environmental Control Units are capable of controlling all devices in the home, all switches with USB or blue tooth, as well as temperature control and security systems.  The units provide access to control the entire home.

The unit also has an AAC component for a Sip-and-Puff mechanism.

The price for the Environmental Control Unit ranges from $10,000.00 to $23,000.00, depending on the individual needs of the patient.  This includes the installation of all components and a 3-day training program where the installers remain in the area and assist the client for three days with learning how the unit operates and answering all questions and concerns.


Debbie Eber
Publishing Department

Call (800) 933-8400   🐦  f  in  ▶  ✉



Accessibility
Services, Inc.

×   Request a Quote

# AUTONOME RESIDENTIAL

The
autonoME in
Action

A day in the
life of Mike
using
autonoME
residential
environmental
control unit

Meet Robert,
a gentleman
managing his
ALS with the
help of
autonoME



## RESIDENTIAL

As a company, we want to do more than just sell ECUs. Our desire is to find ways to
help each and every client achieve maximum independence and quality of life.   ASI
has been placing autonoME equipment in client homes with great success.

More and more autonoME units are being used in hospitals so some clients may
already be familiar with them when they arrive home. This is referred to as:

Plaintiff Exhibit 29 - 011380

autonoME Residential - Accessibility Services, Inc.

"Transitional Technology".

**Whether or not you have had previous experience with this equipment, the autonoME Residential Unit is easy to use and gives you the ability to control your:**

- Hospital bed
- Phone
- Lights
- TV, DVD, cable and satellite
- Doors
- Thermostats
- Kindle for PC reading app
- Computer games
- E-mail
- Skype
- Other computer functions

**autonoME also has an integrated call alert for caregivers. And, it is a full augmentative communication device.**

**NO other product on the market combines all these features as seamlessly in your residence as our autonoME Residential unit.**

## ACCESSORIES COMPATIBLE WITH AUTONOME

autonoME was designed to accommodate a multitude of accessories, making the product fully customizable to your needs.

## Ask us about:



### EYEGAZE CAMERA

Control your world through eye movement. We are an authorized retailer.
Eyetech Digital Systems

Plaintiff Exhibit 29 - 011381

11/14/2017      Generac Guardian 7040 Generac Synergy™ 20kW Variable Speed Standby Generator 200A Service Disc.+ Power Mgmt. & MobileLink™

POWER EQUIPMENT DIRECT | Air Compressors | Chain Saws | Electric Generators | Lawn Mowers | Leaf Blowers | Pressure Washers | Snow Blowers | Sump Pumps | Water Pumps | More ›

**ELECTRIC GENERATORS DIRECT**

Free Shipping *On Electric Generators (Lower 48)*     Tax-Free Except Illinois Orders     Welcome | Sign In or Contact Us

Search Electric Generators

Cart: 0 items

Call Us: 1 (800) 800-3317

| Portable | Home Standby | Commercial | RV | PTO | Transfer Switches | Accessories |

Home » Shop by Brand » Generac Guardian » 7040

**Free Shipping on Generators & Accessories*** (when purchased together) See details     Shop Accessories ›

**Quick Search**

Select Style ▼
Select Fuel ▼
Select Watts ▼
Select Brand ▼

**617** Generator Models

**Start Shopping**
Shop by Brand +
Shop by Style +
Shop by Watts +
Related Links +

The generac synergy™ 20kW variable speed standby generator (200a service disc.+ power mgmt. & mobilelink™) is available for purchase today.

Read Generac Guardian 7040 reviews before checking out.

Get the best deal on your new Generac Guardian 7040.

No coupon code required.

# Generac Synergy™ 20kW Variable Speed Standby Generator (200A Service Disc.+ Power Mgmt. & MobileLink™)



  

 

GENERAC Guardian Series Model: 7040   A+ What's This?   ★★★★★ 7 Reviews



✔ **In-Stock**

Ships Wednesday, Nov 15th

Estimate Arrival
Enter Zip [ Go ]
This item cannot be shipped to HI and AK.

Our Price | Compare Prices

**$5,189.00**

As low as $457 / month at 10% APR with Affirm ⓘ
See how much you qualify for

Tax-Free Guarantee *Except Illinois
Free Shipping *On This Product
Free Lift Gate *Available On This Product
$50 Referral Rebate *Ends 12/31/2017. Click to Print.

☐ Add 12V Start Battery +$99.99
☐ Add Lift Gate Service +$0.00

[ Add To Cart ]



| Features | Specs | Q&A | Reviews | Articles | Shipping | Accessories |

| Grade | Style | Run Watts | Voltage | Fuel | Engine |
| EMERGENCY | STANDBY (AIR COOLED) | **20,000** Rated Watts | **120/240** Single-Phase | | |

**20kW (LPG) / 18kW (NG) Generac Synergy™ Variable Speed Standby Generator System**
• Quiet, tests at only 57 dB(A) & runs at 63 dB(A) @ 23 feet

**5-Year Limited Warranty**
• Plus 24/7·365 Customer Support so you have you questions answers when its convient for you

**Includes Mobile Link™ Remote Monitoring**
• Easily montior generator status anywhere with a smartphone, tablet, or PC

**G-Flex™ Variable Speed Technology (2700-3600 RPM)**



4.8 ★★★★★ Google Customer Reviews

https://www.electricgeneratorsdirect.com/Generac-Guardian-7040-Standby-Generator/p70170.html

# MEDICAL COMPLICATIONS OF SPINAL CORD INJURIES

# Table of Contents:

1. Spinal Cord Injury Medicine. 5. Long- Term Medical Issues and Health Maintenance. Anthony E. Chiodo, MD, William M. Scelza, MD, Steven C. Kirshblum , MD, Lisa- Ann Wuermser, MD, Chester H. Ho, MD, Michael M. Priebe, MD. Arch Phys Med Rehabil Vol 88, Suppl 1, March 2007. S76-S83

2. Spinal Cord Injury Rehabilitation. 2. Medical Complications. Susan Biener Bergman, MD, Gary M. Yarkony, MD, Steven A. Stiens, MD, MS. Arch Phys Med Rehabil Vol 78, March 1997. S53-S58

3. Cardiovascular Consequences of Loss of Supraspinal Control of the Sympathetic Nervous System After Spinal Cord Injury. Robert W. Teasell, MD, J. Malcolm O. Arnold, MD, Andrei Krassioukov, MD, PhD, Gail A. Delaney, MD. Arch Phys Med Rehabil Vol 81, April 2000. 506-516

4. Spinal Cord Injury Medicine. 2. Medical Complications After Spinal Cord Injury: Identification and Management. William O. McKinley, MD, Michelle S. Gittler, MD, Steven C. Kirshblum, MD, Steven A. Stiens, MD, MS, Suzanne L. Groah, MD, MSPH. Arch Phys Med Rehabil Vol 83, Suppl 1, March 2002. S58-S64

5. Long- Term Medical Complications After Traumatic Spinal Cord Injury: A Regional Model Systems Analysis. William O. McKinley, MD Amie B. Jackson, MD, Diana D. Cardenas, MD, Michael J. DeVivo, DrPH. Arch Phys Med Rehabil Vol 80, November 1999. 1402-140

6. Recent Trends in Mortality and Causes of Death Among Persons With Spinal Cord Injury. Micheal J. DeVivo, DrPH, J. Stuart Krause, PhD, Daniel P. Lammertse, MD. Arch Phys Med Rehabil Vol 80, November 1999. 1411-1419

7. Mortality, morbidity, and psychosocial outcomes of persons spinal cord injured more that 20 years ago. G G Whiteneck PHD, S W Charlifue MA, H L Frankel MB FRCP, M H Fraser BM FRCS, B P Gardner MA MRCP FRCS, K A Gerhart MS, K R Krishnan MD FRCS, R R Menter MD , I Nuseibeh FRCS, D J Short MRCP, J R Silver MB BS FRCP. Paraplegia 30 (1992) 617-630.

8. Risk and Protective Factors for Cause-Specific Mortality After Spinal Cord Injury. James S. Krause, PhD, Yue Cao, PhD, Michael J. DeVivo, DrPH, Nicole D. DiPiro, PhD. Archives of Phsyical Medicine and Rehabilitation 2016;97:1669-1678.

9. Loneliness Among People With Spinal Cord Injury: Exploring the Psychometric Properties of the 3-Item Loneliness Scale. Susan Robinson-Whelen, PhD, Heather B. Taylor, PhD, Michelle Feltz, BA, Megan Whelen, BS. Archives of Physical Medicine and Rehabilitation 2016;97:1728-1734.

10. Transfer Technique Is Associated With Shoulder Pain and Pathology in People With Spinal Cord Injury: A Cross-Sectional Investigation. Nathan S. Hogaboom, BS, Lynn A. Worobey, PhD, Michael L. Boninger, MD. Archives of Physical Medicine and Rehabilitation 2016;97:1770-1776.

11. Complications of Spinal Cord Injury Over the First Year After Discharge From Inpatient Rehabilitation, Michael D. Stillman, MD, Jason Barber, MS, Steve Burns, MD, Steve Williams, MD, Jeanne M. Hoffman, PhD. Archives of Physical Medicine and Rehabilitation 2017; 98: 1800-1805.

Plaintiff Exhibit 29 - 011384

# CHRONIC PAIN

# AFTER

# SPINAL CORD INJURY

## Table of Contents:

1.    Chronic Pain After Spinal Injury: Interference With Sleep and Daily Activities, Eva G. Widerstrom-Noga, DDS, PhD, Ernesto Felipe-Cuervo MS, Robert P. Yezierski, PhD, Arch Phys Med Rehabili Vol 82. Nov 2001, PP 1571-1577

2.    Treatments for Chronic Pain Associated With Spinal Cord Injuries: Many Are Tried, Few Are Helpful, Catherine A. Warms, M.N., Judith A. Turner, PhD., Helen M. Marshall, B.S., and Diana D. Carenas, M.D., The Clinical Journal of Pain, 18:154-163

3.    Prevalence of chronic pain after traumatic spinal cord injury: A systematic review, Marcel Dijkers, PhD, FACRM; Jeanne Zanca, PhD, MPT, Journal of Rehabilitation Research & Development, Vol. 46, No. 1 2009, Pages 13-30

4.    Factors associated with acute and chronic pain following traumatic spinal cord injuries, Paul Kennedy, Hans Frankel, Brian Gardner and Isaac Nuseibeh, Spinal Cord (1997) 35, 814-817

5.    Classification of Chronic Pain Associated With Spinal Cord Injuries, Diana D. Cardenas, MD, MHA, Judith A. Turner, PhD, Catherine A. Warms, MSN, Helen M. Marshall, BS, Arch Phys Med Rehabil Vol 83, Dec 2002, pp 1708-1714

6.    Chronic Pain Associated With Spinal Cord Injuries: A Community Survey, Judith A. Turner, PhD, Diana D. Cardenas, MD, Catherine A. Warms, MSN, Catherine B. McClellan, BA, Arch Phys Med Rehabil Vol 82, April 2001, pp 501-508

7.    Quality of Life and Traumatic Spinal Cord Injury, Ninni Westgren, CNM, Richard Levi, MD, PhD., Arch Phys Med Rehabil Vol 79, Nov 1998, pp 1433-1439

8.    Function-limiting dysesthetic pain syndrome among traumatic spinal cord injury patients: a cross-sectional study, Pain, 29 (1987) 39-48

9.    Systematic Review of Pharmacologic Treatments of Pain After Spinal Cord Injury: An Update, Swati Mehta, MA, Amands McIntyre, RN, MSc, Shannon Janzen, MSc, Eldon Loh, MD, FRCPC, Robert Teasell, MD, FRCPC, Spinal Cord Injury Rehabilitation Evidence Team,   Archives of Physical Medicine and Rehabilitation 2016;97:1381-91

10.    Chronic pain after spinal cord injury: What characteristics make some pains more disturbing than others? Elizabeth Roy Felix, PhD, Yenisel Cruz-Almeida, MSPH, Eva G. Widerstrom-Noga, DDS, PhD. Journal of Rehabilitation Research & Development, Vol. 44, No. 5, 2007, pp. 703-716.

11.    Relationships Among Clinical Characteristics of Chronic Pain After Spinal Cord Injury, Eva G. Widerstrom-Noga, DDS, PhD, Ernesto Felipe-Cuervo, MS, Med, Robert P. Yezierski, PhD. Arch Phys Med Rehabil Vol 82, Sep 2001, pp. 1191 - 1197.

12.    Chronic Pain in a Community-Based Sample of Men With Spinal Cord Injury: Prevalence, Severity, and Relationship With Impairment, Disability, Handicap, and subjective Well-Being, Diana H. Rintala, PhD, Paul G. Loubser, MD, Josephine Castro, MS, Karen A. Hart, PhD, Marcus J. Fuhrer, PhD. Arch Phys Med Rehabil Vol 79, June 1998, pp. 604 – 614.

13.    Pain Characteristics in Patients Admitted to Hospital With Complications After Spinal Cord Injury, Helen Barrett, Joan M. McClelland, RN, Susan B. Rutkowski,

MB BS, Philip J. Siddall, MD DS, PhD. Arch Phys Med Rehabil Vol 84, June 2003, pp 789-795.

14. Assessment of the Impact of Pain and Impairments Associated With Spinal Cord Injuries, Eva G. Widerstrom-Noga, DDS, PhD, Robert Duncan, PhD, Ernesto Felipe-Cuervo, MS, Med, Dennis C. Turk, PhD. Arch Phys Med Rehabil Vol 83, March 2002, pp. 395-404.

15. Pain and Post-Traumatic Stress Disorder Symptoms During Inpatient Rehabilitation Among Operation Enduring Freedom/Operation Iraqi Freedom Veterans With Spinal Cord Injury, Philip M. Ullrich, PhD, Bridget M. Smith, PhD, Linda Poggensee, MS, Charlesnika T. Evans, PhD, MPH, Kevin T. Stroupe, PhD, Frances M. Weaver, PhD, Stephen P. Burns, MD. Archives of Physical Medicine and Rehabilitation 2013; 94: 80-85.

16. Gender and Minority Differences in the Pain Experience of People with Spinal Cord Injury, Diana D. Cardenas, MD, MHA, Thomas N. Bryce, MD, Kazuko Shem, MD, J. Scott Richards, PhD, Hanaa Elhefni, MD, MS, MPH. Arch Phys Med Rehabil Vol 85, Nov 2004, pp. 1774-1781.

17. Pain After Spinal Cord Injury: An Evidence- based Review for Clinical Practice and Research. Thomas N. Bryce, MD, Cecilia Norrbrink Budh, RPT, PhD, Diana D. Cardenas, MD, Marcel Dijkers, PhD, Elizabeth R. Felix, PhD, Nanna B. Finnerup, MD, Paul Kennedy, DPhil, Thomas Lundeberg, MD, PhD, J. Scott Richards, PhD, Diana H. Rintala, PhD, Philip Siddall, MBBS, PhD, Eva Widerstrom-Noga, DDS, PhD. The Journal of Spinal Cord Medicine, Vol 30, No. 5, 2007, pp. 421-440.

18. Test-retest reliability of the Donovan spinal cord injury pain classification scheme, JD Putzke, JS Richards, T Ness, and L Kezar. Spinal Cord (2003) 41, 239-241.

# DEPRESSION

# FOLLOWING

# SPINAL CORD

# INJURY

Plaintiff Exhibit 29 - 011388

## Table of Contents:

1.   Depression Following Spinal cord Injury, Timothy R. Elliott, PhD, Robert G. Frank, PhD, Arch Phys Med Rehabili, Vol 77, Aug 1996, pp 816-823

2.   Pain and Depression in Acute Traumatic Spinal Cord Injury: Origins of Chronic Problematic Pain? Douglas M. Cairns, PhD, Rodney H. Adkins, PhD, Michael D. Scott, MD, Arch Phys Med Rehabili, Vol 77, April 1996, pp 329-335

3.   Psychological morbidity and spinal cord injury: a systematic review, A. Craig, Y Tran, and J Middleton, Spinal Cord (2009) 47, 108-114

4.   Social Support and Depression Following Spinal Cord Injury, Timothy R. Elliott, Stphen M. Herrick, Thomad E. Witty, Frank Godshall, Michael Spruell, Rehabilitation Psychology, Vol 37, No 1, 1992, pp 37-48

5.   Comparison of depression, anxiety and stress in persons with traumatic and non-traumatic post-acute spinal cord injury, CE Migliorini, PW New, and BJ Tonge, Spinal Cord (2009) 47, 783-788

6.   Correlates of Life Satisfaction and Depression in Middle-Aged and Elderly Spinal Cord-Injured Persons, Susan D. Decker, Richard Schultz, Occupational Therapy, Nov 1985, Vol 39, No 11, pp 740-745

7.   Anxiety and depression over the first year of spinal cord injury: a longitudinal study, K M Hancock, BSc, MAPS, A R Craig, BSc, PhD, MAPS, H G Dickson, MB, BS, FACRM, E Chang RN, J Martin, PhD, Paraplegia 31 (1993) 349-357

# Autonomic Dysreflexia

Plaintiff Exhibit 29 - 011390

# Table of Contents:

1.    Autonomic Dysreflexia, A survey of Current Treatment, Randall L. Braddom, MD, and Jack F. Rocco, BS, American Journal of Physical Medicine & Rehabilitation, Vol 70, No.5, Oct 1991, pp 234-241

2.    Assessment of autonomic dysreflexia in patients with spinal cord injury, Armin Curt, Boris Nitsche, Biljana Rodic, Brigitte Schurch, Volker Dietz, Journal of Neurology, Neurosurgery, and Psychiatry 1997;62:473-477

3.    Rehabilitation medicine: 1. Autonomic dysreflexia, Jeff Blackmer, CMAJ Oct 28, 2003; 169(9) pp 931-935

4.    Incidence and Clinical Features of Autonomic Dysreflexia in Patients with Spinal Cord Injury, R. Lindan, M.B., B.S., E. Joiner, R.N., A.A. Freehafer, M.D. and C. Hazel, R.N., Paraplegia 18(1980) 285-292

5.    A systematic Review of the Management of Autonomic Dysreflexia Following Spinal Cord Injury, Andrei Krassioukov, MD, PhD, FRCPC, Darren ER Warburton, PhD, Robert Teasell, MD, FRCPC, Janice J Eng, BSc (PT/OT), PhD, and The SCIRE Research Team, Arch Phys Med Rehabil. 2009 April;90(4): 682-695

6.    Autonomic dysreflexia: incidence in persons with neurologically complete and incomplete tetraplegia, Helkowski WM, Ditunno JF Jr, Boninger M. Journal of Spinal Cord Medicine 2003; 26 (3): 244-247.

7.    Autonomic dysreflexia: a medical emergency, J Bycroft, I S Sherfil, E A L Choong, N Arya, P J R Shah. Postgrad Med J 2005; 81: 232-235.

8.    Autonomic dysreflexia: An important cardiovascular complication in spinal cord injury patients, Huseyin Gunduz, Duygu Fidan Binak. Cardiology Journal 2012, Vol. 19, No. 2, pp. 215-219.

9.    Autonomic Dysreflexia Causes Chronic Immune Suppression after Spinal Cord Injury, Yi Zhang, Zhen Guan, Brenda Reader, Todd Shawler, Shweta Mandrekar-Colucci, Kun Huang, Zachary Weil, Anna Bratasz, Jonathan Wells, Nicole D. Powell, John F. Sheridan, Caroline C. Whitacre, Alexander G. Rabchevsky, Mark S. Nash, and Phillip G. Popovich. The journal of Neuroscience, 2013, 33 (32): pp. 12970-12981.

10.   Advanced Hip Osteoarthritis Causing Autonomic Dysreflexia and Severe Spasticity in a Patient With Spinal Cord Injury: A Case Report, Brittany Bickelhaupt, MD, Megan Richard, DO, Michelle Trbovich, MD. PM&R, 2017, Vol 9, Issue 10, pp. 1047-1050.

# Chronic Pain Linked

# To

# Depression

## Table of Contents:

1.   Pain and depression comorbidity: a preclinical perspective, Jun-Xu Li, Behav Brain Res. 2015 January 1; 0: 92-98

2.   Reciprocal Relationship between Pain and Depression: A 12-Month Longitudinal Analysis in Primary Care, Kurt Kroenke, M.D., Jingwei Wu, M.S., Matthew J. Bair, M.D., M.S., Erin E. Krebs, M.D., M.P.H., Teresa M. Damush, Ph.D., and Wanzhu Tu, Ph.D., J Pain 2011 September; 12(9): 964-973

3.   The hippocampus and TNF: Common links between chronic pain and depression, Victoria Fasick, Robert N. Spengler, Shabnam Samankan, Nader D. Nader, Tracey A. Ignatowski, Neuroscience and Biobehavioral Reviews, 53 (2015) 139-159

4.   Depression, chronic diseases, and decrements in health: results from the World Health surveys, Saba Moussavi, Somnath Chatterji, Emese Verdes, Ajay Tandon, Vikram Patel, Bedirhan Ustun, Lancet 2007; 370; 851-58

5.   Chronic Pain, Chronic Stress and Sepression: Coincidence or Consequence? G. Blackburn-Munro and R. E. Blackburn-Munro, Journal of Neuroendocrinology, 2001. Vol.13. 1009-1023

6.   Chronic pain and comorbid mental health conditions: independent associations of posttaumatic stress disorder and depression with pain, disability, and quality of life, Samantha D. Outcalt, Kurt Kroenke, Erin E. Krebs, Neale R. Chumbler, Jingwei Wu, Zhangsheng Yu, Matthew J. Bair, J Behav Med (2015) 38:535-543

# Invasive and Non Invasive

# Pain Management

# For

# Functional Restoration

## Table of Contents:

1.    The Effects of a 10-Week Group-Based Exercise Program on Lower Extremity
      Strength, Balance and Functional Mobility in Community-Dwelling Older Adults: A
      Pilot Study, Carol A. Maritz, Neelam Patel, Lincy Varughese and Alexandra
      Yecco, Int J Phys Med Rehabil 2329-9096 Vol 1 Issue 6 pp 1 – 5.
2.    Nonpharmacological Treatments for Musculoskeletal Pain, Anthony Wright,
      Ph.D., and Kathleen A. Sluka, Ph.d., The Clinical Journal of Pain 17:33-46
3.    Efficacy of physiotherapy for musculoskeletal disorders: what can we learn from
      research? H. Beckerman, L. M. Bouter, G. J. M. G. Van Der Heijden, R. A. De
      Bie, B. W. Koes, British Journal of General Practice, Feb 1993, 43, 73-77
4.    Physical Therapy Modalities in Management of Fibromyalgia, Ali Gur, Current
      Pharmaceutical Design, 2006 12, 29-35
5.    Effectiveness of Manual Physical Therapy and Exercise in Osteoarthritis of the
      Knee, A Randomized, Controlled Trial, Gail D. Deyle, MPT; Nancy E. Henderson,
      PhD, MPT; Robert L. Matekel, MPT; Michael G. Ryder, MPT; Matthew B. Garber,
      MPT; and Stephen C. Allison, PhD, MPT, ECS, Annals of Internal Medicine, Feb
      1 2000, Vol 132 pp 173 – 181.
6.    The Efficacy of Laser Therapy for Musculoskeletal and Skin Disorders: A Criteria-
      Based Meta-analysis of Randomized Clinical Trials, Heleen Beckerman, Rob A
      De Bie, Lex M Bouter, Hugo J De Cuyper, Rob AB Oostendorp, Physical
      Therapy/Vol 72, Num 7/July 1992 pp 483 – 491.
7.    Conservative Management of Mechanical Neck Disorders: A Systemic Review,
      Anita R. Gross, Charlie Goldsmith, Jan L. Hoving, Ted Haines, Paul Peloso,
      Peter Aker, Pasqualina Santaguida, Cynthia Myers, and the Cervical Overview
      Group, The Journal of Pheumatology 2007;34:1083-1102
8.    Efficacy of Low Power Laser Therapy and Exercise on Pain and Function in
      Chronic Low Back Pain, Ali Gur, MD. Mehmet Karakoc, Remzi Cevik, Kemal
      Nas, Aysegul Jale Sarac, and Meral Karakoc, Lasers in Surgery and Medicine
      32:233-238 (2003)
9.    Effective physiotherapy, Robert D. Herbert, Chris G. Maher, Anne M. Moseley,
      Catherine Sherrington, BMJ Volume 323 Oct 6 2001 pp 788 – 790.
10.   Efficacy of electrical stimulation to increase muscle strength in people with
      neurological conditions: a systematic review, Joanne Glinsky and Lisa Harvey,
      Physiotherapy Research International 12(3): 175-194 (2007)
11.   The use of low intensity laser therapy in the treatment of myofascial trigger
      points: an updated critical review, Abdullah M. Al-Shenqiti and Jacqueline A.
      Oldham, Physical Therapy Reviews 2009 Vol 14 No2 pp 115 – 123.
12.   Management of chronic pain, Michael A. Ashbum, Peter S. Staats, The Lancet
      Vol 353 May 29, 1999 pp 1865 -1869.
13.   The Physiologic Basis and Clinical Applications of Cryotherapy and
      Thermotherapy for the Pain Practitioner, Scott F. Nadler, DO, FACSM, Kurt
      Weingand, PhD, DVM, and Roger J. Kruse, MD., Pain Physician 2004;7:395-399
14.   Efficacy of electrical nerve stimulation for chronic musculoskeletal pain: A meta-
      analysis of randomized controlled trials, Michael Johnson, Melissa Martinson,
      Pain 130 (2007) 157-165

15.   Therapeutic ultrasound in soft tissue lesions, C. A. Speed, Rheumatology 2001;
40:1331-1336

16.   A review of Therapeutic Ultrasound: Biophysical Effects, Kerry G Baker, Valma J
Robertson and Francis A Duck, Physical Therapy July 2001 Vol 81 No 7 1351-
1358

17.   Tolerability and Efficacy of Long-Term Lidocaine Trigger Point Injections in
Patients with Chronic Myofascial Pain, Neetu Dhadwal, Mihaela F Hangan,
Frances M Dyro, Richard Zeman and Jin Li, Int J Phys Med Rehabil 2013 pp 1 –
4.

18.   Trigger Points: Diagnosis and Management, David J. Alvarez, D.O., and Pamela
G. Rockwell, D.O., American Family Physician; Feb 15, 2002; 65, 4 pg653 – 660.

19.   Comparison of Bupivacaine, Etidocaine, and Saline for trigger-point Therapy,
Stuart R. Hameroff, MD, B. Robert Crago, PhD, Casey D. Blitt, MD, Jacqueline
Womble, PhD, and Jeffrey Kanel, BS, Anesthesia and Analgesia, Vol 60, No 10,
October 1981 pp 752-755.

20.   The Efficacy of Lumbar Epidural Steroid Injections in Patients with Lumbar Disc
Herniations, William E. Ackerman, III, MD, Mahmood Ahmad, MD, International
Anesthesia Research Society Vol 104, No. 5, May 2007 pp 1217-1222.

21.   Efficacy of wpidural steroid injections for low-back pain and sciatica: a systematic
review of randomized clinical trials, Bart W. Koes, Rob J.P.M. Scholten, Jan M.A.
Mens, and Lex M. Bouter, Pain, 63 (1995) 279-288

22.   A multicenter randomized controlled trial of epidural corticosteroid injections for
sciatica: the WEST study, N. K. Arden, C. Price, I. Reading, J. Stubbing, J.
Hazelgrove, C. Dunne, M. Michel, P. Rogers and C. Cooper, Rheumatology
2005; 44:1399-1406

23.   Spinal cord stimulation versus conventional medical management for neuropathic
pain: A multicenter randomized controlled trial in patients with failed back surgery
syndrome, Krishna Kumar, Rod S. Taylor, Line Jacques, Sam Eldabe, Mario
Meglio, Joan Molet, Simon Thomson, Jim O"Callaghan, Elon Eisenberg, Germain
Milbouw, Eric Buscher, Gianpaolo Fortini, Jonathan Richardson, Richard B.
North, Pain 132 (2007) 179-188

24.   Spinal cord stimulation for patients with failed back surgery syndrome or complex
regional pain syndrome: a systematic review of effectiveness and complications,
Judith A. Turner, John D. Loeser, Richard A. Deyo, Stacy B. Sanders, Pain 108
(2004) 137-147

25.   Dorsal column stimulation (DCS) in chronic pain: report of 31 cases, Bharat
Mittal, David G T Thomas, Patricia Walton, Ian Calder, Annals of the Royal
College of Surgeons of England (1987) vol. 69 pp 104-109.

26.   Systematic Review of Intrathecal Infusion Systems for Long-Term Management
of Chronic Non-Cancer Pain, Vikram B. Patel, MD., Laxmaiah Manchikanti, MD,
Vijay Singh, MD, David M. Schultz, MD, Salim M. Hayek, MD, PhD, and Howard
S. Smith, MD, Pain Physician 2009; 12:345-360

27.   Intraspinal Morphine for Chronic Pain: A Retrospective, Multicenter Study, Judith
A. Paice, PhD, Richard D. Penn, MD, and Susan Shott, PhD, Journal of Pain and
Symptom Management Vol. 11 No. 2 Feb 1996 pp 71-80.

# Side Effects

# Of

# Non-Steroidal

# Anti-Inflammatory

# Drugs

Plaintiff Exhibit 29 - 011397

## Table of Contents:

1. Gastrointestinal side-effects of traditional non-steroidal anti-inflammatory drugs and new formulations. M. Lazzaroni and G. Bianchi Porro. Aliment Pharmacol Ther 2004; 20 (suppl. 2): 48-58.
2. Gastrointestinal Effects of NSAIDs and Coxibs. Loren Laine, MD. Journal of Pain and Symptom Management, Vol. 25 No. 2S Feb 2003 pp. S32-S40.
3. Renal Effects of Prostaglandins and Clinical Adverse Effects of Nonsteroidal Anti-Inflammatory Agents. Serafino Garella, MD and Richard A. Matarese, MD. Medicine, Vol. 63, No. 3 pp. 165-181.
4. NSAID Prescribing Precautions. Amanda Risser, MD, MPH; Dierdre Donovan, MD; John Heintzman, MD; and Tanya Page, MD. American Family Physician. Dec 2009, Vol. 80, No. 12 pp. 1371-1378.
5. An Evidence-Based Review of the Cardiovascular Risks of Nonsteroidal Anti-Inflammatory Drugs. Michael E. Farkouh, MD, MSc, and Bruce P. Greenberg, PhD. The American Journal of Cardiology 2009 pp. 1227-1237.
6. Harmful Effects of NSAIDs among Patients with Hypertension and Coronary Artery Disease. Anthony A. Bavry, MD, MPH, Asma Khaliq, MD, Yan Gong, PhD, Eileen M. Handberg, PhD, Rhonda M. Cooper-DeHoff, PharmD, MS, Carl J. Pepine, MD. The American Journal of Medicine Vol 124, No 7, July 2011 pp. 614-620.
7. Cardiovascular Risk Associated with Nonsteroidal Anti-inflammatory Drugs. Matthias Hermann, MD, FESC. Current Rheumatology Reports 2009, 11:31-35.
8. Gastrointestinal safety of NSAIDs and over-the-counter analgesics, I. Bjarnason.The International Journal of Clinical Practice 2013, 67 (Suppl. 178), 37-42.
9. Non-Steroidal anti-inflammatory drug toxicity in the upper gastrointestinal tract. JJY Sung, RI Russell, N Yeomans, FKL Chan, SL Chen, KM Fock, KL Goh, P Kullavanijaya, K Kimura, CS Lau, J Louw, J Sollano, G Triadiafalopulos, SD Xiao, and Peter Brooks. Journal of Gastroenterology and Hepatology (2000) 15, G58-G68.
10. A Nationwide Study of Mortality Associated with Hospital Admission Due to Severe Gastrointestinal Events and Those Associated with Nonsteroidal Antiinflammatory Drug Use. Angel Lanas, MD, Maria Angeles Perez-Aisa, MD, Faust Feu, MD, Julio Ponce, MD, Esteban Saperas, MD, Jose M. Navarro, MD, Fernando Carballo, MD, Manuel Castro, MD, and Enrique Quintero, MD. American Journal of Gastroenterology 2005;100: 1685-1693.
11. Use of Nonsteroidal Antiinflammatory Drugs, An Update for Clinicians, A Scientific Statement From the American Heart Association. Elliott M. Antman, MD, FAHA; Joel S. Bennett, MD; Alan Daugherty, PhD, FAHA; Curt Furberg, MD, PhD, FAHA; Harold Roberts, MD, FAHA; Kathryn A. Taubert, PhD, FAHA. American Heart Association 2007; 115: 1634-1642.

# Opioids:
# Side Effects
# and Deaths

Plaintiff Exhibit 29 - 011399

## Table of Contents:

1. Increasing deaths from opioid analgesics in the United States. Leonard J. Paulozzi, MD, MPH, Daniel S. Budnitz, MD, MPH, and Yongli Xi MS. Pharmacoepidemiology and Drug Safety 2006, 15: 618-627.
2. Association Between Opioid Prescribing Patterns and Opioid Overdose-Related Deaths. Amy S. B. Bohnert, PhD, Marcia Valenstein, MD, Matthew J. Bair, MD, Dara Ganoczy, MPH, John F. McCarthy, PhD, Mark A. Ilgen, PhD, Frederic C. Blow, PhD. JAMA, April 6, 2011 – Vol 305, No. 13 pp 1315 – 1321.
3. Opioid Analgesics and Rates of Fatal Drug Poisoning in the United States. Leonard J. Paulozzi, MD, MPH, George W. Ryan, PhD. American Journal of Preventive Medicine 2006; 31(6) pp 506 – 511.
4. An Analysis of the Root Causes for Opioid-Related Overdose Deaths in the United States. Lynn R. Webster, MD, FACPM, FASAM, Susan Cochella, MD, MPH, Nabarun Dasgupta, MPH, Keri L. Fakata, PharmD, Perry G. Fine, MD, Scott M. Fishman, MD, Todd Grey, MD, Erin M. Johnson, MPH, Lewis K. Lee, MS, SM, Steven D. Passik, PhD, John Peppin, DO, FACP, Christina A. Porucznik, PhD, MSPH, Albert Ray, MD, Sidney H. Schnoll, MD, PhD, Richard L. Stieg, MD, MHS, and Wayne Wakeland, PhD. Pain Medicine 2011; 12: S26-S35.
5. Opioid Epidemic in the United States. Laxmaiah Manchikanti, MD, Standiford Helm II, MD, Bert Fellows, MA, Jeffrey W. Janata, PhD, Vidyasagar Pampati, MSc, Jay S. Grider, DO, PhD, and Mark V. Boswell, MD, PhD. Pain Physician 2012; 15:ES9-ES38.
6. Opioid Complications and Side Effects. Ramsin Benyamin, MD, Andrea M. Trescot, MD, Sukdeb Datta, MD, Ricardo Buenaventura, MD, Rajive Adlaka, MD, Nalini Sehgal, MD, Scott E. Glaser, MD, and Ricardo Vallejo, MD. Pain Physician 2008: Opioid Special Issue: 11:S105-S120.
7. Opioids for chronic noncancer pain: a meta-analysis of effectiveness and side effects. Andrea D. Furlan, Juan A. Sandoval, Angela Mailis- Gagnon, Eldon Tunks. CMAJ, May 2006, 174(11) 1589 – 1594.
8. Prescription narcotic drug abuse: "We have met the enemy and they are ourselves." Ron Pawl, MD. Surgical Neurology 69 (2008) 538-541.
9. Abuse of prescription drugs and the risk of addiction. Wilson M. Compton, Nora D. Volkow. Drug and Alcohol Dependence 83S (2006) S4-S7.
10. Therapeutic Use, Abuse, and Nonmedical Use of Opioids: A Ten-Year Perspective. Laxmaiah Manchikanti, MD, Bert Fellows, MA, Hary Ailinani, MD, and Vidyasagar Pampati, MSc. Pain Physician Journal 2010; 13:401-435.
11. Prescription Opioid Abuse in Chronic Pain: A Review of Opioid Abuse Predictors and Strategies to Curb Opioid Abuse. Nalini Sehgal, MD, Laxmaiah Manchikanti, MD, and Howard S. Smith, MD. Pain Physician Journal 2012; 15:ES67-ES92.

# Performance

# of the

# United States

# Healthcare System

## Table of Contents:

1. Ranking 37th – Measuring the Performance of the U.S. Health Care System. Christopher J.L. Murray, MD, D. Phil, and Julio Frenk, MD, PhD, MPH. The New England Journal of Medicine 362; 2, pp. 98-99.
2. The Hurrider I Go the Behinder I get: The Deteriorating International Ranking of U.S. Health Status. Stephen Bezruchka. Annual Review Public Health 2012. 33:157-173 and C-1 - C-3.
3. Measuring Overall Health Systems Performance for 191 Countries. Ajay Tandon, Christopher JL Murray, Jeremy A Lauer, David B Evans. GPE Discussion Paper Series: No. 30 pp. 1-23.
4. U.S. Healthcare Ranked Dead Last Compared to 10 Other Countries by Dan Munro. http://onforb.es/1qZ6dZn
5. U.S. Health Care Ranked Worst in the Developed World by Melissa Hellmann June 17, 2014. http://time.com/2888403/u-s-health-care-ranked-worst-in-the-developed-world/

# CURRICULUM VITAE

# CRAIG H. LICHTBLAU, M.D.

Plaintiff Exhibit 29 - 011403

## Craig H. Lichtblau, M.D., P.A.

Physical Medicine and Rehabilitation

Board Certified

PEDIATRIC · ADOLESCENT · ADULT · GERIATRIC

550 Northlake Boulevard
North Palm Beach, Florida  33408-5409
Phone:  (561) 842-3694
Facsimile:  (561) 842-3774

Outpatient Physical Medicine
Inpatient Rehabilitation
Medical Functional Capacity Exams
Nationwide Catastrophic Evaluations

# CURRICULUM VITAE

## Employment

## From September 1989 to Present

### Private Practice Limited to Physical Medicine and Rehabilitation:

Disability Evaluations
Chronic Pain Management
Acute Inpatient Hospital Rehabilitation
In-Hospital Rehabilitation Consultations
Medical Functional Capacity Assessments
Subacute / Transitional Living Rehabilitation
Outpatient Physical Medicine and Rehabilitation
Electromyography and Nerve Conduction Studies
Amputation/Osseointegration Evaluation and Treatment
Defining Impairment, Disability, and Cost for Future Medical Care

Craig H. Lichtblau, M.D.                                          **Page 2**

## March 1990 to April 2006

Medical Director
St. Mary's Hospital Inpatient Rehabilitation Unit *
Trauma/Hospital Consultations
Pediatric Consultations
Inpatient Rehabilitation Unit Admissions
Adult/Pediatric (6,223 Admissions*)
St. Mary's Medical Center/Trauma Center
West Palm Beach, Florida

## May 2006 to Present

Trauma Consultations Adult/Pediatric
Inpatient Rehabilitation Unit Admissions Adult/Pediatric
St. Mary's Medical Center/Trauma Center
West Palm Beach, Florida

## June 1, 2009

Medical Director
Inpatient Rehabilitation
Paley Orthopedic & Spine Institute
St. Mary's Medical Center
West Palm Beach, Florida

## April 5, 2010 to Present

Founding Medical Director for Life
Inpatient Rehabilitation Unit
St. Mary's Medical Center
West Palm Beach, Florida

Plaintiff Exhibit 29 - 011405

Craig H. Lichtblau, M.D.                                              Page 3

**May 28, 2014**

Founding Medical Director
Inpatient Pediatric Rehabilitation Unit
St. Mary's Medical Center
West Palm Beach, Florida

**September 2016 to Present**

Medical Director
Osseointegration Program
Paley Orthopedic & Spine Institute
St. Mary's Medical Center
West Palm Beach, Florida

**November 1, 2002 to Present**

Medical Director
Physical Medicine and Rehabilitation
Florida Institute for Neurologic Rehabilitation
Wauchula, Florida
     34 pediatric beds, 42 adult beds = 176 transitional living facility beds,
     Specializing in neurological impairments (traumatic brain and spinal
     cord injury), pediatric ages 4-17, adult age 18 and above

**June 22, 2018 to Present**

Medical Director
Physical Medicine and Rehabilitation
NeuLife Neurological Services
Mount Dora, Florida
     27 beds assisted living facility, 27 beds transitional living facility = 54 total beds

Craig H. Lichtblau, M.D.                                          Page 4

## Hospital Affiliations

St. Mary's Medical Center
901 – 45th Street
West Palm Beach, Florida 33407
Medical Staff: Admitting Privileges

Good Samaritan Medical Center
1300 North Flagler Drive
West Palm Beach, Florida 33401
Medical Staff: Admitting Privileges

Palm Beach Gardens Medical Center
3360 Burns Road
Palm Beach Gardens, Florida 33410
Medical Staff: Consulting Privileges

Jupiter Hospital
1210 South Old Dixie Highway
Jupiter, Florida 33458
Medical Staff: Courtesy Privileges

Delray Medical Center
5360 Linton Boulevard
Delray Beach, Florida 33484
Medical Staff: Consulting Privileges

## Surgical Privileges

### June 25, 2012 to Present

Jupiter Outpatient Surgery Center
2055 Military Trail
Jupiter, Florida 33458

Craig H. Lichtblau, M.D.                                    Page 5

## Surgical Privileges

### September 22, 2014 to March 20, 2018
### Updated:  March 21, 2018 to Present

St. Mary's Medical Center
901 – 45th Street
West Palm Beach, Florida  33407

## State of Florida – Children's Medical Services
## September 1989 to Present:

Department of Health and Rehabilitation Services
District Numbers 9 and 15
(Palm Beach, Martin, St. Lucie, Indian River and Okeechobee Counties)
Medical Consultant/Physical Medicine and Rehabilitation for Physical Medicine and
Rehabilitation Clinic
> The primary focus of Children's Medical Services is to provide a family
> centered, coordinated, managed system of care for children with special
> health care needs and to provide essential preventative evaluative and
> early interventional services for children that are medically and financially
> eligible.

## Leadership Positions Held

2018 – 2020        President, Florida Society of Physical Medicine and Rehabilitation

2016 – 2018        Vice President, Florida Society of Physical Medicine and
                   Rehabilitation

2014 – 2016        Present Member at Large, Florida Society of Physical Medicine
                   and Rehabilitation

Craig H. Lichtblau, M.D.                                        Page 6

## Leadership Positions Held  (Continued)

| | |
|---|---|
| 2005 – 2006 | President, Southern Society of Physical Medicine and Rehabilitation |
| 2004 – 2005 | President-Elect, Southern Society of Physical Medicine and Rehabilitation |
| 1995 – 1996 | Treasurer, Florida Society of Physical Medicine and Rehabilitation |

## Faculty Appointments

### May 2017 – April 2020

Clinical Assistant Professor
Department of Osteopathic Principle and Practice
Division of Physical Medicine and Rehabilitation
Nova Southeastern University
College of Osteopathic Medicine

### May 2014 – April 2017

Clinical Assistant Professor
Department of Osteopathic Principle and Practice
Division of Physical Medicine and Rehabilitation
Nova Southeastern University
College of Osteopathic Medicine

Craig H. Lichtblau, M.D.                                    **Page 7**

## Faculty Appointments  (Continued)

### May 2011 – April 2014

Clinical Assistant Professor
Department of Osteopathic Principle and Practice
Division of Physical Medicine and Rehabilitation
Nova Southeastern University
College of Osteopathic Medicine

### May 2007 – April 2011

Clinical Assistant Professor
Department of Osteopathic Principle and Practice
Division of Physical Medicine and Rehabilitation
Nova Southeastern University
College of Osteopathic Medicine

## Awards

### April 20, 2018

Heroes in Medicine Award
Palm Beach County Medical Society
For Outstanding Contribution in the Specialty of Physical Medicine and Rehabilitation
to Palm Beach County

### June 21, 2014

Outstanding Service Award
For Extraordinary Sustained Service and Dedication to Excellence in Patient Care
Within the Specialty of Physical Medicine and Rehabilitation in the State of Florida
Presented by the Florida Society of Physical Medicine and Rehabilitation

Craig H. Lichtblau, M.D.                                    Page 8

## Awards  (Continued)

### January 14, 2013

Outstanding Service in Pediatric Rehabilitation and
Commitment to Caring for Children with Severe Disabilities
Presented by the Florida Society of Physical Medicine and Rehabilitation

### November 17, 2011

Appreciation for Many Years of Extraordinary Service and Dedication
to the Specialty of Physical Medicine and Rehabilitation
From the Florida Society of Physical Medicine and Rehabilitation
From the Southern Society of Physical Medicine and Rehabilitation

### March 30, 2011

Appreciation for Dedicated Years of Service and Commitment
To Children's Medical Services
From the Florida Department of Health
State of Florida

### July 15, 2007

Appreciation for Dedicated Years of Service and Commitment
To Children's Medical Services
From the Florida Department of Health
State of Florida

**Craig H. Lichtblau, M.D.**                                    **Page 9**

## Public Service: National

### September 1992 to Present

National Institute on Disability and Rehabilitation Research
Office of Special Education and Rehabilitation Services
United States Department of Education
Washington, D.C.

## Public Service:  State of Florida

### 1999 to Present

Certified Expert Medical Advisor
Workers' Compensation Medical Services Unit
Agency of Health Care Administration
State of Florida

### April 1992 to 1996

Specialty Expert Witness
Physical Medicine and Rehabilitation
Agency for Healthcare Administration
State of Florida

### January 1991 to July 1994

Member Head Injury Facility Review Committee
Division of Vocational Rehabilitation
Department of Labor and Employment Security
State of Florida

Craig H. Lichtblau, M.D.                                    Page 10

## Public Service:  State of Florida  (Continued)

### January 1991 to Unknown

Pediatric Site Reviewer
Head and Spinal Cord Injury Program
Department of Labor and Employment Security
Division of Vocational Rehabilitation
State of Florida

### May 1995 to 1999

Member Brain and Spinal Cord Injury Advisory Council
Pediatric Committee
Department of Labor and Employment Security
Division of Vocational Rehabilitation
State of Florida

## Public Service:  Palm Beach County

### July 1, 1996 – June 30, 1998

Section Chief of Rehabilitation Medicine
Intracoastal Health Systems, Inc.
St. Mary's Medical Center
Good Samaritan Medical Center
West Palm Beach, Florida

### February 2007 – December 2010

Physician Utilization Review (Peer Review) Committee
Palm Beach Gardens Medical Center
Palm Beach Gardens, Florida

Craig H. Lichtblau, M.D.                                    Page 11

## Public Service:  Palm Beach County  (Continued)

### December 4, 2006 – Present

Board Member / Board of Directors
Friends of the 440 Scholarship Fund, Inc.
Treasure Coast Division

### 1994 – 1998

Medical Director PGA Seniors Golf Championship

Member of Medical Advisory Committee - Health Care District of Palm Beach County

Medical Consultant to Nursing Advisory Committee – Palm Beach Community College

Physician Volunteer Health Care Provider Program, District 9

Department of Health and Rehabilitation Services, State of Florida

Member of Review Committee of Medical Specialties for The Palm Beach County
Medical Society

## Publications

### 2015

Stature Lengthening Using the PRECICE Intramedullary Lengthening Nail
Techniques in Orthopaedics, Volume 30, Number 3, 2015, Pages 167 through 182
Dror Paley, M.D., FRSCS; Kevin Debiparshad, M.D., FRSCS; Halil Balci, M.D.;
Walter Windisch, PhD; and Craig H. Lichtblau, M.D.

Craig H. Lichtblau, M.D.                                    Page 12

## **Presentations**

### **August 30, 2017**

Rotationplasties for Congenital Femoral Deficiencies – Paley Type 3A, 3B, 3C
Association for Study and Application of the Method of Ilizarov Bone Reconstruction
International Limb Lengthening Reconstruction Society
Lisbon, Portugal

### **September 23, 2016**

Rotationplasty:  Brown, Paley-Modified Brown, Paley
Association for Study and Application of the Method of Ilizarov Bone Reconstruction
International Limb Lengthening Reconstruction Society
Brisbane, Australia

### **April 30, 2006**

Life Expectancy of the Cerebral Palsy Patient
38th Annual Scientific Meeting
Southern Society of Physical Medicine and Rehabilitation
Miami, Florida

### **April 2, 2005**

Physiatric Multi-Disciplinary Approach to Back Pain
Handicap, Impairment, Disability
What Does It Mean To Physicians
Back Pain 2005:  Diagnosis and Treatment Conference
Jupiter Medical Center Education Department

Craig H. Lichtblau, M.D.                                    Page 13

## Presentations (Continued)

### November 1990

Communicating with Physician Concerning Neurologically Impaired Patients
Presented to the School of Nursing
Palm Beach Junior College
Lake Worth, Florida

### January 1988

Management of Neurological Bowel/Bladder
Presented at Pediatric Orthopaedic Grand Rounds
Shriners' Hospital for Crippled Children
St. Louis, Missouri

### September 1987

Cerebrovascular Accident – Diagnosis & Syndromes
Presented at the Physical and Rehabilitation Grand Rounds
Washington University Medical Center
St. Louis, Missouri

## Licensure and Certification

| | |
|---|---|
| April 2005 | Passed Re-Certification Examination |
| May 1991 | Board Certified in Physical Medicine and Rehabilitation |
| April 1989 | Florida Medical License Number 56279 |

Craig H. Lichtblau, M.D.                                        Page 14

## Fellowship

### October 2012 – Present

Limb Reconstruction Fellowship
Director:  Dr. Dror Paley
The Paley Institute
St. Mary's Medical Center
West Palm Beach, Florida

## Education

| | |
|---|---|
| 1989 | Residency:  Physical Medicine and Rehabilitation<br>The Jewish Hospital of St. Louis<br>Washington University Medical Center<br>St. Louis, Missouri |
| 1986 | Internship:  Transitional<br>The Jewish Hospital of St. Louis<br>Washington University Medical Center<br>St. Louis, Missouri |
| 1985 | Doctor of Medicine Degree<br>American University of The Caribbean School of Medicine<br>Plymouth, Montserrat British West Indies |
| 1978 | Bachelor of Science Degree – Biology<br>Florida State University<br>Tallahassee, Florida |

**Craig H. Lichtblau, M.D.**                                              **Page 15**

## Professional Affiliations

Diplomat American Board of Physical Medicine and Rehabilitation
Rochester, Minnesota

American Academy of Disability Evaluation Physicians
2015 S. Arlington Heights Road
Arlington Heights, Illinois  60006
Fellow

American Academy of Physical Medicine and Rehabilitation
P.O. Box 94466
Chicago, Illinois  60690-4466
Fellow

American Congress of Rehabilitation Medicine
P.O. Box 94463
Chicago, Illinois  60690-4463

American Association of Electrodiagnostic Medicine
21 Second Street, S.W., Suite 103
Rochester, Minnesota  55902
Associate Member

American Medical Association
515 North State
Chicago, Illinois  60610

Florida Society of Physical Medicine and Rehabilitation
P.O. Box 630246
Miami, Florida  33163
Member

Craig H. Lichtblau, M.D.                                    Page 16

## Professional Affiliations  (Continued)

Southern Society of Physical Medicine and Rehabilitation
800 Madison Avenue
Memphis, Tennessee  38163
Member 2001 - 2011

Florida Medical Association, Inc.
P. O. Box 2411
Jacksonville, Florida  32203
Member

Palm Beach County Medical Society
3540 Forest Hill Boulevard
West Palm Beach, Florida  33406-5893

Brain Injury Association for State of Florida
Member

## Continuing Medical Education

List Available Upon Request
1989 – Present

PROFESSIONAL AND PERSONAL REFERENCES AVAILABLE UPON REQUEST.

Revised 07/30/18

# Medical Records Review

## Medical Records Review Index
### Stanley Augusmar

**2018**

01/17/18          Miami-Dade Fire Rescue Report

**Jackson Memorial Hospital**

| | |
|---|---|
| 01/17/18 | Emergency Department Note, Tanya L. Zakrison, M.D. |
| 01/17/18 | History and Physical, Roberto J. Perez-Roman, M.D. |
| 01/17/18 | X-Ray Chest and Pelvis 1-2 Views, Anthony M. Durso, M.D. |
| 01/17/18 | CTA Neck with Contrast, Anthony M. Durso, M.D. |
| 01/17/18 | CT Cervical Spine without Contrast, Anthony M. Durso, M.D. |
| 01/17/18 | CT Brain without Contrast, Anthony M. Durso, M.D. |
| 01/17/18 | CT Lumbar Spine without Contrast, Anthony M. Durso, M.D. |
| 01/17/18 | CTA Abdomen and Pelvis with Contrast, Anthony M. Durso, M.D. |
| 01/17/18 | CT Thoracic Spine without Contrast, Anthony M. Durso, M.D. |
| 01/17/18 | CTA Chest with Contrast, Anthony M. Durso, M.D. |
| 01/17/18 | MRI of the Cervical Spine without Contrast, Judith M. Post, M.D. |
| 01/17/18 | MRI of the Thoracic Spine without Contrast, Judith M. Post, M.D. |
| 01/17/18 | Procedure Note, Joyce I. Kaufman, M.D. |
| 01/17/18– 02/03/18 | Multiple Neurophysiology Emboli Detection without Injection Reports |
| 01/19/18 | Brain Attack Consult Note, Nicholas Liaw, M.D. |
| 01/19/18 | CT Brain without Contrast, Anthony M. Durso, M.D. |
| 01/19/18 | CTA Head with and without Contrast, Anthony M. Durso, M.D. |
| 01/19/18 | CT Neck with and without Contrast, Anthony M. Durso, M.D. |
| 01/19/18 | History and Physical, Daniel G. Eichberg |
| 01/19/18 | Operative Report, Roberto C. Heros, M.D. |
| 01/19/18 | X-Ray Chest 1 View, Eduard Ghersin, M.D. |
| 01/19/18 | NG Tube Verification, Rosa P. Castillo-Acosta, M.D. |
| 01/20/18 | NG Tube Verification, Rosa P. Castillo-Acosta, M.D. |
| 01/20/18 | CT Brain without Contrast, Natalya Nagornaya, M.D. |
| 01/20/18 | 2D Echo with Doppler, Marian T. Calfa, M.D. |
| 01/21/18 | Procedure Note, Carlos Rodriguez, R.N. |
| 01/21/18 | Ultrasound Bilateral Lower Extremity, Gisela C. Henriquez, M.D. |
| 01/21/18 | Ultrasound Bilateral Upper Extremity, Gisela C. Henriquez, M.D. |
| 01/22/18 | X-Ray Chest 1 View, Joel E. Fishman, M.D. |
| 01/22/18 | Nurse Consultation, Loreto E. Collins, R.N. |
| 01/22/18 | Anesthesiology Consultation, Jessica H. Prada, CRNA |
| 01/22/18 | Operative Report, Roberto C. Heros, M.D. |
| 01/23/18 | Anesthesiology Consultation, Eric A. Harris, M.D. |
| 01/24/18 | History and Physical, Marie C. Brunet |
| 01/24/18 | Procedure Note, Marie C. Brunet |
| 01/24/18 | Carotid Cerebral Angiogram, Robert M. Starke, M.D. |
| 01/24/18 | X-Ray Chest 1 View, Humberto O. Martinez, M.D. |
| 01/24/18 | MRI of the Brain without Contrast, Judith M. Post, M.D. |
| 01/25/18 | Psychology Consultation, Karin A. Garcia |

| | |
|---|---|
| 01/26/18 | X-Ray Chest 1 View, Yoel J. Siegel, M.D. |
| 01/28/18 | X-Ray Chest 1 View, Shabbir H. Ezuddin, M.D. |
| 01/29/18 | X-Ray Chest 1 View, Yoel J. Siegel, M.D. |
| 01/29/18 | CT Brain without Contrast, Judith M. Post, M.D. |
| 01/30/18 | X-Ray Chest 1 View, Yoel J. Siegel, M.D. |
| 01/31/18 | Psychology Consultation, Karin A. Garcia |
| 02/01/18 | X-Ray Chest 1 View, Yoel J. Siegel, M.D. |
| 02/01/18 | Ultrasound Abdominal, Rosa P. Castillo-Acosta, M.D. |
| 02/01/18 | MRI of the Cervical Spine without Contrast, Charif Sidani, M.D. |
| 02/02/18 | Procedure Note, Marie C. Brunet |
| 02/02/18 | Carotid Cerebral Angiogram, Robert M. Starke, M.D. |
| 02/02/18 | Ultrasound Bilateral Lower Extremity, Martin R. Goyenechea, M.D. |
| 02/02/18 | Ultrasound Bilateral Upper Extremity, Martin R. Goyenechea, M.D. |
| 02/03/18 | Anesthesiology Consultation, Yosaf Zeyed |
| 02/03/18 | Operative Report, Michael Yung-Shun Wang, M.D. |
| 02/05/18 | X-Ray Chest 1 View, Eduard Ghersin, M.D. |
| 02/07/18 | EKG, Rhea Sancassani, M.D. |
| 02/07/18 | Psychology Consultation, Karin A. Garcia |
| 02/07/18 | X-Ray Chest 1 View, Yoel J. Siegel, M.D. |
| 02/11/18 | X-Ray Chest 1 View, Joel E. Fishman, M.D. |
| 02/11/18 | History and Physical, Opeoluwa O. Fawole, M.D. |
| 02/12/18 | Ultrasound Bilateral Lower Extremity, Beatrice L. Madrazo, M.D. |
| 02/12/18 | Ultrasound Bilateral Upper Extremity, Beatrice L. Madrazo, M.D. |
| 02/12/18 | Psychology Consultation, Karin A. Garcia |
| 02/12/18 | Operative Report, Opeoluwa O. Fawole, M.D. |
| 02/12/18 | X-Ray Chest 1 View, Humberto O. Martinez, M.D. |
| 02/14/18 | History and Physical, Karen H. Chamuel, ARNP |
| 02/15/18 | Procedure Note, Shanchita Ghosh |
| 02/16/18 | X-Ray Chest 1 View, Humberto O. Martinez, M.D. |
| 02/16/18 | Psychology Consultation, Karin A. Garcia |
| 02/19/18 | X-Ray Chest 1 View, Humberto O. Martinez, M.D. |
| 02/21/18 | Pulmonology Consultation, Rafael A. Calderon-Candelario, M.D. |
| 02/21/18 | Psychology Consultation, Karin A. Garcia |
| 02/21/18 | X-Ray Chest 1 View, Eduard Ghersin, M.D. |
| 02/23/18 | X-Ray Chest 1 View, Yoel J. Siegel, M.D. |
| 02/25/18 | X-Ray Chest 1 View, Eduard Ghersin, M.D. |
| 02/26/18 | Procedure Note, Jose A. Brito, M.D. |
| 02/27/18 | Psychology Consultation, Karin A. Garcia |
| 02/27/18 | X-Ray Chest 1 View, Yoel J. Siegel, M.D. |
| 03/01/18 | X-Ray Chest 1 View, Yoel J. Siegel, M.D. |
| 03/01/18 | X-Ray Chest 1 View, Yoel J. Siegel, M.D. |
| 03/03/18 | X-Ray Chest 1 View, Pamela Nottingham, D.O. |
| 03/19/18 | X-Ray Chest 1 View, Divyang Patel, M.D., Allied Mobile X-Ray & Ultrasound |

END OF RECORDS REVIEW INDEX

JW 7/10/18



**Miami-Dade Fire Rescue**
9300 NW 41st Street, Doral, Florida 33178
Official Document

| | |
|---|---|
| Incident: | 8012613 |
| Patient: | Augsamar, Stanley |
| Impression: | Injury of lower back |
| Case Status: | CLOSED |

## Patient

### Patient

| | |
|---|---|
| Last Name | Augsamar |
| First Name | Stanley |
| Address | 1920 Nw 69th Tr |
| State | Florida |
| City | Miami |
| Zip Code | 33147 |
| SSN | |
| Gender | Male |
| Date of Birth | 6/23/1986 |
| Age | 31 |
| Age Units | Years |
| Weight(kg) | 81.6 |

### Payment

| | |
|---|---|
| Payment Method | No Insurance Identified |

## Situation

### Situation

| | |
|---|---|
| Possible Injury | Yes |

| Injury Data | |
|---|---|
| Causes | Car occupant (driver) (passenger) injured in unspecified traffic accident |
| Trauma Center Criterion | High index of suspicion BMR less than or equal to 4, or paralysis, or suspicion of spinal cord injury, or loss of sensation, or GCS less than or equal to 12 |
| Location in Vehicle | Passenger in other enclosed passenger or cargo area (non-trailing unit such as a bus, etc.) |
| Safety Equipment(s) Used | None |
| Airbag Deployments | Airbag Deployed Side |

| | |
|---|---|
| Primary Impression | Injury of lower back |

### Complaints

Complaint: Can't Move His Legs Type: Chief (Primary) Duration: 15 Time Units: Minutes

### Symptoms

Symptom: Shortness of breath FINDING NOT PRESENT

Symptom: Vomiting FINDING NOT PRESENT

Symptom: Pain (back) FINDING NOT PRESENT

Symptom: Weakness FINDING NOT PRESENT

Symptom: Palpitations FINDING NOT PRESENT

Symptom: Dizziness FINDING NOT PRESENT

Symptom: Altered mental status FINDING NOT PRESENT

Symptom: Pain, Abdominal (general) FINDING NOT PRESENT

Symptom: Loss of Consciousness FINDING NOT PRESENT

Symptom: Pain (chest...cardiac) FINDING NOT PRESENT

Symptom: Nausea FINDING NOT PRESENT

Symptom: Pain (cervical) FINDING NOT PRESENT

## History

### History

| | |
|---|---|
| Medication Allergies | NO KNOWN DRUG ALLERGIES |

**Medical/Surgical History**

Medical/Surgical History: Hypertension

## Narrative

R-7 responded to a 31 y/o male that was involved in a MVC. The patient was a passenger sitting in the rear of the car, when a car T-boned them. The patient states that he doesn't feel his legs. While transporting the patient to Jackson Ryder the patient started complaining about pain all over. He gave the patient 50mcg Fentanyl. Thanks patient stated that he did not lose consciousness. Patient remained with a Glasgow of 15, patient was AAOX4. Vital Signs remain stable. Patient was made a trauma alert on scene.

CERTIFIED TRUE COPY of electronic record maintained by Miami-Dade Fire Rescue Department, 9300 NW 41 Street, Doral FL 33178 Central Records Bureau
Records Custodian:

Plaintiff Exhibit 29 - 011424



**Miami-Dade Fire Rescue**
9300 NW 41st Street, Doral, Florida 33178
Official Document

| | |
|---|---|
| Incident: | 8012613 |
| Patient: | Augsamar, Stanley |
| Impression: | Injury of lower back |
| Case Status: | CLOSED |

## Exam

Patient Position as Found                    Sitting

| Date/Time | Assessments | Comments |
|---|---|---|
| 2018-01-17 10:21:07 | Mental Status: Oriented-Person / Oriented-Place / Oriented-Event / Oriented-Time<br>Skin: Warm / Dry<br>Neurological: Normal Baseline for Patient<br>Head: Normal<br>Face: Normal<br>Neck: Normal<br>Chest/Lungs: Normal<br>Eyes: Bilateral Normal (Reactive)<br>Spine: Back-General Normal<br>Extremities: Paralysis<br>Abdomen: Generalized Normal | |

## Care Events

| Date/Time | Event | Details |
|---|---|---|
| 2018-01-17 10:11:56 | Spinal Immobilization (Full) | Equipment Size: No Neck Crew ID: Rodriguez, Jason |
| 2018-01-17 10:25:07 | Vitals | Heart Rate: 73 Pulse Rhythm: Regular Heart Rate Method: Electronic Monitor - Pulse Oximeter Respiratory Rate: 12 Respiratory Effort: Normal BP Method: Cuff-Manual Auscultated BP Systolic: 120 BP Diastolic: 90 Pulse Oximetry: 97 Pulse Oximetry Status: Room Air Eye: 4: Opens Eyes spontaneously Verbal: 5: Oriented, Smiles, Follows objects, Interacts Motor: 6: Obeys commands, Appropriate response to stimulation Total GCS: 15 |
| 2018-01-17 10:25:32 | IV (Extremity) | Site: Hand-Right Equipment Size: 18G Catheter Attempts: 1 Successful: Yes Secured Via: Veni Guard Crew ID: Rodriguez, Jason Condition upon release: Patent with no signs of infiltration |
| 2018-01-17 10:39:52 | Fentanyl | Dose Units: Micrograms (mcg) Dosage: 50.000 Route: Intravenous (IV) Response: Improved Crew ID: Rodriguez, Jason |
| 2018-01-17 10:43:49 | Vitals | Heart Rate: 68 Pulse Rhythm: Regular Heart Rate Method: Electronic Monitor - Pulse Oximeter BP Method: Cuff-Manual Auscultated BP Systolic: 138 BP Diastolic: 88 Blood Glucose Level: 88 Pulse Oximetry: 98 Pulse Oximetry Status: Room Air |

CERTIFIED TRUE COPY of electronic record maintained by Miami-Dade Fire Rescue Department 9300 NW 41 Street, Doral FL 33178 Central Records Bureau
Records Custodian:

Patient Care Report

Plaintiff Exhibit 29 - 011425



## Miami-Dade Fire Rescue
9300 NW 41st Street, Doral, Florida 33178
Official Document

Incident: 8012613
Patient: Augsamar, Stanley
Impression: Injury of lower back
Case Status: CLOSED

### Scene

#### Dispatch

| | |
|---|---|
| Incident Number | 8012613 |
| Incident Type | 317F - Traffic Accident With Injuries |
| Incident Location Type | Street and highway |
| Address | NW 22ND AVE&NW 71ST ST |
| State | Florida |
| City | MIAMI-DADE |
| Zip Code | 33147 |

#### Response

| | |
|---|---|
| Unit Call Sign | R07 |
| Shift | A Shift |
| Service Requested | 911 Response (Scene) |
| Response Mode to Scene | Emergent (Immediate Response) |

#### nFIRS

| | |
|---|---|
| Apparatus Use | EMS |
| Complete Basic or Apparatus | Basic |
| Mixed Property Use | Not mixed use - NN |
| Fire Investigator | Not Required |

#### Aid

Date: 2018-01-17 11:02:08 Type of Aid: None
Date: 2018-01-17 11:02:08 Type of Aid: None

### Crew/Times

#### Crew Members
Role: Officer In Charge Employee ID: 212766 Last Name: Ferreyra First Name: Daniel Cert Level: EMT-Paramedic Crew Cert ID: PMD503652

#### Crew Members
Role: Crew Employee ID: 310375 Last Name: Dufrene First Name: Richenord Cert Level: EMT-Paramedic Crew Cert ID: PMD515119

Role: Crew Employee ID: 312780 Last Name: Rodriguez First Name: Jason Cert Level: EMT-Paramedic Crew Cert ID: PMD516816

#### Times

| | |
|---|---|
| Dispatched | 01/17/2018 10:01:56 |
| En Route | 01/17/2018 10:03:24 |
| At Scene | 01/17/2018 10:07:13 |
| At Patient | 01/17/2018 10:07:00 |
| Depart Scene | 01/17/2018 10:27:58 |
| At Destination | 01/17/2018 10:40:07 |
| PX Time | 01/17/2018 10:46:00 |
| In Service | 01/17/2018 11:11:00 |

### Disposition

#### Disposition

| | |
|---|---|
| Disposition | Treated, Transported by MDFR |

#### Transport Data

| | |
|---|---|
| Destination Type | Hospital-Emergency Department |
| Hospital Name | Ryder Trauma Center At Jmh |
| EMS Transport Method | Rescue Vehicle |
| Status From Scene | Emergent (Immediate Response) |
| Destination Reasons | Closest Facility |
| How Patient got on Stretcher | Carried / Lifted |
| Position During Transport | Prone |
| How Patient got off Stretcher | Carried / Lifted |
| Final Patient Acuity | Critical (ALS Unstable) |

#### Hosp Team Activations

Activation Date: 2018-01-17 10:22:41 Activation Type: Yes-Adult Trauma

### Transport Form

## Miami-Dade Fire Rescue

## Billing Authorization and Privacy Acknowledgement Form

ASSIGNMENT OF BENEFITS AUTHORIZATION, RESPONSIBILITY FOR PAYMENT, AND ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES (ENGLISH)

I understand that I am financially responsible for the transport services provided to me by Miami-Dade Fire Rescue, regardless of insurance coverage. I request that payment of authorized Medicare, Medicaid, or other insurance benefits be made on my behalf to Miami-Dade Fire Rescue for any transport services provided to me by Miami-Dade Fire Rescue now or in the future. I agree to immediately remit to Miami-Dade Fire Rescue any payments that I receive directly from any source whatsoever for the transport services provided to me now or in the future. I assign all rights and/or benefits to such payments to Miami-Dade Fire Rescue for compensation of services provided to me now or in the future.

I authorize and direct any holder of medical information or documentation about me to release such information to the Centers for Medicare and Medicaid Services and its carriers and agents, and/or Miami-Dade Fire Rescue and its billing agents, and/or any other payers or insurers, as may be necessary to determine these benefits or other benefits payable for transport services provided to me by Miami-Dade Fire Rescue. A copy of this form is as valid as the original.

Privacy Practices Acknowledgment: by signing below, I acknowledge that I have read and understand Miami-Dade Fire Rescue Notice of Privacy Practices.

CERTIFIED TRUE COPY of electronic record maintained by Miami-Dade Fire Rescue Department 9300 NW 41 Street, Doral FL 33178 Central Records Bureau
Records Custodian:

 **Miami-Dade Fire Rescue**
9300 NW 41st Street, Doral, Florida 33178
Official Document

| | |
|---|---|
| Incident: | 8012613 |
| Patient: | Augsamar, Stanley |
| Impression: | Injury of lower back |
| Case Status: | CLOSED |

---

### Report Author

#### Miami-Dade Fire Rescue

#### EMS Report Author Signature Form

My signature below indicates that the information contained within this electronic patient care report (ePCR) is a true and accurate account of the events and circumstances of the referenced incident.

**If Patient refuses or is unable to sign the Patient Transport Signature Form:** My signature below indicates that, at the time of service, the patient named above was physically or mentally incapable of signing, and that none of the authorized representatives' listed in Section II of the "Patient Transport Signature Form" were available or willing to sign on the patient's behalf. My signature is not an acceptance of financial responsibility for the services rendered to this patient.

---

### Crew Signature

#### Miami-Dade Fire Rescue

#### Crew Transportation Signature

My signature below indicates that the information contained within this electronic patient care report (ePCR) is a true and accurate account of the events and circumstances of the referenced incident.

**If Patient refuses or is unable to sign the Patient Transport Signature Form:** My signature below indicates that, at the time of service, the patient named above was physically or mentally incapable of signing, and that none of the authorized representatives' listed in Section II of the "Patient Transport Signature Form" were available or willing to sign on the patient's behalf. My signature is not an acceptance of financial responsibility for the services rendered to this patient.

---

### Receiving Facility

#### Miami-Dade Fire Rescue

#### Receiving Facility Representative Signature

To be signed by the licensed healthcare professional receiving patient from ambulance crew.

The patient named on this form was received by this facility at the date and time indicated above. My signature is not an acceptance of financial responsibility for the services rendered to this patient.

---

CERTIFIED TRUE COPY of electronic record maintained by Miami-Dade Fire Rescue Department 9300 NW 41 Street, Doral FL 33178 Central Records Bureau
Records Custodian:

Plaintiff Exhibit 29 - 011427



## Miami-Dade Fire Rescue

9300 NW 41st Street, Doral, Florida 33178
Official Document

| | |
|---|---|
| Incident: | 8012613 |
| Patient: | Augsamar, Stanley |
| Impression: | Injury of lower back |
| Case Status: | CLOSED |

## Signatures

**Patient**

Augsamar, Stanley

2018-01-17 10:44:09

Permission to Transport

Not Signed - Physical Impairment of Extremities

**EMS Crew Member (Other)**

Dufrene, Richenord

2018-01-17 10:45:29

Crew Signature

Signed

png

Dufrene, Richenord

**Facility Representative**

Jackson, C

2018-01-17 10:44:36

Transfer of Patient Care

Signed

png

**EMS Primary Care Provider (for this event)**

Ferreyra, Daniel

2018-01-17 10:44:26

Report Author

Signed

png

Ferreyra, Daniel

CERTIFIED TRUE COPY of electronic record maintained by Miami-Dade Fire Rescue Department 9300 NW 41 Street, Doral FL 33178 Central Records Bureau
Records Custodian:



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

*Emergency/Trauma Documentation*

Document Type:                          ED Note-Physician
Service Date/Time:                      1/17/2018 14:47 EST
Result Status:                          Auth (Verified)
Document Subject:                       ED Note-Physician
Perform Information:                    Zakrison,Tanya L (1/17/2018 14:47 EST)
Sign Information:

**ED Note-Physician**

```
                    TRAUMA RESUSCITATION UNIT
        ATTENDING PHYSICIAN HISTORY & PHYSICAL/RESUS NOTE
                DATE/TIME : 01/17/18  14:47


THIS IS A 35 YEAR OLD BLACK MALE WITH BLUNT INJURY. MVC. PATIENT COMPLAINS
OF neck pain, no movement below neck.
VITAL SIGNS IN RESUS    SBP:        RR:        GCS: 15     HR :
MEDICATIONS     : none.
ALLERGIES       : NKDA.
MEDICAL Hx      : none.
SURGICAL Hx     : none.
TRAUMA Hx       : none.
DRUG Hx         : none.
ALCOHOL Hx      : none.
SMOKING Hx      : none.


BEHAVIOR        : NORMAL.
AIRWAY          : NORMAL.
LEFT LUNG       : NORMAL.
RIGHT LUNG      : NORMAL.
HEART SOUNDS    : NORMAL.
CARDIAC RHYTHM: NORMAL SINUS.
HEAD            : NORMAL.
FACE            : NORMAL, PINNA - ABRASION, left side.
LEFT EYE        : NORMAL VISION.
LEFT PUPIL      : 3mm, REACTIVE.
RIGHT EYE       : NORMAL VISION.
RIGHT PUPIL     : 3mm, REACTIVE.
NECK            : C-COLLAR, NORMAL.
BACK            : NORMAL.
BUTTOCKS        : NORMAL.
ABDOMEN         : NORMAL.
```

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101501668 | DOB/Age/Sex: | 6/23/1983  34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson**
HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Emergency/Trauma Documentation* |
| --- |

```
GENITALS      : NORMAL.
URINE         : CLEAR.

EXTREMITIES   : SENSATION          MOTOR
     L ARM    : DECREASED          AGAINST GRAVITY
     R ARM    : DECREASED          AGAINST GRAVITY
     L LEG    : DECREASED          FLACCID
     R LEG    : DECREASED          FLACCID


PULSES           LEFT              RIGHT
   RADIAL        : PALP            PALP
   FEMORAL       : PALP            PALP
   POSTERIOR TIB : PALP            PALP
   DORSALIS PEDIS: PALP            PALP

INTERNAL BLEEDING : NO

EXTERNAL BLEEDING : NO

LABORATORY RESULTS :
   DATE      TIME   TEST RESULTS
1) 01/17/18 10:44  SRC VENOUS, THERAPY UNKNOWN, TEMP UNKNOWN, PH 7.40, PCO2
                   45, PO2 98, HCO3 27*, BE 3*, O2SAT 98, HCT 42
2) 01/17/18 10:44  ABO/RH O POSITIVE, AB SC NEGATIVE
3) 01/17/18 10:44  CA++ 1.11*
4) 01/17/18 10:44  GLUC 103, NA 142, K 4.8, CL 103, CO2 27, GAP 12, BUN 18,
                   OSM-CALC 285, CREAT 1.09
5) 01/17/18 10:44  CA 9.8
6) 01/17/18 10:44  WB GLUC 103, WB NA 140.3, WB K 4.2, WB CL 104
7) 01/17/18 10:44  WBC 10.9*, RBC 4.52, HGB 13.4, HCT 41.0, MCV 90.7, MCH
                   29.6, MCHC 32.7, PLAT 252
8) 01/17/18 10:44  PROTIME 12.4, INR 1.07, APTT 32.1

CONSULTS REQUESTED.
  NRS   : yes.  regarding C5 fracture and neuro symptoms.

RESIDENT MD PLAN OF CARE.
Adult male trauma pt s/p MVC restrained rear passenger. Pt with report of
loss of sensation and motor below neck. C collar in place. Minimal
movement of upper extremities, and none of lower extremities found in
trauma bay. Pulses intact. Pt taken to CT, anticipate eval for C spine
fracture and NSGY eval.
```

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101501668 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

Plaintiff Exhibit 29 - 011430

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

### Emergency/Trauma Documentation

ATTENDING HISTORY OF PRESENT ILLNESS.
35M, MVC at low velocity but complaining of paralysis.

ATTENDING CLINICAL FINDINGS.
No primary survey concerns, C3 and C6 laminar fractures, nondisplaced.
Right vertebral artery injury.

ATTENDING PLAN OF CARE.
Admit to neurosurgery, spine rehab involved, needs MRI, Cool guard, TCDs
and futher workup. May proceed to surgery pending MRI results.


RESIDENT SIGNATURE: WESLEY EARL  TRUEBLOOD M.D.  #25385 ELECTRONICALLY SIGNED

ATTENDING SIGNATURE: TANYA  ZAKRISON M.D.  #43732
                     ELECTRONICALLY SIGNED (01/17/18 17:39)

| | |
|---|---|
| Document Type: | ED Note-Physician |
| Service Date/Time: | 1/17/2018 18:20 EST |
| Result Status: | Auth (Verified) |
| Document Subject: | Certification of Emergency Condition |
| Perform Information: | Perez-Roman,Roberto J (1/17/2018 18:20 EST) |
| Sign Information: | Perez-Roman,Roberto J (1/17/2018 18:20 EST) |

Certification of Emergency Condition Entered On: 1/17/2018 6:20 PM EST
Performed On: 1/17/2018 6:20 PM EST by Perez-Roman, Roberto J


**Certification of Emergency Condition**
*Emergency Certification Definition :*  To comply with the Department of Children and Families requirements, non-citizens that would be Medicaid eligible on all factors other, than their INS status may be eligible for medicaid to cover medical emergencies, including the birth of a child. Before Medicaid may be, authorized, applicants must provide proof from the doctor or hospital stating the treatment was due to an emergency condition., The Proof also must include the dates of the emergency.
*Emergency Certification Eligibility :*  Section 1903(v) of the Social Security Act provides that "the term emergency condition means a medical condition (including emergency labor and delivery), manifesting itself by acute symptoms of sufficient severity (including severe pain) such that the absence of immediate medical attention, could reasonably be expected in (A) placing the patient's health in serious jeopardy, (B) serious impairment to bodily functions,, or (C) serious dysfunction of any bodily organ or part."

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| .N: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101501668 | DOB/Age/Sex: | 6/23/1983  34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Emergency/Trauma Documentation |
| --- |

*Does Pt meet emergency condition :* Yes
*Electronically signed :* Yes

Perez-Roman, Roberto J - 1/17/2018 6:20 PM EST
(As Of: 1/17/2018 6:20:15 PM EST)

Problems(Active)
No Chronic Problems (Cerner
:NKP )

*Name of Problem:* No Chronic Problems ; *Recorder:*
SYSTEM; *Confirmation:* *Confirmed ; *Classification:* Medical ;
*Code:* NKP ; *Last Updated:* 1/17/2018 10:41 EST ; *Life Cycle
Date:* 1/17/2018 ; *Life Cycle Status:* Active ; *Vocabulary:*
Cerner

Diagnoses(Active)
Motor vehicle crash - major

*Date:* 1/17/2018 ; *Diagnosis Type:* Reason For Visit ;
*Confirmation:* *Complaint of ; *Clinical Dx:* Motor vehicle crash
- major ; *Classification:* Nursing ; *Clinical Service:*
Non-Specified ; *Code:* PNED ; *Probability:* 0 ; *Ranking:*
Primary ; *Diagnosis Code:*
315AAE17-C218-4871-8874-B2A4D7479D8E

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Perform Information:
Sign Information:

Trauma Documentation
1/17/2018 00:00 EST
Auth (Verified)
TR0010

**TR0010**
http://j0cfdocumentmanagement.asp.siemensmedical.com/J0CF/HTML/lkmDisplayDocuments.aspx?IICID=9B44EB38716
37434E67E5C3467BE607C0F66C4F10AE98E9997284A90C26F181C25355231957571E7A0B4EE5A4B318645&Key=10
J0CFD096BFC5FBB611E7A97F001B21C72562_HNAM_URL

| | |
| --- | --- |
| Admit Date: | 1/17/2018 |
| Discharge Date: | |
| IN: | 40014572421 |
| Report Request ID: | 101501668 |
| Facility: | Jackson Memorial Hospital |

| | |
| --- | --- |
| Patient: | AUGUSMAR, STANLEY |
| MRN: | 5017634 |
| Attending: | Wang,Michael Yung-Shun |
| DOB/Age/Sex: | 6/23/1983  34 years  Male |

 **Jackson** **Jackson Health System**
HEALTH SYSTEM                Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*History and Physical*

Document Type:                          History and Physical
Service Date/Time:                      1/17/2018 00:00 EST
Result Status:                          Auth (Verified)
Document Subject:                       History and Physical Report
Perform Information:                    Perez-Roman,Roberto J (1/17/2018 18:28 EST)
Sign Information:                       Wang,Michael Yung-Shun (1/27/2018 10:08 EST)

**History and Physical Report**
JACKSON MEMORIAL HOSPITAL
MIAMI, FLORIDA  33136

PATIENT NAME:  YANKEE-Z, UNKMALE UNKNOWN
MR NUMBER:  5017634
BILLING NUMBER:  40014572421
DOB:  01/01/1983
                    ADMISSION HISTORY & PHYSICAL

DATE OF ADMIT:  01/17/2018
DATE OF EVALUATION:
ATTENDING PHYSICIAN:  Michael Yung-Shun Wang, MD


HISTORY OF PRESENT ILLNESS:
This is a 35-year-old male patient with no known past medical history.  The
patient was involved in a motor vehicle accident earlier today with acute
paraplegia.  For this reason, he was brought here to Jackson Memorial Ryder
Trauma Center for further evaluation.  The patient reports that he was in
usual state of health when he got T-boned while riding an automobile and after
that, he had severe neck pain and was unable to move his lower extremities.
Here on interview, he was complaining about neck pain with being unable to
move his lower extremities and having weakness on the upper extremities
bilaterally.  The patient denies any headaches, any loss of consciousness, any
seizures, any fevers, chills, and denies any sensory loss.

REVIEW OF SYSTEMS:
Negative, otherwise mentioned in the history of present illness.

PAST MEDICAL HISTORY:
Hypertension.

PAST SURGICAL HISTORY:
Negative.

---

Admit Date:          1/17/2018              Patient:        AUGUSMAR, STANLEY
Discharge Date:                             MRN:            5017634
FIN:                 40014572421            Attending:      Wang,Michael Yung-Shun
Report Request ID:   101503358              DOB/Age/Sex:    6/23/1983  34 years      Male
Facility:            Jackson Memorial Hospital

 **Jackson** PUBLIC HEALTH TRUST
HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| History and Physical |
| --- |

FAMILY HISTORY:
Noncontributory.

SOCIAL HISTORY:
Negative.

PHYSICAL EXAMINATION:
The patient is awake, alert, and oriented x3. Pupils are equal, round, and reactive to light. Extraocular movements are intact. Cranial nerves 2 through 12 are grossly intact. Shoulder shrug is intact. Muscle strength in right upper extremity, deltoids 4/5, biceps 0/5, wrist extension 3/5, hand grip is 0/5. Left upper extremity, deltoids 4/5, biceps 4/5, triceps 0/5, wrist extension 0/5, hand intrinsic is 0/5. Left lower extremity and right lower extremity, 2/5 in all muscle groups. There is no sensory deficit. No saddle anesthesia. Rectal tone although diminished. No clonus. No hyperreflexia.

IMAGING DATA:
CT of the C-spine shows a right supra-articular facet nondisplaced fracture at he level of C6.

ASSESSMENT AND PLAN:
This is a 35-year-old male patient who was involved in a motor vehicle accident with ASIA B C7 spinal cord injury with a cervical 6 right supra-articular facet nondisplaced fracture. At this moment, we will recommend the patient to have an MRI of the C and T-spine to evaluate for any spinal cord injury. We will recommend the patient to be on maps above 80 and we will enroll to clinical trial on the spinal cord injury hypothermia. After results become available, we will give further recommendations. Case discussed with attending, Dr. Michael Wang.

Dictated For: Michael Yung-Shun Wang, MD

Dictated By: Roberto J Perez-Roman, MD

MEDQ/RJP
DD: 01/17/2018 18:28:29
DT: 01/17/2018 18:59:36
JOB #: 1421155/773580493
*Electronically Signed By: Michael Yung-Shun Wang On: 01/27/2018 10:08 EST*
*Dictated On:01/17/2018 18:28 EST*
*Transcribed On:01/17/18 18:59 EST*

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| AN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years    Male |
| Facility: | Jackson Memorial Hospital | | |

Plaintiff Exhibit 29 - 011434

 **Jackson** HEALTH SYSTEM

## Jackson Health System
### Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

| *General Radiology* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0015957 | GR Chest 1 View | 1/17/2018 11:12 EST | Devivo,Anthony Joseph |

**Report**

INDICATION: Pain

COMPARISON: None

TECHNIQUE:
1. AP view of the chest.
2. Single AP view of the pelvis.

FINDINGS:

CHEST:
Cardiomediastinal silhouette: Within normal limits for technique.
Pulmonary vascular markings: Normal.
Lungs: Well aerated without consolidation.   No definite pneumothorax or pleural effusion.
Soft tissues and Bones: No acute osseous abnormality.

PELVIS:
No displaced fracture or malalignment.
Bone mineralization within normal limits without evidence of osseous destructive lesion or periosteal reaction.

IMPRESSION:
No acute radiographic cardiopulmonary abnormality.
No displaced fracture or malalignment in the pelvis.

***FINAL REPORT***
*Attending Physician: Durso, Anthony Michael*
*Dictation Date/Time:01/17/18 12:33:3*
*Transcribed by & Date/Time: Durso, Anthony Micha01/17/2018 12:33*
*Electronically Signed By: Durso, Anthony Michael/Signature Date/Time: 01/17/2018 12:33*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0015958 | GR Pelvis 1 or 2 Views | 1/17/2018 11:12 EST | Devivo,Anthony Joseph |

**Reason For Exam**
(GR Pelvis 1 or 2 Views) Pain

---

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years     Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*General Radiology*

| | | | |
|---|---|---|---|
| Accession | Exam | Exam Date/Time | Ordering Provider |
| GR-18-0015958 | GR Pelvis 1 or 2 Views | 1/17/2018 11:12 EST | Devivo,Anthony Joseph |

**Report**
PROCEDURE: GR Chest 1 View, GR Pelvis 1 or 2 Views

EXAM DATE: 1/17/2018 11:12 AM

INDICATION: Pain

COMPARISON: None

TECHNIQUE:
1. AP view of the chest.
2. Single AP view of the pelvis.

FINDINGS:

CHEST:
Cardiomediastinal silhouette: Within normal limits for technique.
Pulmonary vascular markings: Normal.
Lungs: Well aerated without consolidation.   No definite pneumothorax or pleural effusion.
Soft tissues and Bones: No acute osseous abnormality.

PELVIS:
No displaced fracture or malalignment.
Bone mineralization within normal limits without evidence of osseous destructive lesion or periosteal reaction.

IMPRESSION:
No acute radiographic cardiopulmonary abnormality.
No displaced fracture or malalignment in the pelvis.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Durso, Anthony Michael*
*Dictation Date/Time:01/17/18 12:33:3*
*Transcribed by & Date/Time: Durso, Anthony Micha01/17/2018 12:33*
*Electronically Signed By: Durso, Anthony MichaelSignature Date/Time: 01/17/2018 12:33*

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Special Procedures* |
| --- |

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| SP-18-0001828 | SP Carotid Cerebral Angiogram Uni | 2/2/2018 15:51 EST | Starke,Robert M |

**Report**
*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Starke, Robert M*
*Dictation Date/Time:02/02/18 16:20:1*
*Transcribed by & Date/Time: Starke, Robert M    02/07/2018 10:09*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Khandelwal, Priyank*
*Electronically Signed By: Starke, Robert M    Signature Date/Time: 03/06/2018 14:50*

| *Computed Tomography* |
| --- |

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| CT-18-0006982 | CTA Neck w/ Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Reason For Exam**
(CTA Neck w/ Contrast) pain

**Report**
PROCEDURE: CTA Neck w/ Contrast, CT Brain w/o Contrast, CT C Spine w/o Contrast, CT T Spine w/o Contrast, CT L Spine w/o Contrast, CTA Abdomen + Pelvis w/ Contrast, CTA Chest w/ Contrast

EXAM DATE: 1/17/2018 12:08 PM

INDICATION: Backseat MVC, cant move arms or legs with tingling all over. GCS 15.

TECHNIQUE: Noncontrast axial images of the    brain, cervical, thoracic, and lumbar spine, and multiple volumetric CT angiographic images of the neck, chest, abdomen, and pelvis were obtained with intravenous contrast per CTA protocol. MPR and MIP reconstructions were performed at an outside workstation, images sent to PACS and reviewed.

COMPARISON: None

OBSERVATIONS:

Scout views are unremarkable.

BRAIN:
Hemorrhage: No extra-axial, intraventricular, or intraparenchymal hemorrhage ...

Midline shift or mass effect: None ...

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| --- | --- | --- | --- |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503359 | DOB/Age/Sex: | 6/23/1983  34 years    Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Computed Tomography* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006982 | CTA Neck w/ Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**
Brain parenchyma: No territorial infarction. No intracranial hemorrhage. ...

Ventricular system: No hydrocephalus. No intraventricular hemorrhage. ...

Basal cisterns: Patent. ...

Posterior fossa: Limited evaluation due to streak artifact however, grossly unremarkable. Cerebellar tonsils appear within normal limits. The clivus appears within normal limits. ...

Cerebral vasculature: Grossly unremarkable without obvious occlusion, narrowing, or dissection ...

Paranasal sinuses: Mucosal thickening of the inferior maxillary sinuses bilaterally. No hemosinus. Mastoid air cells are clear. Inner ears are grossly within normal limits. ...

Orbits: Orbits and globes are symmetric. No proptosis. ...

Soft tissues: No traumatic injury ...

Calvarium: No fractures ...

Nasal bones are intact.

Lamina papyracea is intact.

Maxillary walls are intact.

Ethmoid walls are intact.

Zygomatic arches are intact.

Pterygoid plates are intact. ...

NECK:
Left carotid artery: Normal course and caliber ...

Left vertebral artery: Normal course and caliber ...

Left jugular vein: Normal course and caliber ...

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| -IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** PUBLIC HEALTH TRUST
HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

### *Computed Tomography*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006982 | CTA Neck w/ Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**
Right carotid artery: Normal course and caliber ...

Right vertebral artery: The proximal right vertebral artery is not opacified throughout its proximal and most of its intervertebral course. The distal vertebral becomes slightly opacified starting at about the C2 level; however, this could be due to retrograde filling. In conjunction with the right cervical spine injury this is favored to represent traumatic injury to the vessel.

Right jugular vein: Normal course and caliber ...

Thyroid: Normal ...

Soft tissues: No traumatic injury ...

CERVICAL SPINE:
Acute fractures or subluxations: Nondisplaced fracture of the C3 right lamina extending into the right articular mass and approaching the inferior facet articular surface. Not significantly displaced fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle. No significant spinal canal narrowing at this level.

Alignment: Straightening of the normal cervical lordosis is seen, likely on the basis of a cervical collar. ...

Vertebral body heights: Maintained ...

CHEST:

Mediastinum: No traumatic injury. No adenopathy by CT size criteria. ...

Great vessels: No acute traumatic injury ...

Thoracic aorta: Normal ...

Pulmonary arteries: Within normal limits. ...

Heart and pericardium: No traumatic injury ...

Esophagus: No obvious traumatic injury ...

Airways: Patent without traumatic injury ...

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years  Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Computed Tomography* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006982 | CTA Neck w/ Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**

Lung parenchyma: No traumatic injury. No acute opacity. ...

Pleura: No pneumothorax or pleural effusion. ...

Chest wall: No traumatic injury ...

Bones: No sternum, clavicle, rib, or scapular fractures ...

ABDOMEN/ PELVIS:

Liver parenchyma: No traumatic injury or biliary dilation. Patent portal vein. ...

Gallbladder: Within normal limits ...

Spleen: No traumatic injury. Normal attenuation. ...

Pancreas: No traumatic injury. No peripancreatic fluid. No pancreatic duct dilation. ...

Adrenal glands: No hemorrhage. No masses. ...

Kidneys: No traumatic injury. Symmetric nephrograms. No hydronephrosis. No masses. ...

Ureters: Visualized portions are normal in course and caliber ...

Urinary Bladder: No traumatic injury ...

Peritoneum: No free air. No free fluid. ...

Stomach: Incompletely distended, limiting evaluation ...

Small and large bowel: No traumatic injury. No bowel wall thickening. No mesenteric stranding or fluid. ...

Reproductive: No traumatic injury ...

Soft tissues of the abdominal wall: Within normal limits. ...

Abdominal aorta and IVC: No traumatic injury. ...

Bony pelvis, sacrum, and visualized hips: No fractures ...

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Computed Tomography |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006982 | CTA Neck w/ Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**

THORACIC AND LUMBAR SPINE:
Acute fractures or subluxations: No acute fractures. ...

Alignment: Normal ...

Vertebral body heights: Maintained ...

Posterior elements: Intact ...

No significant degenerative changes. ...

...

IMPRESSION:
1. No acute intracranial hemorrhage, mass effect, midline shift, or extra-axial collections.
2. No traumatic viscus organ injury.
3. Nondisplaced fracture of the C3 right lamina with extension to the right articular mass and inferior facet.
4. Not significantly displaced fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle. No significant spinal canal narrowing at this level.
5. The proximal right vertebral artery is not opacified throughout its proximal and most of its intervertebral course. The distal vertebral becomes slightly opacified starting at about the C2 level; however, this could be due to retrograde filling. In conjunction with the right cervical spine injury this is favored to represent traumatic injury to the vessel.

Non-traumatic findings:
1. Lucency in the crown of the most posterior right mandibular molar favored to represent a cavity.
2. Periapical lucency of the left maxillary most posterior molar.
3. There is an 8 mm sclerotic hyperdensity in the right iliac bone favored represent a bone island.
4. Right os acromiale.
5. Additional findings as detailed above.

Findings discussed post attending review with Dr Brad Moffat of Trauma Resus at 5:00 pm on 1/17/18.

***FINAL REPORT***
*Attending Physician: Durso, Anthony Michael*
*Dictation Date/Time:01/17/18 11:44:4*
*Transcribed by & Date/Time: Durso, Anthony Micha01/17/2018 12:51*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Dienes, Spencer R*
*Electronically Signed By: Durso, Anthony MichaelSignature Date/Time: 01/17/2018 19:51*

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Computed Tomography |
| --- |

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| CT-18-0006977 | CT C Spine w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Reason For Exam**
(CT C Spine w/o Contrast) pain

**Report**
PROCEDURE: CTA Neck w/ Contrast, CT Brain w/o Contrast, CT C Spine w/o Contrast, CT T Spine w/o Contrast, CT L Spine w/o Contrast, CTA Abdomen + Pelvis w/ Contrast, CTA Chest w/ Contrast

EXAM DATE: 1/17/2018 12:08 PM

INDICATION: Backseat MVC, cant move arms or legs with tingling all over. GCS 15.

TECHNIQUE: Noncontrast axial images of the    brain, cervical, thoracic, and lumbar spine, and multiple volumetric CT angiographic images of the neck, chest, abdomen, and pelvis were obtained with intravenous contrast per CTA protocol. MPR and MIP reconstructions were performed at an outside workstation, images sent to PACS and reviewed.

COMPARISON: None

OBSERVATIONS:

Scout views are unremarkable.

BRAIN:
Hemorrhage: No extra-axial, intraventricular, or intraparenchymal hemorrhage ...

Midline shift or mass effect: None ...

Brain parenchyma: No territorial infarction. No intracranial hemorrhage. ...

Ventricular system: No hydrocephalus. No intraventricular hemorrhage. ...

Basal cisterns: Patent. ...

Posterior fossa: Limited evaluation due to streak artifact however, grossly unremarkable. Cerebellar tonsils appear within normal limits. The clivus appears within normal limits. ...

Cerebral vasculature: Grossly unremarkable without obvious occlusion, narrowing, or dissection ...

Paranasal sinuses: Mucosal thickening of the inferior maxillary sinuses bilaterally. No hemosinus. Mastoid air cells are

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| --- | --- | --- | --- |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years     Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Computed Tomography*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006977 | CT C Spine w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**
clear. Inner ears are grossly within normal limits. ...

Orbits: Orbits and globes are symmetric. No proptosis. ...

Soft tissues: No traumatic injury ...

Calvarium: No fractures ...

Nasal bones are intact.

Lamina papyracea is intact.

Maxillary walls are intact.

Ethmoid walls are intact.

.ygomatic arches are intact.

Pterygoid plates are intact. ...

NECK:
Left carotid artery: Normal course and caliber ...

Left vertebral artery: Normal course and caliber ...

Left jugular vein: Normal course and caliber ...

Right carotid artery: Normal course and caliber ...

Right vertebral artery: The proximal right vertebral artery is not opacified throughout its proximal and most of its intervertebral course. The distal vertebral becomes slightly opacified starting at about the C2 level; however, this could be due to retrograde filling. In conjunction with the right cervical spine injury this is favored to represent traumatic injury to the vessel.

Right jugular vein: Normal course and caliber ...

Thyroid: Normal ...

Soft tissues: No traumatic injury ...

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Computed Tomography |
| --- |

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| CT-18-0006977 | CT C Spine w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**

CERVICAL SPINE:
Acute fractures or subluxations: Nondisplaced fracture of the C3 right lamina extending into the right articular mass and approaching the inferior facet articular surface. Not significantly displaced fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle. No significant spinal canal narrowing at this level.

Alignment: Straightening of the normal cervical lordosis is seen, likely on the basis of a cervical collar. ...

Vertebral body heights: Maintained ...

CHEST:

Mediastinum: No traumatic injury. No adenopathy by CT size criteria. ...

Great vessels: No acute traumatic injury ...

Thoracic aorta: Normal ...

Pulmonary arteries: Within normal limits. ...

Heart and pericardium: No traumatic injury ...

Esophagus: No obvious traumatic injury ...

Airways: Patent without traumatic injury ...

Lung parenchyma: No traumatic injury. No acute opacity. ...

Pleura: No pneumothorax or pleural effusion. ...

Chest wall: No traumatic injury ...

Bones: No sternum, clavicle, rib, or scapular fractures ...

ABDOMEN/ PELVIS:

Liver parenchyma: No traumatic injury or biliary dilation. Patent portal vein. ...

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| N: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |



# Jackson Health System
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Computed Tomography |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006977 | CT C Spine w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**

Gallbladder: Within normal limits ...

Spleen: No traumatic injury. Normal attenuation. ...

Pancreas: No traumatic injury. No peripancreatic fluid. No pancreatic duct dilation. ...

Adrenal glands: No hemorrhage. No masses. ...

Kidneys: No traumatic injury. Symmetric nephrograms. No hydronephrosis. No masses. ...

Ureters: Visualized portions are normal in course and caliber ...

Urinary Bladder: No traumatic injury ...

Peritoneum: No free air. No free fluid. ...

Stomach: Incompletely distended, limiting evaluation ...

Small and large bowel: No traumatic injury. No bowel wall thickening. No mesenteric stranding or fluid. ...

Reproductive: No traumatic injury ...

Soft tissues of the abdominal wall: Within normal limits. ...

Abdominal aorta and IVC: No traumatic injury. ...

Bony pelvis, sacrum, and visualized hips: No fractures ...

THORACIC AND LUMBAR SPINE:
Acute fractures or subluxations: No acute fractures. ...

Alignment: Normal ...

Vertebral body heights: Maintained ...

Posterior elements: Intact ...

No significant degenerative changes. ...

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Computed Tomography* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006977 | CT C Spine w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**
...

IMPRESSION:
1. No acute intracranial hemorrhage, mass effect, midline shift, or extra-axial collections.
2. No traumatic viscus organ injury.
3. Nondisplaced fracture of the C3 right lamina with extension to the right articular mass and inferior facet.
4. Not significantly displaced fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle. No significant spinal canal narrowing at this level.
5. The proximal right vertebral artery is not opacified throughout its proximal and most of its intervertebral course. The distal vertebral becomes slightly opacified starting at about the C2 level; however, this could be due to retrograde filling. In conjunction with the right cervical spine injury this is favored to represent traumatic injury to the vessel.

Non-traumatic findings:
1. Lucency in the crown of the most posterior right mandibular molar favored to represent a cavity.
2. Periapical lucency of the left maxillary most posterior molar.
3. There is an 8 mm sclerotic hyperdensity in the right iliac bone favored represent a bone island.
4. Right os acromiale.
5. Additional findings as detailed above.

Findings discussed post attending review with Dr Brad Moffat of Trauma Resus at 5:00 pm on 1/17/18.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Durso, Anthony Michael*
*Dictation Date/Time:01/17/18 11:44:4*
*Transcribed by & Date/Time: Durso, Anthony Micha01/17/2018 12:51*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Dienes, Spencer R*
*Electronically Signed By: Durso, Anthony MichaelSignature Date/Time: 01/17/2018 19:51*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006975 | CT Brain w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Reason For Exam**
(CT Brain w/o Contrast) pain

**Report**
PROCEDURE: CTA Neck w/ Contrast, CT Brain w/o Contrast, CT C Spine w/o Contrast, CT T Spine w/o Contrast, CT L Spine w/o Contrast, CTA Abdomen + Pelvis w/ Contrast, CTA Chest w/ Contrast

EXAM DATE: 1/17/2018 12:08 PM

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years  Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Computed Tomography

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006977 | CT C Spine w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**
...

IMPRESSION:
1. No acute intracranial hemorrhage, mass effect, midline shift, or extra-axial collections.
2. No traumatic viscus organ injury.
3. Nondisplaced fracture of the C3 right lamina with extension to the right articular mass and inferior facet.
4. Not significantly displaced fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle. No significant spinal canal narrowing at this level.
5. The proximal right vertebral artery is not opacified throughout its proximal and most of its intervertebral course. The distal vertebral becomes slightly opacified starting at about the C2 level; however, this could be due to retrograde filling. In conjunction with the right cervical spine injury this is favored to represent traumatic injury to the vessel.

Non-traumatic findings:
1. Lucency in the crown of the most posterior right mandibular molar favored to represent a cavity.
2. Periapical lucency of the left maxillary most posterior molar.
3. There is an 8 mm sclerotic hyperdensity in the right iliac bone favored represent a bone island.
4. Right os acromiale.
5. Additional findings as detailed above.

Findings discussed post attending review with Dr Brad Moffat of Trauma Resus at 5:00 pm on 1/17/18.

***FINAL REPORT***
*Attending Physician: Durso, Anthony Michael*
*Dictation Date/Time:01/17/18 11:44:4*
*Transcribed by & Date/Time: Durso, Anthony Micha01/17/2018 12:51*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Dienes, Spencer R*
*Electronically Signed By: Durso, Anthony MichaelSignature Date/Time: 01/17/2018 19:51*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006975 | CT Brain w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Reason For Exam**
(CT Brain w/o Contrast) pain

**Report**
PROCEDURE: CTA Neck w/ Contrast, CT Brain w/o Contrast, CT C Spine w/o Contrast, CT T Spine w/o Contrast, CT L Spine w/o Contrast, CTA Abdomen + Pelvis w/ Contrast, CTA Chest w/ Contrast

EXAM DATE: 1/17/2018 12:08 PM

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Computed Tomography*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006975 | CT Brain w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**

INDICATION:  Backseat MVC, cant move arms or legs with tingling all over. GCS 15.

TECHNIQUE: Noncontrast axial images of the    brain, cervical, thoracic, and lumbar spine, and multiple volumetric CT angiographic images of the neck, chest, abdomen, and pelvis were obtained with intravenous contrast per CTA protocol. MPR and MIP reconstructions were performed at an outside workstation, images sent to PACS and reviewed.

COMPARISON: None

OBSERVATIONS:

Scout views are unremarkable.

BRAIN:
Hemorrhage: No extra-axial, intraventricular, or intraparenchymal hemorrhage ...

Midline shift or mass effect: None ...

Brain parenchyma: No territorial infarction. No intracranial hemorrhage. ...

Ventricular system: No hydrocephalus. No intraventricular hemorrhage. ...

Basal cisterns: Patent. ...

Posterior fossa: Limited evaluation due to streak artifact however, grossly unremarkable. Cerebellar tonsils appear within normal limits. The clivus appears within normal limits. ...

Cerebral vasculature: Grossly unremarkable without obvious occlusion, narrowing, or dissection ...

Paranasal sinuses: Mucosal thickening of the inferior maxillary sinuses bilaterally. No hemosinus. Mastoid air cells are clear. Inner ears are grossly within normal limits. ...

Orbits: Orbits and globes are symmetric. No proptosis. ...

Soft tissues: No traumatic injury ...

Calvarium: No fractures ...

Nasal bones are intact.

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** ⬛ PUBLIC HEALTH TRUST
HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Computed Tomography* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006975 | CT Brain w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**

Lamina papyracea is intact.

Maxillary walls are intact.

Ethmoid walls are intact.

Zygomatic arches are intact.

Pterygoid plates are intact. ...

NECK:
Left carotid artery: Normal course and caliber ...

Left vertebral artery: Normal course and caliber ...

.eft jugular vein: Normal course and caliber ...

Right carotid artery: Normal course and caliber ...

Right vertebral artery: The proximal right vertebral artery is not opacified throughout its proximal and most of its intervertebral course. The distal vertebral becomes slightly opacified starting at about the C2 level; however, this could be due to retrograde filling. In conjunction with the right cervical spine injury this is favored to represent traumatic injury to the vessel.

Right jugular vein: Normal course and caliber ...

Thyroid: Normal ...

Soft tissues: No traumatic injury ...

CERVICAL SPINE:
Acute fractures or subluxations: Nondisplaced fracture of the C3 right lamina extending into the right articular mass and approaching the inferior facet articular surface. Not significantly displaced fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle. No significant spinal canal narrowing at this level.

Alignment: Straightening of the normal cervical lordosis is seen, likely on the basis of a cervical collar. ...

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Computed Tomography |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006975 | CT Brain w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**
Vertebral body heights: Maintained ...

CHEST:

Mediastinum: No traumatic injury. No adenopathy by CT size criteria. ...

Great vessels: No acute traumatic injury ...

Thoracic aorta: Normal ...

Pulmonary arteries: Within normal limits. ...

Heart and pericardium: No traumatic injury ...

Esophagus: No obvious traumatic injury ...

Airways: Patent without traumatic injury ...

Lung parenchyma: No traumatic injury. No acute opacity. ...

Pleura: No pneumothorax or pleural effusion. ...

Chest wall: No traumatic injury ...

Bones: No sternum, clavicle, rib, or scapular fractures ...

ABDOMEN/ PELVIS:

Liver parenchyma: No traumatic injury or biliary dilation. Patent portal vein. ...

Gallbladder: Within normal limits ...

Spleen: No traumatic injury. Normal attenuation. ...

Pancreas: No traumatic injury. No peripancreatic fluid. No pancreatic duct dilation. ...

Adrenal glands: No hemorrhage. No masses. ...

Kidneys: No traumatic injury. Symmetric nephrograms. No hydronephrosis. No masses. ...

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Computed Tomography |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006975 | CT Brain w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**

Ureters: Visualized portions are normal in course and caliber ...

Urinary Bladder: No traumatic injury ...

Peritoneum: No free air. No free fluid. ...

Stomach: Incompletely distended, limiting evaluation ...

Small and large bowel: No traumatic injury. No bowel wall thickening. No mesenteric stranding or fluid. ...

Reproductive: No traumatic injury ...

Soft tissues of the abdominal wall: Within normal limits. ...

Abdominal aorta and IVC: No traumatic injury. ...

Bony pelvis, sacrum, and visualized hips: No fractures ...

THORACIC AND LUMBAR SPINE:
Acute fractures or subluxations: No acute fractures. ...

Alignment: Normal ...

Vertebral body heights: Maintained ...

Posterior elements: Intact ...

No significant degenerative changes. ...

...

IMPRESSION:
1. No acute intracranial hemorrhage, mass effect, midline shift, or extra-axial collections.
2. No traumatic viscus organ injury.
3. Nondisplaced fracture of the C3 right lamina with extension to the right articular mass and inferior facet.
4. Not significantly displaced fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle. No significant spinal canal narrowing at this level.
5. The proximal right vertebral artery is not opacified throughout its proximal and most of its intervertebral course. The

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Computed Tomography

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006975 | CT Brain w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**
distal vertebral becomes slightly opacified starting at about the C2 level; however, this could be due to retrograde filling. In conjunction with the right cervical spine injury this is favored to represent traumatic injury to the vessel.

Non-traumatic findings:
1. Lucency in the crown of the most posterior right mandibular molar favored to represent a cavity.
2. Periapical lucency of the left maxillary most posterior molar.
3. There is an 8 mm sclerotic hyperdensity in the right iliac bone favored represent a bone island.
4. Right os acromiale.
5. Additional findings as detailed above.

Findings discussed post attending review with Dr Brad Moffat of Trauma Resus at 5:00 pm on 1/17/18.

***FINAL REPORT***
*Attending Physician: Durso, Anthony Michael*
*Dictation Date/Time:01/17/18 11:44:4*
*Transcribed by & Date/Time: Durso, Anthony Micha01/17/2018 12:51*
*' reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Dienes, Spencer R*
*Electronically Signed By: Durso, Anthony MichaelSignature Date/Time: 01/17/2018 19:51*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006979 | CT L Spine w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Reason For Exam**
(CT L Spine w/o Contrast) pain

**Report**
PROCEDURE: CTA Neck w/ Contrast, CT Brain w/o Contrast, CT C Spine w/o Contrast, CT T Spine w/o Contrast, CT L Spine w/o Contrast, CTA Abdomen + Pelvis w/ Contrast, CTA Chest w/ Contrast

EXAM DATE: 1/17/2018 12:08 PM

INDICATION: Backseat MVC, cant move arms or legs with tingling all over. GCS 15.

TECHNIQUE: Noncontrast axial images of the   brain, cervical, thoracic, and lumbar spine, and multiple volumetric CT angiographic images of the neck, chest, abdomen, and pelvis were obtained with intravenous contrast per CTA protocol. MPR and MIP reconstructions were performed at an outside workstation, images sent to PACS and reviewed.

COMPARISON: None

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Computed Tomography* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006975 | CT Brain w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**
distal vertebral becomes slightly opacified starting at about the C2 level; however, this could be due to retrograde filling. In conjunction with the right cervical spine injury this is favored to represent traumatic injury to the vessel.

Non-traumatic findings:
1. Lucency in the crown of the most posterior right mandibular molar favored to represent a cavity.
2. Periapical lucency of the left maxillary most posterior molar.
3. There is an 8 mm sclerotic hyperdensity in the right iliac bone favored represent a bone island.
4. Right os acromiale.
5. Additional findings as detailed above.

Findings discussed post attending review with Dr Brad Moffat of Trauma Resus at 5:00 pm on 1/17/18.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Durso, Anthony Michael*
*Dictation Date/Time:01/17/18 11:44:4*
*Transcribed by & Date/Time:  Durso, Anthony Micha01/17/2018 12:51*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident:  Dienes, Spencer R*
*Electronically Signed By:  Durso, Anthony MichaelSignature Date/Time:  01/17/2018 19:51*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006979 | CT L Spine w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Reason For Exam**
(CT L Spine w/o Contrast) pain

**Report**
PROCEDURE: CTA Neck w/ Contrast, CT Brain w/o Contrast, CT C Spine w/o Contrast, CT T Spine w/o Contrast, CT L Spine w/o Contrast, CTA Abdomen + Pelvis w/ Contrast, CTA Chest w/ Contrast

EXAM DATE: 1/17/2018 12:08 PM

INDICATION:  Backseat MVC, cant move arms or legs with tingling all over. GCS 15.

TECHNIQUE: Noncontrast axial images of the   brain, cervical, thoracic, and lumbar spine, and multiple volumetric CT angiographic images of the neck, chest, abdomen, and pelvis were obtained with intravenous contrast per CTA protocol. MPR and MIP reconstructions were performed at an outside workstation, images sent to PACS and reviewed.

COMPARISON: None

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Computed Tomography |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006979 | CT L Spine w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**
OBSERVATIONS:

Scout views are unremarkable.

BRAIN:
Hemorrhage: No extra-axial, intraventricular, or intraparenchymal hemorrhage ...

Midline shift or mass effect: None ...

Brain parenchyma: No territorial infarction. No intracranial hemorrhage. ...

Ventricular system: No hydrocephalus. No intraventricular hemorrhage. ...

Basal cisterns: Patent. ...

Posterior fossa: Limited evaluation due to streak artifact however, grossly unremarkable. Cerebellar tonsils appear within normal limits. The clivus appears within normal limits. ...

Cerebral vasculature: Grossly unremarkable without obvious occlusion, narrowing, or dissection ...

Paranasal sinuses: Mucosal thickening of the inferior maxillary sinuses bilaterally. No hemosinus. Mastoid air cells are clear. Inner ears are grossly within normal limits. ...

Orbits: Orbits and globes are symmetric. No proptosis. ...

Soft tissues: No traumatic injury ...

Calvarium: No fractures ...

Nasal bones are intact.

Lamina papyracea is intact.

Maxillary walls are intact.

Ethmoid walls are intact.

Zygomatic arches are intact.

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years     Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Computed Tomography |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006979 | CT L Spine w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**
Pterygoid plates are intact. ...

NECK:
Left carotid artery: Normal course and caliber ...

Left vertebral artery: Normal course and caliber ...

Left jugular vein: Normal course and caliber ...

Right carotid artery: Normal course and caliber ...

Right vertebral artery: The proximal right vertebral artery is not opacified throughout its proximal and most of its intervertebral course. The distal vertebral becomes slightly opacified starting at about the C2 level; however, this could be due to retrograde filling. In conjunction with the right cervical spine injury this is favored to represent traumatic injury to the vessel.

Right jugular vein: Normal course and caliber ...

Thyroid: Normal ...

Soft tissues: No traumatic injury ...

CERVICAL SPINE:
Acute fractures or subluxations: Nondisplaced fracture of the C3 right lamina extending into the right articular mass and approaching the inferior facet articular surface. Not significantly displaced fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle. No significant spinal canal narrowing at this level.

Alignment: Straightening of the normal cervical lordosis is seen, likely on the basis of a cervical collar. ...

Vertebral body heights: Maintained ...

CHEST:

Mediastinum: No traumatic injury. No adenopathy by CT size criteria. ...

Great vessels: No acute traumatic injury ...

Thoracic aorta: Normal ...

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years     Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Computed Tomography |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006979 | CT L Spine w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**

Pulmonary arteries: Within normal limits. ...

Heart and pericardium: No traumatic injury ...

Esophagus: No obvious traumatic injury ...

Airways: Patent without traumatic injury ...

Lung parenchyma: No traumatic injury. No acute opacity. ...

Pleura: No pneumothorax or pleural effusion. ...

Chest wall: No traumatic injury ...

Bones: No sternum, clavicle, rib, or scapular fractures ...

ABDOMEN/ PELVIS:

Liver parenchyma: No traumatic injury or biliary dilation. Patent portal vein. ...

Gallbladder: Within normal limits ...

Spleen: No traumatic injury. Normal attenuation. ...

Pancreas: No traumatic injury. No peripancreatic fluid. No pancreatic duct dilation. ...

Adrenal glands: No hemorrhage. No masses. ...

Kidneys: No traumatic injury. Symmetric nephrograms. No hydronephrosis. No masses. ...

Ureters: Visualized portions are normal in course and caliber ...

Urinary Bladder: No traumatic injury ...

Peritoneum: No free air. No free fluid. ...

Stomach: Incompletely distended, limiting evaluation ...

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## Computed Tomography

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006979 | CT L Spine w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**
Small and large bowel: No traumatic injury. No bowel wall thickening. No mesenteric stranding or fluid. ...

Reproductive: No traumatic injury ...

Soft tissues of the abdominal wall: Within normal limits. ...

Abdominal aorta and IVC: No traumatic injury. ...

Bony pelvis, sacrum, and visualized hips: No fractures ...

THORACIC AND LUMBAR SPINE:
Acute fractures or subluxations: No acute fractures. ...

Alignment: Normal ...

Vertebral body heights: Maintained ...

Posterior elements: Intact ...

No significant degenerative changes. ...

...

IMPRESSION:
1. No acute intracranial hemorrhage, mass effect, midline shift, or extra-axial collections.
2. No traumatic viscus organ injury.
3. Nondisplaced fracture of the C3 right lamina with extension to the right articular mass and inferior facet.
4. Not significantly displaced fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle. No significant spinal canal narrowing at this level.
5. The proximal right vertebral artery is not opacified throughout its proximal and most of its intervertebral course. The distal vertebral becomes slightly opacified starting at about the C2 level; however, this could be due to retrograde filling. In conjunction with the right cervical spine injury this is favored to represent traumatic injury to the vessel.

Non-traumatic findings:
1. Lucency in the crown of the most posterior right mandibular molar favored to represent a cavity.
2. Periapical lucency of the left maxillary most posterior molar.
3. There is an 8 mm sclerotic hyperdensity in the right iliac bone favored represent a bone island.
4. Right os acromiale.
5. Additional findings as detailed above.

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Computed Tomography |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006979 | CT L Spine w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**

Findings discussed post attending review with Dr Brad Moffat of Trauma Resus at 5:00 pm on 1/17/18.

***FINAL REPORT***
*Attending Physician: Durso, Anthony Michael*
*Dictation Date/Time:01/17/18 11:44:4*
*Transcribed by & Date/Time: Durso, Anthony Micha01/17/2018 12:51*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Dienes, Spencer R*
*Electronically Signed By: Durso, Anthony MichaelSignature Date/Time: 01/17/2018 19:51*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006980 | CTA Abdomen + Pelvis w/ Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Reason For Exam**
(CTA Abdomen + Pelvis w/ Contrast) pain

.ieport
PROCEDURE: CTA Neck w/ Contrast, CT Brain w/o Contrast, CT C Spine w/o Contrast, CT T Spine w/o Contrast, CT L Spine w/o Contrast, CTA Abdomen + Pelvis w/ Contrast, CTA Chest w/ Contrast

EXAM DATE: 1/17/2018 12:08 PM

INDICATION:  Backseat MVC, cant move arms or legs with tingling all over. GCS 15.

TECHNIQUE: Noncontrast axial images of the     brain, cervical, thoracic, and lumbar spine, and multiple volumetric CT angiographic images of the neck, chest, abdomen, and pelvis were obtained with intravenous contrast per CTA protocol. MPR and MIP reconstructions were performed at an outside workstation, images sent to PACS and reviewed.

COMPARISON: None

OBSERVATIONS:

Scout views are unremarkable.

BRAIN:
Hemorrhage: No extra-axial, intraventricular, or intraparenchymal hemorrhage ...

Midline shift or mass effect: None ...

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| `N: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |

Plaintiff Exhibit 29 - 011458

 **Jackson** **Jackson Health System**
HEALTH SYSTEM                                       Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Computed Tomography |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006979 | CT L Spine w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**

Findings discussed post attending review with Dr Brad Moffat of Trauma Resus at 5:00 pm on 1/17/18.

***FINAL REPORT***
*Attending Physician: Durso, Anthony Michael*
*Dictation Date/Time:01/17/18 11:44:4*
*Transcribed by & Date/Time: Durso, Anthony Micha01/17/2018 12:51*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Dienes, Spencer R*
*Electronically Signed By: Durso, Anthony MichaelSignature Date/Time: 01/17/2018 19:51*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006980 | CTA Abdomen + Pelvis w/ Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Reason For Exam**
(CTA Abdomen + Pelvis w/ Contrast) pain

**Report**
PROCEDURE: CTA Neck w/ Contrast, CT Brain w/o Contrast, CT C Spine w/o Contrast, CT T Spine w/o Contrast, CT L
Spine w/o Contrast, CTA Abdomen + Pelvis w/ Contrast, CTA Chest w/ Contrast

EXAM DATE: 1/17/2018 12:08 PM

INDICATION:  Backseat MVC, cant move arms or legs with tingling all over. GCS 15.

TECHNIQUE: Noncontrast axial images of the    brain, cervical, thoracic, and lumbar spine, and multiple volumetric CT
angiographic images of the neck, chest, abdomen, and pelvis were obtained with intravenous contrast per CTA protocol.
MPR and MIP reconstructions were performed at an outside workstation, images sent to PACS and reviewed.

COMPARISON: None

OBSERVATIONS:

Scout views are unremarkable.

BRAIN:
Hemorrhage: No extra-axial, intraventricular, or intraparenchymal hemorrhage ...

Midline shift or mass effect: None ...

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Computed Tomography |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006980 | CTA Abdomen + Pelvis w/ Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**

Brain parenchyma: No territorial infarction. No intracranial hemorrhage. ...

Ventricular system: No hydrocephalus. No intraventricular hemorrhage. ...

Basal cisterns: Patent. ...

Posterior fossa: Limited evaluation due to streak artifact however, grossly unremarkable. Cerebellar tonsils appear within normal limits. The clivus appears within normal limits. ...

Cerebral vasculature: Grossly unremarkable without obvious occlusion, narrowing, or dissection ...

Paranasal sinuses: Mucosal thickening of the inferior maxillary sinuses bilaterally. No hemosinus. Mastoid air cells are clear. Inner ears are grossly within normal limits. ...

Orbits: Orbits and globes are symmetric. No proptosis. ...

Soft tissues: No traumatic injury ...

Calvarium: No fractures ...

Nasal bones are intact.

Lamina papyracea is intact.

Maxillary walls are intact.

Ethmoid walls are intact.

Zygomatic arches are intact.

Pterygoid plates are intact. ...

NECK:
Left carotid artery: Normal course and caliber ...

Left vertebral artery: Normal course and caliber ...

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson HEALTH SYSTEM**

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## Computed Tomography

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006980 | CTA Abdomen + Pelvis w/ Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**
Left jugular vein: Normal course and caliber ...

Right carotid artery: Normal course and caliber ...

Right vertebral artery: The proximal right vertebral artery is not opacified throughout its proximal and most of its intervertebral course. The distal vertebral becomes slightly opacified starting at about the C2 level; however, this could be due to retrograde filling. In conjunction with the right cervical spine injury this is favored to represent traumatic injury to the vessel.

Right jugular vein: Normal course and caliber ...

Thyroid: Normal ...

Soft tissues: No traumatic injury ...

CERVICAL SPINE:
Acute fractures or subluxations: Nondisplaced fracture of the C3 right lamina extending into the right articular mass and approaching the inferior facet articular surface. Not significantly displaced fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle. No significant spinal canal narrowing at this level.

Alignment: Straightening of the normal cervical lordosis is seen, likely on the basis of a cervical collar. ...

Vertebral body heights: Maintained ...

CHEST:

Mediastinum: No traumatic injury. No adenopathy by CT size criteria. ...

Great vessels: No acute traumatic injury ...

Thoracic aorta: Normal ...

Pulmonary arteries: Within normal limits. ...

Heart and pericardium: No traumatic injury ...

Esophagus: No obvious traumatic injury ...

---

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Computed Tomography |
| --- |

Accession
CT-18-0006980

Exam
CTA Abdomen + Pelvis w/
Contrast

Exam Date/Time
1/17/2018 12:08 EST

Ordering Provider
Devivo,Anthony Joseph

**Report**

Airways: Patent without traumatic injury ...

Lung parenchyma: No traumatic injury. No acute opacity. ...

Pleura: No pneumothorax or pleural effusion. ...

Chest wall: No traumatic injury ...

Bones: No sternum, clavicle, rib, or scapular fractures ...

ABDOMEN/ PELVIS:

Liver parenchyma: No traumatic injury or biliary dilation. Patent portal vein. ...

Gallbladder: Within normal limits ...

Spleen: No traumatic injury. Normal attenuation. ...

Pancreas: No traumatic injury. No peripancreatic fluid. No pancreatic duct dilation. ...

Adrenal glands: No hemorrhage. No masses. ...

Kidneys: No traumatic injury. Symmetric nephrograms. No hydronephrosis. No masses. ...

Ureters: Visualized portions are normal in course and caliber ...

Urinary Bladder: No traumatic injury ...

Peritoneum: No free air. No free fluid. ...

Stomach: Incompletely distended, limiting evaluation ...

Small and large bowel: No traumatic injury. No bowel wall thickening. No mesenteric stranding or fluid. ...

Reproductive: No traumatic injury ...

Soft tissues of the abdominal wall: Within normal limits. ...

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Computed Tomography |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006980 | CTA Abdomen + Pelvis w/ Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**

Abdominal aorta and IVC: No traumatic injury. ...

Bony pelvis, sacrum, and visualized hips: No fractures ...

THORACIC AND LUMBAR SPINE:
Acute fractures or subluxations: No acute fractures. ...

Alignment: Normal ...

Vertebral body heights: Maintained ...

Posterior elements: Intact ...

No significant degenerative changes. ...

...

IMPRESSION:
1. No acute intracranial hemorrhage, mass effect, midline shift, or extra-axial collections.
2. No traumatic viscus organ injury.
3. Nondisplaced fracture of the C3 right lamina with extension to the right articular mass and inferior facet.
4. Not significantly displaced fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle. No significant spinal canal narrowing at this level.
5. The proximal right vertebral artery is not opacified throughout its proximal and most of its intervertebral course. The distal vertebral becomes slightly opacified starting at about the C2 level; however, this could be due to retrograde filling. In conjunction with the right cervical spine injury this is favored to represent traumatic injury to the vessel.

Non-traumatic findings:
1. Lucency in the crown of the most posterior right mandibular molar favored to represent a cavity.
2. Periapical lucency of the left maxillary most posterior molar.
3. There is an 8 mm sclerotic hyperdensity in the right iliac bone favored represent a bone island.
4. Right os acromiale.
5. Additional findings as detailed above.

Findings discussed post attending review with Dr Brad Moffat of Trauma Resus at 5:00 pm on 1/17/18.

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Computed Tomography |
| --- |

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| CT-18-0006980 | CTA Abdomen + Pelvis w/ Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**
***FINAL REPORT***
*Attending Physician: Durso, Anthony Michael*
*Dictation Date/Time:01/17/18 11:44:4*
*Transcribed by & Date/Time: Durso, Anthony Micha01/17/2018 12:51*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Dienes, Spencer R*
*Electronically Signed By: Durso, Anthony MichaelSignature Date/Time: 01/17/2018 19:51*

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| CT-18-0006978 | CT T Spine w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Reason For Exam**
(CT T Spine w/o Contrast) pain

**Report**
PROCEDURE: CTA Neck w/ Contrast, CT Brain w/o Contrast, CT C Spine w/o Contrast, CT T Spine w/o Contrast, CT L spine w/o Contrast, CTA Abdomen + Pelvis w/ Contrast, CTA Chest w/ Contrast

EXAM DATE: 1/17/2018 12:08 PM

INDICATION: Backseat MVC, cant move arms or legs with tingling all over. GCS 15.

TECHNIQUE: Noncontrast axial images of the     brain, cervical, thoracic, and lumbar spine, and multiple volumetric CT angiographic images of the neck, chest, abdomen, and pelvis were obtained with intravenous contrast per CTA protocol. MPR and MIP reconstructions were performed at an outside workstation, images sent to PACS and reviewed.

COMPARISON: None

OBSERVATIONS:

Scout views are unremarkable.

BRAIN:
Hemorrhage: No extra-axial, intraventricular, or intraparenchymal hemorrhage ...

Midline shift or mass effect: None ...

Brain parenchyma: No territorial infarction. No intracranial hemorrhage. ...

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| --- | --- | --- | --- |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Computed Tomography*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006980 | CTA Abdomen + Pelvis w/ Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**
*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Durso, Anthony Michael*
*Dictation Date/Time:01/17/18 11:44:4*
*Transcribed by & Date/Time: Durso, Anthony Micha01/17/2018 12:51*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Dienes, Spencer R*
*Electronically Signed By: Durso, Anthony MichaelSignature Date/Time: 01/17/2018 19:51*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006978 | CT T Spine w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Reason For Exam**
(CT T Spine w/o Contrast) pain

**Report**
PROCEDURE: CTA Neck w/ Contrast, CT Brain w/o Contrast, CT C Spine w/o Contrast, CT T Spine w/o Contrast, CT L Spine w/o Contrast, CTA Abdomen + Pelvis w/ Contrast, CTA Chest w/ Contrast

EXAM DATE: 1/17/2018 12:08 PM

INDICATION: Backseat MVC, cant move arms or legs with tingling all over. GCS 15.

TECHNIQUE: Noncontrast axial images of the    brain, cervical, thoracic, and lumbar spine, and multiple volumetric CT angiographic images of the neck, chest, abdomen, and pelvis were obtained with intravenous contrast per CTA protocol. MPR and MIP reconstructions were performed at an outside workstation, images sent to PACS and reviewed.

COMPARISON: None

OBSERVATIONS:

Scout views are unremarkable.

BRAIN:
Hemorrhage: No extra-axial, intraventricular, or intraparenchymal hemorrhage ...

Midline shift or mass effect: None ...

Brain parenchyma: No territorial infarction. No intracranial hemorrhage. ...

---

| | | |
|---|---|---|
| Admit Date: | 1/17/2018 | Patient: AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: 5017634 |
| FIN: | 40014572421 | Attending: Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: 6/23/1983  34 years    Male |
| Facility: | Jackson Memorial Hospital | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Computed Tomography

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006978 | CT T Spine w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**
Ventricular system: No hydrocephalus. No intraventricular hemorrhage. ...

Basal cisterns: Patent. ...

Posterior fossa: Limited evaluation due to streak artifact however, grossly unremarkable. Cerebellar tonsils appear within normal limits. The clivus appears within normal limits. ...

Cerebral vasculature: Grossly unremarkable without obvious occlusion, narrowing, or dissection ...

Paranasal sinuses: Mucosal thickening of the inferior maxillary sinuses bilaterally. No hemosinus. Mastoid air cells are clear. Inner ears are grossly within normal limits. ...

Orbits: Orbits and globes are symmetric. No proptosis. ...

Soft tissues: No traumatic injury ...

alvarium: No fractures ...

Nasal bones are intact.

Lamina papyracea is intact.

Maxillary walls are intact.

Ethmoid walls are intact.

Zygomatic arches are intact.

Pterygoid plates are intact. ...

NECK:
Left carotid artery: Normal course and caliber ...

Left vertebral artery: Normal course and caliber ...

Left jugular vein: Normal course and caliber ...

Right carotid artery: Normal course and caliber ...

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| N: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Computed Tomography* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006978 | CT T Spine w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**
Right vertebral artery: The proximal right vertebral artery is not opacified throughout its proximal and most of its intervertebral course. The distal vertebral becomes slightly opacified starting at about the C2 level; however, this could be due to retrograde filling. In conjunction with the right cervical spine injury this is favored to represent traumatic injury to the vessel.

Right jugular vein: Normal course and caliber ...

Thyroid: Normal ...

Soft tissues: No traumatic injury ...

CERVICAL SPINE:
Acute fractures or subluxations: Nondisplaced fracture of the C3 right lamina extending into the right articular mass and approaching the inferior facet articular surface. Not significantly displaced fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle. No significant spinal canal narrowing at this level.

Alignment: Straightening of the normal cervical lordosis is seen, likely on the basis of a cervical collar. ...

Vertebral body heights: Maintained ...

CHEST:

Mediastinum: No traumatic injury. No adenopathy by CT size criteria. ...

Great vessels: No acute traumatic injury ...

Thoracic aorta: Normal ...

Pulmonary arteries: Within normal limits. ...

Heart and pericardium: No traumatic injury ...

Esophagus: No obvious traumatic injury ...

Airways: Patent without traumatic injury ...

Lung parenchyma: No traumatic injury. No acute opacity. ...

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Computed Tomography |
| --- |

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| CT-18-0006978 | CT T Spine w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**

Pleura: No pneumothorax or pleural effusion. ...

Chest wall: No traumatic injury ...

Bones: No sternum, clavicle, rib, or scapular fractures ...

ABDOMEN/ PELVIS:

Liver parenchyma: No traumatic injury or biliary dilation. Patent portal vein. ...

Gallbladder: Within normal limits ...

Spleen: No traumatic injury. Normal attenuation. ...

Pancreas: No traumatic injury. No peripancreatic fluid. No pancreatic duct dilation. ...

Adrenal glands: No hemorrhage. No masses. ...

Kidneys: No traumatic injury. Symmetric nephrograms. No hydronephrosis. No masses. ...

Ureters: Visualized portions are normal in course and caliber ...

Urinary Bladder: No traumatic injury ...

Peritoneum: No free air. No free fluid. ...

Stomach: Incompletely distended, limiting evaluation ...

Small and large bowel: No traumatic injury. No bowel wall thickening. No mesenteric stranding or fluid. ...

Reproductive: No traumatic injury ...

Soft tissues of the abdominal wall: Within normal limits. ...

Abdominal aorta and IVC: No traumatic injury. ...

Bony pelvis, sacrum, and visualized hips: No fractures ...

THORACIC AND LUMBAR SPINE:

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| --- | --- | --- | --- |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years  Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Computed Tomography* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006978 | CT T Spine w/o Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**
Acute fractures or subluxations: No acute fractures. ...

Alignment: Normal ...

Vertebral body heights: Maintained ...

Posterior elements: Intact ...

No significant degenerative changes. ...

...

IMPRESSION:
1. No acute intracranial hemorrhage, mass effect, midline shift, or extra-axial collections.
2. No traumatic viscus organ injury.
3. Nondisplaced fracture of the C3 right lamina with extension to the right articular mass and inferior facet.
4. Not significantly displaced fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle. No significant spinal canal narrowing at this level.
5. The proximal right vertebral artery is not opacified throughout its proximal and most of its intervertebral course. The distal vertebral becomes slightly opacified starting at about the C2 level; however, this could be due to retrograde filling. In conjunction with the right cervical spine injury this is favored to represent traumatic injury to the vessel.

Non-traumatic findings:
1. Lucency in the crown of the most posterior right mandibular molar favored to represent a cavity.
2. Periapical lucency of the left maxillary most posterior molar.
3. There is an 8 mm sclerotic hyperdensity in the right iliac bone favored represent a bone island.
4. Right os acromiale.
5. Additional findings as detailed above.

Findings discussed post attending review with Dr Brad Moffat of Trauma Resus at 5:00 pm on 1/17/18.

***FINAL REPORT***
*Attending Physician: Durso, Anthony Michael*
*Dictation Date/Time:01/17/18 11:44:4*
*Transcribed by & Date/Time: Durso, Anthony Micha01/17/2018 12:51*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident:  Dienes, Spencer R*
*Electronically Signed By: Durso, Anthony MichaelSignature Date/Time: 01/17/2018 19:51*

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Computed Tomography

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006981 | CTA Chest w/ Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Reason For Exam**
(CTA Chest w/ Contrast) pain

**Report**
PROCEDURE: CTA Neck w/ Contrast, CT Brain w/o Contrast, CT C Spine w/o Contrast, CT T Spine w/o Contrast, CT L Spine w/o Contrast, CTA Abdomen + Pelvis w/ Contrast, CTA Chest w/ Contrast

EXAM DATE: 1/17/2018 12:08 PM

INDICATION:  Backseat MVC, cant move arms or legs with tingling all over. GCS 15.

TECHNIQUE: Noncontrast axial images of the     brain, cervical, thoracic, and lumbar spine, and multiple volumetric CT angiographic images of the neck, chest, abdomen, and pelvis were obtained with intravenous contrast per CTA protocol. MPR and MIP reconstructions were performed at an outside workstation, images sent to PACS and reviewed.

COMPARISON: None

OBSERVATIONS:

Scout views are unremarkable.

BRAIN:
Hemorrhage: No extra-axial, intraventricular, or intraparenchymal hemorrhage ...

Midline shift or mass effect: None ...

Brain parenchyma: No territorial infarction. No intracranial hemorrhage. ...

Ventricular system: No hydrocephalus. No intraventricular hemorrhage. ...

Basal cisterns: Patent. ...

Posterior fossa: Limited evaluation due to streak artifact however, grossly unremarkable. Cerebellar tonsils appear within normal limits. The clivus appears within normal limits. ...

Cerebral vasculature: Grossly unremarkable without obvious occlusion, narrowing, or dissection ...

Paranasal sinuses: Mucosal thickening of the inferior maxillary sinuses bilaterally. No hemosinus. Mastoid air cells are clear. Inner ears are grossly within normal limits. ...

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

| Computed Tomography |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006981 | CTA Chest w/ Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**
Orbits: Orbits and globes are symmetric. No proptosis. ...

Soft tissues: No traumatic injury ...

Calvarium: No fractures ...

Nasal bones are intact.

Lamina papyracea is intact.

Maxillary walls are intact.

Ethmoid walls are intact.

Zygomatic arches are intact.

terygold plates are intact. ...

NECK:
Left carotid artery: Normal course and caliber ...

Left vertebral artery: Normal course and caliber ...

Left jugular vein: Normal course and caliber ...

Right carotid artery: Normal course and caliber ...

Right vertebral artery: The proximal right vertebral artery is not opacified throughout its proximal and most of its intervertebral course. The distal vertebral becomes slightly opacified starting at about the C2 level; however, this could be due to retrograde filling. In conjunction with the right cervical spine injury this is favored to represent traumatic injury to the vessel.

Right jugular vein: Normal course and caliber ...

Thyroid: Normal ...

Soft tissues: No traumatic injury ...

CERVICAL SPINE:

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| N: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Computed Tomography

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006981 | CTA Chest w/ Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**

Acute fractures or subluxations: Nondisplaced fracture of the C3 right lamina extending into the right articular mass and approaching the inferior facet articular surface. Not significantly displaced fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle. No significant spinal canal narrowing at this level.

Alignment: Straightening of the normal cervical lordosis is seen, likely on the basis of a cervical collar. ...

Vertebral body heights: Maintained ...

CHEST:

Mediastinum: No traumatic injury. No adenopathy by CT size criteria. ...

Great vessels: No acute traumatic injury ...

Thoracic aorta: Normal ...

Pulmonary arteries: Within normal limits. ...

Heart and pericardium: No traumatic injury ...

Esophagus: No obvious traumatic injury ...

Airways: Patent without traumatic injury ...

Lung parenchyma: No traumatic injury. No acute opacity. ...

Pleura: No pneumothorax or pleural effusion. ...

Chest wall: No traumatic injury ...

Bones: No sternum, clavicle, rib, or scapular fractures ...

ABDOMEN/ PELVIS:

Liver parenchyma: No traumatic injury or biliary dilation. Patent portal vein. ...

Gallbladder: Within normal limits ...

| | | |
|---|---|---|
| Admit Date: | 1/17/2018 | |
| Discharge Date: | | Patient: AUGUSMAR, STANLEY |
| IN: | 40014572421 | MRN: 5017634 |
| Report Request ID: | 101503358 | Attending: Wang,Michael Yung-Shun |
| Facility: | Jackson Memorial Hospital | DOB/Age/Sex: 6/23/1983  34 years    Male |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Computed Tomography*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006981 | CTA Chest w/ Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**

Spleen: No traumatic injury. Normal attenuation. ...

Pancreas: No traumatic injury. No peripancreatic fluid. No pancreatic duct dilation. ...

Adrenal glands: No hemorrhage. No masses. ...

Kidneys: No traumatic injury. Symmetric nephrograms. No hydronephrosis. No masses. ...

Ureters: Visualized portions are normal in course and caliber ...

Urinary Bladder: No traumatic injury ...

Peritoneum: No free air. No free fluid. ...

Stomach: Incompletely distended, limiting evaluation ...

Small and large bowel: No traumatic injury. No bowel wall thickening. No mesenteric stranding or fluid. ...

Reproductive: No traumatic injury ...

Soft tissues of the abdominal wall: Within normal limits. ...

Abdominal aorta and IVC: No traumatic injury. ...

Bony pelvis, sacrum, and visualized hips: No fractures ...

THORACIC AND LUMBAR SPINE:
Acute fractures or subluxations: No acute fractures. ...

Alignment: Normal ...

Vertebral body heights: Maintained ...

Posterior elements: Intact ...

No significant degenerative changes. ...

...

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years        Male |
| Facility: | Jackson Memorial Hospital | | |

Plaintiff Exhibit 29 - 011473



# Jackson HEALTH SYSTEM

## Jackson Health System
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Computed Tomography |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006981 | CTA Chest w/ Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**
IMPRESSION:
1. No acute intracranial hemorrhage, mass effect, midline shift, or extra-axial collections.
2. No traumatic viscus organ injury.
3. Nondisplaced fracture of the C3 right lamina with extension to the right articular mass and inferior facet.
4. Not significantly displaced fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle. No significant spinal canal narrowing at this level.
5. The proximal right vertebral artery is not opacified throughout its proximal and most of its intervertebral course. The distal vertebral becomes slightly opacified starting at about the C2 level; however, this could be due to retrograde filling. In conjunction with the right cervical spine injury this is favored to represent traumatic injury to the vessel.

Non-traumatic findings:
1. Lucency in the crown of the most posterior right mandibular molar favored to represent a cavity.
2. Periapical lucency of the left maxillary most posterior molar.
3. There is an 8 mm sclerotic hyperdensity in the right iliac bone favored represent a bone island.
4. Right os acromiale.
5. Additional findings as detailed above.

Findings discussed post attending review with Dr Brad Moffat of Trauma Resus at 5:00 pm on 1/17/18.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Durso, Anthony Michael*
*Dictation Date/Time:01/17/18 11:44:4*
*Transcribed by & Date/Time: Durso, Anthony Micha01/17/2018 12:51*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Dienes, Spencer R*
*Electronically Signed By: Durso, Anthony MichaelSignature Date/Time: 01/17/2018 19:51*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0007942 | CT Brain w/o Contrast | 1/19/2018 16:55 EST | Mohney,Nathaniel J |

**Reason For Exam**
(CT Brain w/o Contrast) concern for ICH

**Report**
Procedure: CT Brain w/o Contrast, CT Neck w/ + w/o Contrast, CTA Head w/ + w/o Contrast

Exam Date: 1/19/2018 4:55 PM

Indication: concern for ICH

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| 'IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years     Male |
| Facility: | Jackson Memorial Hospital | | |



### Jackson Health System
### Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## Ultrasound

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0010455 | US Duplex Veins Upper Ext Bil | 2/12/2018 15:34 EST | Xie,Lei |

**Report**

Left subclavian vein: Normal grayscale appearance, color flow, and spectral waveforms.

Left axillary vein: Normal grayscale appearance, color flow, and spectral waveforms.

Impression: Internal jugular veins and brachiocephalic veins not sampled due to the presence of a neck collar.

***FINAL REPORT***
*Attending Physician: Madrazo, Beatrice I.*
*Dictation Date/Time:02/12/18 16:11:5*
*Transcribed by & Date/Time: Madrazo, Beatrice L 02/12/2018 16:11*
*Electronically Signed By: Madrazo, Beatrice L  Signature Date/Time: 02/12/2018 16:13*

---

## Magnetic Resonance Imaging

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| MR-18-0001632 | MR Cervical w/o Contrast | 1/17/2018 19:08 EST | Perez-Roman,Roberto J |

**Reason For Exam**
(MR Cervical w/o Contrast) S/P TRAUMA

**Report**
Procedure: MR Cervical w/o Contrast, MR Thoracic w/o Contrast

Exam Date: 1/17/2018 7:08 PM

Indications:   S/P TRAUMA

IMAGING TECHNIQUE:
1. Multiplanar multisequence MRI images of the cervical spine was obtained without intravenous contrast
2. Multiplanar multisequence MR images of the thoracic spine were obtained without intravenous contrast

COMPARISON: Pan scan 01/17/2018

---

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Magnetic Resonance Imaging*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| MR-18-0001632 | MR Cervical w/o Contrast | 1/17/2018 19:08 EST | Perez-Roman,Roberto J |

**Report**
FINDINGS:
Nondisplaced fracture of the C3 right lamina with extension to the right articular mass and inferior facet. Nondisplaced fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle.These are better visualized on same day CT cervical spine.

There is edema in the posterior paraspinal muscles C2-C6.

The right vertebral artery flow void is preserved however narrowed at C5-C6 levels.

There is high STIR signal/edema involving C6 trhough T2 superior endplates concerning for contusions without evidence of obvious fractures on same day CT.

There is straightening of the cervical spine. No listhesis. Vertebral body heights are preserved. Disc space narrowing C5-6.

There is abnormal high T2 signal within the cord extending from C3 through C7 concerning for cord edema and/or contusion in this patient with history of trauma. There is a serosanguineous ventral epidural collection extending from C2 through C7. There is associated mild cord compression at C4 and C6 level and moderate cord compression C5 through the superior aspect of C6, more ,arked on the right.

There is widening of the interspinous spaces at C3-4 and C5-6 concerning for ligamentous injury. The integrity of the anterior longitudinal ligament cannot be confirmed at C4-5 and C5-6.

There is a prevertebral serosanguineous collection extending from C2-C6 and T1-T2.

Cervical spine:
C2-3 through C3-4: No canal or neural foramina narrowing
C4-5: Small central annular fissure, ventral epidural hematoma/serosanguinous fluid causing posterior displacement of the cord and mild cord compression right greater than left. No neural foramina narrowing.
C5-6: Posttraumatic protrusion versus extrusion as there is abnormal punctate foci of low T2 signal in the ventral epidural space posterior to C6 vertebral body which may represent inferiorly migrated and sequestered disc fragment versus blood products psoteroir to C6.. Ventral epidural hematoma. These cause moderate cord compression right greater left. No neural foramina narrowing.

Thoracic spine:
High STIR signal/edema involving T1 and T2 superior endplates is concerning for contusions without evidence of definite fractures on same day CT. No listhesis. Vertebral body heights are preserved. Thoracic disc spaces are preserved. No evidence of abnormal thoracic cord signal. There is prominence of the epidural fat. There is ligamentum flavum thickening T3-4 through T11-12.

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Magnetic Resonance Imaging*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| MR-18-0001632 | MR Cervical w/o Contrast | 1/17/2018 19:08 EST | Perez-Roman,Roberto J |

**Report**

There are bibasilar opacities. Better evaluation of paraspinal soft tissues please refer to same day CT.

Impression:
1. Abnormal high T2 signal within the cord extending from C3 through C7 concerning for cord edema and/or contusion in this patient with history of trauma and also cord compression..
2. Redemonstration of C3 and C6 right lamina with extension, (for which reference to the initial CTs can report is suggested)., The right vertebral artery flow void is preserved however narrowed at C5-C6 levels.
3. Serosanguineous ventral epidural collection extending from C2 through C7. There is associated mild cord compression at C4 and C6 level and moderate cord compression C5 through the superior aspect of C6.
4. C5-6 posttraumatic protrusion versus extrusion as there is abnormal punctate foci of low T2 signal in the ventral epidural space posterior to C6 vertebral body which may represent inferiorly migrated disc extrusion with sequestered disc and/or ventral epidural hematoma causing moderate cord compression.
5. Prevertebral serosanguineous collection extending from C2-C6 and T1-T2.
6. Widening of the interspinous spaces at C3-4 and C5-6 concerning for ligamentous injury. The integrity of the anterior 'ongitudinal ligament cannot be confirmed at C4-5 and C5-6.
  . C6-T2 vertebral body contusions.

Findings were communicated to trauma Dr. Devivo 01/18/2018 8:30 AM.

***FINAL REPORT***
*Attending Physician: Post, M. Judith D*
*Dictation Date/Time:01/18/18 07:01:5*
*Transcribed by & Date/Time: Post, M. Judith D   01/18/2018 08:47*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Tejero, Hilda T*
*Electronically Signed By: Post, M. Judith D    Signature Date/Time: 01/18/2018 13:32*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| MR-18-0001633 | MR Thoracic w/o Contrast | 1/17/2018 19:08 EST | Perez-Roman,Roberto J |

**Reason For Exam**
(MR Thoracic w/o Contrast) s/p TRAUMA

**Report**
Procedure: MR Cervical w/o Contrast, MR Thoracic w/o Contrast

Exam Date: 1/17/2018 7:08 PM

Indications:   S/P TRAUMA

---

| | | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Admit Date: | 1/17/2018 | MRN: | 5017634 |
| Discharge Date: | | Attending: | Wang,Michael Yung-Shun |
| N: | 40014572421 | DOB/Age/Sex: | 6/23/1983   34 years    Male |
| Report Request ID: | 101503358 | | |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Magnetic Resonance Imaging* |
|---|

Accession          Exam                        Exam Date/Time              Ordering Provider
MR-18-0001632   MR Cervical w/o Contrast   1/17/2018 19:08 EST        Perez-Roman,Roberto J

**Report**

There are bibasilar opacities. Better evaluation of paraspinal soft tissues please refer to same day CT.

Impression:
1. Abnormal high T2 signal within the cord extending from C3 through C7 concerning for cord edema and/or contusion in this patient with history of trauma and also cord compression..
2. Redemonstration of C3 and C6 right lamina with extension, (for which reference to the initial CTs can report is suggested).. The right vertebral artery flow void is preserved however narrowed at C5-C6 levels.
3. Serosanguineous ventral epidural collection extending from C2 through C7. There is associated mild cord compression at C4 and C6 level and moderate cord compression C5 through the superior aspect of C6.
4. C5-6 posttraumatic protrusion versus extrusion as there is abnormal punctate foci of low T2 signal in the ventral epidural space posterior to C6 vertebral body which may represent inferiorly migrated disc extrusion with sequestered disc and/or ventral epidural hematoma causing moderate cord compression.
5. Prevertebral serosanguineous collection extending from C2-C6 and T1-T2.
6. Widening of the interspinous spaces at C3-4 and C5-6 concerning for ligamentous injury. The integrity of the anterior longitudinal ligament cannot be confirmed at C4-5 and C5-6.
7. C6-T2 vertebral body contusions.

Findings were communicated to trauma Dr. Devivo 01/18/2018 8:30 AM.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Post, M. Judith D*
*Dictation Date/Time:01/18/18 07:01:5*
*Transcribed by & Date/Time: Post, M. Judith D   01/18/2018 06:47*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Tejero, Hilda T*
*Electronically Signed By: Post, M. Judith D   Signature Date/Time: 01/18/2018 13:32*

Accession          Exam                        Exam Date/Time              Ordering Provider
MR-18-0001633   MR Thoracic w/o Contrast   1/17/2018 19:08 EST        Perez-Roman,Roberto J

**Reason For Exam**
(MR Thoracic w/o Contrast) s/p TRAUMA

**Report**
Procedure: MR Cervical w/o Contrast, MR Thoracic w/o Contrast

Exam Date: 1/17/2018 7:08 PM

Indications:   S/P TRAUMA

Admit Date:          1/17/2018              Patient:      AUGUSMAR, STANLEY
Discharge Date:                               MRN:         5017634
FIN:                   40014572421          Attending:   Wang,Michael Yung-Shun
Report Request ID:  101503358              DOB/Age/Sex:  6/23/1983  34 years      Male
Facility:              Jackson Memorial Hospital

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Magnetic Resonance Imaging*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| MR-18-0001633 | MR Thoracic w/o Contrast | 1/17/2018 19:08 EST | Perez-Roman,Roberto J |

**Report**

IMAGING TECHNIQUE:
1. Multiplanar multisequence MRI images of the cervical spine was obtained without intravenous contrast
2. Multiplanar multisequence MR images of the thoracic spine were obtained without intravenous contrast

COMPARISON: Pan scan 01/17/2018

FINDINGS:
Nondisplaced fracture of the C3 right lamina with extension to the right articular mass and inferior facet. Nondisplaced fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle.These are better visualized on same day CT cervical spine.

There is edema in the posterior paraspinal muscles C2-C6.

The right vertebral artery flow void is preserved however narrowed at C5-C6 levels.

There is high STIR signal/edema involving C6 trhough T2 superior endplates concerning for contusions without evidence of obvious fractures on same day CT.

There is straightening of the cervical spine. No listhesis. Vertebral body heights are preserved. Disc space narrowing C5-6.

There is abnormal high T2 signal within the cord extending from C3 through C7 concerning for cord edema and/or contusion in this patient with history of trauma. There is a serosanguineous ventral epidural collection extending from C2 through C7. There is associated mild cord compression at C4 and C6 level and moderate cord compression C5 through the superior aspect of C6, more ,arked on the right.

There is widening of the interspinous spaces at C3-4 and C5-6 concerning for ligamentous injury. The integrity of the anterior longitudinal ligament cannot be confirmed at C4-5 and C5-6.

There is a prevertebral serosanguineous collection extending from C2-C6 and T1-T2.

Cervical spine:
C2-3 through C3-4: No canal or neural foramina narrowing
C4-5: Small central annular fissure, ventral epidural hematoma/serosanguinous fluid causing posterior displacement of the cord and mild cord compression right greater than left. No neural foramina narrowing.
C5-6: Posttraumatic protrusion versus extrusion as there is abnormal punctate foci of low T2 signal in the ventral epidural space posterior to C6 vertebral body which may represent inferiorly migrated and sequestered disc fragment versus blood products psoteroir to C6.. Ventral epidural hematoma. These cause moderate cord compression right greater left. No

---

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** 🛡 PUBLIC HEALTH TRUST
HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Magnetic Resonance Imaging*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| MR-18-0001633 | MR Thoracic w/o Contrast | 1/17/2018 19:08 EST | Perez-Roman,Roberto J |

**Report**
neural foramina narrowing.

Thoracic spine:
High STIR signal/edema involving T1 and T2 superior endplates is concerning for contusions without evidence of definite fractures on same day CT. No listhesis. Vertebral body heights are preserved. Thoracic disc spaces are preserved. No evidence of abnormal thoracic cord signal. There is prominence of the epidural fat. There is ligamentum flavum thickening T3-4 through T11-12.

There are bibasilar opacities. Better evaluation of paraspinal soft tissues please refer to same day CT.

Impression:
1. Abnormal high T2 signal within the cord extending from C3 through C7 concerning for cord edema and/or contusion in this patient with history of trauma and also cord compression..
2. Redemonstration of C3 and C6 right lamina with extension, (for which reference to the initial CTs can report is suggested).. The right vertebral artery flow void is preserved however narrowed at C5-C6 levels.
3. Serosanguineous ventral epidural collection extending from C2 through C7. There is associated mild cord compression at C4 and C6 level and moderate cord compression C5 through the superior aspect of C6.
4. C5-6 posttraumatic protrusion versus extrusion as there is abnormal punctate foci of low T2 signal in the ventral epidural space posterior to C6 vertebral body which may represent inferiorly migrated disc extrusion with sequestered disc and/or ventral epidural hematoma causing moderate cord compression.
5. Prevertebral serosanguineous collection extending from C2-C6 and T1-T2.
6. Widening of the interspinous spaces at C3-4 and C5-6 concerning for ligamentous injury. The integrity of the anterior longitudinal ligament cannot be confirmed at C4-6 and C5-6.
7. C6-T2 vertebral body contusions.

Findings were communicated to trauma Dr. Devivo 01/18/2018 8:30 AM.

***FINAL REPORT***
*Attending Physician: Post, M. Judith D*
*Dictation Date/Time:01/18/18 07:01:5*
*Transcribed by & Date/Time:  Post, M. Judith D   01/18/2018 08:47*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Tejero, Hilda T*
*Electronically Signed By:  Post, M. Judith D    Signature Date/Time:  01/18/2018 13:32*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| MR-18-0001822 | MR Brain w/o Contrast | 1/24/2018 22:30 EST | Liaw,Nicholas |

**Reason For Exam**
(MR Brain w/o Contrast) Stroke,Neurologic Defecits

---

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
|---|

Document Type:  WOC/ET Nurse Consultation
Service Date/Time:  2/5/2018 10:06 EST
Result Status:  Auth (Verified)
Document Subject:  ET Nurse Progress Note
Perform Information:  Collins,Loreto E -RN (2/5/2018 14:14 EST)
Sign Information:  Collins,Loreto E -RN (2/5/2018 14:14 EST)

ET Nurse Progress Note Entered On:  2/5/2018 10:06 AM EST
Performed On:  2/5/2018 10:06 AM EST by Collins, Loreto E - RN

**ET Nurse Progress Note**
*ET Nurse Progress Note :*  Wound Ostomy Continence Nurse:  Pt discussed with ANM, who is requesting Citadel bed for patient. S/p C5-C6 anterior cervical diskectomy with fusion, plating, and structural allograft on 2/3/18.  Citadel therapeutic surface ordered from Arjo Express#3000561956.
Consult if needed

Collins, Loreto E - RN - 2/5/2018 10:20 AM EST

| Other Procedures |
|---|

Document Type:  Procedure Note
Service Date/Time:  1/17/2018 23:14 EST
Result Status:  Auth (Verified)
Document Subject:  Procedure Note
Perform Information:  Kaufman,Joyce I.(1/17/2018 23:14 EST)
Sign Information:

**Procedure Note**

01/17/18 23:14
RESU

ARTERIAL LINE INSERTION

Emergent Procedure

Indication: SHOCK

Admit Date:  1/17/2018
Discharge Date:
FIN:  40014572421
Report Request ID:  101503358
Facility:  Jackson Memorial Hospital

Patient:  AUGUSMAR, STANLEY
MRN:  5017634
Attending:  Wang,Michael Yung-Shun
DOB/Age/Sex:  6/23/1983   34 years   Male



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Other Procedures |
| --- |

After adequate preparation of the skin with antiseptic solution, a
sterile field was prepared. The proposed site was infiltrated with 1%
xylocaine. The right radial artery was catheterized percutaneously with
an 18 gauge catheter after appropriate evaluation of the vascular supply.
The catheter was secured by suture. Antiseptic ointment was applied to
the insertion site. A dry sterile dressing was applied to cover the site.

Complication/Comments: None noted

FELLOW:  M. MOUTINHO M.D. #23161

PHYSICIAN OF RECORD: B. HUNSAKER #25388

I CERTIFY THAT I WAS PRESENT THROUGHOUT THE PROCEDURE.
ATTENDING PHYSICIAN: J. KAUFMAN M.D.
             ELECTRONICALLY SIGNED (01/19/18 10:25)

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Perform Information:
Sign Information:

Procedure Note
1/19/2018 16:59 EST
Auth (Verified)
Free Text Note
Ayodele,Maranatha O.(1/19/2018 17:06 EST)
Ayodele,Maranatha O.(1/19/2018 17:06 EST)

Date/ Time: 01/19/2018

Confirmed:  patient, procedure, safety procedures followed.

Performed by:  Maranatha Ayodele, MD

Present and supervised procedure:  Maranatha Ayodele, MD

Informed consent: No consent due to emergency procedure.

Indication:  acute respiratory failure, hypoxemia.

Medications given:  none.

Preparation: head was positioned in neutral position with C-spine alignment held by 2nd provider, monitoring during procedure (blood

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Neurophysiology* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| NP-18-0001134 | NP Emboli Detection w/o Inj | 1/17/2018 16:32 EST | Eichberg,Daniel G |

**Reason For Exam**
(NP Emboli Detection w/o Inj) r/o emboli

**Report**
This is a transcranial Doppler microembolus detection study.  Six microembolic signals were detected during 30 minutes of right posterior cerebral artery insonation.

***FINAL REPORT***
*Attending Physician: Koch, Sebastian*

*Transcribed by & Date/Time: Koch, Sebastian     01/29/2018 14:42*
*Electronically Signed By: Koch, Sebastian     Signature Date/Time: 01/29/2018 15:10*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| NP-18-0001183 | NP Emboli Detection w/o Inj | 1/19/2018 13:30 EST | Luther,Evan M |

**Reason For Exam**
NP Emboli Detection w/o Inj) eval for hits; R vert injury

**Report**
No definite microembolic signals detected during 30 minutes of right middle cerebral artery insonation.

No definite microembolic signals detected during 30 minutes of left posterior cerebral artery insonation.

***FINAL REPORT***
*Attending Physician: Romano, Jose G*

*Transcribed by & Date/Time: Romano, Jose G     01/19/2018 18:14*
*Electronically Signed By: Romano, Jose G     Signature Date/Time: 01/19/2018 18:30*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| NP-18-0001314 | NP Emboli Detection w/o Inj | 1/23/2018 15:16 EST | Luther,Evan M |

**Reason For Exam**
(NP Emboli Detection w/o Inj) eval for vert dissection

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| JIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years     Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

*Neurophysiology*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| NP-18-0001314 | NP Emboli Detection w/o Inj | 1/23/2018 15:16 EST | Luther,Evan M |

**Report**
This is a transcranial Doppler microembolus detection study. No microembolic signals were detected during 30 minutes of right posterior cerebral artery insonation and one microembolic signal was detected during 30minutes of left posterior cerebral artery insonation.

***FINAL REPORT***
*Attending Physician: Koch, Sebastian*

*Transcribed by & Date/Time: Koch, Sebastian   01/29/2018 14:44*
*Electronically Signed By: Koch, Sebastian   Signature Date/Time: 01/29/2018 15:10*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| NP-18-0001419 | NP Emboli Detection w/o Inj | 1/26/2018 12:53 EST | Luther,Evan M |

**Reason For Exam**
(NP Emboli Detection w/o Inj) f/u emboli

**Report**
This is a transcranial Doppler microembolus detection study. No microembolic signals were detected during 30 minutes of bilateral posterior cerebral artery insonation.

***FINAL REPORT***
*Attending Physician: Koch, Sebastian*

*Transcribed by & Date/Time: Koch, Sebastian   01/29/2018 14:46*
*Electronically Signed By: Koch, Sebastian   Signature Date/Time: 01/29/2018 15:10*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| NP-18-0001677 | NP Emboli Detection w/o Inj | 2/3/2018 13:44 EST | Sellin,Jonathan N |

**Reason For Exam**
(NP Emboli Detection w/o Inj) Detect emboli in left vertebral artery

**Report**
No definite microembolic signals detected during 30 minutes of left vertebra artery insonation.

***FINAL REPORT***
*Attending Physician: Romano, Jose G*

*Transcribed by & Date/Time: Romano, Jose G   02/05/2018 07:08*
*Electronically Signed By: Romano, Jose G   Signature Date/Time: 02/05/2018 07:17*

| | |
|---|---|
| Admit Date: 1/17/2018 | Patient: AUGUSMAR, STANLEY |
| Discharge Date: | MRN: 5017634 |
| FIN: 40014572421 | Attending: Wang,Michael Yung-Shun |
| Report Request ID: 101503358 | DOB/Age/Sex: 6/23/1983   34 years   Male |
| Facility: Jackson Memorial Hospital | |

 **Jackson** **Jackson Health System**
HEALTH SYSTEM
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
| --- |

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Perform Information:
Sign Information:

Brain Attack Consult Note
1/19/2018 16:50 EST
Modified
Brain Attack Consult Note
Liaw,Nicholas (1/19/2018 17:31 EST)
Asdaghi,Negar (1/20/2018 22:51 EST); Liaw,Nicholas
(1/19/2018 17:58 EST); Liaw,Nicholas (1/19/2018 17:31
EST)

**Brain Attack Consult Note Entered On:** 1/19/2018 5:02 PM EST
**Performed On:** 1/19/2018 4:50 PM EST by Liaw, Nicholas

**General Review**
*Time Page Returned :* 16:30 EST
*Time Neuro Team at Bedside :* 16:30 EST
*Reg STK Was Last Known Well Date and Time Witnessed :* Yes
*IIH Completion Time :* 16:30 EST
*Reg eSTK Date and Time Symptom Onset :* 1/19/2018 16:15 EST
*History of Present Illness :* 34yo male with no significant pmh, presented ot hospital 1/17/18 s/p MVA with C3-C7 injury
and R vertebral artery dissection on workup. he was started on experimental hypothermic protocol. at baseline pt is
intubated, paraplegic, able to flex biceps b/l. on 1/19/18 pt acutely became obtunded while nurse was at bedside, b/l
pupils were dilated and unresponsive. 1g/kg mannitol was given, L pupil improved. at bedside bp was 127/60, glu 160,
nihss 34 (obtunded, no commands, no orientation, no movement of arms to pain, no vision, flaccid face b/l, mute) R eye
was 5mm fixed, L eye 3mm sluggish. CT brain showed subacute R cerebellar hypodensity, cisternal and sulcal
effacement, acute obstructive hydrocephalus. CTA showed interval opening of the R vert, otherwise no LVO. AICA not
visualized b/l. decision was made ny nsg to take pt to emergent decompresive craniectomy

Liaw, Nicholas - 1/19/2018 5:31 PM EST

~~Referring Physician :- Ayedele, Maranatha O. [IN ERROR]~~

Asdaghi, Negar - 1/20/2018 10:51 PM EST

~~[ [Ayedele, Maranatha O.] - previously charted by Liaw, Nicholas at 1/19/2018 4:50 PM EST]:~~
*Stroke Alert Consulting Service  Stroke Alert Consulting Service :* NSICU
*Attending :* Asdaghi, Negar
*Fellow :* Aroor, Sushanth R
*Reason For Consult :* stroke alert, unresponsive, R blown pupil
*Time Paged :* 16:24 EST
*Stroke Antithrombotic Ordered :* No

Liaw, Nicholas - 1/19/2018 4:50 PM EST

**Medical History**
*Stroke Alert Review of Symptoms :* unable to obtain, pt is comatose
*Stroke Alert Past Medical History :* MVA with C3-C7 injury 11/17/18

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years  Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
| --- |

*Stroke Alert Past Surgical History :*  none
*Stroke Alert Family History :*  Mother: Cardiovascular disease; Hypertension
Father: Alzheimer's disease; Diabetes mellitus; Hypertension
*Stroke Alert Social History :*  Alcohol
Details: Use: Current.  Type: Beer, Wine.
Employment/School
Details: Status: Unemployed.
Exercise
Details: Duration (average number of minutes): 0.
Sexual
Details: Sexually active: Yes.
Substance Abuse
Details: Use: Current.  Type: Marijuana.
Tobacco
Details: Current every day smoker, Cigarettes, Smoke cigarettes anytime during the past 12 months prior to hospital Yes.
Gambling
Details: Current Gambling History.  Cards Gambling Type.  Weekly Gambling Frequency.
Abuse/Neglect/Domestic Violence
Details: Injuries/Abuse in household: No.  Hit, slapped, kicked, punched, choked, or physically hurt you: No.  Threatened
you or made you feel afraid: No.  Touched you or forced you to have sex in a way you did not want: No.  Refused you food,
medicines, or medical aids: No.  Feels safe at home: Yes.  Safe place to go: Yes.  Emotional help family/friends available:
No.  Chronically ill or terminally ill with frequent visits here.
*Stroke Alert Medications :*  Medications (17) Active
Scheduled: (6)
docusate sodium 100 mg Cap  100 mg 1 cap, ORAL, DAILY
enoxaparin 30 mg Syringe Inj  30 mg 0.3 mL, SUBCUTANEOUS, Q12H
mupirocin 2% Oint 22 g  1 app, NOSTRIL- BOTH, BID
pantoprazole 40 mg Inj Vial  40 mg 10 mL, IV, DAILY
sennosides 8.6 mg Tab  8.6 mg 1 tab, ORAL, DAILY
sodium chloride 0.9%  1,000 mL, IV BOLUS, ONCE
Continuous: (3)
desmopressin 40 mcg + sodium chloride 0.9% 50 mL  50 mL, IV DRIP, 100 mL/hr
DOPamine 400 mg in D5W 250mL 400 mg [5 mcg/kg/min] + premix dextrose diluent 250 mL  250 mL, IV DRIP, 18.38
mL/hr
sodium chloride 0.9% 1,000 mL  ml  1,000 mL, IV, 80 mL/hr
PRN: (8)
acetaminophen 325 mg Tab  650 mg 2 tab, ORAL, Q4H
acetaminophen 325 mg Tab  650 mg 2 tab, ORAL, Q4H
bisacodyl 10 mg Supp  10 mg 1 supp, RECTAL, EVEROTHDAY
fentaNYL 100mcg/2mL Inj  50 mcg 1 mL, IV PUSH, Q2H
ondansetron 2 mg/mL Inj 2 mL  4 mg 2 mL, IV PUSH, Q6H
oxyCODONE 5 mg/acetaminophen 325 mg Tab  1 tab, ORAL, Q4H
oxyCODONE 5 mg/acetaminophen 325 mg Tab  2 tab, ORAL, Q4H

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years     Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Consults

promethazine 25 mg/mL Inj 1 mL  12.5 mg 0.5 mL, IM, Q4H
*Stroke Alert Allergies :*  Allergies (1) Active Reaction
No Known Medication Allergies None Documented
*Stroke Alert Labs :*  Labs (Last four charted values)
WBC           H 21.4 (JAN 19) H 20.3 (JAN 19) H 10.9 (JAN 17)
Hgb           L 13.0 (JAN 19) L 13.2 (JAN 19) 13.4 (JAN 17)
Hct           39.2 (JAN 19) 40.3 (JAN 18) 41.0 (JAN 17)
Plt           234 (JAN 19) 246 (JAN 18) 252 (JAN 17)
Na            L 136 (JAN 19) 141 (JAN 18) 142 (JAN 17)
K             4.1 (JAN 19) 4.9 (JAN 18) 4.8 (JAN 17)
CO2           L 21 (JAN 19) 29 (JAN 18) 27 (JAN 17)
Cl            101 (JAN 19) 100 (JAN 18) 103 (JAN 17)
Cr            0.72 (JAN 19) 1.00 (JAN 18) 1.09 (JAN 17)
BUN           H 23 (JAN 19) H 22 (JAN 18) 18 (JAN 17)
Glucose Random    90 (JAN 19) 106 (JAN 18) 103 (JAN 17) NEGATIVE (JAN 17)
Mg            1.8 (JAN 19)
*Stroke Alert Imaging :*  CT brain showed subacute R cerebellar hypodensity, cisternal and sulcal effacement, acute obstructive hydrocephalus. CTA showed interval opening of the R vert, otherwise no LVO.

Liaw, Nicholas - 1/19/2018 5:31 PM EST

### NIH Stroke
*Response Month/Age NIH Stroke Scale :*  Both incorrect
*Open/Close Eyes NIH Stroke Scale :*  Both incorrect
*Best Gaze NIH Stroke Scale :*  Normal
*Level of Consciousness NIH Stroke Scale :*  Coma
*Visual Field Testing NIH Stroke Scale :*  Bilateral hemianopia
*Facial Paresis NIH Stroke Scale :*  Complete paralysis of one or both sides
*Motor Function Lt Arm NIH Stroke Scale :*  No movement
*Motor Function Rt Arm NIH Stroke Scale :*  No movement
*Motor Function Lt Leg NIH Stroke Scale :*  No movement
*Motor Function Rt Leg NIH Stroke Scale :*  No movement
*Limb Ataxia NIH Stroke Scale :*  No ataxia
*Sensory NIH Stroke Scale :*  Severe to total sensory loss
*Best Language NIH Stroke Scale :*  Mute
*Dysarthria NIH Stroke Scale :*  Intubated or other physical barrier
*Extinction/Inattention NIH Stroke Scale :*  Normal
*NIH Stroke Score :*  34

Liaw, Nicholas - 1/19/2018 5:31 PM EST

### Assessment and Recommendations
*tPA Consideration :*  Acute Ischemic Stroke NO TPA
*No tPA Assessment and Recommendation :*  2D echo to evaluate for cardioembolic source, Stroke labs: lipid panel, A1C, Permissive HTN, goal BP <220 systolic - labetalol, hydralazine prn to keep BP at goal, PT/OT/Speech evaluation, Diet: NPO pending dysphagia screen, GI prophylaxis: Pepcid, Docusate, Code status: full code, Disposition: pending completion of workup, resolution of acute medical issues

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
| --- |

*Stroke Alert Discussed With :*  Patient discussed with Neurology stroke fellow, Dr. Aroor, and Neurology stroke attending, Dr.Asdaghi  including tPA consideration.

Liaw, Nicholas - 1/19/2018 5:31 PM EST

**Thrombolytic Therapy**
*Documentation That the Date and Time the Patient was Last Known Well or at Their Baseline State of Health was Witnessed or Reported :*  Yes
*Reason That IV Thrombolytic Therapy was Not Initiated :*  Other: need for acute surgery, old appearing stroke

Liaw, Nicholas - 1/19/2018 5:31 PM EST

**Provider Addendum**
*Stroke Alert Provider Addendum :*  34yo male with no signifcant pmh, presented ot hospital 1/17/18 s/p MVA with C3-C7 injury and R vertebral artery dissection on workup. he was started on experimental hypothermic protocol. at baseline pt is intubated, paraplegic, able to flex biceps b/l.  on 1/19/18 pt acutely became obtunded while nurse was at bedside, b/l pupils were dilated and unresponsive. 1g/kg mannitol was given, L pupil improved. CT brain showed subacute R cerebellar hypodensity, cisternal and sulcal effacement, acute obstructive hydrocephalus. CTA showed interval opening of the R vert, otherwise no LVO. AICA not visualized b/l. decision was made ny nsg to take pt to emergent decompresive craniectomy.

pt likely had a devloping stroke 2/2 trauma and R vertbral obstruction. progressive swelling led to braintem herniation.

recommendations:
·no tpa, emergent surgery. stroke is old appearing. no LVO.
--complete workup when stable: MRI brain, 2d echo, tele, lipids, a1c
--continue care in NSICU under nsg
--permissive htn sbp < 220. labetolol and hydralainze prn, or as per nsg
--repeat CTB post surgery, repeat if exam worsns
--hyperosmotic care as per NSICU team (mannitol, na osm checks, head of bed 30deg, hypervent)
--crestor 40 hs, hold asa and hep sq for now. consider restarting post surgery
--pt ot speech

Attending note:
I reviewed the case with the stroke fellow (Dr. Aroor) reviewed the pertinent neuroimages and agree with the above note.Patient was taken urgently to the OR by Nsx.

Asdaghi, Negar - 1/20/2018 10:51 PM EST

~~[ [34yo male with no signifcant pmh, presented ot hospital 1/17/18 s/p MVA with C3-C7 injury and R vertebral artery dissection on workup. he was started on experimental hypothermic protocol. at baseline pt is intubated, paraplegic, able to flex biceps b/l.  on 1/19/18 pt acutely became obtunded while nurse was at bedside, b/l pupils were dilated and unresponsive. 1g/kg mannitol was given, L pupil improved. CT brain showed subacute R cerebellar hypodensity, cisternal and suleal effacement, acute obstructive hydrocephalus. CTA showed interval opening of the R vert, otherwise no LVO. AICA not visualized b/l. decision was made ny nsg to take pt to emergent decompresive craniectomy.~~~~

pt likely had a devloping stroke 2/2 trauma and R vertbral obstruction. progressive swelling led to braintem herniation.~~

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
| --- |

**Assessment/Reassessment**
*Nutrition Assessment :* Reassessment
*Nutrition Assessment Comment :* please see nutrition reassessment in dietitian notes under progress notes
Rodriguez, Lehana N - 2/27/2018 2:59 PM EST

**Monitoring/Recommendations**
*Nutrition Assessment Comment :* f/u 1x/week
Rodriguez, Lehana N - 2/27/2018 2:59 PM EST

Document Type:                     Nutrition Consult
Service Date/Time:                 3/6/2018 15:26 EST
Result Status:                     Auth (Verified)
Document Subject:                  Nutrition Assessment
Perform Information:               Rodriguez,Lehana N (3/6/2018 15:26 EST)
Sign Information:                  Rodriguez,Lehana N (3/6/2018 15:26 EST)

**Nutrition Assessment Entered On: 3/6/2018 3:26 PM EST**
**Performed On: 3/6/2018 3:26 PM EST by Rodriguez, Lehana N**

**Assessment/Reassessment**
*Nutrition Assessment :* Reassessment
*Nutrition Assessment Comment :* please see nutrition reassessment under progress notes - dietitian progress notes
Rodriguez, Lehana N - 3/6/2018 3:26 PM EST

**Monitoring/Recommendations**
*Nutrition Assessment Comment :* f/u 1x/week
Rodriguez, Lehana N - 3/6/2018 3:26 PM EST

Document Type:                     Pulmonology Consultation
Service Date/Time:                 2/21/2018 14:38 EST
Result Status:                     Auth (Verified)
Document Subject:                  Pulmonary Consult
Perform Information:               Wynn,Nikki Mo (2/21/2018 14:49 EST)
Sign Information:                  Calderon-Candelario,Rafael A (2/23/2018 10:11 EST);
                                   Wynn,Nikki Mo (2/21/2018 14:49 EST)

Admit Date:        1/17/2018              Patient:       AUGUSMAR, STANLEY
Discharge Date:                           MRN:           5017634
IN:                40014572421            Attending:     Wang,Michael Yung-Shun
Report Request ID: 101503358             DOB/Age/Sex:   6/23/1983   34 years      Male
Facility:          Jackson Memorial Hospital



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Computed Tomography* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006981 | CTA Chest w/ Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Report**
IMPRESSION:
1. No acute intracranial hemorrhage, mass effect, midline shift, or extra-axial collections.
2. No traumatic viscus organ injury.
3. Nondisplaced fracture of the C3 right lamina with extension to the right articular mass and inferior facet.
4. Not significantly displaced fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle. No significant spinal canal narrowing at this level.
5. The proximal right vertebral artery is not opacified throughout its proximal and most of its intervertebral course. The distal vertebral becomes slightly opacified starting at about the C2 level; however, this could be due to retrograde filling. In conjunction with the right cervical spine injury this is favored to represent traumatic injury to the vessel.

Non-traumatic findings:
1. Lucency in the crown of the most posterior right mandibular molar favored to represent a cavity.
2. Periapical lucency of the left maxillary most posterior molar.
3. There is an 8 mm sclerotic hyperdensity in the right iliac bone favored represent a bone island.
4. Right os acromiale.
5. Additional findings as detailed above.

Findings discussed post attending review with Dr Brad Moffat of Trauma Resus at 5:00 pm on 1/17/18.

***FINAL REPORT***
*Attending Physician: Durso, Anthony Michael*
*Dictation Date/Time:01/17/18 11:44:4*
*Transcribed by & Date/Time:  Durso, Anthony Micha01/17/2018 12:51*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident:  Dienes, Spencer R*
*Electronically Signed By:  Durso, Anthony MichaelSignature Date/Time:  01/17/2018 19:51*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0007942 | CT Brain w/o Contrast | 1/19/2018 16:55 EST | Mohney,Nathaniel J |

**Reason For Exam**
(CT Brain w/o Contrast) concern for ICH

**Report**
Procedure: CT Brain w/o Contrast, CT Neck w/ + w/o Contrast, CTA Head w/ + w/o Contrast

Exam Date: 1/19/2018 4:55 PM

Indication: concern for ICH

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Computed Tomography

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0007942 | CT Brain w/o Contrast | 1/19/2018 16:55 EST | Mohney,Nathaniel J |

**Report**
History:Stroke alert

TECHNIQUE:

1. CT of the brain without IV contrast. Axial, coronal, and sagittal reconstructions are submitted for review.
2. Axial CT angiographic images of the head and neck were obtained following the administration of IV contrast. Sagittal and coronal MIP reconstructions were generated on an outside workstation, images sent to PACS and reviewed.

COMPARISON: None

FINDINGS:
BRAIN:
Parenchyma: There is a large hypodensity in the right cerebellum involving the majority of the hemisphere favored to represent a new area of ischemia. There is diffuse sulcal effacement suggestive of diffuse cerebral edema. The third and lateral ventricles are dilated compared to the prior with a compressed fourth ventricle suggestive of obstructive hydrocephalus. Cannot entirely exclude a component of hemorrhage in the posterior fossa as there is significant streak artifact.
Extra-axial spaces: No abnormal collection.
Midline structures: No evidence of a sellar or suprasellar lesion.
Calvarium: No depressed fractures.
Paranasal sinuses: Well aerated
Mastoid air cells: Well aerated

Cervical Spine:
Redemonstrated fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle.
Redemonstrated nondisplaced fracture of the C3 right lamina with extension to the right articular mass and inferior facet.
The facet joint on the left at C5-C6 appears asymmetrically widened which was not apparent on the prior study from 1/17/2018. This may represent ligamentous injury.
Right os acromiale is again seen.

VASCULATURE:
Included aortic arch, brachiocephalic artery and subclavian arteries: Patent.

Anterior Circulation
Right common carotid artery: Patent. No hemodynamically significant stenosis by NASCET criteria
Right internal carotid artery: Patent. No hemodynamically significant stenosis by NASCET criteria
Right external carotid artery: Patent.

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503350 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |

Plaintiff Exhibit 29 - 011491



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Computed Tomography |
|---|

Accession
CT-18-0007942

Exam
CT Brain w/o Contrast

Exam Date/Time
1/19/2018 16:55 EST

Ordering Provider
Mohney,Nathaniel J

**Report**
Left common carotid artery: Patent. No hemodynamically significant stenosis by NASCET criteria
Left internal carotid artery: Patent. No hemodynamically significant stenosis by NASCET criteria
Left external carotid artery: Patent.

Middle cerebral arteries: Patent. No critical stenosis.
Anterior cerebral arteries: Patent. No critical stenosis.
Anterior communicating artery: Present.
Posterior communicating arteries: Present.

There is no dissection or aneurysm greater than 3 mm in the anterior circulation.

Posterior circulation:
Right vertebral artery: The right vertebral artery which was not opacified for a long segment on the prior exam from 1/17/2018 is now opacified. There are areas of irregular narrowing but it appears patent.
Left vertebral artery: Patent. No critical stenosis.
Basilar artery: Patent. No critical stenosis.
Posterior cerebral arteries: Patent. No critical stenosis.
PICAs: Present. Patent.

There is no dissection or aneurysm greater than 3 mm in the posterior circulation.

SOFT TISSUES:
Aerodigestive tract: Endotracheal tube present.
Facial and scalp tissues: Unremarkable.
Neck tissues: No cervical lymphadenopathy is seen by CT size criteria. Normal thyroid gland.
Visualized lung apices: well aerated.

IMPRESSION:
1. There is a large hypodensity in the right inferior cerebellum favored to represent a new area of ischemia. There is diffuse sulcal effacement suggestive of diffuse cerebral edema. The third and lateral ventricles are dilated compared to the prior with a compressed fourth ventricle suggestive of obstructive hydrocephalus. Cannot entirely exclude a component of hemorrhage in the posterior fossa as is significant streak artifact.
2. The right vertebral artery which was not opacified for a long segment on the prior exam from 1/17/2018 is now opacified. There are areas of irregular narrowing but it appears patent.
3. Redemonstrated fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle.
4. Redemonstrated nondisplaced fracture of the C3 right lamina with extension to the right articular mass and inferior facet.

---

Admit Date:              1/17/2018
Discharge Date:
  IN:                        40014572421
Report Request ID:  101503358
Facility:                  Jackson Memorial Hospital

Patient:        AUGUSMAR, STANLEY
MRN:            5017634
Attending:      Wang,Michael Yung-Shun
DOB/Age/Sex:  6/23/1983   34 years      Male



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Computed Tomography* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0007942 | CT Brain w/o Contrast | 1/19/2018 16:55 EST | Mohney,Nathaniel J |

**Report**
5. The facet joint on the left at C5-C6 appears asymmetrically widened which was not apparent on the prior study from 1/17/2018. This may represent ligamentous injury.

Findings discussed with neurology resident Dr. Liaw at 5:58 pm on 1/19/18.

Note:
Internal carotid artery stenosis reported are based on the distal internal carotid artery as a reference as used in the 1998 NASCET study.

| Mild stenosis | <50 % |
|---|---|
| Moderate stenosis | 50-69 % |
| Severe stenosis | 70-99 % |

***FINAL REPORT***
*Attending Physician: Durso, Anthony Michael*
*Dictation Date/Time:01/19/18 16:57:4*
*Transcribed by & Date/Time: Durso, Anthony Micha01/19/2018 18:09*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Dienes, Spencer R*
*Electronically Signed By: Durso, Anthony MichaelSignature Date/Time: 01/19/2018 18:50*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0007950 | CT Neck w/ + w/o Contrast | 1/19/2018 17:22 EST | Liaw,Nicholas |

**Reason For Exam**
(CT Neck w/ + w/o Contrast) stroke alert

**Report**
Procedure: CT Brain w/o Contrast, CT Neck w/ + w/o Contrast, CTA Head w/ + w/o Contrast

Exam Date: 1/19/2018 4:55 PM

Indication: concern for ICH

History:Stroke alert

TECHNIQUE:

1. CT of the brain without IV contrast. Axial, coronal, and sagittal reconstructions are submitted for review.

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years     Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

### *Computed Tomography*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0007950 | CT Neck w/ + w/o Contrast | 1/19/2018 17:22 EST | Liaw,Nicholas |

**Report**

Note:
Internal carotid artery stenosis reported are based on the distal internal carotid artery as a reference as used in the 1998 NASCET study.

Mild stenosis       <50 %
Moderate stenosis  50-69 %
Severe stenosis      70-99 %

***FINAL REPORT***
*Attending Physician: Durso, Anthony Michael*
*Dictation Date/Time:01/19/18 16:57:4*
*Transcribed by & Date/Time: Durso, Anthony Micha01/19/2018 18:09*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Dienes, Spencer R*
*Electronically Signed By: Durso, Anthony MichaelSignature Date/Time: 01/19/2018 18:50*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0007949 | CTA Head w/ + w/o Contrast | 1/19/2018 17:22 EST | Liaw,Nicholas |

**Reason For Exam**
(CTA Head w/ + w/o Contrast) stroke alert

**Report**
Procedure: CT Brain w/o Contrast, CT Neck w/ + w/o Contrast, CTA Head w/ + w/o Contrast

Exam Date: 1/19/2018 4:55 PM

Indication: concern for ICH

History:Stroke alert

TECHNIQUE:

1. CT of the brain without IV contrast. Axial, coronal, and sagittal reconstructions are submitted for review.
2. Axial CT angiographic images of the head and neck were obtained following the administration of IV contrast. Sagittal and coronal MIP reconstructions were generated on an outside workstation, images sent to PACS and reviewed.

COMPARISON: None

---

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

### Computed Tomography

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0007949 | CTA Head w/ + w/o Contrast | 1/19/2018 17:22 EST | Liaw,Nicholas |

**Report**
FINDINGS:
BRAIN:
Parenchyma: There is a large hypodensity in the right cerebellum involving the majority of the hemisphere favored to represent a new area of ischemia. There is diffuse sulcal effacement suggestive of diffuse cerebral edema. The third and lateral ventricles are dilated compared to the prior with a compressed fourth ventricle suggestive of obstructive hydrocephalus. Cannot entirely exclude a component of hemorrhage in the posterior fossa as there is significant streak artifact.
Extra-axial spaces: No abnormal collection.
Midline structures: No evidence of a sellar or suprasellar lesion.
Calvarium: No depressed fractures.
Paranasal sinuses: Well aerated
Mastoid air cells: Well aerated

Cervical Spine:
Redemonstrated fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle.
Redemonstrated nondisplaced fracture of the C3 right lamina with extension to the right articular mass and inferior facet. The facet joint on the left at C5-C6 appears asymmetrically widened which was not apparent on the prior study from 1/17/2018. This may represent ligamentous injury.
Right os acromiale is again seen.

VASCULATURE:
Included aortic arch, brachiocephalic artery and subclavian arteries: Patent.

Anterior Circulation
Right common carotid artery: Patent. No hemodynamically significant stenosis by NASCET criteria
Right internal carotid artery: Patent. No hemodynamically significant stenosis by NASCET criteria
Right external carotid artery: Patent.

Left common carotid artery: Patent. No hemodynamically significant stenosis by NASCET criteria
Left internal carotid artery: Patent. No hemodynamically significant stenosis by NASCET criteria
Left external carotid artery: Patent.

Middle cerebral arteries: Patent. No critical stenosis.
Anterior cerebral arteries: Patent. No critical stenosis.
Anterior communicating artery: Present.
Posterior communicating arteries: Present.

There is no dissection or aneurysm greater than 3 mm in the anterior circulation.

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Computed Tomography*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0007949 | CTA Head w/ + w/o Contrast | 1/19/2018 17:22 EST | Liaw,Nicholas |

**Report**

Posterior circulation:
Right vertebral artery: The right vertebral artery which was not opacified for a long segment on the prior exam from 1/17/2018 is now opacified. There are areas of irregular narrowing but it appears patent.
Left vertebral artery: Patent. No critical stenosis.
Basilar artery: Patent. No critical stenosis.
Posterior cerebral arteries: Patent. No critical stenosis.
PICAs: Present. Patent.

There is no dissection or aneurysm greater than 3 mm in the posterior circulation.

SOFT TISSUES:
Aerodigestive tract: Endotracheal tube present.
Facial and scalp tissues: Unremarkable.
Neck tissues: No cervical lymphadenopathy is seen by CT size criteria. Normal thyroid gland.
Visualized lung apices: well aerated.

IMPRESSION:
1. There is a large hypodensity in the right inferior cerebellum favored to represent a new area of ischemia. There is diffuse sulcal effacement suggestive of diffuse cerebral edema. The third and lateral ventricles are dilated compared to the prior with a compressed fourth ventricle suggestive of obstructive hydrocephalus. Cannot entirely exclude a component of hemorrhage in the posterior fossa as is significant streak artifact.
2. The right vertebral artery which was not opacified for a long segment on the prior exam from 1/17/2018 is now opacified. There are areas of irregular narrowing but it appears patent.
3. Redemonstrated fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle.
4. Redemonstrated nondisplaced fracture of the C3 right lamina with extension to the right articular mass and inferior facet.
5. The facet joint on the left at C5-C6 appears asymmetrically widened which was not apparent on the prior study from 1/17/2018. This may represent ligamentous injury.

Findings discussed with neurology resident Dr. Liaw at 5:58 pm on 1/19/18.

Note:
Internal carotid artery stenosis reported are based on the distal internal carotid artery as a reference as used in the 1998 NASCET study.

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

### Computed Tomography

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0007949 | CTA Head w/ + w/o Contrast | 1/19/2018 17:22 EST | Liaw,Nicholas |

**Report**
Mild stenosis      <50 %
Moderate stenosis  50-69 %
Severe stenosis    70-99 %

***FINAL REPORT***
*Attending Physician: Durso, Anthony Michael*
*Dictation Date/Time:01/19/18 16:57:4*
*Transcribed by & Date/Time:  Durso, Anthony Micha01/19/2018 18:09*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident:  Dienos, Spencer R*
*Electronically Signed By:  Durso, Anthony MichaelSignature Date/Time:  01/19/2018 18:50*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0008020 | CT Brain w/o Contrast | 1/20/2018 03:14 EST | Sayers,Martin P |

**Reason For Exam**
(CT Brain w/o Contrast) Post op: brain surgery

**Report**
Exam: CT brain without IV contrast

INDICATION: Postop brain surgery

TECHNIQUE: Contiguous axial noncontrast CT images of the brain. Multiplanar reconstructions were obtained.

COMPARISON: CTs 01/19/2018.

FINDINGS:

There are new post surgical changes of decompressive suboccipital craniectomy. Gas and extra-axial blood products/fluid are seen in the operative bed.

There is a redemonstrated hypodensity in the right cerebellar hemisphere, predominantly occupying the right PICA territory.  Compared to prior exam, the overall volume of infarction appears decreased, which may represent partial resection of ischemic tissue. Within the inferior aspect of this topography, there are hyperdense components, likely representing postsurgical blood products. Compared to prior exam, there is decreased mass effect on the fourth ventricle.

Supratentorially, there continues to be diffuse sulcal effacement, though the gray-white matter differentiation demonstrates improved distinction. There is improved visualization of the perimesencephalic cisterns.

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| 'IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years     Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## Computed Tomography

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0007942 | CT Brain w/o Contrast | 1/19/2018 16:55 EST | Mohney,Nathaniel J |

**Report**
5. The facet joint on the left at C5-C6 appears asymmetrically widened which was not apparent on the prior study from 1/17/2018. This may represent ligamentous injury.

Findings discussed with neurology resident Dr. Liaw at 5:58 pm on 1/19/18.

Note:
Internal carotid artery stenosis reported are based on the distal internal carotid artery as a reference as used in the 1998 NASCET study.

Mild stenosis         <50 %
Moderate stenosis   50-69 %
Severe stenosis      70-99 %

***FINAL REPORT***
*Attending Physician: Durso, Anthony Michael*
*Dictation Date/Time:01/19/18 16:57:4*
*Transcribed by & Date/Time: Durso, Anthony Micha01/19/2018 18:09*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Dienes, Spencer R*
*Electronically Signed By: Durso, Anthony MichaelSignature Date/Time: 01/19/2018 18:50*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0007950 | CT Neck w/ + w/o Contrast | 1/19/2018 17:22 EST | Liaw,Nicholas |

**Reason For Exam**
(CT Neck w/ + w/o Contrast) stroke alert

**Report**
Procedure: CT Brain w/o Contrast, CT Neck w/ + w/o Contrast, CTA Head w/ + w/o Contrast

Exam Date: 1/19/2018 4:55 PM

Indication: concern for ICH

History:Stroke alert

TECHNIQUE:

1. CT of the brain without IV contrast. Axial, coronal, and sagittal reconstructions are submitted for review.

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years     Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Computed Tomography* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0007950 | CT Neck w/ + w/o Contrast | 1/19/2018 17:22 EST | Liaw,Nicholas |

**Report**
2. Axial CT angiographic images of the head and neck were obtained following the administration of IV contrast. Sagittal and coronal MIP reconstructions were generated on an outside workstation, images sent to PACS and reviewed.

COMPARISON: None

FINDINGS:
BRAIN:
Parenchyma: There is a large hypodensity in the right cerebellum involving the majority of the hemisphere favored to represent a new area of ischemia. There is diffuse sulcal effacement suggestive of diffuse cerebral edema. The third and lateral ventricles are dilated compared to the prior with a compressed fourth ventricle suggestive of obstructive hydrocephalus. Cannot entirely exclude a component of hemorrhage in the posterior fossa as there is significant streak artifact.
Extra-axial spaces: No abnormal collection.
Midline structures: No evidence of a sellar or suprasellar lesion.
Calvarium: No depressed fractures.
Paranasal sinuses: Well aerated
Mastoid air cells: Well aerated

Cervical Spine:
Redemonstrated fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle.
Redemonstrated nondisplaced fracture of the C3 right lamina with extension to the right articular mass and inferior facet. The facet joint on the left at C5-C6 appears asymmetrically widened which was not apparent on the prior study from 1/17/2018. This may represent ligamentous injury.
Right os acromiale is again seen.

VASCULATURE:
Included aortic arch, brachiocephalic artery and subclavian arteries: Patent.

Anterior Circulation
Right common carotid artery: Patent. No hemodynamically significant stenosis by NASCET criteria
Right internal carotid artery: Patent. No hemodynamically significant stenosis by NASCET criteria
Right external carotid artery: Patent.

Left common carotid artery: Patent. No hemodynamically significant stenosis by NASCET criteria
Left internal carotid artery: Patent. No hemodynamically significant stenosis by NASCET criteria
Left external carotid artery: Patent.

Middle cerebral arteries: Patent. No critical stenosis.

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## Computed Tomography

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0007950 | CT Neck w/ + w/o Contrast | 1/19/2018 17:22 EST | Liaw,Nicholas |

**Report**
Anterior cerebral arteries: Patent. No critical stenosis.
Anterior communicating artery: Present.
Posterior communicating arteries: Present.

There is no dissection or aneurysm greater than 3 mm in the anterior circulation.

Posterior circulation:
Right vertebral artery: The right vertebral artery which was not opacified for a long segment on the prior exam from 1/17/2018 is now opacified. There are areas of irregular narrowing but it appears patent.
Left vertebral artery:  Patent. No critical stenosis.
Basilar artery: Patent. No critical stenosis.
Posterior cerebral arteries: Patent. No critical stenosis.
PICAs: Present. Patent.

There is no dissection or aneurysm greater than 3 mm in the posterior circulation.

SOFT TISSUES:
Aerodigestive tract: Endotracheal tube present.
Facial and scalp tissues: Unremarkable.
Neck tissues: No cervical lymphadenopathy is seen by CT size criteria. Normal thyroid gland.
Visualized lung apices: well aerated.

IMPRESSION:
1. There is a large hypodensity in the right inferior cerebellum favored to represent a new area of ischemia. There is diffuse sulcal effacement suggestive of diffuse cerebral edema. The third and lateral ventricles are dilated compared to the prior with a compressed fourth ventricle suggestive of obstructive hydrocephalus. Cannot entirely exclude a component of hemorrhage in the posterior fossa as is significant streak artifact.
2. The right vertebral artery which was not opacified for a long segment on the prior exam from 1/17/2018 is now opacified. There are areas of irregular narrowing but it appears patent.
3. Redemonstrated fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle.
4. Redemonstrated nondisplaced fracture of the C3 right lamina with extension to the right articular mass and inferior facet.
5. The facet joint on the left at C5-C6 appears asymmetrically widened which was not apparent on the prior study from 1/17/2018. This may represent ligamentous injury.

Findings discussed with neurology resident Dr. Liaw at 5:58 pm on 1/19/18.

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years     Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Computed Tomography |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0007950 | CT Neck w/ + w/o Contrast | 1/19/2018 17:22 EST | Liaw,Nicholas |

**Report**

Note:
Internal carotid artery stenosis reported are based on the distal internal carotid artery as a reference as used in the 1998 NASCET study.

| Mild stenosis | <50 % |
|---|---|
| Moderate stenosis | 50-69 % |
| Severe stenosis | 70-99 % |

***FINAL REPORT***
*Attending Physician: Durso, Anthony Michael*
*Diotation Date/Time:01/19/18 16:57:4*
*Transcribed by & Date/Time: Durso, Anthony Micha01/19/2018 18:09*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Dienes, Spencer R*
*Electronically Signed By: Durso, Anthony MichaelSignature Date/Time: 01/19/2018 18:50*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0007949 | CTA Head w/ + w/o Contrast | 1/19/2018 17:22 EST | Liaw,Nicholas |

**Reason For Exam**
(CTA Head w/ + w/o Contrast) stroke alert

**Report**
Procedure: CT Brain w/o Contrast, CT Neck w/ + w/o Contrast, CTA Head w/ + w/o Contrast

Exam Date: 1/19/2018 4:55 PM

Indication: concern for ICH

History:Stroke alert

TECHNIQUE:

1. CT of the brain without IV contrast. Axial, coronal, and sagittal reconstructions are submitted for review.
2. Axial CT angiographic images of the head and neck were obtained following the administration of IV contrast. Sagittal and coronal MIP reconstructions were generated on an outside workstation, images sent to PACS and reviewed.

COMPARISON: None

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

*History and Physical*

| Document Type: | History and Physical |
|---|---|
| Service Date/Time: | 1/19/2018 17:25 EST |
| Result Status: | Auth (Verified) |
| Document Subject: | Free Text Note |
| Perform Information: | Eichberg,Daniel G (1/19/2018 17:28 EST) |
| Sign Information: | Heros,Roberto C (2/8/2018 14:30 EST); Eichberg,Daniel G (1/19/2018 17:28 EST) |

HISTORY OF PRESENT ILLNESS:
This is a 35-year-old male patient with no known past medical history. The patient was involved in a motor vehicle accident earlier today with acute paraplegia. For this reason, he was brought here to Jackson Memorial Ryder Trauma Center for further evaluation. The patient reports that he was in usual state of health when he got T-boned while riding an automobile and after that, he had severe neck pain and was unable to move his lower extremities. Here on interview, he was complaining about neck pain with being unable to move his lower extremities and having weakness on the upper extremities bilaterally. The patient denies any headaches, any loss of consciousness, any seizures, any fevers, chills, and denies any sensory loss.

Today patient blew a pupil and was emergently intubated and then taken to CT for a CT brain which demonstrated new cerebellar infarction. Given dose of mannitol and now opening eyes to voice, pupils reactive

REVIEW OF SYSTEMS:
Negative, otherwise mentioned in the history of present illness.

PAST MEDICAL HISTORY:
Hypertension.

PAST SURGICAL HISTORY:
Negative.

FAMILY HISTORY:
Noncontributory.

SOCIAL HISTORY:
Negative.

PHYSICAL EXAMINATION:
Intubated
Eyes open to voice
PERRL and 2 mm
Not moving extremities to command

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years  Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson HEALTH SYSTEM**

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

### History and Physical

IMAGING DATA:
CT of the C-spine shows a right supra-articular facet nondisplaced fracture at the level of C6.

ASSESSMENT AND PLAN:
This is a 35-year-old male patient who was involved in a motor vehicle accident with ASIA B C7 spinal cord injury with a cervical 6 right supra-articular facet nondisplaced fracture. At this moment, we will recommend the patient to have an MRI of the C and T-spine to evaluate for any spinal cord injury. We will recommend the patient to be on maps above 80 and we will enroll to clinical trial on the spinal cord injury hypothermia. After results become available, we will give further recommendations. Case discussed with attending, Dr. Michael Wang.

On 1/19/2018 we will proceed with a SUBOCCIPITAL CRANIOTOMY FOR CEREBELLAR STROKE. Risks and benefits have been considered, and two physician emergency consent was obtained.

*Electronically Signed By: Daniel G Eichberg  On: 01/19/2018 17:28 EST*
*Co Signed By: Roberto C Heros  On:02/08/2018 14:30 EST*
*Dictated On:01/19/2018 17:28 EST*

Document Type:                 History and Physical
Service Date/Time:             1/24/2018 08:30 EST
Result Status:                 Auth (Verified)
Document Subject:              23 Hour H&P Update
Perform Information:           Brunet,Marie Christine (1/24/2018 08:32 EST)
Sign Information:              Starke,Robert M (1/24/2018 08:38 EST); Brunet,Marie
                               Christine (1/24/2018 08:32 EST)

**Please Answer Yes or No to following questions and add comments where appropriate**

**The patient has been re-examined: Yes**

**The History and Physical has been reviewed: Yes**

**Procedure was explained to the patient. Yes**

**Risks, benefits, and alternatives were reviewed with the patient today: Yes**

**History and Physical Update**
HISTORY OF PRESENT ILLNESS:
This is a 35-year-old male patient with no known past medical history. The patient was involved in a motor vehicle accident earlier today with acute

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years    Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *History and Physical* |
| --- |

34 year old male with PMHx of HTN who presented to Ryder TRUS on 1/17/18 s/p MVC sustaining C6 right supra-articular facet nondisplaced fracture & right vertebral
artery occlusion with development of large cerebellar stroke s/p suboccipital decompression on 01/19 pipeline stent of right vertebral artery on 01/25. He also underwent C5-6 ACDF on 2/4/18. Trach performed by ENT 2/14/18.

**PLAN:** Pt referred to IR for image guided placement of percutaneous gastrojejunostomy with local and moderate sedation. Proxy is Brother Marc Augusma 786 282-8464 /404 642-2555

  NPO after MN

*Electronically Signed By: Karen H Chamuel On: 02/14/2018 14:41 EST*
*Dictated On:02/14/2018 13:33 EST*

**Addendum by Poozhikunnath Mohan, Prasoon P on February 15, 2018 11:16 EST**
**Attending addendum:**
**History and Physical has been reviewed with resident/fellow/ARNP during rounds. H&P, labs and images reviwed and patient is a candidate for conscious sedation.**

*Electronically Signed By: Prasoon P Poozhikunnath Mohan On: 02/15/2018 11:16 EST*
*Dictated On:02/15/2018 11:16 EST*

| *Operative Report* |
| --- |

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Perform Information:
Sign Information:

Operative Report
1/19/2018 19:06 EST
Auth (Verified)
MD Verification
Heros,Roberto C (1/19/2018 19:06 EST)

**MD Verification**
Case#: MAIN-2018-1139
Attending: 04258 HEROS, ROBERTO C. (ELECTRONIC SIGNATURE)
I was present for the key portions of this procedure.  Key Portions:
  DECOMPRESSION AND INFARCTECTOMY.  I remained immediately available
  during the remainder of this procedure.

| | | |
| --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| iN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years    Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Operative Report |
| --- |

Document Type:                     Operative Report
Service Date/Time:                 1/19/2018 20:46 EST
Result Status:                     Auth (Verified)
Document Subject:                  Brief Post OP/Post Procedure Note
Perform Information:               Burks,Stephon S (1/19/2018 20:48 EST)
Sign Information:                  Heros,Roberto C (2/8/2018 14:30 EST); Burks,Stephen S
                                   (1/19/2018 20:48 EST)

**Indication for Surgery**
herniation / brainstem compression

**Preoperative Diagnosis**
cerebellar stroke on the right side

**Postoperative Diagnosis**
s/p decompression

**Operation**
Suboccipital decompression

**Surgeon(s)**
Heros

**assistant**
Sur, S; Burks, S

**Anesthesia**
GET; Dr Ashrasi

**Estimated Blood Loss**
100 cc

**Urine Output**
1700 cc

**Findings**
Necrotic brain tissue

**Specimen(s)**
N/a

**Complications**
None

**Technique**
Midline incision; prone

*Electronically Signed By: Stephen S Burks  On: 01/19/2018 20:48 EST*
*Co Signed By: Roberto C Heros  On:02/08/2018 14:30 EST*
*Dictated On:01/19/2018 20:48 EST*

Admit Date:          1/17/2018                    Patient:        AUGUSMAR, STANLEY
Discharge Date:                                   MRN:            5017634
  IN:                40014572421                  Attending:      Wang,Michael Yung-Shun
Report Request ID:   101503358                    DOB/Age/Sex:    6/23/1983  34 years     Male
Facility:            Jackson Memorial Hospital



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

### General Radiology

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0018503 | GR NG Tube Verification | 1/19/2018 23:46 EST | Mohney,Nathaniel J |

**Report**
Procedure: GR NG Tube Verification

Exam Date: 1/19/2018 11:46 PM

Reason for Study: Confirm DHT

TECHNIQUE: Single AP view of the abdomen.

COMPARISON: None.

FINDINGS/IMPRESSION: Distal tip of nasogastric tube projects over the gastric fundus with proximal sidehole in the distal esophagus/gastroesophageal junction.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Castillo-Acosta, Rosa Patricia*
*Dictation Date/Time:01/20/18 10:02:0*
*Transcribed by & Date/Time: Castillo-Acosta, Ros01/20/2018 10:03*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Luka, Joseph*
*Electronically Signed By: Castillo-Acosta, Rosa Signature Date/Time: 01/20/2018 13:43*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0018502 | GR Chest 1 View | 1/19/2018 23:46 EST | Mohney,Nathaniel J |

**Reason For Exam**
(GR Chest 1 View) confirm ETT

**Report**
Procedure: GR Chest 1 View

Exam Date: 1/19/2018 11:46 PM

Indication:    confirm ETT    additional history from Cerner: MVC Not significantly displaced fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle.

Comparison: Chest CT and chest radiograph from 01/17/2018

Technique: One AP chest radiograph was submitted for interpretation

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

Plaintiff Exhibit 29 - 011506



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *General Radiology* |
| --- |

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| GR-18-0018502 | GR Chest 1 View | 1/19/2018 23:46 EST | Mohney,Nathaniel J |

**Report**
FINDINGS:

Life support lines and tubes: Endotracheal tube tip projects approximately 3.4 cm above the carina. Nasogastric tube crossing into the abdomen, tip projecting over the proximal gastric body, which appears to be in adequate position on follow-up abdominal radiograph.

Cardiomediastinal silhouette: normal size and shape  Mediastinum is midline.  .

Lungs: No pulmonary edema. Patchy linear densities in the right base likely represents subsegmental atelectasis and/or consolidation. Patchy densities in the left retrocardiac region likely represents early consolidation and/or atelectasis.

Costophrenic angles: The right costophrenic angle is sharp.The left costophrenic angle is sharp. No pneumothorax.

Bones and soft tissues: Unchanged.

IMPRESSION:

1. Endotracheal tube tip projects approximately 3.4 cm above the carina. Nasogastric tube crossing into the abdomen, tip projecting over the proximal gastric body, which appears to be in adequate position on follow-up abdominal radiograph.
2. Patchy linear densities in the right base likely represents subsegmental atelectasis and/or consolidation.
3. Patchy densities in the left retrocardiac region likely represents early consolidation and/or atelectasis.

***FINAL REPORT***
*Attending Physician: Ghersin, Eduard*
*Dictation Date/Time:01/20/18 08:11:2*
*Transcribed by & Date/Time: Ghersin, Eduard    01/20/2018 11:38*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Marcano, Adriana C*
*Electronically Signed By: Ghersin, Eduard    Signature Date/Time: 01/22/2018 09:16*

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| GR-18-0015957 | GR Chest 1 View | 1/17/2018 11:12 EST | Devivo,Anthony Joseph |

**Reason For Exam**
(GR Chest 1 View) Pain

**Report**
PROCEDURE: GR Chest 1 View, GR Pelvis 1 or 2 Views

EXAM DATE: 1/17/2018 11:12 AM

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| --- | --- | --- | --- |
| Discharge Date: | | MRN: | 5017634 |
| 'N: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| .eport Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *General Radiology* |
| --- |

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| GR-18-0018503 | GR NG Tube Verification | 1/19/2018 23:46 EST | Mohney,Nathaniel J |

**Report**
Procedure: GR NG Tube Verification

Exam Date: 1/19/2018 11:46 PM

Reason for Study: Confirm DHT

TECHNIQUE: Single AP view of the abdomen.

COMPARISON: None.

FINDINGS/IMPRESSION: Distal tip of nasogastric tube projects over the gastric fundus with proximal sidehole in the distal esophagus/gastroesophageal junction.

***FINAL REPORT***
*Attending Physician: Castillo-Acosta, Rosa Patricia*
*Dictation Date/Time:01/20/18 10:02:0*
*Transcribed by & Date/Time: Castillo-Acosta, Ros01/20/2018 10:03*
 *reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Luka, Joseph*
*Electronically Signed By: Castillo-Acosta, Rosa Signature Date/Time: 01/20/2018 13:43*

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| GR-18-0018502 | GR Chest 1 View | 1/19/2018 23:46 EST | Mohney,Nathaniel J |

**Reason For Exam**
(GR Chest 1 View) confirm ETT

**Report**
Procedure: GR Chest 1 View

Exam Date: 1/19/2018 11:46 PM

Indication:    confirm ETT     additional history from Cerner: MVC Not significantly displaced fractures of the C6 right lamina and superior articular processes extending through the intervertebral foramen into the right uncinate process and right pedicle.

Comparison: Chest CT and chest radiograph from 01/17/2018

Technique: One AP chest radiograph was submitted for interpretation

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| --- | --- | --- | --- |
| Discharge Date: | | MRN: | 5017634 |
| 'IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| .Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years    Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## General Radiology

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0018538 | GR NG Tube Verification | 1/20/2018 00:50 EST | Sayers,Martin P |

**Report**
Procedure: GR NG Tube Verification

Exam Date: 1/20/2018 12:50 AM

Reason for Study: Repositioning of the tube, Nasogastic, for the side hole is too proximal

Technique: Single AP view of the abdomen.

COMPARISON: 01/19/2018.

FINDINGS/IMPRESSION: Interval repositioning of nasogastric tube with distal tip projecting over the gastric fundus. Reidentified right femoral approach central venous catheter with distal tip projecting over the IVC.

***FINAL REPORT***
*Attending Physician: Castillo-Acosta, Rosa Patricia*
*Dictation Date/Time:01/20/18 10:07:4*
*Transcribed by & Date/Time: Castillo-Acosta, Ros01/20/2018 10:10*
*reviewed the films and the Radiology resident's findings and agree with the final report-Resident:  Luka, Joseph*
*Electronically Signed By:  Castillo-Acosta, Rosa Signature Date/Time:  01/20/2018 13:43*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0018503 | GR NG Tube Verification | 1/19/2018 23:46 EST | Mohney,Nathaniel J |

**Reason For Exam**
(GR NG Tube Verification) Confirm DHT

---

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Computed Tomography

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0007949 | CTA Head w/ + w/o Contrast | 1/19/2018 17:22 EST | Llaw,Nicholas |

**Report**
Mild stenosis     <50 %
Moderate stenosis  50-69 %
Severe stenosis   70-99 %

***FINAL REPORT***
*Attending Physician: Durso, Anthony Michael*
*Dictation Date/Time:01/19/18 16:57:4*
*Transcribed by & Date/Time: Durso, Anthony Micha01/19/2018 18:09*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Dienes, Spencer R*
*Electronically Signed By: Durso, Anthony MichaelSignature Date/Time: 01/19/2018 18:50*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0008020 | CT Brain w/o Contrast | 1/20/2018 03:14 EST | Sayers,Martin P |

**Reason For Exam**
(CT Brain w/o Contrast) Post op: brain surgery

**Report**
Exam: CT brain without IV contrast

INDICATION: Postop brain surgery

TECHNIQUE: Contiguous axial noncontrast CT images of the brain. Multiplanar reconstructions were obtained.

COMPARISON: CTs 01/19/2018.

FINDINGS:

There are new post surgical changes of decompressive suboccipital craniectomy. Gas and extra-axial blood products/fluid are seen in the operative bed.

There is a redemonstrated hypodensity in the right cerebellar hemisphere, predominantly occupying the right PICA territory.  Compared to prior exam, the overall volume of infarction appears decreased, which may represent partial resection of ischemic tissue. Within the inferior aspect of this topography, there are hyperdense components, likely representing postsurgical blood products. Compared to prior exam, there is decreased mass effect on the fourth ventricle.

Supratentorially, there continues to be diffuse sulcal effacement, though the gray-white matter differentiation demonstrates improved distinction. There is improved visualization of the perimesencephalic cisterns.

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years     Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

### Computed Tomography

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0008020 | CT Brain w/o Contrast | 1/20/2018 03:14 EST | Sayers,Martin P |

**Report**
The lateral and third ventricles are mildly dilated, though decreased in size from prior exam.

There is no evidence of supratentorial acute hemorrhage. No supratentorial extra-axial collection or midline shift.

Corpus callosum is intact. Sella and suprasellar contents are normal.

Mastoid air cells are well aerated. The bilateral petrous apices are pneumatized.

There is mucosal thickening throughout the bilateral ethmoid air cells. There is trace mucosal thickening in the right sphenoid sinus. There is mild mucosal thickening of the bilateral maxillary sinuses.

A left nasogastric tube is present. An endotracheal tube is seen on the scout view.

Orbits are symmetric.

There is mild bilateral scalp swelling, increased from prior exam.

IMPRESSION:
1. Postsurgical changes of decompressive suboccipital craniectomy.
2. Redemonstrated right PICA territory infarction. Compared to prior exam, there is decreased mass effect on the fourth ventricle and improved hydrocephalus of the lateral and third ventricles. Additionally, there is improved visualization of the perimesencephalic cisterns, likely reflecting improving mass effects.

***FINAL REPORT***
*Attending Physician: Nagornaya, Natalya*
*Dictation Date/Time:01/20/18 09:18:4*
*Transcribed by & Date/Time: Nagornaya, Natalya  01/20/2018 16:00*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Martin, Adam R*
*Electronically Signed By: Nagornaya, Natalya   Signature Date/Time: 01/20/2018 18:05*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0011775 | CT Brain w/o Contrast | 1/29/2018 18:25 EST | Lukas,Joshua Arpad |

**Reason For Exam**
(CT Brain w/o Contrast) f/u prior infarct. eval for bleed

**Report**
PROCEDURE: CT Brain w/o Contrast

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

| *Adult Echo* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| AE-18-0002464 | AE 2D Echo w/Doppler+Color Fw | 1/20/2018 08:59 EST | Liaw,Nicholas |

**Reason For Exam**
(AE 2D Echo w/Doppler+Color Fw) For embolic source. Please do bubble test, NO Contrast.

**Report**
Reason For Study: DYSPNEA
PatientHeight 175 cm
PatientWeight 87 kg
BSA 2.0 m2

MMode 2D Measurements & Calculations
RVDd 2.8 cm
IVSd 0.91 cm
LVIDd 4.8 cm
LVIDs 3.0 cm
LVPWd 0.99 cm
FS 38 %
.V mass(C)d 159 grams
LV mass(C)dl 78 grams/m2
Ao root diam 3.1 cm
LVOT diam 2.1 cm
LVOT area 3.5 cm2

Doppler Measurements & Calculations
MV E point 84 cm/sec
MV A point 41 cm/sec
MV E/A 2.1
MV dec time 0.15 sec
Ao V2 max 121 cm/sec
Ao max PG 5.9 mmHg
PA V2 max 133 cm/sec
PA max PG 7.1 mmHg
TR Max vel 236 cm/sec
TR Max PG 27 mmHg
RVSP 35 mmHg
RAP systole 8.0 mmHg

Left Ventricle
The left ventricle is normal in size.
There is no ventricular septal defect visualized.

---

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years   Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| | *Adult Echo* | | |
|---|---|---|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| AE-18-0002464 | AE 2D Echo w/Doppler+Color Fw | 1/20/2018 08:59 EST | Liaw,Nicholas |

**Report**
There is normal left ventricular wall thickness.
Left ventricular systolic function is normal.
Ejection Fraction = 60 -65%.
The E/E' ratio is less than 10.
Mitral valve and tissue doppler patterns are indicative of normal diastolic function.
The left ventricular wall motion is normal.

Right Ventricle
The right ventricle is normal size.
The right ventricular systolic function is normal.

Atria
The left atrial size is normal.
Right atrial size is normal.
There is no Doppler evidence for an atrial septal defect.
Injection of agitated saline documented no interatrial shunt.

Mitral Valve
The mitral valve is normal in structure.
There is no mitral valve stenosis.
There is no mitral regurgitation noted.

Tricuspid Valve
The tricuspid valve is normal in structure.
There is no tricuspid stenosis.
There is trace tricuspid regurgitation.
Right ventricular systolic pressure is normal.

Aortic Valve
The aortic valve opens well.
The aortic valve is normal in structure.
There is no valvular aortic stenosis.
There is no aortic regurgitation.

Pulmonic Valve
The pulmonic valve is not well visualized.
There is no pulmonic valvular stenosis.

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

*Adult Echo*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| AE-18-0002464 | AE 2D Echo w/Doppler+Color Fw | 1/20/2018 08:59 EST | Liaw,Nicholas |

**Report**
Trace pulmonic valvular regurgitation.

Great Vessels
The aortic root is normal size.
The pulmonary is not well visualized.

Pericardium/Pleural
There is no pericardial effusion.
No major pericardial abnormalities demonstrated.
There are no abnormal extracardiac structures seen.

Interpretation Summary
The study was technically difficult.
Clinical correlation is recommended.
Left ventricular systolic function is normal. Ejection Fraction = 60 -65%.
Mitral valve and tissue doppler patterns are indicative of normal diastolic
function. The right ventricular systolic function is normal. Injection of
agitated saline documented no interatrial shunt.

Interpreting Physician: Marian Calfa, M.D. electronically signed on
02-15-2018 09:11:12

***FINAL REPORT***
*Attending Physician: Calfa, Marian Titus*

*Electronically Signed By: Calfa, Marian Titus   Signature Date/Time: 01/22/2018 09:33*
Report last revised on 1/22/2018 09:33 EST by Calfa,Marian Titus

*Electrocardiogram-EKG*

| | |
|---|---|
| Document Type: | Electrocardiogram 12 Lead |
| Service Date/Time: | 2/7/2018 11:27 EST |
| Result Status: | Auth (Verified) |
| Document Subject: | EKG12L |
| Perform Information: | Sancassani,Rhea Bettina (2/7/2018 11:27 EST) |
| Sign Information: | |

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years    Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Other Procedures

pressure monitoring, cardiac monitor, pulse oximetry) cricoid pressure, mask ventilation was easy.

Technique: C-MAC endoscopic blade used, 8.0 French tube cuffed placed, tube was secured using tube tie, at 26 cm.

Confirmation of position: with auscultation of bilateral breath sounds, with capnometry, $CO_2$ detector, chest x-ray pending.

Procedure tolerated: well.

Complications at the time of the procedure: None.

*Electronically Signed By: Maranatha O. Ayodele  On: 01/19/2018 17:06 EST*
*Dictated On:01/19/2018 17:06 EST*

---

| | |
|---|---|
| Document Type:<br>Service Date/Time:<br>Result Status:<br>Document Subject:<br>Perform Information:<br>Sign Information: | Procedure Note.<br>1/20/2018 19:28 EST<br>Auth (Verified)<br>NO CONSENT FOR PICC LINE<br>Drop,Jacob (1/20/2018 19:32 EST)<br>Drop,Jacob (1/20/2018 19:32 EST) |

**NO CONSENT FOR PICC LINE**
JACK_FL

Patient: AUGUSMAR, STANLEY     MRN: 5017634     FIN: 40014572421
Age: 34 years   Sex: Male   DOB: 06/23/1983
Associated Diagnoses: None
Author: Drop, Jacob

**Procedure**

NO CONSENT FOR PICC LINE, PLEASE OBTAIN CONSENT AND REPLACE ORDER WHEN PT IS READY FOR PICC LINE PLACEMENT. THANK YOU FOR THIS CONSULT.

*Electronically Signed By: Jacob A Drop  On: 01/20/2018 19:32 EST*
*Dictated On:01/20/2018 19:32 EST*

---

| | |
|---|---|
| Document Type:<br>Service Date/Time:<br>Result Status:<br>Document Subject:<br>Perform Information:<br>Sign Information: | Procedure Note<br>1/21/2018 14:23 EST<br>Auth (Verified)<br>Peripheral IV Insertion Procedure *<br>Rodriguez,Carlos -RN (1/21/2018 14:28 EST)<br>Rodriguez,Carlos -RN (1/21/2018 14:28 EST) |

**Peripheral IV Insertion Procedure ***
JACK_FL

---

| | | | |
|---|---|---|---|
| Admit Date:<br>Discharge Date:<br>FIN:<br>Report Request ID:<br>Facility: | 1/17/2018<br><br>40014572421<br>101503358<br>Jackson Memorial Hospital | Patient:<br>MRN:<br>Attending:<br>DOB/Age/Sex: | AUGUSMAR, STANLEY<br>5017634<br>Wang,Michael Yung-Shun<br>6/23/1983   34 years       Male |

 **Jackson** **Jackson Health System**
HEALTH SYSTEM
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Other Procedures

Patient: AUGUSMAR, STANLEY        MRN: 5017634        FIN: 40014572421
Age: 34 years   Sex: Male   DOB: 06/23/1983
Associated Diagnoses: None
Author: Rodriguez, Carlos - RN

Procedure
Peripheral IV cath insertion procedure
    Date/ Time: 01/21/2018 11:00:00.
    Confirmed: patient, procedure, side, site, safety procedures followed.
    Performed by: CARLOS RODRIGUEZ, RN.
    Supervised by: JBRITO, RN.
    Informed consent: NON NEEDED.
    Location: RIGHT ARM BASILIC.
    Preparation and technique: skin prepped (in usual fashion, CHLOROPREP), local anesthesia LIDOCAINE, catheter size 4FR, 20CM, number of
        attempts 1, patency (positive blood return, flushed easily), dressing applied (occlusive, transparent).
    Procedure tolerated: well.
    Complications: none.
    FOR PERIPHERAL SOLUTION ONLY
    DO NOT DISCHARGE PATIENT WITH MIDLINE IN PLACE
    POWER FLUSH OK
    REBU 1138 11/30/2018
    4FR, 20CM, ZERO OUT.
Electronically Signed By: Carlos Rodriguez On: 01/21/2018 14:28 EST
Dictated On:01/21/2018 14:28 EST

Document Type:                          Procedure Note
Service Date/Time:                      1/24/2018 12:17 EST
Result Status:                          Auth (Verified)
Document Subject:                       Procedure Note
Perform Information:                    Brunet,Marie Christine (1/24/2018 12:18 EST)
Sign Information:                       Starke,Robert M (1/24/2018 15:26 EST); Brunet,Marie
                                        Christine (1/24/2018 12:18 EST)

Procedure Name
PROCEDURE NOTE

ATTENDING SURGEON: Dr.Starke

FELLOW SURGEON: Dr.Brunet

Preoperative diagnosis: Right vertebral artery dissection

POSTOPERATIVE DIAGNOSIS: right vertebral artery dissetion

PROCEDURE: 4 vessels diagnostic cerebral angiogram; pipeline stent of right vertebral
artery

Admit Date:        1/17/2018         Patient:      AUGUSMAR, STANLEY
Discharge Date:                      MRN:          5017634
FIN:               40014572421       Attending:    Wang,Michael Yung-Shun
Report Request ID: 101503358         DOB/Age/Sex:  6/23/1983   34 years      Male
Facility:          Jackson Memorial Hospital



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Computed Tomography

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0011775 | CT Brain w/o Contrast | 1/29/2018 18:25 EST | Lukas,Joshua Arpad |

**Report**
sinuses. The mastoid air cells are well aerated.

IMPRESSION:
1. Evolving right PICA infarct with a decreasing amount of hypodensity in this region.
2. Mild extra-axial/subgaleal low density collection with some around the right cerebellum extending superiorly to the level of the tentorium. This was seen previously and is difficult to compare due to evolution of prior infarct in this area.
3. There is slight bulging of the brain at the surgical site.
4. No obstructing hydrocephalus.
5. Sulci are now seen.
6. Redemonstrated postsurgical changes of decompressive suboccipital craniectomy.

***FINAL REPORT***
Attending Physician: Post, M. Judith D
Dictation Date/Time:01/30/18 08:31:2
Transcribed by & Date/Time: Post, M. Judith D  01/30/2018 11:15
I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Fox, Bradley Ross
Electronically Signed By: Post, M. Judith D    Signature Date/Time: 01/30/2018 12:51

## Ultrasound

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0005207 | US Duplex Veins Lower Ext Bil | 1/21/2018 20:02 EST | Mohney,Nathaniel J |

**Reason For Exam**
(US Duplex Veins Lower Ext Bil) screen for dvt

**Report**
PROCEDURE: US Duplex Veins Lower Ext Bilateral

EXAM DATE: 1/21/2018 8:02 PM

INDICATION:  screen for dvt

TECHNIQUE: A sonogram of the bilateral  lower extremity deep venous system was performed with the production of real time B-mode two dimensional structural images with compression, Doppler spectral analysis and color flow Doppler imaging.

COMPARISON: None.

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years    Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Ultrasound |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0005207 | US Duplex Veins Lower Ext Bil | 1/21/2018 20:02 EST | Mohney,Nathaniel J |

**Report**

OBSERVATIONS:

Right lower extremity:
External iliac vein: Normal color-flow and gray-scale appearance.
Common femoral vein: Normal color-flow, compressibility, and gray-scale appearance.
Greater saphenous vein: Normal color-flow, compressibility, and gray-scale appearance.
Femoral vein: Normal color-flow, compressibility, and gray-scale appearance.
Popliteal vein: Normal color-flow, compressibility, and gray-scale appearance.

Left lower extremity:
External iliac vein: Normal color-flow and gray-scale appearance.
Common femoral vein: Normal color-flow, compressibility, and gray-scale appearance.
Greater saphenous vein: Normal color-flow, compressibility, and gray-scale appearance.
Femoral vein: Normal color-flow, compressibility, and gray-scale appearance.
Popliteal vein: Normal color-flow, compressibility, and gray-scale appearance.

IMPRESSION:

No sonographic evidence of deep venous thrombosis in the examined vessels of the bilateral lower extremities.

***FINAL REPORT***
*Attending Physician: Henriquez, Gisela C*
*Dictation Date/Time:01/22/18 08:31:4*
*Transcribed by & Date/Time: Henriquez, Gisela C 01/22/2018 08:32*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Ding, Erik*
*Electronically Signed By: Henriquez, Gisela C   Signature Date/Time: 01/22/2018 14:46*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0005206 | US Duplex Veins Upper Ext Bil | 1/21/2018 20:02 EST | Mohney,Nathaniel J |

**Reason For Exam**
(US Duplex Veins Upper Ext Bil) screen for dvt

**Report**
Exam: US Duplex Veins Upper Ext Bil

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Ultrasound

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0005207 | US Duplex Veins Lower Ext Bil | 1/21/2018 20:02 EST | Mohney,Nathaniel J |

**Report**

OBSERVATIONS:

Right lower extremity:
External iliac vein: Normal color-flow and gray-scale appearance.
Common femoral vein: Normal color-flow, compressibility, and gray-scale appearance.
Greater saphenous vein: Normal color-flow, compressibility, and gray-scale appearance.
Femoral vein: Normal color-flow, compressibility, and gray-scale appearance.
Popliteal vein: Normal color-flow, compressibility, and gray-scale appearance.

Left lower extremity:
External iliac vein: Normal color-flow and gray-scale appearance.
Common femoral vein: Normal color-flow, compressibility, and gray-scale appearance.
Greater saphenous vein: Normal color-flow, compressibility, and gray-scale appearance.
Femoral vein: Normal color-flow, compressibility, and gray-scale appearance.
Popliteal vein: Normal color-flow, compressibility, and gray-scale appearance.

IMPRESSION:

No sonographic evidence of deep venous thrombosis in the examined vessels of the bilateral lower extremities.

***FINAL REPORT***
*Attending Physician: Henriquez, Gisela C*
*Dictation Date/Time:01/22/18 08:31:4*
*Transcribed by & Date/Time: Henriquez, Gisela C 01/22/2018 08:32*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Ding, Erik*
*Electronically Signed by: Henriquez, Gisela C   Signature Date/Time: 01/22/2018 14:46*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0005206 | US Duplex Veins Upper Ext Bil | 1/21/2018 20:02 EST | Mohney,Nathaniel J |

**Reason For Exam**
(US Duplex Veins Upper Ext Bil) screen for dvt

**Report**
Exam: US Duplex Veins Upper Ext Bil

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Ultrasound* | | | |
|---|---|---|---|
| Accession<br>US-18-0005206 | Exam<br>US Duplex Veins Upper Ext Bil | Exam Date/Time<br>1/21/2018 20:02 EST | Ordering Provider<br>Mohney,Nathaniel J |

**Report**
Date: 1/21/2018 8:02 PM

Indication: screen for dvt

Comparison: None

Technique: A sonogram of the bilateral upper extremity venous system was performed with the production of real time B-mode two dimensional structural images with compression, Doppler spectral analysis and color flow Doppler imaging.

Findings:

Right internal jugular vein: Normal compressibility. Normal color flow and spectral waveforms.
Right subclavian vein: Normal grayscale appearance, color flow, and spectral waveforms.
Right brachiocephalic vein: Normal grayscale appearance, color flow, and spectral waveforms.
Right axillary vein: Normal grayscale appearance, color flow, and spectral waveforms.

Left internal jugular vein: Normal compressibility. Normal color flow and spectral waveforms.
Left subclavian vein: Normal grayscale appearance, color flow, and spectral waveforms.
Left brachiocephalic vein: Normal grayscale appearance, color flow, and spectral waveforms.
Left axillary vein: Normal grayscale appearance, color flow, and spectral waveforms.

Impression:

No thrombus in central veins of the bilateral upper extremities.

***FINAL REPORT***
Attending Physician: Henriquez, Gisela C
Dictation Date/Time:01/22/18 08:16:4
Transcribed by & Date/Time: Henriquez, Gisela C 01/22/2018 08:17
I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Ding, Erik
Electronically Signed By: Henriquez, Gisela C  Signature Date/Time: 01/22/2018 14:46

| Accession<br>US-18-0007890 | Exam<br>US Abdominal | Exam Date/Time<br>2/1/2018 16:10 EST | Ordering Provider<br>Lau,Hsien Lee |
|---|---|---|---|

**Reason For Exam**
(US Abdominal) incr mild LFTs, paraplegic? alcohol history?

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *General Radiology* |
| --- |

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| GR-18-0022452 | GR Chest 1 View | 1/24/2018 13:19 EST | Sayers,Martin P |

**Report**
Comparison: 1/22/2018

Observations:

Lines: Life support lines and tubes are stable. Stable positioning of endotracheal tube.

Cardiomediastinal silhouette: Stable compared to prior study.  Mediastinum is in midline position.

Lungs: Interval worsening in bilateral perihilar haze and interstitial opacities bilaterally concerning for worsening interstitial pulmonary edema versus worsening atypical infectious process.

Pleura: No pneumothorax. Costophrenic angles sharp bilaterally.

Soft tissues and Bones: Stable compared to prior

Impression:

1. Worsening interstitial opacities bilaterally concerning for diffuse worsening of interstitial pulmonary edema versus worsening atypical infectious process.

***FINAL REPORT***
Attending Physician: Martinez, Humberto O
Dictation Date/Time:01/24/18 13:59:3
Transcribed by & Date/Time:  Martinez, Humberto O01/24/2018 16:34
I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Velamuri, Sriram
Electronically Signed By: Martinez, Humberto O  Signature Date/Time: 01/24/2018 22:35

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| GR-18-0019739 | GR Chest 1 View | 1/22/2018 03:01 EST | Mohney,Nathaniel J |

**Reason For Exam**
(GR Chest 1 View) confirm ETT

**Report**
Procedure: GR Chest 1 View

Exam Date: 1/22/2018 3:01 AM

Reason for Study: confirm ETT    ;

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| --- | --- | --- | --- |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *General Radiology* |
|---|

| Accession<br>GR-18-0019739 | Exam<br>GR Chest 1 View | Exam Date/Time<br>1/22/2018 03:01 EST | Ordering Provider<br>Mohney,Nathaniel J |
|---|---|---|---|

**Report**

Technique: A single AP view of the chest was obtained.

Comparison: 01/19/2018

Findings: Nasogastric tube has been further inserted and loops in the stomach. Endotracheal tube is present with tip 4 cm above carina. There is no pneumothorax. There is improved right lung volume with persistent right infrahilar opacity medially, but resolved subsegmental atelectasis bilaterally. There is a subsegmental opacity in the retrocardiac region which only represents left lower lobe atelectasis. Costophrenic angles are sharp. Heart size within normal limits.

IMPRESSION: Endotracheal tube appropriately positioned. Improved right lung volume with decreased atelectasis at the base. There remains infrahilar interstitial opacity which may represent mild edema or atelectasis. Left lower lobe subsegmental atelectasis.

***FINAL REPORT***
*Attending Physician: Fishman, Joel E*
*Dictation Date/Time:01/22/18 12:39:1*
*Transcribed by & Date/Time: Fishman, Joel E    01/22/2018 12:39*
*Electronically Signed By: Fishman, Joel E     Signature Date/Time: 01/22/2018 12:40*

| Accession<br>GR-18-0018538 | Exam<br>GR NG Tube Verification | Exam Date/Time<br>1/20/2018 00:50 EST | Ordering Provider<br>Sayers,Martin P |
|---|---|---|---|

**Reason For Exam**
(GR NG Tube Verification) Repositioning of the tube, Nasogastic, for the side hole is too proximal

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years     Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
| --- |

Continued psychology services to assist with physical and emotional needs weekly.

**Charges**
HLTH & BEHAVIORAL ASSESS 15 MI: 4 unit (02/27/18 14:54:04)

**Session Start Time**
1200

**Session End Time**
1300

**Team Conference**
No qualifying data available.

Document Type:                    WOC/ET Nurse Consultation
Service Date/Time:               1/22/2018 07:29 EST
Result Status:                       Auth (Verified)
Document Subject:                ET Consult
Perform Information:            Collins,Loreto E -RN (1/22/2018 13:22 EST)
Sign Information:                  Collins,Loreto E -RN (1/22/2018 13:22 EST)

**ET Consult Entered On: 1/22/2018 7:30 AM EST**
**Performed On: 1/22/2018 7:29 AM EST by Collins, Loreto E - RN**

**ET Consult Note**
*ET Nurse Progress Note :* Wound Ostomy Continence Nurse: Consulted to see pt in NSICU for assistance with procurement of therapeutic surface. 35 y/o M involved in a MVA with ASIA B C6 spinal cord injury with a cervical 6 right supra-articular facet nondisplaced fracture. Pt cleared to be placed in a Citadel bed as per Dr. Perez from neuro spine. Citadel bed ordered from Arjo Express#3000542314. Continue turning every 2 hours with heels elevated on pillows. As a preventive measure, apply Aquacel Pro foam sacral border dressing; change every 3 days and PRN. Reconsult if needed

Collins, Loreto E - RN - 1/22/2018 1:22 PM EST

| | |
| --- | --- |
| Admit Date: | 1/17/2018 |
| Discharge Date: | |
| FIN: | 40014572421 |
| Report Request ID: | 101503358 |
| Facility: | Jackson Memorial Hospital |

| | |
| --- | --- |
| Patient: | AUGUSMAR, STANLEY |
| MRN: | 5017634 |
| Attending: | Wang,Michael Yung-Shun |
| DOB/Age/Sex: | 6/23/1983   34 years        Male |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Consults* |
|---|

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Perform Information:
Sign Information:

Anesthesiology Consultation
1/22/2018 08:18 EST
Auth (Verified)
Postanesthesia Evaluation*
Prada,Jessica Helena (1/22/2018 08:22 EST)
Prada,Jessica Helena (1/22/2018 08:22 EST)

**Postanesthesia Evaluation***
JACK_FL

Patient: AUGUSMAR, STANLEY      MRN: 5017634      FIN: 40014572421
Age: 34 years   Sex: Male   DOB: 06/23/1983
Associated Diagnoses: None
Author: Prada, Jessica Helena

Postoperative Information
    Post Operative Info: Procedure/ Case: craniotomy.
    Post operative day: Day 3.
    Patient location: ICU.

Assessment
    Postanesthesia assessment
    Vitals: Vital Signs

| | | |
|---|---|---|
| 01/22/2018 06:13 EST | Heart Rate Monitored | 74 bpm |
| | Respiratory Rate | 13 br/min  LOW |
| 01/22/2018 06:04 EST | Heart Rate Monitored | 74 bpm |
| | Respiratory Rate | 14 br/min |
| 01/22/2018 06:00 EST | Temperature Axillary | 37.7 DegC |
| | Systolic Blood Pressure Invasive | 124 mmHg |
| | Diastolic Blood Pressure Invasive | 76 mmHg |
| 01/22/2018 04:00 EST | Temperature Axillary | 37.6 DegC |

    Mental status: sedated.
    Respiratory function: symmetrical chest wall expansion.
    Respiratory support: head of bed elevated 20 degrees, oxygen (FIO2: 40 %, intubated), ETT.
    Cardiovascular function: Normal rate.
    Pain: Pain Assessment
        01/22/2018 06:00 EST    FACES Pain Scale      0 = No hurt

    Nausea status: No S/S.
    Postoperative hydration status: within normal limits.

*Electronically Signed By: Jessica Helena Prada  On: 01/22/2018 08:22 EST*
*Dictated On:01/22/2018 08:22 EST*

| | | |
|---|---|---|
| Admit Date: | 1/17/2018 | Patient: AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: 5017634 |
| ˙IN: | 40014572421 | Attending: Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: 6/23/1983  34 years    Male |
| Facility: | Jackson Memorial Hospital | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Operative Report

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Perform Information:
Sign Information:

Operative Report
1/22/2018 00:00 EST
Unauth
Operative/Procedure Report
Sur,Samir (2/1/2018 12:38 EST)
Sur,Samir (2/2/2018 09:12 EST)

Operative/Procedure Report
JACKSON MEMORIAL HOSPITAL
MIAMI, FLORIDA  33136

PATIENT NAME:  AUGUSMAR, STANLEY UNKNOWN
MR NUMBER:  5017634
BILLING NUMBER:  40014572421
DOB:  06/23/1983                 OPERATIVE REPORT

DATE OF OPERATION:  01/22/2018
ATTENDING SURGEON:  Roberto C Heros, MD


PREOPERATIVE DIAGNOSIS:
Right cerebellar stroke with brainstem compression.

POSTOPERATIVE DIAGNOSIS:
Right cerebellar stroke with brainstem compression.

PROCEDURE PERFORMED:
Suboccipital decompressive craniectomy.

ATTENDING SURGEON:
Roberto C Heros, MD.

RESIDENT SURGEONS:
1. Samir Sur, MD.
2. Joshua Burks, MD.

ANESTHESIA TYPE:
General.

ESTIMATED BLOOD LOSS:
70 mL.

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | 3/15/2018 | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 102248905 | DOB/Age/Sex: | 6/23/1983  34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

Plaintiff Exhibit 29 - 011525



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Operative Report

COMPLICATIONS:
None.

JUSTIFICATION FOR PROCEDURE:
The patient is a young gentleman who was involved in a motor vehicle accident
in which he suffered a cervical spine injury including occlusion of the right
vertebral artery. The patient was in stable condition, however, two days
after the accident while in the intensive care unit, the patient became
acutely obtunded including pupillary changes requiring intubation,
hyperventilation, and administration of hyperosmolar infusions. The patient
responded to these measures and became arousable and was able to follow
commands. An emergent CT of the brain was performed, which showed a large
right cerebellar infarction causing significant compression of the brainstem.
For this reason, he was taken emergently to the operating room for
suboccipital decompressive craniectomy.

PROCEDURE IN DETAIL:
The patient was brought to the operating theater having previously been
intubated in the intensive care unit. He was positioned prone on the four
post bed and his head was fixed in the Mayfield head holder and pins. The
area between the inion and C2 was shaved and prepped and draped in the usual
sterile fashion. Prior to incision, the subcutaneous tissues were infiltrated
with local anesthetic. A linear incision was carried down from just below the
inion to the C2 spinous process and the muscle and fascia layers were divided
sharply with monopolar cautery. Retractors were placed to hold the exposure.
The muscle was divided in the midline to expose the occiput as well as the
arch of C1. The high-speed drill with a perforated attachment was used to
make 2 small bur holes in the occiput over the cerebellar hemispheres and the
high-speed drill with the cutting M8 attachment was used to drill the C1 in
the midline to remove the posterior arch. The B1 attachment with a footplate
was used to turn an appropriate size craniotomy extending a little more
laterally on the right side which was the area of the infarct. The diamond
drill was used to separate the bone flap at the foramen magnum. The bone flap
was removed. Bipolar cautery was used to obtain hemostasis and then the dura
was opened with a 15 blade in a Y fashion. At the time of the dural opening,
the infarcted cerebellar brain tissue was clearly seen herniating through the
durotomy. Suction and bipolar cautery were used to resect some of the
infarcted tissue from the cerebellar hemisphere. At this point, the brain
became much more relaxed. We also confirm that our bony exposure durotomy
extended below the foramen magnum such that the cerebellar tonsils were
decompressed to assure that there were not compressing the brainstem. Once we
had satisfactory hemostasis with Surgicel and bipolar cautery, a large piece
of Duraform was placed over the large durotomy site. Hemostasis was confirmed

| | |
|---|---|
| Admit Date: | 1/17/2018 |
| Discharge Date: | 3/15/2018 |
| IN: | 40014572421 |
| Report Request ID: | 102248905 |
| Facility: | Jackson Memorial Hospital |

| | |
|---|---|
| Patient: | AUGUSMAR, STANLEY |
| MRN: | 5017634 |
| Attending: | Wang,Michael Yung-Shun |
| DOB/Age/Sex: | 6/23/1983   34 years     Male |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Operative Report*

and the muscle was closed with interrupted Vicryl sutures.  The fascia was
closed in a watertight fashion with interrupted 2-0 Vicryl sutures and the
skin was also closed with subcutaneous interrupted Vicryl sutures and a
running locked Prolene stitch to reapproximate the skin.  The patient returned
to a neutral position, was removed from pins, and will be admitted to the
Neuroscience Intensive Care Unit for postoperative monitoring.


Dictated For:  Roberto C Heros, MD

Dictated By:  Samir Sur, MD

MEDQ/SS
DD:  02/01/2018 12:38:10
DT:  02/01/2018 18:00:39
JOB #:  1429690/775589525

cc:  Roberto C Heros, MD
Fax: 3052433337

*lectronically Signed By: Samir Sur On: 02/02/2018 09:12 EST*
*Dictated On:02/01/2018 12:38 EST*
*Transcribed On:02/01/18 18:00 EST*

---

| | |
|---|---|
| Document Type: | Operative Report |
| Service Date/Time: | 1/24/2018 12:18 EST |
| Result Status: | Auth (Verified) |
| Document Subject: | MD Verification |
| Perform Information: | Starke,Robert M (1/24/2018 12:18 EST) |
| Sign Information: | |

MD Verification
Case#: IR-2018-755
Attending: 23436 STARKE, ROBERT M (ELECTRONIC SIGNATURE)
I was present and personally performed this procedure.

---

| | |
|---|---|
| Document Type: | Operative Report |
| Service Date/Time: | 2/2/2018 15:23 EST |
| Result Status: | Auth (Verified) |
| Document Subject: | MD Verification |
| Perform Information: | Starke,Robert M (2/2/2018 15:23 EST) |
| Sign Information: | |

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | 3/15/2018 | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 102248905 | DOB/Age/Sex: | 6/23/1983  34 years    Male |
| Facility: | Jackson Memorial Hospital | | |

Plaintiff Exhibit 29 - 011527



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
| --- |

Document Type:            Anesthesiology Consultation
Service Date/Time:         1/23/2018 15:41 EST
Result Status:             Modified
Document Subject:         Preanesthesia Evaluation*
Perform Information:        Harris,Eric Alan (1/24/2018 08:23 EST); Duval,Julia Morillas
                                     (1/23/2018 15:42 EST)
Sign Information:            Harris,Eric Alan (1/24/2018 08:23 EST); Duval,Julia Morillas
                                     (1/23/2018 16:31 EST)

**Preanesthesia Evaluation\***
JACK_FL

Patient: AUGUSMAR, STANLEY     MRN: 5017634      FIN: 40014572421
Age: 34 years   Sex: Male   DOB: 06/23/1983
Associated Diagnoses: None
Author: Duval, Julia Morillas

**Preoperative Information**
    Procedure/ Case: cerebral angiogram
    Anesthesia history
       Patient's history: negative.
       Family's history: negative.

**History of Present Illness**
    The patient presents for preanesthesia evaluation with 35-year-old male patient who was involved in a motor vehicle accident with
ASIA B C6 spinal cord injury with a cervical 6 right supra-
articular facet nondisplaced fracture. Right vertebral artery occlusion. Became lethargic and required intubation in the
evening on 1/19 (~5pm). Noted to have a large cerebellar stroke with hydrocephalus, taken emergently for a suboccipital
decompression on 1/19. Extubated on 1/23. Plan for cerbral angiogram on 1/24

**Review of Systems**
    Ear/Nose/Mouth/Throat: Negative.
    Respiratory: Negative except as documented in history of present illness.
    Cardiovascular: Negative.
    Gastrointestinal: Negative.
    Genitourinary: Negative.
    Endocrine: Negative.
    Musculoskeletal: Neck pain, Muscle weakness, Decreased range of motion, Trauma.
    Integumentary: Negative except as documented in history of present illness.
    Neurologic: Negative except as documented in history of present illness, unable to move BLE, gross motor movement to BLE.

**Health Status**
    Allergies:
       Allergic Reactions (Selected)
          No Known Medication Allergies
    Current medications: (Selected)

| | |
| --- | --- |
| Admit Date: | 1/17/2018 |
| Discharge Date: | |
| .N: | 40014572421 |
| Report Request ID: | 101503358 |
| Facility: | Jackson Memorial Hospital |

| | |
| --- | --- |
| Patient: | AUGUSMAR, STANLEY |
| MRN: | 5017634 |
| Attending: | Wang,Michael Yung-Shun |
| DOB/Age/Sex: | 6/23/1983   34 years     Male |



**Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Consults* |
| --- |

**Inpatient Medications**
    Ordered
        Bactroban: 1 app, NOSTRIL- BOTH, BID
        DOPamine Additive 400 mg [5 mcg/kg/min] + premix dextrose diluent 250 mL: 18.38 mL/hr, IV DRIP, Stop: 10/12/2020 20:11:00 EDT
        DuoNeb: 1 inh, NEBULIZED INHALATION, Q4H
        Lovenox: 30 mg, 0.3 mL, SUBCUTANEOUS, BID
        Mucomyst-10 inhalation solution: 300 mg, 3 mL, NEBULIZED INHALATION, Q4H
        acetaminophen: 650 mg, 2 tab, FEEDING TUBE, Q4H, PRN: Fever
        acetaminophen: 650 mg, 2 tab, FEEDING TUBE, Q4H, PRN: Pain - Mild
        aspirin: 325 mg, 1 tab, ORAL, DAILY
        aspirin: 81 mg, 1 tab, FEEDING TUBE, DAILY
        bisacodyl: 10 mg, 1 supp, RECTAL, EVERYOTHDAY
        chlorhexidine mouthwash: 15 mL, SWISH -SPIT, BID
        docusate sodium: 100 mg, 10 mL, FEEDING TUBE, DAILY
        midodrine: 10 mg, 2 tab, FEEDING TUBE, TID
        multivitamin: 30 mL, FEEDING TUBE, DAILY
        ondansetron: 4 mg, 2 mL, IV PUSH, Q6H, PRN: Nausea
        pantoprazole: 40 mg, 10 mL, IV, DAILY
        promethazine: 12.5 mg, 0.5 mL, IM, Q4H, PRN: Nausea
        rosuvastatin: 40 mg, 2 tab, FEEDING TUBE, BEDTIME
        senna: 8.8 mg, 5 mL, FEEDING TUBE, DAILY

**Problem list:**
    All Problems
        At risk for falls / 208683018 / *Confirmed
        At risk for injury / 213771015 / *Confirmed
        At risk of pressure ulcer / 2817408014 / *Confirmed
        No Chronic Problems / NKP / *Confirmed

**Histories**
Past Medical History:
    No active or resolved past medical history items have been selected or recorded.
Procedure history:
    Venipuncture, age 3 years or older, necessitating the skill of a physician or other qualified health care professional (separate procedure), for
        diagnostic or therapeutic purposes (not to be used for routine venipuncture) (36410) on 1/21/2018 at 34 Years.
    Comments:
    1/21/2018 2:29 PM - Rodriguez, Carlos - RN
    4FR, 20CM, ZERO OUT
    CRANIOTOMY SUBOCCIPITAL (Head) on 1/19/2018 at 34 Years.
    Comments:
    1/19/2018 8:54 PM - PUTULIN, RAMON A
    auto-populated from documented surgical case

**Physical Examination**
Vital Signs

| 01/23/2018 14:00 EST | | |
| --- | --- | --- |
| Heart Rate Monitored | 82 bpm |
| Respiratory Rate | 12 br/min  LOW |
| Systolic Blood Pressure Invasive | 165 mmHg  HI |
| Diastolic Blood Pressure Invasive | 81 mmHg  HI |
| Mean Arterial Pressure Invasive | 106 mmHg |

Pain assessment: Pain Assessment

| 01/23/2018 14:00 EST | | |
| --- | --- | --- |
| Pain Assessment/Reassessment | Assessment |
| Preferred Pain Tool | Numeric rating scale |

| | | | | |
| --- | --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | | MRN: | 5017634 |
|   IN: | 40014572421 | | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
| --- |

Numeric Pain Scale                    0 = No pain

General:  Alert and oriented, Mild distress.
　　Behavior: Anxious.
　　Hydration: Within normal limits.
Airway:  Normal mouth, patient with C collar in place, limited mouth opening due to collar. ROM of neck not assessed.
Head: Normocephalic.
Neck: c collar in place.
Respiratory:  Breath sounds are equal.
　　Respirations: Tachypneic.
　　Breath sounds: Bilateral, Crackles present, Rhonchi present.
　　Support: Head of bed elevated 30 degrees, Oxygen ( 10 L/min ), Respiratory therapy treatment ( Aerosol therapy ).
Cardiovascular: Regular rhythm, No murmur.
　　Edema: Bilateral, Upper extremity, Lower extremity, 1+.
Gastrointestinal:  Soft, Non-tender, Non-distended.
Musculoskeletal
　　Mobility/ gait: unable to walk.
　　Upper extremity exam: arm bilateral.
　　Lower extremity exam: unable to move BLE.
Neurologic: Alert.
　　Orientation: To person, To place.

Review / Management
　　Results review:
　　Labs (Last four charted values)

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| WBC | H 12.9 | (JAN 23) | 8.6 | (JAN 22) | H 11.5 | (JAN 21) | H 14.6 | (JAN 20) |
| Hgb | L 9.3 | (JAN 23) | L 8.9 | (JAN 22) | L 9.9 | (JAN 21) | L 11.2 | (JAN 20) |
| Hct | L 29.8 | (JAN 23) | L 27.3 | (JAN 22) | L 30.5 | (JAN 21) | L 33.5 | (JAN 20) |
| Plt | 202 | (JAN 23) | 172 | (JAN 22) | 196 | (JAN 21) | 239 | (JAN 20) |
| Na | 144 | (JAN 23) | 143 | (JAN 22) | 143 | (JAN 21) | 141 | (JAN 20) |
| K | 4.7 | (JAN 23) | L 3.5 | (JAN 22) | L 3.5 | (JAN 21) | L 3.5 | (JAN 20) |
| CO2 | 27 | (JAN 23) | 29 | (JAN 22) | 26 | (JAN 21) | 24 | (JAN 20) |
| Cl | 106 | (JAN 23) | 106 | (JAN 22) | 106 | (JAN 21) | 105 | (JAN 20) |
| Cr | 1.02 | (JAN 23) | 1.02 | (JAN 22) | 0.80 | (JAN 21) | 0.76 | (JAN 20) |
| BUN | H 26 | (JAN 23) | H 28 | (JAN 22) | H 21 | (JAN 21) | 14 | (JAN 20) |
| Glucose Random | H 147 | (JAN 23) | H 109 | (JAN 22) | H 122 | (JAN 21) | 86 | (JAN 20) |
| Mg | H 2.3 | (JAN 23) | 2.1 | (JAN 22) | 2.0 | (JAN 19) | 1.8 | (JAN 19) |

Documentation reviewed: Current records.

Assessment and Plan
　　American Society of Anesthesiologists#(ASA) physical status classification: Class III.
　　Anesthetic Preoperative Plan
　　Anesthetic technique: General anesthesia.
　　Special monitoring: Arterial line.
　　Postoperative pain management: Per surgeon.
　　Risks discussed: nausea, vomiting, headache, sore throat, dental injury, hypotension, allergic reaction, serious complications.
　　Informed consent: signed by family, mother is HCP, at bedside and consent obtained.

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years    Male |
| Facility: | Jackson Memorial Hospital | | |

Plaintiff Exhibit 29 - 011530



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Consults*

---

*Electronically Signed By: Julia Morillas Duval  On: 01/23/2018 16:31 EST*
*Dictated On:01/23/2018 15:42 EST*

**Addendum by Harris, Eric Alan on January 24, 2018 08:23 EST**
Agree with above. Patient seen and examined. ASA 3, risks vs.benefits reviewed with pt. All questions answered. Plan flex bronch intubation for C6 instability. Eric A. Harris MD #12005

*Electronically Signed By: Eric Alan Harris  On: 01/24/2018 08:23 EST*
*Dictated On:01/24/2018 08:23 EST*

---

Document Type:                    Anesthesiology Consultation
Service Date/Time:                2/3/2018 08:05 EST
Result Status:                    Modified
Document Subject:                 Preanesthesia Evaluation*
Perform Information:              Nelson,Craig T (2/3/2018 09:16 EST); Zeyed,Yosaf (2/3/2018 08:20 EST)

Sign Information:                 Zeyed,Yosaf (2/6/2018 16:57 EST); Nelson,Craig T (2/3/2018 09:16 EST); Nelson,Craig T (2/3/2018 09:15 EST); Zeyed, Yosaf (2/3/2018 08:55 EST)

**Preanesthesia Evaluation***
JACK_FL

Patient: AUGUSMAR, STANLEY        MRN: 5017634        FIN: 40014572421
Age: 34 years   Sex: Male   DOB: 06/23/1983
Associated Diagnoses:  None
Author: Zeyed, Yosaf

**Preoperative Information**
    Procedure/ Case: ACDF
    Anesthesiologist scheduled: Zeyed, Yosaf
    Date/ Time scheduled: 02/03/2018 08:30:00

**History of Present Illness**

A- 34 yo M with PMH of HTN was involved in MVC on 01/17  with ASIA B C6 spinal cord injury. Pt brought to Ryder with neck pain,  unable to move lowwer etremities, Pt developed  large cerebellar stroke  s/p suboccipital decompression on 01/19,

He also had bilateral vertebral dissections,right VA dissection treated with flow diverting stent. Pt was on ASA and Plavix, DC yesterday . Pt is schedule  today for ACDF  C6-C7

Pt is intubated, sedated by precedex
IV access : Rt Midline, Left had 16 G
       Rt Aline

---

Admit Date:          1/17/2018          Patient:        AUGUSMAR, STANLEY
Discharge Date:                         MRN:            5017634
FIN:                 40014572421        Attending:      Wang,Michael Yung-Shun
Report Request ID:   101503358          DOB/Age/Sex:    6/23/1983   34 years        Male
Facility:            Jackson Memorial Hospital

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *History and Physical* |
| --- |

**IMAGING DATA:**
CT of the C-spine shows a right supra-articular facet nondisplaced fracture at the level of C6.

**ASSESSMENT AND PLAN:**
This is a 35-year-old male patient who was involved in a motor vehicle accident with ASIA B C7 spinal cord injury with a cervical 6 right supra-articular facet nondisplaced fracture. At this moment, we will recommend the patient to have an MRI of the C and T-spine to evaluate for any spinal cord injury. We will recommend the patient to be on maps above 80 and we will enroll to clinical trial on the spinal cord injury hypothermia. After results become available, we will give further recommendations. Case discussed with attending, Dr. Michael Wang.

On 1/19/2018 we will proceed with a SUBOCCIPITAL CRANIOTOMY FOR CEREBELLAR STROKE. Risks and benefits have been considered, and two physician emergency consent was obtained.

*Electronically Signed By: Daniel G Eichberg On: 01/19/2018 17:28 EST*
*Co Signed By: Roberto C Heros On:02/08/2018 14:30 EST*
*Dictated On:01/19/2018 17:28 EST*

Document Type:          History and Physical
Service Date/Time:     1/24/2018 08:30 EST
Result Status:         Auth (Verified)
Document Subject:     23 Hour H&P Update
Perform Information:    Brunet,Marie Christine (1/24/2018 08:32 EST)
Sign Information:       Starke,Robert M (1/24/2018 08:38 EST); Brunet,Marie Christine (1/24/2018 08:32 EST)

Please Answer Yes or No to following questions and add comments where appropriate

**The patient has been re-examined:** Yes

**The History and Physical has been reviewed:** Yes

**Procedure was explained to the patient.** Yes

**Risks, benefits, and alternatives were reviewed with the patient today:** Yes

**History and Physical Update**
HISTORY OF PRESENT ILLNESS:
This is a 35-year-old male patient with no known past medical history. The patient was involved in a motor vehicle accident earlier today with acute

Admit Date:        1/17/2018        Patient:         AUGUSMAR, STANLEY
Discharge Date:                  MRN:           5017634
:N:                40014572421    Attending:    Wang,Michael Yung-Shun
Report Request ID:  101503358     DOB/Age/Sex:  6/23/1983  34 years     Male
Facility:          Jackson Memorial Hospital



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *History and Physical* |
| --- |

paraplegia. For this reason, he was brought here to Jackson Memorial Ryder Trauma Center for further evaluation. The patient reports that he was in usual state of health when he got T-boned while riding an automobile and after that, he had severe neck pain and was unable to move his lower extremities. Here on interview, he was complaining about neck pain with being unable to move his lower extremities and having weakness on the upper extremities bilaterally. The patient denies any headaches, any loss of consciousness, any seizures, any fevers, chills, and denies any sensory loss.

Today patient blew a pupil and was emergently intubated and then taken to CT for a CT brain which demonstrated new cerebellar infarction. Given dose of mannitol and now opening eyes to voice, pupils reactive

Patient had SUBOCCIPITAL CRANIOTOMY FOR CEREBELLAR STROKE.

REVIEW OF SYSTEMS:
Negative, otherwise mentioned in the history of present illness.

PAST MEDICAL HISTORY:
Hypertension.

PAST SURGICAL HISTORY:
Negative.

FAMILY HISTORY:
Noncontributory.

SOCIAL HISTORY:
Negative.

PHYSICAL EXAMINATION:
Intubated
Eyes open to voice
PERRL and 2 mm
Not moving extremities to command

IMAGING DATA:
CT of the C-spine shows a right supra-articular facet nondisplaced fracture at the level of C6.

ASSESSMENT AND PLAN:
This is a 35-year-old male patient who was involved in a motor vehicle accident with ASIA B C7 spinal cord injury with a cervical 6 right supra-articular facet nondisplaced fracture. At this moment, we will recommend the patient to have an MRI of the C and T-spine to evaluate for any spinal cord injury. We will recommend the patient to be on maps above 80 and we will enroll to clinical trial on the spinal cord injury hypothermia. After results

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned Images not included in this print out.

---

*History and Physical*

become available, we will give further recommendations. Case discussed with attending, Dr. Michael Wang.

Diagnostic cerebral angiogram today with possible vertebral artery sacrifice/embolization.

*Electronically Signed By: Marie Christine  Brunet  On: 01/24/2018 08:32 EST*
*Co Signed By: Robert M Starke  On:01/24/2018 08:38 EST*
*Dictated On:01/24/2018 08:32 EST*

---

**Document Type:** History and Physical
**Service Date/Time:** 2/11/2018 20:04 EST
**Result Status:** Auth (Verified)
**Document Subject:** H & P
**Perform Information:** Fawole,Opeoluwa O (2/11/2018 20:15 EST)
**Sign Information:** Henriquez,Oswaldo J.(2/12/2018 09:21 EST); Fawole, Opeoluwa O (2/11/2018 20:15 EST)

**History of Present Illness**
34 yo male involved in a motor vehicle accident with C 6 right supra-articular facet nondisplaced fracture & right vertebral
  rtery occlusion with development of large cerebellar stroke s/p suboccipital decompression on 01/19,
s/p pipeline stent of right vertebral artery on 01/25 and occlusion with coils on 02/02 & C5/6 ACDF 02/04.
Patient became lethargic on 1/19 and had to be intubated. He has been vent dependent since, with acute respiratory failure. ENT consulted for trach placement due to inability to wean the ventilator.

**PMH:**
HTN
Cerebellar stroke

**PSH:**
Per HPI

**SH:**
Denies substance abuse

**FH:**
Non-contributory

**Allergies:**
NKA

**Problem List/Past Medical History**
Ongoing
  No chronic problems
Historical
  No qualifying data

**Procedure/Surgical History**
ANTERIOR CERVICAL DECOMPRESSION & FUSION (Neck) (02/03/2018), SP Carotid Cerebral Angiogram IR (N/A) (02/02/2018), SP Carotid Cerebral Angiogram IR (N/A) (01/24/2018), Venipuncture, age 3 years or older, necessitating the skill of a physician or other qualified health care professional (separate procedure), for diagnostic or therapeutic purposes (not to be used for routine venipuncture) (01/21/2018), CRANIOTOMY SUBOCCIPITAL (Head) (01/19/2018).

**Medications**
Inpatient
  aspirin, 325 mg= 1 tab, FEEDING TUBE, DAILY
  Benadryl, 50 mg= 1 cap, FEEDING TUBE, BEDTIME, PRN
  bisacodyl, 10 mg= 1 supp, RECTAL, EVEROTHDAY

---

**Admit Date:** 1/17/2018
**Discharge Date:**
**FIN:** 40014572421
**Report Request ID:** 101503358
**Facility:** Jackson Memorial Hospital

**Patient:** AUGUSMAR, STANLEY
**MRN:** 5017634
**Attending:** Wang,Michael Yung-Shun
**DOB/Age/Sex:** 6/23/1983   34 years      Male



**Jackson Health System**
Miami, FL 33136

HEALTH SYSTEM

This print request includes documents that are scanned images not included in this print out.

*Other Procedures*

Patient: AUGUSMAR, STANLEY     MRN: 5017634     FIN: 40014572421
Age: 34 years   Sex: Male   DOB: 06/23/1983
Associated Diagnoses: None
Author: Rodriguez, Carlos - RN

Procedure
  Peripheral IV cath insertion procedure
    Date/Time: 01/21/2018 11:00:00.
    Confirmed: patient, procedure, side, site, safety procedures followed.
    Performed by: CARLOS RODRIGUEZ, RN.
    Supervised by: JBRITO, RN.
    Informed consent: NON NEEDED.
    Location: RIGHT ARM BASILIC.
    Preparation and technique: skin prepped (in usual fashion, CHLOROPREP), local anesthesia LIDOCAINE, catheter size 4FR, 20CM, number of
        attempts 1, patency (positive blood return, flushed easily), dressing applied (occlusive, transparent).
    Procedure tolerated: well.
    Complications: none.
    FOR PERIPHERAL SOLUTION ONLY
    DO NOT DISCHARGE PATIENT WITH MIDLINE IN PLACE
    POWER FLUSH OK
    REBU 1138 11/30/2018
    4FR, 20CM, ZERO OUT.

Electronically Signed By: Carlos   Rodriguez  On: 01/21/2018 14:28 EST
Dictated On:01/21/2018 14:28 EST

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Perform Information:
Sign Information:

Procedure Note
1/24/2018 12:17 EST
Auth (Verified)
Procedure Note
Brunet,Marie Christine (1/24/2018 12:18 EST)
Starke,Robert M (1/24/2018 15:26 EST); Brunet,Marie
Christine (1/24/2018 12:18 EST)

Procedure Name
PROCEDURE NOTE

ATTENDING SURGEON: Dr.Starke

FELLOW SURGEON: Dr.Brunet

Preoperative diagnosis: Right vertebral artery dissection

POSTOPERATIVE DIAGNOSIS: right vertebral artery dissetion

PROCEDURE: 4 vessels diagnostic cerebral angiogram; pipeline stent of right vertebral
artery

Admit Date:       1/17/2018            Patient:       AUGUSMAR, STANLEY
Discharge Date:                        MRN:           5017634
FIN:              40014572421          Attending:     Wang,Michael Yung-Shun
Report Request ID: 101503358           DOB/Age/Sex:   6/23/1983   34 years      Male
Facility:         Jackson Memorial Hospital

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Other Procedures

ANESTHESIA: General anesthesia

ESTIMATED BLOOD LOSS: 50cc

COMPLICATIONS: none

*Electronically Signed By: Marie Christine  Brunet  On: 01/24/2018 12:18 EST*
*Co Signed By: Robert M Starke  On:01/24/2018 15:26 EST*
*Dictated On:01/24/2018 12:18 EST*

| | |
|---|---|
| Document Type: | Procedure Note |
| Service Date/Time: | 2/2/2018 15:26 EST |
| Result Status: | Auth (Verified) |
| Document Subject: | Procedure Note |
| Perform Information: | Brunet,Marie Christine (2/2/2018 15:29 EST) |
| Sign Information: | Starke,Robert M (2/2/2018 17:01 EST); Brunet,Marie |
| | Christine (2/2/2018 15:29 EST) |

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years     Male |
| Facility: | Jackson Memorial Hospital | | |

Plaintiff Exhibit 29 - 011536



### Jackson Health System
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## *Special Procedures*

| | | | |
|---|---|---|---|
| Accession<br>SP-18-0001445 | Exam<br>SP Carotid Cerebral<br>Angiogram Uni | Exam Date/Time<br>1/24/2018 13:19 EST | Ordering Provider<br>Starke,Robert M |

**Reason For Exam**
(SP Carotid Cerebral Angiogram Uni) diagnostic angiogram and possible vertebral artery sacrifice

**Report**
PROCEDURE : Diagnostic cerebral angiogram and Pipeline embolization

OPERATORS: Dr. Starke
ASSISTANT: Dr.Brunet

INDICATION FOR PROCEDURE/HISTORY: Patient is a 34 yo male with a recent cervical traumatic fracture and right vertebral artery dissection who suffered from a recent right PICA stroke and underwent a posterior fossa decompression. CTA demonstrated recanalization of right vertebral artery and embolic stroke. Continued to have embol on TCD with EDS; decision was made to proceed with angiogram with possible right vertebral artery sacrifice vs stenting.

TECHNICAL DETAILS.

The technical aspects of the procedure as well as its potential risks and benefits were reviewed with the patient?s surrogate. These risks included but were not limited to stroke, bleeding, infection, artery injury, contrast reaction, kidney toxicity, coma, and death. With the understanding of these risks, an informed consent was obtained. The patient was placed in the supine position on the angiography table and the skin of the right and left groins were prepped and draped in the usual sterile fashion. The procedure was performed under general anesthesia. Please see anesthesia note for details. A 6-French sheath was introduced into the right common femoral artery using the Seldinger technique single wall puncture technique was placed. Heparin bolus were given to maintain ACT between 200-300.

PROCEDURAL NARRATIVE:

5F Berenstein catheter was introduced and maneuvered in the right common carotid artery where cervical angiogram was done. The catheter was then maneuvered into the right internal carotid artery where angiogram was done. Catheter was then retracted and maneuvered using roadmap guidance into the right vertebral artery where cervical and cerebral angiogram were done. The catheter was then retracted and maneuvered into the left common carotid artery where cervical angiogram was done. The catheter was then maneuvered into the left

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| N: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Special Procedures |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| SP-18-0001445 | SP Carotid Cerebral Angiogram Uni | 1/24/2018 13:19 EST | Starke,Robert M |

**Report**

internal carotid artery and cerebral views were obtained. The catheter was then maneuvered into the left vertebral artery and cervical and cerebral angiogram were done. After studying the images of the right vertebral artery dissection, decision was made to proceed with placement of a pipeline along the dissection area. Patient was loaded with 600mg of Plavix through NG tube and a maintenance infusion of reopro was started. 6F sheath was exchanged for 8F sheath.

Under real-time fluoroscopy the neuronmax and Penumbra select were coaxially introduced over the Glidewire. The neuron select was navigated into the right vertebral artery over the wire, under road map guidance and digital biplane cervical angiography was performed. Thereafter the neuron Max was subsequently advanced over this construct into the proximal vertebral artery. After satisfactory position of the neuron max, The Glidewire and neuron select were removed and Cerebral angiography was performed. The intermediate catheter was coaxially introduced with the Phenom and microwire. Under roadmap guidance the wire was navigated out the in the distal portion of the vertebral artery (V3 segment) and the Phenom was advanced over the microwire. ntermediate catheter was advanced over the Phenom into the V2 segment of the vertebral artery. After satisfactory position of the micro-catheter the microwire was removed. The pipeline device was introduced into the microcatheter. The pipeline device 3.5mm x 20mm was deployed under real-time fluoroscopy. Angiography was performed immediately after. The wire was recaptured into the Phenom and then Phenom along with  wire were both removed.. Control cervical angiogram was done and demonstrated good apposition of the device and complete coverage of the dissection area. Intermediate catheter was removed as well and final cervical and cerebral angiograms were achieved.

8F angioseal was inserted.

The patient was transferred from the angiography suite, hemodynamically and neurologically unchanged

Procedure:

1)Catheterization of right common femoral artery
2)Selective cathcretization and angiogram of the right common carotid artery
3) selective catheterization and angiogram of the right internal carotid
4) Catheterization and angiogram of the right vertebral artery
5) Catheterization and angiogram of the left common carotid artery

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Special Procedures

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| SP-18-0001445 | SP Carotid Cerebral Angiogram Uni | 1/24/2018 13:19 EST | Starke,Robert M |

**Report**
6) Catheterization and angiogram of the left internal carotid artery
7) Catheterization and angiogram of the left vertebral artery

Embolization:

8) Catheterization of the right vertebral artery
9) Pipeline deployment over the dissection area 3.5mm x 20mm
10) Control angiogram post pipeline deployment
11) Final cervical angiogram of the right vertebral artery
12) Final cerebral angiogram of the right vertebral.


INTERPRETATION:

Right common femoral artery: Puncture Site is situated just above the femoral bifurcation. There is brisk filling of the common femoral artery with no evidence of dissection, aneurysm or filling defect.

Right common carotid artery: No stenosis. No dissection.

Right ICA: Injection reveals good filling of petrous, cavernous and supraclinoid segments with filling of ACA and MCA. Small A1 segment. Small pcomm with flashing of P2-P3 segments. No aneurysm or other vascular malformation.

Right vertebral artery:
Cervical views demonstrated a dissection of the right vertebral artery (V2 segment) at C5-C6 with vessel irregularity and intimal flap. This dissection is associated with mild stenosis of the vessel but good distal flow. We note 2 distinct zones of irregularity. Intracranial, there is filling of right PICA, bilateral AICA, SCA and PCA. No aneurysm, no vascular malformation, no AV shunt.

Left Common carotid artery: There is no stenosis.

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Special Procedures |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| SP-18-0001445 | SP Carotid Cerebral Angiogram Uni | 1/24/2018 13:19 EST | Starke,Robert M |

**Report**
Left ICA: Injection reveals the presence of a widely patent ICA, MCA, ACA and their branches. Dominant A1 segment. Big caliber pcomm with filling of P2-P3 segments. No aneurysm or other vascular malformation.

Left vertebral artery: Injections demonstrated brisk filling of left PICA, bialteral AICA, SCA and PCA. There is also a small area of irregularity of the left vertebral artery at the V2 segment consistent with injury at the mirror level as on the right vertebral side without any significant stenosis or flow limiting. No aneurysm, no vascular malformation.

Right vertebral artery: Cervical views demonstrated a dissection of the right vertebral artery (V2 segment) at C5-C6 with vessel irregularity and intimal flap. This dissection is associated with mild stenosis of the vessel but good distal flow. We note 2 distinct zones of irregularity. Mild spasm is observed distal to the Neuromax

Control angiogram #1 post PED placement: Good position of Pipeline covering the 2 distinct zones of dissection with good apposition on the artery walls.

Control angiogram 2 after removal of the microcatheter demonstrates above findings.

Control angiogram 3 with catheter pulled down into the vertebral artery: Good position and deployment of Pipeline device covering dissection and no significant in-stent stenosis.

Final cerebral angiogram of the right vertebral artery: Filling of right PICA, hilateral AICA,. SCA and PCA. No evidence of thromboembolic complication.

Impression:

1. Right traumatic vertebral artery dissection with ischemic complication (PICA stroke). 2 zones of vessel irregularities in the V2 segment with mild stenosis
2. Minimal left vertebral artery V2 irregularity, non flow limiting dissection
3. Successful placement of Pipeline embolization device 3.5mm x 20mm across right vertebral artery dissection.

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Special Procedures |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| SP-18-0001445 | SP Carotid Cerebral Angiogram Uni | 1/24/2018 13:19 EST | Starke,Robert M |

**Report**
***FINAL REPORT***
Attending Physician: Starke, Robert M
Dictation Date/Time:01/24/18 14:29:0
Transcribed by & Date/Time: Starke, Robert M   01/24/2018 15:00
I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Brunet, Marie Christine
Electronically Signed By: Starke, Robert M   Signature Date/Time: 02/03/2018 17:23

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| SP-18-0001828 | SP Carotid Cerebral Angiogram Uni | 2/2/2018 15:51 EST | Starke,Robert M |

**Reason For Exam**
(SP Carotid Cerebral Angiogram Uni) vetebral artery occlusion scheduled for vetebral artery sacrifice

**Report**
Procedure : Aneurysm coiling of Ruptured right MCA aneurysm

Clinical History : This is 34 y old man with MVA found to have dissection of the right VA in the last angio. Patient was failing medical management and pipeline stent reconstruction was done. Patient now have unstable fracture of the neck and needs to go for neck surgery next week. Patient has fresh stent in place and risk of surgery (bleeding/ hematoma) goes high on aspirin and Plavix.   Decision was made in conjunction with spine team to sacrifice the vertebral  artery . He presents for DSA and possible sacrifice of the right VA.

Operators: Dr Starke  , who was present for the entire case.

Fellow : Dr Khandelwal.

Anesthesia:

General anesthesia

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years     Male |
| Facility: | Jackson Memorial Hospital | | |

Plaintiff Exhibit 29 - 011541

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## General Radiology

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0023718 | GR Chest 1 View | 1/26/2018 07:23 EST | Mohney,Nathaniel J |

**Report**
Cardiomediastinal silhouette: Cardiomediastinal silhouette is within normal limits for size. Mediastinum is in midline position.

Lungs: Improved prominent interstitial markings bilaterally.
Left retrocardiac airspace opacity, stable. Stable vascular markings.

Pleura: No pneumothorax. Costophrenic angles sharp.

Soft tissues and Bones: Stable compared to prior

Impression:
1. Endotracheal tube is seen with distal tip projecting approximately 7.0 cm above the carina, consider advancement.
2. Improving pulmonary edema.
3. Stable left retrocardiac airspace opacity.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Siegel, Yoel Josef*
*Dictation Date/Time:01/26/18 09:41:0*
*Transcribed by & Date/Time: Siegel, Yoel Josef 01/26/2018 11:37*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Puchferran, Christopher G*
*Electronically Signed By: Siegel, Yoel Josef Signature Date/Time: 01/26/2018 15:53*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0022452 | GR Chest 1 View | 1/24/2018 13:19 EST | Sayers,Martin P |

**Reason For Exam**
(GR Chest 1 View) f/u opacities

**Report**
Procedure: GR Chest 1 View

Exam Date: 1/24/2018 1:19 PM

Indication: f/u opacities

Technique: Single AP radiograph of the thorax was obtained for evaluation

Limitations: Rotation to the right.

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years    Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson HEALTH SYSTEM**

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

### General Radiology

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0022452 | GR Chest 1 View | 1/24/2018 13:19 EST | Sayers,Martin P |

**Report**
Comparison: 1/22/2018

Observations:

Lines: Life support lines and tubes are stable. Stable positioning of endotracheal tube.

Cardiomediastinal silhouette: Stable compared to prior study.  Mediastinum is in midline position.

Lungs: Interval worsening in bilateral perihilar haze and interstitial opacities bilaterally concerning for worsening interstitial pulmonary edema versus worsening atypical infectious process.

Pleura: No pneumothorax. Costophrenic angles sharp bilaterally.

Soft tissues and Bones: Stable compared to prior

Impression:

1. Worsening interstitial opacities bilaterally concerning for diffuse worsening of interstitial pulmonary edema versus worsening atypical infectious process.

***FINAL REPORT***
*Attending Physician:  Martinez, Humberto O*
*Dictation Date/Time:01/24/18 13:59:3*
*Transcribed by & Date/Time:  Martinez, Humberto O01/24/2018 16:34*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident:  Velamuri, Sriram*
*Electronically Signed By:  Martinez, Humberto O  Signature Date/Time:  01/24/2018 22:35*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0019739 | GR Chest 1 View | 1/22/2018 03:01 EST | Mohney,Nathaniel J |

**Reason For Exam**
(GR Chest 1 View) confirm ETT

**Report**
Procedure: GR Chest 1 View

Exam Date: 1/22/2018 3:01 AM

Reason for Study: confirm ETT   ;

---

| | |
|---|---|
| Admit Date: | 1/17/2018 |
| Discharge Date: | |
| FIN: | 40014572421 |
| Report Request ID: | 101503358 |
| Facility: | Jackson Memorial Hospital |

| | |
|---|---|
| Patient: | AUGUSMAR, STANLEY |
| MRN: | 5017634 |
| Attending: | Wang,Michael Yung-Shun |
| DOB/Age/Sex: | 6/23/1983   34 years      Male |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## Magnetic Resonance Imaging

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| MR-18-0001633 | MR Thoracic w/o Contrast | 1/17/2018 19:08 EST | Perez-Roman,Roberto J |

**Report**
neural foramina narrowing.

Thoracic spine:
High STIR signal/edema Involving T1 and T2 superior endplates is concerning for contusions without evidence of definite fractures on same day CT. No listhesis. Vertebral body heights are preserved. Thoracic disc spaces are preserved. No evidence of abnormal thoracic cord signal. There is prominence of the epidural fat. There is ligamentum flavum thickening T3-4 through T11-12.

There are bibasilar opacities. Better evaluation of paraspinal soft tissues please refer to same day CT.

Impression:
1. Abnormal high T2 signal within the cord extending from C3 through C7 concerning for cord edema and/or contusion in this patient with history of trauma and also cord compression..
2. Redemonstration of C3 and C6 right lamina with extension, (for which reference to the initial CTs can report is suggested).. The right vertebral artery flow void is preserved however narrowed at C5-C6 levels.
3. Serosanguineous ventral epidural collection extending from C2 through C7. There is associated mild cord compression at C4 and C6 level and moderate cord compression C5 through the superior aspect of C6.
4. C5-6 posttraumatic protrusion versus extrusion as there is abnormal punctate foci of low T2 signal in the ventral epidural space posterior to C6 vertebral body which may represent inferiorly migrated disc extrusion with sequestered disc and/or ventral epidural hematoma causing moderate cord compression.
5. Prevertebral serosanguineous collection extending from C2-C6 and T1-T2.
6. Widening of the interspinous spaces at C3-4 and C5-6 concerning for ligamentous injury. The integrity of the anterior longitudinal ligament cannot be confirmed at C4-5 and C5-6.
7. C6-T2 vertebral body contusions.

Findings were communicated to trauma Dr. Devivo 01/18/2018 8:30 AM.

***FINAL REPORT***
*Attending Physician: Post, M. Judith D*
*Dictation Date/Time:01/18/18 07:01:5*
*Transcribed by & Date/Time: Post, M. Judith D   01/18/2018 08:47*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Tejero, Hilda T*
*Electronically Signed By: Post, M. Judith D   Signature Date/Time: 01/18/2018 13:32*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| MR-18-0001822 | MR Brain w/o Contrast | 1/24/2018 22:30 EST | Liaw,Nicholas |

**Reason For Exam**
(MR Brain w/o Contrast) Stroke,Neurologic Defecits

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |



## Jackson Health System
### Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Magnetic Resonance Imaging*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| MR-18-0001822 | MR Brain w/o Contrast | 1/24/2018 22:30 EST | Liaw,Nicholas |

**Report**
PROCEDURE: MR Brain w/o Contrast

EXAM DATE: 1/24/2018 10:30 PM

INDICATION: Stroke,Neurologic Defects

IMAGING TECHNIQUE: Multiplanar multisequence MR imaging of the brain was performed without administration of intravenous contrast.

ADDITIONAL CLINICAL HISTORY: Per the electronic medical record, "34-year-old male patient who was involved in a motor vehicle accident with ASIA B C6 spinal cord injury with a cervical 6 right supra-articular facet nondisplaced fracture. Right vertebral artery occlusion. Became lethargic and required intubation in the evening on 1/19 (\R\5pm). Noted to have a large cerebellar stroke with hydrocephalus, taken emergently for a suboccipital decompression."

COMPARISON: CT brain dated 01/20/2018

OBSERVATION:

Postsurgical changes consistent with decompressive suboccipital craniectomy with associated extra-axial and subgaleal collection containing fluid, blood, and air, decreased in size from the prior CT allowing for differences in modality.

There is restricted diffusion in the right cerebellum, more prominent laterally and inferiorly in a right PICA distribution. Some but not all of this restricted diffusion is from the postoperative blood products. There is also punctate area of restricted diffusion in the right occipital lobe.

There is no tonsillar herniation. The fourth ventricle is not significantly effaced. No hydrocephalus or midline shift.

The sellar and suprasellar structures are normal.

The orbits are symmetric.

Mild mucosal thickening of the maxillary sinuses. Small bilateral mastoid effusions.

IMPRESSION:
1. In this patient with a history of a traumatic right V2 vertebral artery dissection and subsequent right PICA infarct and subsequent surgical decompression of the posterior fossa, there is again seen restricted diffusion in the right cerebellum, more prominent laterally and inferiorly in the right PICA distribution consistent with the known infarct.. Some, but not all of the restricted diffusion is likely related to the postoperative blood products.
2. Redemonstrated postsurgical changes consistent with decompressive suboccipital craniectomy with interval decrease

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |

Plaintiff Exhibit 29 - 011545



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

*Magnetic Resonance Imaging*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| MR-18-0001822 | MR Brain w/o Contrast | 1/24/2018 22:30 EST | Liaw,Nicholas |

**Report**
In size of the associated extra-axial/subgaleal collection containing fluid, blood, and air.
3. No herniation or hydrocephalus.

***FINAL REPORT***
*Attending Physician: Post, M. Judith D*
*Dictation Date/Time:01/25/18 08:36:3*
*Transcribed by & Date/Time: Post, M. Judith D   01/25/2018 11:09*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Walsh, Matthew L.*
*Electronically Signed By: Post, M. Judith D   Signature Date/Time: 01/25/2018 18:03*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| MR-18-0002694 | MR Cervical w/o Contrast | 2/1/2018 17:34 EST | Perez-Roman,Roberto J |

**Reason For Exam**
(MR Cervical w/o Contrast) FU cervical edema

**Report**
Procedure: MR Cervical w/o Contrast

Exam Date: 2/1/2018 5:34 PM

Indication: FU cervical edema

IMAGING TECHNIQUE: Multiplanar multisequence MRI of the cervical spine was obtained without the administration of intravenous contrast.

COMPARISON: Cervical spine MRI dated 01/17/2018. Correlation is also made with initial trauma cervical spine CT dated 01/17/2018.

OBSERVATIONS: There is interval development of anterolisthesis of C5 on C6 with translation measuring approximately 4 to 5 mm.

Subsequent severe cord compression is evident at this level along with associated increase in degree of intrinsic T2/STIR signal hyperintensity within the cord and in the length. The cord signal abnormality is now seen extending from the cervicomedullary junction through the visualized upper thoracic spine and which the exact inferior extent cannot be determined as it is not fully included within the field-of-view.

Buckling of the anterior longitudinal ligament is appreciated. No evidence of discontinuity of the posterior longitudinal ligament. No evidence of epidural collection.

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| N: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
| --- |

Electronically Signed By: Nikki Mo Wynn  On: 02/21/2018 14:49 EST
Co Signed By: Rafael A Calderon-Candelario  On:02/23/2018 10:11 EST
Dictated On:02/21/2018 14:49 EST

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Perform Information:
Sign Information:

Rehabilitation Psychology Consultation
1/25/2018 14:28 EST
Auth (Verified)
Rehab/Neuropsychology Evaluation
Garcia,Karin Alexandra (1/25/2018 15:15 EST)
Olavarria,Mario (1/25/2018 18:00 EST); Garcia,Karin
Alexandra (1/25/2018 15:15 EST)

**Reason for Admission**
neck pain

**History of Present Illness**
Patient is a 34 year old male presenting with with C6-7 spinal cord injury following MVA where he was a restrained passenger in the backseat of an Uber when the car was t-boned. Patient also experienced a cerebellar infarction during his hospitalization and underwent emergent suboccipital decompression and carotid cerebral angiogram. Patient was intubated and unable to communicate verbally but denied pain with yes no questions and head nodding/blinking.

**Past Medical History**
Ongoing
  No chronic problems
Historical
  No qualifying data

**Pain**
Denied.

**Social History**
Abuse/Neglect/Domestic Violence
  Injuries/Abuse in household: No. Hit, slapped, kicked, punched, choked, or physically hurt you: No. Threatened you or made you feel afraid: No. Touched you or forced you to have sex in a way you did not want: No. Refused you food, medicines, or medical aids: No. Feels safe at home: Yes. Safe place to go: Yes. Emotional help family/friends available: No. Chronically ill or terminally ill with frequent visits No., 01/19/2018
Alcohol
  Use: Current. Type: Beer, Wine., 01/19/2018
Employment/School
  Status: Unemployed., 01/19/2018
Exercise
  Duration (average number of minutes): 0., 01/19/2018

**Behavioral Observations and Mental Status**
The patient was alert and orientation was unable to be assessed as the patient is unable to communicate verbally at this time. He presented dressed in his hospital gown and displayed good grooming and hygiene. His hearing appeared adequate and eye contact was continuous. Speech was not assessed as patient is currently intubated. Patient denied anxiety but endorsed dysthymic mood.Gross receptive and expressive communication abilities and thought processes were not assessed due to patient's inability to communicate at this time; however, patient appeared to be understanding information provided and was fully engaged in today's session. Patient denied any active suicidal or homicidal ideation, plan or intent.

**Understanding of Current Condition**
The patient appears to have a good understanding of current medical/functional status.

**Patient/Family Goals**
To increase level of independent functioning and ADLs, to leave the hospital

**Education Provided**
Role of psychology services, plan of care, rehabilitation continuum.

| | |
| --- | --- |
| Admit Date: | 1/17/2018 |
| Discharge Date: | |
| FIN: | 40014572421 |
| Report Request ID: | 101503358 |
| Facility: | Jackson Memorial Hospital |

| | |
| --- | --- |
| Patient: | AUGUSMAR, STANLEY |
| MRN: | 5017634 |
| Attending: | Wang,Michael Yung-Shun |
| DOB/Age/Sex: | 6/23/1983   34 years     Male |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

### Consults

Gambling
   Current Gambling History. Cards Gambling Type. Weekly Gambling Frequency.,
   01/19/2018
Sexual
   Sexually active: Yes., 01/19/2018

Tobacco
   Current every day smoker, Cigarettes, Smoke cigarettes anytime during the past 12
   months prior to hospital Yes., 01/19/2018
Given patient's inability to communicate verbally, patient gave consent for his mother
(healthcare proxy) to provide background information while he contributed by answering
yes/no questions when possible. The patient was born and raised in Miami, FL and
currently lives with his older brother. His mother is originally from Haiti and he has 3
older brothers, all of whom he reports having strong and supportive relationships with.
Patient also reported being in a romantic relationship with his girlfriend and has a 5 year
old daughter. Patient is currently employed as a cook and earned his bachelors degree
while attending college in NYC. Patient denied any pain and endorsed some depressed
mood related to his current situation. He denied any legal or psychiatric history and
denied any perceptual disturbances, hallucinations, or episodes of mania. Patient denied
any past or current suicidal ideations/attempts/plans.

Family History
   Alzheimer's disease: Father.
   Cardiovascular disease: Mother.
   Diabetes mellitus: Father.
   Hypertension: Mother and Father.

Response to Session
The patient appeared to respond favorably to
this session and was receptive to psychology
services.

Impression and Plan
Patient is a 34 year old male presenting with
with C6-7 spinal cord injury following MVA
where he was a restrained passenger in the
backseat of an Uber when the car was
t-boned. Patient also experienced a
cerebellar infarction during his hospitalization
and underwent emergent suboccipital
decompression
and carotid cerebral angiogram. Patient was
intubated and unable to communicate
verbally but was fully engaged in today's
session with his mother/proxy. He denied
pain and anxiety but reported some
depressed mood related to his current
medical issues with yes no questions and
head nodding/blinking. Patient appears
motivated toward his recovery and his
mother.reported a large social network of
family and friends available to provide
support during his recovery. Patient and
family would benefit from supportive
psychotherapy to manage the stressors
involved with the spinal cord injury recovery
process. Psychology will continue to follow to
facilitate communication until patient is able
to communicate verbally.

Development of Plan of Care
The patient participated in his plan of care
today.

Interventions
Initial assessment.

Assessment/Plan
H/O spinal cord injury Z87.828
Ischemic stroke I63.9
Continued psychology services to assist with
cognitive, behavioral or emotional needs
weekly.

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
| --- |

**Charges**
HLTH & BEHAVIORAL ASSESS 15 MI: 4
unit (01/25/18 14:28:37)

**Session Start Time**
1100

**Session End Time**
1200

**Team Conference**
No qualifying data available.

Document Type:                    Rehabilitation Psychology Consultation
Service Date/Time:                1/31/2018 17:25 EST
Result Status:                    Auth (Verified)
Document Subject:                 Rehab/Neuropsychology Progress Note
Perform Information:              Garcia,Karin Alexandra (1/31/2018 17:27 EST)
Sign Information:                 Olavarria,Mario (2/2/2018 08:46 EST); Garcia,Karin
                                  Alexandra (2/1/2018 18:04 EST)

**Patient Reports**
Patient reported noticing changes with strength in his upper
extremities and endorsed some frustration and anxiety related to
being alone in the hospital.

**Pain**
Denied.

**Education**
Patient and family were provided education regarding the
non-linear trajectory of recovery, typical emotional reactions
following polytrauma, and the importance of self-care.

**Response to Session**
The patient and family responded favorably to this session and
were receptive to psychology services.

**Behavioral Observations and Mental Status**
The patient was alert and orientation was unable to be assessed
as the patient is unable to communicate verbally at this time. He
presented dressed in his hospital gown and displayed good
grooming and hygiene. His hearing appeared adequate and eye
contact was continuous. Speech was not assessed as patient is
currently intubated. Patient endorsed anxious and dysthymic

Admit Date:          1/17/2018          Patient:      AUGUSMAR, STANLEY
Discharge Date:                          MRN:          5017634
"IN:                 40014572421         Attending:    Wang,Michael Yung-Shun
eport Request ID:    101503358           DOB/Age/Sex:  6/23/1983   34 years     Male
Facility:            Jackson Memorial Hospital



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## General Radiology

| Accession | Exam | Exam Date/Time | Ordering Provider |
|-----------|------|----------------|-------------------|
| GR-18-0026101 | GR Chest 1 View | 1/28/2018 11:14 EST | Ronca,Richard Daniel |

**Report**
Endotracheal tube has been advanced and now projects approximately 5.7 cm above the carina.

Stable left retrocardiac opacity which may represent atelectasis versus consolidation.

Worsening right basilar streaky opacities which may represent atelectasis was consolidation.

Stable mild interstitial pulmonary edema.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Ezuddin, Shabbir Hashimbhai*
*Dictation Date/Time:01/28/18 15:58:0*
*Transcribed by & Date/Time: Ezuddin, Shabbir Has01/28/2018 16:01*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Shah, Harsh*
*Electronically Signed By: Ezuddin, Shabbir HashiSignature Date/Time: 01/28/2018 16:15*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|-----------|------|----------------|-------------------|
| GR-18-0023718 | GR Chest 1 View | 1/26/2018 07:23 EST | Mohney,Nathaniel J |

**Reason For Exam**
(GR Chest 1 View) confirm ETT

**Report**
Procedure: GR Chest 1 View

Exam Date: 1/26/2018 7:23 AM

Indication: confirm ETT

Technique: Single AP radiograph of the thorax was obtained for evaluation

Limitations: Normal positioning and penetration

Comparison: 01/20/2014

Observations:
Lines: Endotracheal tube is seen with distal tip projecting approximately 7.0 cm above the carina.

Stable position of NG tube with distal tip not seen on this film.

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years    Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## General Radiology

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0023718 | GR Chest 1 View | 1/26/2018 07:23 EST | Mohney,Nathaniel J |

**Report**
Cardiomediastinal silhouette: Cardiomediastinal silhouette is within normal limits for size. Mediastinum is in midline position.

Lungs: Improved prominent interstitial markings bilaterally.
Left retrocardiac airspace opacity, stable. Stable vascular markings.

Pleura: No pneumothorax. Costophrenic angles sharp.

Soft tissues and Bones: Stable compared to prior

Impression:
1. Endotracheal tube is seen with distal tip projecting approximately 7.0 cm above the carina, consider advancement.
2. Improving pulmonary edema.
3. Stable left retrocardiac airspace opacity.

***FINAL REPORT***
*Attending Physician: Siegel, Yoel Josef*
*Dictation Date/Time:01/26/18 09:41:0*
*Transcribed by & Date/Time: Siegel, Yoel Josef 01/26/2018 11:37*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Puchferran, Christopher G*
*Electronically Signed By: Siegel, Yoel Josef   Signature Date/Time: 01/26/2018 15:53*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0022452 | GR Chest 1 View | 1/24/2018 13:19 EST | Sayers,Martin P |

**Reason For Exam**
(GR Chest 1 View) f/u opacities

**Report**
Procedure: GR Chest 1 View

Exam Date: 1/24/2018 1:19 PM

Indication: f/u opacities

Technique: Single AP radiograph of the thorax was obtained for evaluation

Limitations: Rotation to the right.

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |

Plaintiff Exhibit 29 - 011551



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

### General Radiology

| | | | |
|---|---|---|---|
| Accession<br>GR-18-0027119 | Exam<br>GR Chest 1 View | Exam Date/Time<br>1/29/2018 13:33 EST | Ordering Provider<br>Lau,Hsien Lee |

**Report**
Suspected interstitial pulmonary edema.

Minimal right costophrenic angle blunting.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Siegel, Yoel Josef*
*Dictation Date/Time:01/29/18 14:39:3*
*Transcribed by & Date/Time: Siegel, Yoel Josef  01/29/2018 14:39*
*Electronically Signed By: Siegel, Yoel Josef   Signature Date/Time: 01/29/2018 14:40*

| | | | |
|---|---|---|---|
| Accession<br>GR-18-0026101 | Exam<br>GR Chest 1 View | Exam Date/Time<br>1/28/2018 11:14 EST | Ordering Provider<br>Ronca,Richard Daniel |

**Reason For Exam**
(GR Chest 1 View) sob

**Report**
Procedure: GR Chest 1 View

Exam Date: 1/28/2018 11:14 AM

Indication: sob

Technique: Single AP radiograph of the thorax was obtained for evaluation

Comparison: 1/26/2018

Observations:
Lines: Endotracheal tube has been advanced and now projects approximately 5.7 cm above the carina.

Cardiomediastinal silhouette: Stable compared to prior study.  Mediastinum is in midline position.

Lungs: Stable left retrocardiac opacity. Mildly indistinct vasculature.

Pleura: No pneumothorax. Costophrenic angles sharp.

Soft tissues and Bones: Stable

Impression:

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| General Radiology |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0026101 | GR Chest 1 View | 1/28/2018 11:14 EST | Ronca,Richard Daniel |

**Report**
Endotracheal tube has been advanced and now projects approximately 5.7 cm above the carina.

Stable left retrocardiac opacity which may represent atelectasis versus consolidation.

Worsening right basilar streaky opacities which may represent atelectasis was consolidation.

Stable mild interstitial pulmonary edema.

***FINAL REPORT***
*Attending Physician:* Ezuddin, Shabbir Hashimbhai
*Dictation Date/Time:01/28/18 15:58:0*
*Transcribed by & Date/Time:* Ezuddin, Shabbir Has01/28/2018 16:01
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Shah, Harsh*
*Electronically Signed By: Ezuddin, Shabbir HashiSignature Date/Time: 01/28/2018 16:15*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| iR-18-0023718 | GR Chest 1 View | 1/26/2018 07:23 EST | Mohney,Nathaniel J |

**Reason For Exam**
(GR Chest 1 View) confirm ETT

**Report**
Procedure: GR Chest 1 View

Exam Date: 1/26/2018 7:23 AM

Indication: confirm ETT

Technique: Single AP radiograph of the thorax was obtained for evaluation

Limitations: Normal positioning and penetration

Comparison: 01/20/2014

Observations:
Lines: Endotracheal tube is seen with distal tip projecting approximately 7.0 cm above the carina.

Stable position of NG tube with distal tip not seen on this film.

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| ïN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years  Male |
| Facility: | Jackson Memorial Hospital | | |



## Jackson Health System
## Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| General Radiology |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0027978 | GR Chest 1 View | 1/30/2018 11:56 EST | Marrero Alfonso,Michelle M |

**Report**
FINDINGS:

Lines and tubes are stable. Perihilar dense opacity persists. The costophrenic angles are sharp. Mild infrahilar on the right stable. The cardiomediastinal silhouette and osseous structures are unchanged.

IMPRESSION:
Perihilar consolidation on the left stable.

Vague infrahilar density on the right persists.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Siegel, Yoel Josef*
*Dictation Date/Time:01/30/18 14:50:1*
*Transcribed by & Date/Time: Siegel, Yoel Josef 01/30/2018 14:50*
*Electronically Signed By: Siegel, Yoel Josef   Signature Date/Time: 01/30/2018 14:52*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0027119 | GR Chest 1 View | 1/29/2018 13:33 EST | Lau,Hsien Lee |

**Reason For Exam**
(GR Chest 1 View) consolidation and on vent

**Report**
PROCEDURE: Frontal film of the chest

EXAM DATE: 1/29/2018 1:33 PM

INDICATION: consolidation and on vent

TECHNIQUE: Frontal view of chest compared study from day prior.

FINDINGS:

Lines and tubes stable. Perihilar dense opacity on left. Slight prominence of the vasculature as well. Left costophrenic angle sharp right minimally blunted. The cardiomediastinal silhouette and osseous structures are unchanged.

IMPRESSION:
Perihilar opacity on left concerning for consolidation.

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson**
HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *General Radiology* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0027119 | GR Chest 1 View | 1/29/2018 13:33 EST | Lau,Hsien Lee |

**Report**
Suspected interstitial pulmonary edema.

Minimal right costophrenic angle blunting.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Siegel, Yoel Josef*
*Dictation Date/Time:01/29/18 14:39:3*
*Transcribed by & Date/Time:  Siegel, Yoel Josef  01/29/2018 14:39*
*Electronically Signed By:  Siegel, Yoel Josef   Signature Date/Time:  01/29/2018 14:40*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0026101 | GR Chest 1 View | 1/28/2018 11:14 EST | Ronca,Richard Daniel |

**Reason For Exam**
(GR Chest 1 View) sob

**Report**
Procedure: GR Chest 1 View

Exam Date: 1/28/2018 11:14 AM

Indication: sob

Technique: Single AP radiograph of the thorax was obtained for evaluation

Comparison: 1/26/2018

Observations:
Lines: Endotracheal tube has been advanced and now projects approximately 5.7 cm above the carina.

Cardiomediastinal silhouette: Stable compared to prior study.  Mediastinum is in midline position.

Lungs: Stable left retrocardiac opacity. Mildly indistinct vasculature.

Pleura: No pneumothorax. Costophrenic angles sharp.

Soft tissues and Bones: Stable

Impression:

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Computed Tomography

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0008020 | CT Brain w/o Contrast | 1/20/2018 03:14 EST | Sayers,Martin P |

**Report**
The lateral and third ventricles are mildly dilated, though decreased in size from prior exam.

There is no evidence of supratentorial acute hemorrhage. No supratentorial extra-axial collection or midline shift.

Corpus callosum is intact. Sella and suprasellar contents are normal.

Mastoid air cells are well aerated. The bilateral petrous apices are pneumatized.

There is mucosal thickening throughout the bilateral ethmoid air cells. There is trace mucosal thickening in the right sphenoid sinus. There is mild mucosal thickening of the bilateral maxillary sinuses.

A left nasogastric tube is present. An endotracheal tube is seen on the scout view.

Orbits are symmetric.

There is mild bilateral scalp swelling, increased from prior exam.

IMPRESSION:
1. Postsurgical changes of decompressive suboccipital craniectomy.
2. Redemonstrated right PICA territory infarction. Compared to prior exam, there is decreased mass effect on the fourth ventricle and improved hydrocephalus of the lateral and third ventricles. Additionally, there is improved visualization of the perimesencephalic cisterns, likely reflecting improving mass effects.

***FINAL REPORT***
*Attending Physician: Nagornaya, Natalya*
*Dictation Date/Time:01/20/18 09:18:4*
*Transcribed by & Date/Time: Nagornaya, Natalya  01/20/2018 16:00*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Martin, Adam R*
*Electronically Signed By: Nagornaya, Natalya  Signature Date/Time: 01/20/2018 18:05*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0011775 | CT Brain w/o Contrast | 1/29/2018 18:25 EST | Lukas,Joshua Arpad |

**Reason For Exam**
(CT Brain w/o Contrast) f/u prior infarct. eval for bleed

**Report**
PROCEDURE: CT Brain w/o Contrast

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| | Computed Tomography | | |
|---|---|---|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0011775 | CT Brain w/o Contrast | 1/29/2018 18:25 EST | Lukas,Joshua Arpad |

**Report**
EXAM DATE: 1/29/2018 6:25 PM

INDICATION:  f/u prior infarct. eval for bleed

TECHNIQUE: Multiple continuous axial CT images from the base of the brain to the vertex were obtained without the use of intravenous contrast. Sagittal and coronal reconstructions were also submitted for evaluation.

COMPARISON: 01/20/2018

History per Cerner: 34-year-old male patient who was involved in a motor vehicle accident with ASIA B C6 spinal cord injury with a cervical 6 right supra-articular facet nondisplaced fracture. Right vertebral artery occlusion. Became lethargic and required intubation in the evening on 1/19 (\R\5pm). Noted to have a large cerebellar stroke with hydrocephalus, taken emergently for a suboccipital decompression.


OBSERVATIONS:
Redemonstrated postsurgical changes of a decompressive suboccipital craniectomy. Previously seen gas in the operative bed has resolved.

There is mild extra-axial/subgaleal low density collection with some extedning around the right cerebellum extending superiorly to the level of the tentorium. This was seen previously and is difficult to compare due to evolution of prior infarct in this area.

There is slight bulging of the brain at the surgical site.

Previously seen right PICA infarct is evolving with a decreased amount of hypodensity in this region. Some of the low density might repesent some areas of surgical resection.

The sulci are now seen, improved from prior. The gray-white matter differentiation is preserved.

Interval improvement in the previously dilated lateral and third ventricles.

The basal cisterns are not effaced, improved from prior.

The posterior fossa structures are grossly unremarkable.

The globes and orbits are symmetric.

Mild opacification in the posterior ethmoid cells, improved from prior. Stable opacification within the bilateral sphenoid

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years        Male |
| Facility: | Jackson Memorial Hospital | | |

Plaintiff Exhibit 29 - 011557



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## Computed Tomography

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0011775 | CT Brain w/o Contrast | 1/29/2018 18:25 EST | Lukas,Joshua Arpad |

**Report**
sinuses. The mastoid air cells are well aerated.

IMPRESSION:
1. Evolving right PICA infarct with a decreasing amount of hypodensity in this region.
2. Mild extra-axial/subgaleal low density collection with some around the right cerebellum extending superiorly to the level of the tentorium. This was seen previously and is difficult to compare due to evolution of prior infarct in this area.
3. There is slight bulging of the brain at the surgical site.
4. No obstructing hydrocephalus.
5. Sulci are now seen.
6. Redemonstrated postsurgical changes of decompressive suboccipital craniectomy.

***FINAL REPORT***
*Attending Physician: Post, M. Judith D*
*Dictation Date/Time:01/30/18 08:31:2*
*Transcribed by & Date/Time:  Post, M. Judith D   01/30/2018 11:15*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident:  Fox, Bradley Ross*
*Electronically Signed By:  Post, M. Judith D    Signature Date/Time: 01/30/2018 12:51*

---

## Ultrasound

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0005207 | US Duplex Veins Lower Ext Bil | 1/21/2018 20:02 EST | Mohney,Nathaniel J |

**Reason For Exam**
(US Duplex Veins Lower Ext Bil) screen for dvt

**Report**
PROCEDURE: US Duplex Veins Lower Ext Bilateral

EXAM DATE: 1/21/2018 8:02 PM

INDICATION:  screen for dvt

TECHNIQUE: A sonogram of the bilateral  lower extremity deep venous system was performed with the production of real time B-mode two dimensional structural images with compression, Doppler spectral analysis and color flow Doppler imaging.

COMPARISON: None.

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

Plaintiff Exhibit 29 - 011558



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## General Radiology

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0029224 | GR Chest 1 View | 2/1/2018 07:51 EST | Sayers,Martin P |

**Report**
EXAM DATE: 2/1/2018 7:51 AM

INDICATION: followup

TECHNIQUE: Frontal view of chest compared study from 2 days prior.

FINDINGS:

Lines and tubes are stable. Question infrahilar opacity on right. There is mild increased density in the right infrahilar region. The costophrenic angles are relatively sharp. The cardiomediastinal silhouette and osseous structures are unchanged.

IMPRESSION:

Retrocardiac opacity on left persists concerning for consolidation.

Relative density in the infrahilar region may be related to technique. Short interval follow-up chest is recommended.

***FINAL REPORT***
*Attending Physician: Siegel, Yoel Josef*
*Dictation Date/Time:02/01/18 10:06:5*
*Transcribed by & Date/Time: Siegel, Yoel Josef  02/01/2018 10:06*
*Electronically Signed By: Siegel, Yoel Josef   Signature Date/Time: 02/01/2018 10:08*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0027978 | GR Chest 1 View | 1/30/2018 11:56 EST | Marrero Alfonso,Michelle M |

**Reason For Exam**
(GR Chest 1 View) eval for consolidations, pulm edema

**Report**
PROCEDURE: Frontal film of the chest

EXAM DATE: 1/30/2018 11:56 AM

INDICATION: eval for consolidations, pulm edema

TECHNIQUE: Frontal view of chest compared study from day prior.

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



## Jackson Health System
### Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

### *General Radiology*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0027978 | GR Chest 1 View | 1/30/2018 11:56 EST | Marrero Alfonso,Michelle M |

**Report**
FINDINGS:

Lines and tubes are stable. Perihilar dense opacity persists. The costophrenic angles are sharp. Mild infrahilar on the right stable. The cardiomediastinal silhouette and osseous structures are unchanged.

IMPRESSION:
Perihilar consolidation on the left stable.

Vague infrahilar density on the right persists.

***FINAL REPORT***
*Attending Physician: Siegel, Yoel Josef*
*Dictation Date/Time:01/30/18 14:50:1*
*Transcribed by & Date/Time: Siegel, Yoel Josef 01/30/2018 14:50*
*Electronically Signed By: Siegel, Yoel Josef   Signature Date/Time: 01/30/2018 14:52*

---

| ccession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0027119 | GR Chest 1 View | 1/29/2018 13:33 EST | Lau,Hsien Lee |

**Reason For Exam**
(GR Chest 1 View) consolidation and on vent

**Report**
PROCEDURE: Frontal film of the chest

EXAM DATE: 1/29/2018 1:33 PM

INDICATION: consolidation and on vent

TECHNIQUE: Frontal view of chest compared study from day prior.

FINDINGS:

Lines and tubes stable. Perihilar dense opacity on left. Slight prominence of the vasculature as well. Left costophrenic angle sharp right minimally blunted. The cardiomediastinal silhouette and osseous structures are unchanged.

IMPRESSION:
Perihilar opacity on left concerning for consolidation.

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| 'N: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years     Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
|---|

**Charges**
HLTH & BEHAVIORAL ASSESS 15 MI: 4
unit (01/26/18 14:28:37)

**Session Start Time**
1100

**Session End Time**
1200

**Team Conference**
No qualifying data available.

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Perform Information:
Sign Information:

Rehabilitation Psychology Consultation
1/31/2018 17:25 EST
Auth (Verified)
Rehab/Neuropsychology Progress Note
Garcia,Karin Alexandra (1/31/2018 17:27 EST)
Olavarria,Mario (2/2/2018 08:46 EST); Garcia,Karin
Alexandra (2/1/2018 18:04 EST)

**Patient Reports**
Patient reported noticing changes with strength in his upper
extremities and endorsed some frustration and anxiety related to
being alone in the hospital.

**Pain**
Denied.

**Education**
Patient and family were provided education regarding the
non-linear trajectory of recovery, typical emotional reactions
following polytrauma, and the importance of self-care.

**Response to Session**
The patient and family responded favorably to this session and
were receptive to psychology services.

**Behavioral Observations and Mental Status**
The patient was alert and orientation was unable to be assessed
as the patient is unable to communicate verbally at this time. He
presented dressed in his hospital gown and displayed good
grooming and hygiene. His hearing appeared adequate and eye
contact was continuous. Speech was not assessed as patient is
currently intubated. Patient endorsed anxious and dysthymic

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| ...N: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| .eport Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
| --- |

mood.Gross receptive and expressive communication abilities and thought processes were not assessed due to patient's inability to communicate at this time; however, patient appeared to be understanding information provided and was fully engaged in today's session. Patient denied any active suicidal or homicidal ideation, plan or intent.

**Impression and Plan**
Patient is reporting struggling with his current medical/physical limitations, specifically his intubation and his noted decline in movement of his upper extremities. The medical team was consulted and psychoeducation regarding the medical treatment plan was provided to the patient and his family. Patient also reported anxiety and fear when his mother was not present related to being alone and not feeling safe. His experience was normalized and his feelings were validated; psychoeducation was provided to family surrounding the management of the patient's mood symptoms and the patient was provided education regarding positive coping skills and self-care. Psychology will continue to follow for the remainder of his hospitalization.

**Recommendations**
Recommendations were made to the medical team to provide medication management of insomnia and anxiety symptoms.

**Interventions**
F/U, supportive interventions, psychoeducation.

**Assessment/Plan**
H/O spinal cord injury Z87.828
Ischemic stroke I63.9
Continued psychology services to assist with physical and emotional needs weekly.

**Charges**
INDIV H & B INTERVENTION 15 MI: 4 unit (01/31/18 17:26:02)

**Session Start Time**
1500

**Session End Time**
1600

**Team Conference**
No qualifying data available.

| | |
| --- | --- |
| Admit Date: | 1/17/2018 |
| Discharge Date: | |
| IN: | 40014572421 |
| Report Request ID: | 101503358 |
| Facility: | Jackson Memorial Hospital |

| | |
| --- | --- |
| Patient: | AUGUSMAR, STANLEY |
| MRN: | 5017634 |
| Attending: | Wang,Michael Yung-Shun |
| DOB/Age/Sex: | 6/23/1983   34 years     Male |



Jackson Health System
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Consults

Rehabilitation Psychology Consultation
2/2/2018 15:31 EST
Auth (Verified)
Communication Note
Garcia,Karin Alexandra (2/2/2018 15:33 EST)
Kumbhani,Sheba Rohit (2/2/2018 15:43 EST); Garcia,Karin
Alexandra (2/2/2018 15:33 EST)

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Perform Information:
Sign Information:

An attempt to visit the patient was made this afternoon on WW8. Patient nor family was present in the room; nursing staff informed psychology that patient was in the OR for a procedure. Rehab psychology will attempt to visit the patient again on Monday.

Rehabilitation Psychology Consultation
2/7/2018 15:52 EST
Auth (Verified)
Rehab/Neuropsychology Progress Note
Garcia,Karin Alexandra (2/7/2018 16:01 EST)
Olavarria,Mario (2/7/2018 18:39 EST); Garcia,Karin
Alexandra (2/7/2018 16:01 EST)

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Perform Information:
Sign Information:

**Patient Reports**
Patient was asleep and not easily roused verbally. Session was had with patient's mother regarding her self-care.

**Pain**
Unable to assess.

**Education**
Education was provided to patient's family regarding the chronic nature of recovery from SCI and the importance of self-care to avoid burnout.

**Response to Session**
Unable to assess for patient; family responded favorably to this session and was receptive to psychology services.

**Behavioral Observations and Mental Status**
Unable to assess.

**Impression and Plan**
Patient's mother was engaged during today's session to assess for burnout. She stated that he "never leaves" the patient's side and will only leave to use the restroom if he is asleep or go home to quickly shower if her daughter in law is present. Psychoeducation was provided regarding the lengthy process of recovery from SCI and the importance of maintaining self-care routines to avoid caregiver burnout. She also reported distress related to having to

Patient:        AUGUSMAR, STANLEY
MRN:           5017634
Attending:     Wang,Michael Yung-Shun
DOB/Age/Sex:   6/23/1983   34 years    Male

Admit Date:        1/17/2018
Discharge Date:
FIN:               40014572421
Report Request ID: 101503358
Facility:          Jackson Memorial Hospital



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *General Radiology* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0032629 | GR Chest 1 View | 2/5/2018 08:29 EST | Lukas,Joshua Arpad |

**Report**

Comparison: 02/01/2018

Observations:

Limitations: Rotation to the right

Lines, tubes, etc.: Endotracheal tube terminates approximately 6.9 cm superior to the carina. Again noted is an NG tube coursing into the abdomen and out of the field-of-view of this exam..

Cardiomediastinal silhouette: Stable compared to prior study. Mediastinum midline.

Lungs: Persistent left perihilar opacity.. Improved bibasilar opacities.

Pleura: Costophrenic angles sharp. No pleural lines suggestive of pneumothorax.

Visualized Bones and Soft Tissues: Unchanged.

Impression:
1. Endotracheal tube terminates approximately 6.9 cm superior to the carina. Recommend advancement by 3 cm.
2. Stable left perihilar opacity and improved bibasilar opacities representing foci of atelectasis or consolidation.

***FINAL REPORT***
*Attending Physician: Ghersin, Eduard*
*Dictation Date/Time:02/05/18 09:37:2*
*Transcribed by & Date/Time: Ghersin, Eduard    02/05/2018 12:10*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Heligman, Aaron D*
*Electronically Signed By: Ghersin, Eduard    Signature Date/Time: 02/05/2018 14:49*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0029224 | GR Chest 1 View | 2/1/2018 07:51 EST | Sayers,Martin P |

**Reason For Exam**
(GR Chest 1 View) followup

**Report**
PROCEDURE: Frontal film of the chest

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## General Radiology

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0029224 | GR Chest 1 View | 2/1/2018 07:51 EST | Sayers,Martin P |

**Report**
EXAM DATE: 2/1/2018 7:51 AM

INDICATION: followup

TECHNIQUE: Frontal view of chest compared study from 2 days prior.

FINDINGS:

Lines and tubes are stable. Question infrahilar opacity on right. There is mild increased density in the right infrahilar region. The costophrenic angles are relatively sharp. The cardiomediastinal silhouette and osseous structures are unchanged.

IMPRESSION:

Retrocardiac opacity on left persists concerning for consolidation.

Relative density in the infrahilar region may be related to technique. Short interval follow-up chest is recommended.
***FINAL REPORT***
*Attending Physician: Siegel, Yoel Josef*
*Dictation Date/Time:02/01/18 10:06:5*
*Transcribed by & Date/Time: Siegel, Yoel Josef 02/01/2018 10:06*
*Electronically Signed By: Siegel, Yoel Josef   Signature Date/Time: 02/01/2018 10:08*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0027978 | GR Chest 1 View | 1/30/2018 11:56 EST | Marrero Alfonso,Michelle M |

**Reason For Exam**
(GR Chest 1 View) eval for consolidations, pulm edema
**Report**
PROCEDURE: Frontal film of the chest

EXAM DATE: 1/30/2018 11:56 AM

INDICATION: eval for consolidations, pulm edema

TECHNIQUE: Frontal view of chest compared study from day prior.

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years   Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

| *Ultrasound* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0005206 | US Duplex Veins Upper Ext Bil | 1/21/2018 20:02 EST | Mohney,Nathaniel J |

**Report**
Date: 1/21/2018 8:02 PM

Indication: screen for dvt

Comparison: None

Technique: A sonogram of the bilateral upper extremity venous system was performed with the production of real time B-mode two dimensional structural images with compression, Doppler spectral analysis and color flow Doppler imaging.

Findings:

Right internal jugular vein: Normal compressibility. Normal color flow and spectral waveforms.
Right subclavian vein: Normal grayscale appearance, color flow, and spectral waveforms.
Right brachiocephalic vein: Normal grayscale appearance, color flow, and spectral waveforms.
Right axillary vein: Normal grayscale appearance, color flow, and spectral waveforms.

Left internal jugular vein: Normal compressibility. Normal color flow and spectral waveforms.
Left subclavian vein: Normal grayscale appearance, color flow, and spectral waveforms.
Left brachiocephalic vein: Normal grayscale appearance, color flow, and spectral waveforms.
Left axillary vein: Normal grayscale appearance, color flow, and spectral waveforms.

Impression:

No thrombus in central veins of the bilateral upper extremities.
***FINAL REPORT***
*Attending Physician: Henriquez, Gisela C*
*Dictation Date/Time:01/22/18 08:16:4*
*Transcribed by & Date/Time: Henriquez, Gisela C 01/22/2018 08:17*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Ding, Erik*
*Electronically Signed By: Henriquez, Gisela C   Signature Date/Time: 01/22/2018 14:46*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0007890 | US Abdominal | 2/1/2018 16:10 EST | Lau,Hsien Lee |

**Reason For Exam**
(US Abdominal) incr mild LFTs, paraplegic? alcohol history?

---

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Ultrasound* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0007890 | US Abdominal | 2/1/2018 16:10 EST | Lau,Hsien Lee |

**Report**
Procedure: US Abdominal

Exam Date: 2/1/2018 4:10 PM

Clinical history: incr mild LFTs, paraplegic? alcohol history?

Comparison: None

Technique: Multiple longitudinal and transverse sonographic images of the abdomen were obtained. Doppler was applied as indicated.

Findings:

Pancreas: The visualized portions of the pancreatic head and body are unremarkable. The pancreatic tail is not well visualized.

Liver: The liver measures 20.2 cm in length. The liver demonstrates normal echogenicity and echotexture.

Gallbladder: The gallbladder is decompressed limiting its evaluation. The gallbladder wall is not grossly thickened.

Biliary Tree: The common bile duct measures 0.4 cm in diameter. There is no intrahepatic biliary ductal dilatation.

Spleen: The spleen measures 11.3 cm in length and appears unremarkable.

The right kidney measures 10.9 cm and demonstrates normal cortical echogenicity and normal contour. There is no hydronephrosis. There is no shadowing stone.

The left kidney measures 10.2 cm and demonstrates normal cortical echogenicity and normal contour. There is no hydronephrosis. There is no shadowing stone.

Bladder: The urinary bladder appears unremarkable for degree of distention.

Ascites: No free fluid is demonstrated.

IMPRESSION:

1. Hepatomegaly.
2. Gallbladder is decompressed, which limits its evaluation.

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Ultrasound |
| --- |

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| US-18-0007890 | US Abdominal | 2/1/2018 16:10 EST | Lau,Hsien Lee |

**Report**
***FINAL REPORT***
*Attending Physician: Castillo-Acosta, Rosa Patricia*
*Dictation Date/Time:02/01/18 16:42:0*
*Transcribed by & Date/Time: Castillo-Acosta, Ros02/01/2018 16:46*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Ding, Erik*
*Electronically Signed By: Castillo-Acosta, Rosa Signature Date/Time: 02/01/2018 16:55*

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| US-18-0008256 | US Duplex Veins Lower Ext Bil | 2/2/2018 17:22 EST | Sayers,Martin P |

**Reason For Exam**
(US Duplex Veins Lower Ext Bil) concern for DVT

**Report**
PROCEDURE: US Duplex Veins Lower Ext Bilateral

EXAM DATE: 2/2/2018 5:22 PM

INDICATION: concern for DVT

TECHNIQUE: A sonogram of the bilateral lower extremity deep venous system was performed with the production of real time B-mode two dimensional structural images with compression, Doppler spectral analysis and color flow Doppler imaging.

COMPARISON: 01/21/2018

OBSERVATIONS:

Right lower extremity:
External iliac vein: Normal color-flow and gray-scale appearance.
Common femoral vein: Normal color-flow, compressibility, and gray-scale appearance.
Greater saphenous vein: Normal color-flow, compressibility, and gray-scale appearance.
Femoral vein: Normal color-flow, compressibility, and gray-scale appearance.
Popliteal vein: Normal color-flow, compressibility, and gray-scale appearance.

Left lower extremity:
External iliac vein: Normal color-flow and gray-scale appearance.
Common femoral vein: Normal color-flow, compressibility, and gray-scale appearance.

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years        Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Magnetic Resonance Imaging

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| MR-18-0001822 | MR Brain w/o Contrast | 1/24/2018 22:30 EST | Liaw,Nicholas |

**Report**
in size of the associated extra-axial/subgaleal collection containing fluid, blood, and air.
3. No herniation or hydrocephalus.

***FINAL REPORT***
Attending Physician: Post, M. Judith D
Dictation Date/Time:01/25/18 08:36:3
Transcribed by & Date/Time: Post, M. Judith D   01/25/2018 11:09
I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Walsh, Matthew L
Electronically Signed By: Post, M. Judith D   Signature Date/Time: 01/25/2018 18:03

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| MR-18-0002694 | MR Cervical w/o Contrast | 2/1/2018 17:34 EST | Perez-Roman,Roberto J |

**Reason For Exam**
(MR Cervical w/o Contrast) FU cervical edema

**Report**
Procedure: MR Cervical w/o Contrast

Exam Date: 2/1/2018 5:34 PM

Indication: FU cervical edema

IMAGING TECHNIQUE: Multiplanar multisequence MRI of the cervical spine was obtained without the administration of intravenous contrast.

COMPARISON: Cervical spine MRI dated 01/17/2018. Correlation is also made with initial trauma cervical spine CT dated 01/17/2018.

OBSERVATIONS: There is interval development of anterolisthesis of C5 on C6 with translation measuring approximately 4 to 5 mm.

Subsequent severe cord compression is evident at this level along with associated increase in degree of intrinsic T2/STIR signal hyperintensity within the cord and in the length. The cord signal abnormality is now seen extending from the cervicomedullary junction through the visualized upper thoracic spine and which the exact inferior extent cannot be determined as it is not fully included within the field-of-view.

Buckling of the anterior longitudinal ligament is appreciated. No evidence of discontinuity of the posterior longitudinal ligament. No evidence of epidural collection.

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years   Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson**
HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

### Magnetic Resonance Imaging

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| MR-18-0002694 | MR Cervical w/o Contrast | 2/1/2018 17:34 EST | Perez-Roman,Roberto J |

**Report**

Redemonstration of widening of the interspinous distance between C5 and C6 and corresponding T2/STIR signal hyperintensity compatible with ligamentous injury.

No evidence of apparent bone marrow edema to suggest acute osseous fracture, though please correlate with prior CT for better characterization of the previously described fractures.

Postsurgical changes consistent with suboccipital craniectomy: There is herniation of CSF and cerebellar through the craniectomy defect with the integrity of the dura at that level is not confirmed on this scan

IMPRESSION:

1. New anterior subluxation of C5 on C6 with resulting cord compression and worsening abnormal cord signal changes
2. Suboccipital craniectomy: Herniation of CSF and cerebellar tissue through the craniectomy defect suggestive of sulci

***FINAL REPORT***
Attending Physician: Sidani, Charif
Dictation Date/Time:02/02/18 11:45:4
Transcribed by & Date/Time:  Sidani, Charif     02/02/2018 12:49
I reviewed the films and the Radiology resident's findings and agree with the final report-Resident:  Kang, Kyungmin
Electronically Signed By:  Sidani, Charif     Signature Date/Time:  02/02/2018 15:43

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

*Other Procedures*

Procedure Name
PROCEDURE NOTE

ATTENDING SURGEON: Dr.Starke

FELLOW SURGEON: DDr. Khandelwal, Dr.Brunet

Preoperative diagnosis: right vertebral artery dissection; left vertebral artery non-flow limiting dissection.

POSTOPERATIVE DIAGNOSIS: same

PROCEDURE: diagnostic cerebral angiogram; right vertebral artery occlusion/sacrifice

ANESTHESIA: General anesthesia

ESTIMATED BLOOD LOSS: 10cc

COMPLICATIONS: none

DESCRIPTION OF THE PROCEDURE: see full dictation

*Electronically Signed By: Marie Christine  Brunet  On: 02/02/2018 15:29 EST*
*Co Signed By: Robert M Starke  On:02/02/2018 17:01 EST*
*Dictated On:02/02/2018 15:29 EST*

Document Type:                          Procedure Note
Service Date/Time:                      2/15/2018 13:29 EST
Result Status:                          Auth (Verified)
Document Subject:
Perform Information:                    Ghosh,Shanchita (2/15/2018 13:30 EST)
Sign Information:                       Ghosh,Shanchita (2/15/2018 13:30 EST)

### PROCEDURE NOTE

**DATE OF OPERATION:** 02/15/2018 13:29

**ATTENDING SURGEON:** Dr. Mohan

**RESIDENT SURGEON:** Dr. Ghosh

Admit Date:           1/17/2018           Patient:      AUGUSMAR, STANLEY
Discharge Date:                           MRN:          5017634
FIN:                  40014572421         Attending:    Wang,Michael Yung-Shun
Report Request ID:    101503358           DOB/Age/Sex:  6/23/1983   34 years      Male
Facility:             Jackson Memorial Hospital

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Special Procedures |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| SP-18-0001445 | SP Carotid Cerebral Angiogram Uni | 1/24/2018 13:19 EST | Starke,Robert M |

**Report**
***FINAL REPORT***
Attending Physician: Starke, Robert M
Dictation Date/Time:01/24/18 14:29:0
Transcribed by & Date/Time: Starke, Robert M   01/24/2018 15:00
I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Brunat, Marie Christine
Electronically Signed By: Starke, Robert M   Signature Date/Time: 02/03/2018 17:23

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| SP-18-0001828 | SP Carotid Cerebral Angiogram Uni | 2/2/2018 15:51 EST | Starke,Robert M |

**Reason For Exam**
(SP Carotid Cerebral Angiogram Uni) vetebral artery occlusion scheduled for vetebral artery sacrifice

**Report**
Procedure : Aneurysm coiling of Ruptured right MCA aneurysm

Clinical History : This is 34 y old man with MVA found to have dissection of the right VA in the last angio. Patient was failing medical management and pipeline stent reconstruction was done. Patient now have unstable fracture of the neck and needs to go for neck surgery next week. Patient has fresh stent in place and risk of surgery (bleeding/ hematoma) goes high on aspirin and Plavix.   Decision was made in conjunction with spine team to sacrifice the vertebral  artery . He presents for DSA and possible sacrifice of the right VA.

Operators: Dr Starke  , who was present for the entire case.

Fellow : Dr Khandelwal.

Anesthesia:

General anesthesia

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014672421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Special Procedures

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| SP-18-0001828 | SP Carotid Cerebral Anglogram Uni | 2/2/2018 15:51 EST | Starke,Robert M |

**Report**
Procedure in detail:

After discussing the risks and benefits with the patient brother (proxy), including but not limited to potential complications such as stroke, hemorrhage, death, vascular injury/occlusion, contrast reaction / toxicity, and other unforeseeable events, the patient proxy signed informed consent and asked us to proceed as planned. The patient was then placed in supine position on the angio table and the right common femoral artery area was prepped and draped in usual surgical fashion. The peri-arterial and subcutaneous tissues were infiltrated with 15 ml lidocaine without epinephrine and the puncture area located by palpation and fluoroscopy. The common femoral artery was cannulated with a single wall technique. A 8F vascular sheath was placed and secured with Op-Site. The vascular sheath and the diagnostic catheter were perfused with heparinized saline solution throughout the remainder of the procedure. 8F BG was tracked over the 5F select catheter catheter was used to catheterize the following vessels in turn ; Right right \T\left Vertebral artery. Biplane angiogram of the vessels ·as done in multiple views.

Embolization.
Balloon guide catheter was tracked over the select catheter and was placed proximal VA . After satisfactory position of the catheter .027 microcatheter was tracked over the synchro wire into the distal segment of the V2 segment. 3-5 MM MVP plug was placed into that segment. Thereafter another microcatheter was placed into the V2 segment and 4 mm x 12 cm x 2 Target XL coil were deployed. Thereafter ballon was inflated and angiographic run was done which showed slow filling of the vessel. Long filling coil was placed packing rest of the VA segment.
Control angiogram showed complete stagnation of contrast in the vessel. Control angiogram from the left VA was done which showed brisk filling of the left VA and basilar arterial candelabras.

Implant.
MVP
Coils; Target; 4 mm x 12 cm x 2
60 cm filler coils ( Pneumbra)

Task:

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| N: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years     Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** <span></span> PUBLIC HEALTH TRUST

HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Special Procedures |
| --- |

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| SP-18-0001828 | SP Carotid Cerebral Angiogram Uni | 2/2/2018 15:51 EST | Starke,Robert M |

**Report**

1) R common femoral artery angiogram

2) right VA

3) Left Vertebral artery angiogram.

Embolization.

8) Supra selective catheterization of the right V2 segment.

9) Coil embolization of the right VA

10) Follow-up selective angiogram after each coil placement.

11) Final angiogram of the right and left VA

12) Angio-seal closure of the right femoral arteriotomy site.

Findings:

Right common femoral artery: Appropriate position of puncture site above bifurcation. There is brisk filling of the femoral artery with no cut off.

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| 'N: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Special Procedures | | | |
|---|---|---|---|
| Accession<br>SP-18-0001828 | Exam<br>SP Carotid Cerebral<br>Angiogram Uni | Exam Date/Time<br>2/2/2018 15:51 EST | Ordering Provider<br>Starke,Robert M |

**Report**
Left VA; There is brisk filling of the VA. There is irregularity of the V2 segment of the VA suspicious for dissection. There is brisk flow across the dissected segment . There is brisk filling of the basilar artery and its candelabras.

Right Vertebral artery : Selective injection of the left vertebral artery demonstrated brisk filling of the V3, V4 segment, left PICA, bilateral AICA, bilateral SCA and both PCA. There is pipeline device placed into the right V2 segment. There is brisk flow across the device. Rest of the basilar arterial candelabras is filling briskly.

Follow up angiogram 1: Selective injection of the right VA following placement of the MVPlug showed 'agnation of flow into the artery.

Follow up angiogram 2: Complete stagnation of the flow into the VA suggestive of occlusion.

Control angiogram 4 RVA;  Complete stagnation of the flow into the right VA. No evidence of non target embolization.

Control angiogram 5 LVA post RVA sacrifice; There is brisk flow of the VA with filling of the basilar artery, both, AICA, Both PICA, both SCA and both PCA. There is retrograde filling of the right VA upto the V3 segment.

Impression:

1. Successful occlusion of the right VA with MVP plus and coils. No evidence of non target embolization. LVA is supplying the posterior circulation and right PICA

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## Special Procedures

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| SP-18-0001828 | SP Carotid Cerebral Angiogram Uni | 2/2/2018 15:51 EST | Starke,Robert M |

**Report**
***FINAL REPORT***
*Attending Physician: Starke, Robert M*
*Dictation Date/Time:02/02/18 16:20:1*
*Transcribed by & Date/Time: Starke, Robert M   02/07/2018 10:09*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Khandelwal, Priyank*
*Electronically Signed By: Starke, Robert M   Signature Date/Time: 03/06/2018 14:50*

---

## Computed Tomography

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| CT-18-0006982 | CTA Neck w/ Contrast | 1/17/2018 12:08 EST | Devivo,Anthony Joseph |

**Reason For Exam**
(CTA Neck w/ Contrast) pain

eport
PROCEDURE: CTA Neck w/ Contrast, CT Brain w/o Contrast, CT C Spine w/o Contrast, CT T Spine w/o Contrast, CT L Spine w/o Contrast, CTA Abdomen + Pelvis w/ Contrast, CTA Chest w/ Contrast

EXAM DATE: 1/17/2018 12:08 PM

INDICATION: Backseat MVC, cant move arms or legs with tingling all over. GCS 15.

TECHNIQUE: Noncontrast axial images of the    brain, cervical, thoracic, and lumbar spine, and multiple volumetric CT angiographic images of the neck, chest, abdomen, and pelvis were obtained with intravenous contrast per CTA protocol. MPR and MIP reconstructions were performed at an outside workstation, images sent to PACS and reviewed.

COMPARISON: None

OBSERVATIONS:

Scout views are unremarkable.

BRAIN:
Hemorrhage: No extra-axial, intraventricular, or intraparenchymal hemorrhage ...

Midline shift or mass effect: None ...

---

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| 'N: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Ultrasound |
| --- |

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| US-18-0007890 | US Abdominal | 2/1/2018 16:10 EST | Lau,Hsien Lee |

**Report**
***FINAL REPORT***
Attending Physician: Castillo-Acosta, Rosa Patricia
Dictation Date/Time:02/01/18 16:42:0
Transcribed by & Date/Time: Castillo-Acosta, Ros02/01/2018 16:46
I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Ding, Erik
Electronically Signed By: Castillo-Acosta, Rosa Signature Date/Time: 02/01/2018 16:55

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| US-18-0008256 | US Duplex Veins Lower Ext Bil | 2/2/2018 17:22 EST | Sayers,Martin P |

**Reason For Exam**
(US Duplex Veins Lower Ext Bil) concern for DVT

**Report**
PROCEDURE: US Duplex Veins Lower Ext Bilateral

EXAM DATE: 2/2/2018 5:22 PM

INDICATION:  concern for DVT

TECHNIQUE: A sonogram of the bilateral  lower extremity deep venous system was performed with the production of real time B-mode two dimensional structural images with compression, Doppler spectral analysis and color flow Doppler imaging.

COMPARISON: 01/21/2018

OBSERVATIONS:

Right lower extremity:
External iliac vein: Normal color-flow and gray-scale appearance.
Common femoral vein: Normal color-flow, compressibility, and gray-scale appearance.
Greater saphenous vein: Normal color-flow, compressibility, and gray-scale appearance.
Femoral vein: Normal color-flow, compressibility, and gray-scale appearance.
Popliteal vein: Normal color-flow, compressibility, and gray-scale appearance.

Left lower extremity:
External iliac vein: Normal color-flow and gray-scale appearance.
Common femoral vein: Normal color-flow, compressibility, and gray-scale appearance.

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

Plaintiff Exhibit 29 - 011577



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Ultrasound |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0008256 | US Duplex Veins Lower Ext Bil | 2/2/2018 17:22 EST | Sayers,Martin P |

**Report**
Greater saphenous vein: Normal color-flow, compressibility, and gray-scale appearance.
Femoral vein: Normal color-flow, compressibility, and gray-scale appearance.
Popliteal vein: Normal color-flow, compressibility, and gray-scale appearance.

In the right common femoral vein region, there is a a 4.6 x 1.8 x 2.6 cm heterogeneous focus, likely hematoma based off clinical history, externally compressing on the right common femoral vein.

IMPRESSION:

In the right common femoral vein region, there is a a 4.6 x 1.8 x 2.6 cm heterogeneous focus, likely hematoma based off clinical history, externally compressing on the right common femoral vein. No sonographic evidence of deep venous thrombosis in the examined vessels of the bilateral lower extremities.

***FINAL REPORT***
*Attending Physician: Goyenechea, Martin*
*Dictation Date/Time:02/02/18 19:05:5*
*Transcribed by & Date/Time: Goyenechea, Martin 02/02/2018 19:09*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Ding, Erik*
*Electronically Signed By: Goyenechea, Martin   Signature Date/Time: 02/03/2018 21:42*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0008257 | US Duplex Veins Upper Ext Bil | 2/2/2018 17:32 EST | Sayers,Martin P |

**Reason For Exam**
(US Duplex Veins Upper Ext Bil) concern for DVT

**Report**
Exam: US Duplex Veins Upper Ext Bil

Date: 2/2/2018 5:32 PM

Indication: concern for DVT

Comparison: 01/21/2018

Technique: A sonogram of the bilateral upper extremity venous system was performed with the production of real time B-mode two dimensional structural images with compression, Doppler spectral analysis and color flow Doppler imaging.

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |


**Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Ultrasound |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0008256 | US Duplex Veins Lower Ext Bil | 2/2/2018 17:22 EST | Sayers,Martin P |

**Report**
Greater saphenous vein: Normal color-flow, compressibility, and gray-scale appearance.
Femoral vein: Normal color-flow, compressibility, and gray-scale appearance.
Popliteal vein: Normal color-flow, compressibility, and gray-scale appearance.

In the right common femoral vein region, there is a a 4.6 x 1.8 x 2.6 cm heterogeneous focus, likely hematoma based off clinical history, externally compressing on the right common femoral vein.

IMPRESSION:

In the right common femoral vein region, there is a a 4.6 x 1.8 x 2.6 cm heterogeneous focus, likely hematoma based off clinical history, externally compressing on the right common femoral vein. No sonographic evidence of deep venous thrombosis in the examined vessels of the bilateral lower extremities.

***FINAL REPORT***
Attending Physician: Goyenechea, Martin
Dictation Date/Time:02/02/18 19:05:5
Transcribed by & Date/Time: Goyenechea, Martin  02/02/2018 19:09
I reviewed the films and the Radiology resident's findings and agree with the final report-Resident:  Ding, Erik
Electronically Signed By:  Goyenechea, Martin    Signature Date/Time:  02/03/2018 21:42

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0008257 | US Duplex Veins Upper Ext Bil | 2/2/2018 17:32 EST | Sayers,Martin P |

**Reason For Exam**
(US Duplex Veins Upper Ext Bil) concern for DVT

**Report**
Exam: US Duplex Veins Upper Ext Bil

Date: 2/2/2018 5:32 PM

Indication: concern for DVT

Comparison: 01/21/2018

Technique: A sonogram of the bilateral upper extremity venous system was performed with the production of real time B-mode two dimensional structural images with compression, Doppler spectral analysis and color flow Doppler imaging.

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



Jackson Health System
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## Ultrasound

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0008257 | US Duplex Veins Upper Ext Bil | 2/2/2018 17:32 EST | Sayers,Martin P |

**Report**

Findings:

Right internal jugular vein: Normal compressibility. Normal color flow and spectral waveforms.
Right subclavian vein: Normal grayscale appearance, color flow, and spectral waveforms.
Right brachiocephalic vein: Normal grayscale appearance, color flow, and spectral waveforms.
Right axillary vein: Normal grayscale appearance, color flow, and spectral waveforms.

Left internal jugular vein: Normal compressibility. Normal color flow and spectral waveforms.
Left subclavian vein: Normal grayscale appearance, color flow, and spectral waveforms.
Left brachiocephalic vein: Normal grayscale appearance, color flow, and spectral waveforms.
Left axillary vein: Normal grayscale appearance, color flow, and spectral waveforms.

Impression:

No thrombus in central veins of the bilateral upper extremities.

***FINAL REPORT***
*Attending Physician: Goyenechea, Martin*
*Dictation Date/Time:02/02/18 18:42:0*
*Transcribed by & Date/Time: Goyenechea, Martin 02/02/2018 18:53*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Ding, Erik*
*Electronically Signed By: Goyenechea, Martin   Signature Date/Time: 02/03/2018 21:42*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0010453 | US Duplex Veins Lower Ext Bil | 2/12/2018 15:33 EST | Xie,Lei |

**Reason For Exam**
(US Duplex Veins Lower Ext Bil) r/o dvt

**Report**
Exam:US Duplex Veins Lower Ext Bilateral

Date:2/12/2018 3:33 PM

Indication:r/o dvt

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years     Male |
| Facility: | Jackson Memorial Hospital | | |

Plaintiff Exhibit 29 - 011580

 **Jackson** PUBLIC HEALTH TRUST
HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
| --- |

*Electronically Signed By: Julia Morillas Duval On: 01/23/2018 16:31 EST*
*Dictated On:01/23/2018 15:42 EST*

**Addendum by Harris, Eric Alan on January 24, 2018 08:23 EST**
Agree with above. Patient seen and examined. ASA 3, risks vs.benefits reviewed with pt. All questions answered. Plan flex bronch intubation for C6 instability. Eric A. Harris MD #12005

*Electronically Signed By: Eric Alan Harris On: 01/24/2018 08:23 EST*
*Dictated On:01/24/2018 08:23 EST*

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Perform Information:

Sign Information:

Anesthesiology Consultation
2/3/2018 08:05 EST
Modified
Preanesthesia Evaluation*
Nelson,Craig T (2/3/2018 09:16 EST); Zeyed,Yosaf (2/3/2018 08:20 EST)
Zeyed,Yosaf (2/6/2018 16:57 EST); Nelson,Craig T (2/3/2018 09:16 EST); Nelson,Craig T (2/3/2018 09:15 EST); Zeyed, Yosaf (2/3/2018 08:55 EST)

**Preanesthesia Evaluation***
JACK_FL

Patient: AUGUSMAR, STANLEY       MRN: 5017634       FIN: 40014572421
Age: 34 years   Sex: Male   DOB: 06/23/1983
Associated Diagnoses:   None
Author: Zeyed, Yosaf

Preoperative Information
  Procedure/ Case: ACDF
  Anesthesiologist scheduled: Zeyed, Yosaf
  Date/ Time scheduled: 02/03/2018 08:30:00

History of Present Illness
A- 34 yo M with PMH of HTN was involved in MVC on 01/17 with ASIA B C6 spinal cord injury. Pt brought to Ryder with neck pain, unable to move lowwer etremities, Pt developed large cerebellar stroke s/p suboccipital decompression on 01/19,

He also had bilateral vertebral dissections,right VA dissection treated with flow diverting stent. Pt was on ASA and Plavix, DC yesterday . Pt is schedule today for ACDF  C6-C7

   Pt is Intubated, sedated by precedex
   IV access : Rt Midline, Left had 16 G
        Rt Aline

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
| --- |

PMH : HTN
PSH: Craniotomy

Alllergy : NKDA

**Health Status**
Current medications:  (Selected)
    Inpatient Medications
        Ordered
          Benadryl: 50 mg, 1 cap, FEEDING TUBE, BEDTIME, PRN: as needed for insomnia
          DuoNeb: 1 inh, NEBULIZED INHALATION, Q4H
          MiraLax: 17 g, 1 pkt, FEEDING TUBE, DAILY
          Mucomyst-10 inhalation solution: 300 mg, 3 mL, NEBULIZED INHALATION, Q4H
          NS 1,000 mL: 1,000 mL/hr, IV, Stop: 10/27/2020 08:28:00 EDT
          acetaminophen: 650 mg, 2 tab, FEEDING TUBE, Q4H, PRN: Fever
          acetaminophen: 650 mg, 2 tab, FEEDING TUBE, Q4H, PRN: Pain - Mild
          bisacodyl: 10 mg, 1 supp, RECTAL, EVEROTHDAY
          chlorhexidine mouthwash: 15 mL, SWISH -SPIT, BID
          dexmedetomidine Additive 400 mcg [0.2 mcg/kg/hr] + sodium chloride 0.9% intravenous soln Diluent 10...: 4.9 mL/hr, IV DRIP, Stop:
           02/04/2018 17:50:00 EST
          docusate sodium: 100 mg, 10 mL, FEEDING TUBE, DAILY
          folic acid: 1 mg, 1 tab, FEEDING TUBE, DAILY
          gabapentin: 600 mg, 12 mL, FEEDING TUBE, TID
          hydrALAZINE: 10 mg, 0.5 mL, IV PUSH, Q4H, PRN: See Comment
          labetalol: 10 mg, 2 mL, IV PUSH, Q15MIN, PRN: See Comment
          meropenem: 1,000 mg, 20 mL, 40 mL/hr, IV, Q8H
          midodrine: 5 mg, 1 tab, FEEDING TUBE, TID
          multivitamin: 30 mL, FEEDING TUBE, DAILY
          ocular lubricant: 1 drop, OPHTHALMIC, QID, PRN: Dry Eyes
          ondansetron: 4 mg, 2 mL, IV PUSH, Q6H, PRN: Nausea
          oxyCODONE: 10 mg, 2 tab, ORAL, Q6H
          pantoprazole: 40 mg, 10 mL, IV, DAILY
          promethazine: 12.5 mg, 0.5 mL, IM, Q4H, PRN: Nausea
          rosuvastatin: 40 mg, 2 tab, FEEDING TUBE, BEDTIME
          senna: 8.8 mg, 5 mL, FEEDING TUBE, DAILY
          sodium chloride 0.9% intravenous solution (NS) 1,000 mL: 100 mL/hr, IV, Stop: 10/28/2020 15:24:00 EDT
          tobramycin: 300 mg, 5 mL, NEBULIZED INHALATION, Q12H
**Problem list:**
    All Problems
        At risk for falls / 208683018 / *Confirmed
        At risk for injury / 213771015 / *Confirmed
        At risk of pressure ulcer / 2817408014 / *Confirmed
        No Chronic Problems / NKP / *Confirmed

**Physical Examination**
    Vital Signs
      02/03/2018 06:59 EST           Temperature Bladder           36.9

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| N: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

Plaintiff Exhibit 29 - 011582



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Consults

| | |
|---|---|
| Peripheral Pulse Rate | 56 LOW |
| Respiratory Rate | 14 |
| Systolic Blood Pressure | 133 |
| Diastolic Blood Pressure | 75 |

**General:** Pt is sedated .
**Airway:** ETT in place .
**Head:** C COLLAR .
**Respiratory:** Lungs are clear to auscultation, Respirations are non-labored.
**Cardiovascular:** Normal rate, Regular rhythm, No murmur.
**Gastrointestinal:** Soft, Non-tender.
**Neurologic:** Sedated .

**Review / Management**
**Results review:** Lab results
02/02/2018 03:51 EST

| | |
|---|---|
| pH | 7.51 HI |
| PCO2 | 44 |
| PO2 | 95 |
| HCO3 | 34 mmol/L HI |
| Arterial Base Excess | 11 mmol/L HI |
| O2SAT(Estimated) | 98 % |
| Source | ARTERIAL |
| Therapy | Vent |
| Body Temperature | UNKNOWN DegC |
| Glucose | 122 mg/dL HI |
| Sodium | 134 mmol/L LOW |
| Potassium | 5.0 mmol/L |
| Chloride | 94 mmol/L LOW |
| Total CO2 Content | 32 mmol/L HI |
| Anion Gap | 8 |
| Blood Urea Nitrogen | 27 mg/dL HI |
| Creatinine | 0.73 mg/dL |
| Osmolality Calculated | 274 mOsm/kg LOW |
| Calcium Level | 8.8 mg/dL |
| Phosphorous | 3.5 mg/dL |
| Magnesium Level | 1.9 mg/dL |
| Total Protein | 6.4 g/dL |
| Albumin Level | 3.0 g/dL LOW |
| Total Bilirubin | 0.8 mg/dL |
| AST (SGOT) | 67 unit/L HI |
| ALT (SGPT) | 141 unit/L HI |
| Alkaline Phosphatase | 53 unit/L |
| eGFR (Non African-American) | >60 mL/min/1.73m2 |
| eGFR (African-American) | >60 mL/min/1.73m2 |
| WBC Count | 16.0 x10(3)/mcL HI |
| RBC Count | 2.52 x10(6)/mcL LOW |
| Hemoglobin | 7.4 g/dL LOW |
| Hematocrit | 23.7 % LOW |
| MCV | 94.0 fL |
| MCH | 29.4 pg |
| MCHC | 31.2 g/dL LOW |
| RDW-CV | 13.2 % |

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
| --- |

| | |
| --- | --- |
| Platelet Count | 388 x10(3)/mcL |
| Diff Type | MANUAL |
| NEUT% | 85.0 % HI |
| LYMPH% | 10.0 % LOW |
| MONO% | 3.0 % LOW |
| EO% | 1.0 % |
| NEUT(Abs) | 13.6 x10(3)/mcL  HI |
| LYMPH(Abs) | 1.6 x10(3)/mcL |
| %Metamyelocyte | 1 % HI |
| RBC Morphology | SLIGHT |
| Platelet Morphology | NORMAL |
| WBC Morphology | NORMAL |
| MPV | 9.9 fL |
| MONO(Abs) | 0.48 x10(3)/mcL |
| NRBC% | 0.0 % |
| NRBC(Abs) | 0.00 x10(3)/mcL |

MRI

1. New anterior subluxation of C5 on C6 with resulting cord compression and worsening abnormal cord signal changes
2. Suboccipital craniectomy: Herniation of CSF and cerebellar tissue through the craniectomy defect suggestive of sulci

US

the right common femoral vein region, there is a a 4.6 x 1.8 x 2.6 cm heterogeneous focus, likely hematoma based off clinical history, externally compressing on the right common femoral vein. No sonographic evidence of deep venous thrombosis in the examined vessels of the bilateral lower extremities.

Assessment and Plan
American Society of Anesthesiologists#(ASA) physical status classification:  Class V.
Anesthetic Preoperative Plan
   Premedication: Intravenous.
   Anesthetic technique: General anesthesia.
   Induction: Intravenously.
   Maintenance airway: ETT in place .
   Special monitoring: Arterial line.
   Postoperative pain management: Per surgeon.
   Risks discussed: nausea, vomiting, headache, sore throat, dental injury, hypotension, allergic reaction, serious complications.
   Informed consent: signed by family.

*Electronically Signed By: Yosaf  Zeyed  On: 02/03/2018 08:55 EST*
*Co Signed By: Craig T Nelson  On:02/03/2018 09:15 EST*
*Co Signed By: Craig T Nelson  On:02/03/2018 09:16 EST*
*Co Signed By: Yosaf  Zeyed  On:02/06/2018 16:57 EST*
*Dictated On:02/03/2018 08:20 EST*

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Operative Report

Document Type:                    Operative Report
Service Date/Time:               1/24/2018 12:18 EST
Result Status:                       Auth (Verified)
Document Subject:               MD Verification
Perform Information:            Starke,Robert M (1/24/2018 12:18 EST)
Sign Information:

**MD Verification**
Case#: IR-2018-755
Attending: 23436 STARKE, ROBERT M (ELECTRONIC SIGNATURE)
I was present and personally performed this procedure.

Document Type:                    Operative Report
Service Date/Time:               2/2/2018 15:23 EST
Result Status:                       Auth (Verified)
Document Subject:               MD Verification
Perform Information:            Starke,Robert M (2/2/2018 15:23 EST)
Sign Information:

**ID Verification**
Case#: IR-2018-1069
Attending: 23436 STARKE, ROBERT M (ELECTRONIC SIGNATURE)
I was present throughout this procedure.

Document Type:                    Operative Report
Service Date/Time:               2/3/2018 00:00 EST
Result Status:                       Auth (Verified)
Document Subject:               Operative/Procedure Report
Perform Information:            Wang,Michael Yung-Shun (2/3/2018 15:28 EST)
Sign Information:                  Wang,Michael Yung-Shun (2/6/2018 15:31 EST)

**Operative/Procedure Report**
JACKSON MEMORIAL HOSPITAL
MIAMI, FLORIDA 33136

PATIENT NAME: AUGUSMAR, STANLEY UNKNOWN
MR NUMBER: 5017634
BILLING NUMBER: 40014572421
DOB: 06/23/1983                    OPERATIVE REPORT

Admit Date:            1/17/2018          Patient:            AUGUSMAR, STANLEY
Discharge Date:                               MRN:               5017634
  IN:                     40014572421       Attending:        Wang,Michael Yung-Shun
Report Request ID:  101503358          DOB/Age/Sex:   6/23/1983   34 years   Male
Facility:                 Jackson Memorial Hospital

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## Operative Report

DATE OF OPERATION: 02/03/2018
ATTENDING SURGEON: Michael Yung-Shun Wang, MD

PREOPERATIVE DIAGNOSIS:
C5-C6 fracture dislocation with disk herniation and complete paralysis.

POSTOPERATIVE DIAGNOSIS:
C5-C6 fracture dislocation with disk herniation and complete paralysis.

PROCEDURE:
C5-C6 anterior cervical diskectomy with fusion, plating, and structural allograft.

COMPLICATIONS:
None.

BLOOD LOSS:
250 mL.

DISPOSITION:
Recovery room and the ICU.

ANESTHESIA:
General.

FINDINGS:
Spinal cord injury and disk herniation.

PREOPERATIVE INDICATIONS:

The patient presented and was kept in spinal cord precautions throughout his stay in the ICU. However, he had a vertebral artery dissection, which ultimately resulted in the posterior circulation stroke. This ischemic stroke and the dissection necessitated delaying surgery initially due to the need for anticoagulation. Despite the anticoagulation, emboli proceeded to seed the brain and he actually had a decompressive craniectomy several days after admission. This was treated later with vertebral artery stenting, which required anticoagulation. However, despite being on spinal precautions, the spine continued to dislocate and likely, could even have caused pressure upon the left vertebral artery, which was not dissected. Given all these risks,

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years    Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## Operative Report

despite the fact that he had been anticoagulated and had these issues including the stroke, the vertebral dissection as well as the unstable spine, we elected for surgical treatment. The risks and benefits were outlined with his family. He was intubated prior to surgery itself. Consent was obtained from his mother who is his healthcare proxy. The risks of surgery included, but were not limited to, bleeding, infection, pain, death, anesthetic risk, paralysis, loss of bowel, bladder, sexual or sensory function, CSF leakage, pseudomeningocele formation, iatrogenic spinal instability, need for revision surgery, no improvement in current symptoms, approach-related complications such as perineural scarring, new axial neck pain, dysphagia, dysphonia, recurrent laryngeal nerve palsy, cosmetic defect, high risk for hematoma, no recovery of spinal injury, and no improvement of stroke. In addition, this would not favorably treat the vertebral artery dissection. All the risks and benefits were outlined.

OPERATION IN DETAIL:
The patient was taken to the operating room. He was already intubated. He was paralyzed and sedated in normal fashion. Neuromonitoring was used. The patient's neck was positioned supine and the anterior neck was prepped and draped in a normal sterile fashion. An incision was made on the right side in transverse cosmetic incision over C5-C6, followed by subplatysmal flap dissection. We then dissected the plane between the trachea and esophagus medially and carotid sheath laterally. This exposed the prevertebral fascia and a needle was placed at C5-C6. It was obvious from the dislocation, where this was. The microscope was brought into view for superior illumination and magnification, after placement of self-retaining longus colli retractors. We were then able to deflate the ET tube cuff to minimize the risk of recurrent laryngeal nerve palsy, and then the disk was incised. Curettes and rongeurs were used to open up the disk space. He was already in Gardner-Wells traction, because of the spinal malalignment. We lightened the weight upon this. We then cleaned the endplate denuding them of cartilage and then we opened the PLL, removing several large fragments of disk from the spinal cord area. This decompressed fully. Then, we realign the spine under fluoroscopy. We shaved an appropriate sized allograft, structural graft to the disk space and placed it, distracting slightly. Care was taken not to over distract the spine at this hypermobile segment. We achieved meticulous hemostasis with Gelfoam powder and the dura was found to be without compression and there was no epidural hematoma. We then placed an appropriate size 14-mm globus anterior cervical plate. This was affixed first to C5 with 2 screws of 16 mm each. Then we brought this down to the C6 level and allowed us to reduce further the fracture. All final articulations were locked, checked, and tightened and the cam mechanism was engaged to prevent screw plate dislodgement. We then washed the wound with antibiotic impregnated saline.

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| N: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Operative Report |
|:---:|

The area was inspected. The soft tissues were found to be without any further compression or damage. The wound was closed cosmetically over suction drainage with 3-0 Vicryl stitches, followed by Monocryl and Dermabond on the skin. He was then sent to the ICU in stable condition. There was no damage to any neurovascular structures. No CSF leak was seen throughout and no electrophysiologic changes were noted.

Dictated By: Michael Yung-Shun Wang, MD

MEDQ/MYW
DD: 02/03/2018 15:28:16
DT: 02/03/2018 22:07:16
JOB #: 1431050/775878077

*Electronically Signed By: Michael Yung-Shun Wang On: 02/06/2018 15:31 EST*
*Dictated On:02/03/2018 15:28 EST*
*Transcribed On:02/03/18 22:07 EST*

Document Type:                              Operative Report
Service Date/Time:                          2/3/2018 12:09 EST
Result Status:                              Auth (Verified)
Document Subject:                           MD Verification
Perform Information:                        Wang,Michael Yung-Shun (2/3/2018 12:09 EST)
Sign Information:

**MD Verification**
Case#: MAIN-2018-1990
Attending: 14585 WANG, MICHAEL (ELECTRONIC SIGNATURE)
I was present for the key portions of this procedure. Key Portions:
  DECOMPRESSION, FUSION, & INSTRUMENTATION. I remained immediately
  available during the remainder of this procedure.

Document Type:                              Operative Report
Service Date/Time:                          2/3/2018 12:21 EST
Result Status:                              Auth (Verified)
Document Subject:                           Free Text Note
Perform Information:                        Sellin,Jonathan N (2/3/2018 12:23 EST)
Sign Information:                           Wang,Michael Yung-Shun (2/6/2018 15:31 EST); Sellin,
                                            Jonathan N (2/3/2018 12:23 EST)

**OPERATIVE REPORT**

Admit Date:        1/17/2018            Patient:        AUGUSMAR, STANLEY
Discharge Date:                        MRN:            5017634
V:                 40014572421         Attending:      Wang,Michael Yung-Shun
Report Request ID: 101503358           DOB/Age/Sex:    6/23/1983   34 years      Male
Facility:          Jackson Memorial Hospital

Plaintiff Exhibit 29 - 011588



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*General Radiology*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0035734 | GR Chest 1 View | 2/7/2018 17:06 EST | Saini,Vasu |

**Report**

Lines/Tubes/Hardware/Foreign bodies: Stable.

Cardiomediastinal silhouette: The trachea is midline. Cardiac silhouette is stable.

Lungs: Increasing right basilar/infrahilar opacity. Stable left hilar opacity.

Pleura: Costophrenic angles are sharp. No radiographic evidence of pneumothorax.

Bones and soft tissues: Stable.

Impression:

1. Increasing right perihilar/infrahilar opacity may represent an asymmetric edema, with consolidation or atelectasis not excluded
2. Stable left perihilar opacity may represent an additional component of edema, atelectasis, or consolidation.

***FINAL REPORT***
*Attending Physician: Siegel, Yoel Josef*
*Dictation Date/Time:02/08/18 09:54:5*
*Transcribed by & Date/Time: Siegel, Yoel Josef  02/08/2018 12:25*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Maggart, Michael*
*Electronically Signed By: Siegel, Yoel Josef   Signature Date/Time: 02/08/2018 13:43*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0032629 | GR Chest 1 View | 2/5/2018 08:29 EST | Lukas,Joshua Arpad |

**Reason For Exam**
(GR Chest 1 View) f/u

**Report**
Procedure: GR Chest 1 View

Exam Date: 2/5/2018 8:29 AM

Reason for Study: f/u

Technique:  Single AP view of the chest was obtained.

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## General Radiology

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0032629 | GR Chest 1 View | 2/5/2018 08:29 EST | Lukas,Joshua Arpad |

**Report**

Comparison: 02/01/2018

Observations:

Limitations: Rotation to the right

Lines, tubes, etc.: Endotracheal tube terminates approximately 6.9 cm superior to the carina. Again noted is an NG tube coursing into the abdomen and out of the field-of-view of this exam..

Cardiomediastinal silhouette: Stable compared to prior study. Mediastinum midline.

Lungs: Persistent left perihilar opacity.. Improved bibasilar opacities.

Pleura: Costophrenic angles sharp. No pleural lines suggestive of pneumothorax.

Visualized Bones and Soft Tissues: Unchanged.

Impression:
1. Endotracheal tube terminates approximately 6.9 cm superior to the carina. Recommend advancement by 3 cm.
2. Stable left perihilar opacity and improved bibasilar opacities representing foci of atelectasis or consolidation.

***FINAL REPORT***
*Attending Physician: Ghersin, Eduard*
*Dictation Date/Time:02/05/18 09:37:2*
*Transcribed by & Date/Time: Ghersin, Eduard    02/05/2018 12:10*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Heligman, Aaron D*
*Electronically Signed By: Ghersin, Eduard     Signature Date/Time: 02/05/2018 14:49*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0029224 | GR Chest 1 View | 2/1/2018 07:51 EST | Sayers,Martin P |

**Reason For Exam**
(GR Chest 1 View) followup

**Report**
PROCEDURE: Frontal film of the chest

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| :N: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years    Male |
| Facility: | Jackson Memorial Hospital | | |



### Jackson Health System
### Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Adult Echo |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| AE-18-0002464 | AE 2D Echo w/Doppler+Color Fw | 1/20/2018 08:59 EST | Liaw,Nicholas |

**Report**
Trace pulmonic valvular regurgitation.

Great Vessels
The aortic root is normal size.
The pulmonary is not well visualized.

Pericardium/Pleural
There is no pericardial effusion.
No major pericardial abnormalities demonstrated.
There are no abnormal extracardiac structures seen.

Interpretation Summary
The study was technically difficult.
Clinical correlation is recommended.
Left ventricular systolic function is normal. Ejection Fraction = 60 -65%.
Mitral valve and tissue doppler patterns are indicative of normal diastolic
function. The right ventricular systolic function is normal. Injection of
agitated saline documented no interatrial shunt.

Interpreting Physician: Marian Calfa, M.D. electronically signed on
02-15-2018 09:11:12
***FINAL REPORT***
*Attending Physician: Calfa, Marian Titus*

*Electronically Signed By: Calfa, Marian Titus Signature Date/Time: 01/22/2018 09:33*
Report last revised on 1/22/2018 09:33 EST by Calfa,Marian Titus

| Electrocardiogram-EKG |
|---|

| Document Type: | Electrocardiogram 12 Lead |
|---|---|
| Service Date/Time: | 2/7/2018 11:27 EST |
| Result Status: | Auth (Verified) |
| Document Subject: | EKG12L |
| Perform Information: | Sancassani,Rhea Bettina (2/7/2018 11:27 EST) |
| Sign Information: | |

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years    Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

*Electrocardiogram-EKG*

**EKG12L**
Sinus tachycardia
Voltage criteria for left ventricular hypertrophy
Abnormal ECG

Confirmed by Sancassani MD, Rhea (17310) on 2/9/2018 10:14:03 AM

**EKG12L**
http://jhsmusedb01:8080/musescripts/museweb.dll?RetrieveTestList?PatientID=5017634&Site=01 HNAM URL

| | | | | |
|---|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY | |
| Discharge Date: | | MRN: | 5017634 | |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun | |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years     Male | |
| Facility: | Jackson Memorial Hospital | | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Consults

Rehabilitation Psychology Consultation
2/2/2018 15:31 EST
Auth (Verified)
Communication Note
Garcia,Karin Alexandra (2/2/2018 15:33 EST); Garcia,Karin
Kumbhani,Sheba Rohit (2/2/2018 15:43 EST);
Alexandra (2/2/2018 15:33 EST)

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Perform Information:
Sign Information:

An attempt to visit the patient was made this afternoon on WW8. Patient nor family was present in the room; nursing staff informed psychology that patient was in the OR for a procedure. Rehab psychology will attempt to visit the patient again on Monday.

Rehabilitation Psychology Consultation
2/7/2018 15:52 EST
Auth (Verified)
Rehab/Neuropsychology Progress Note
Garcia,Karin Alexandra (2/7/2018 16:01 EST)
Olavarria,Mario (2/7/2018 18:39 EST); Garcia,Karin
Alexandra (2/7/2018 16:01 EST)

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Perform Information:
Sign Information:

**Patient Reports**
Patient was asleep and not easily roused verbally. Session was had with patient's mother regarding her self-care.

**Pain**
Unable to assess.

**Education**
Education was provided to patient's family regarding the chronic nature of recovery from SCI and the importance of self-care to avoid burnout.

**Response to Session**
Unable to assess for patient; family responded favorably to this session and was receptive to psychology services.

**Behavioral Observations and Mental Status**
Unable to assess.

**Impression and Plan**
Patient's mother was engaged during today's session to assess for burnout. She stated that he "never leaves" the patient's side and will only leave to use the restroom if he is asleep or go home to quickly shower if her daughter in law is present. Psychoeducation was provided regarding the lengthy process of recovery from SCI and the importance of maintaining self-care routines to avoid caregiver burnout. She also reported distress related to having to

Admit Date:            1/17/2018
Discharge Date:
FIN:                   40014572421
Report Request ID:     101503358
Facility:              Jackson Memorial Hospital

Patient:        AUGUSMAR, STANLEY
MRN:            5017634
Attending:      Wang,Michael Yung-Shun
DOB/Age/Sex:    6/23/1983   34 years      Male

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
| --- |

return to work within the next few weeks; problem solving strategies were utilized to create several options/plans of action. Psychology will continue to follow during the remainder of hospitalization.

**Interventions**
F/U, psychoeducation, problem-solving techniques.

**Assessment/Plan**
H/O spinal cord injury Z87.828
Ischemic stroke I63.9
Continued individual psychotherapy services to assist with physical and emotional needs weekly.

**Charges**
PSYTX PT & FAMILY 60 MINUTES: 1 unit (02/07/18 15:54:03)

**Session Start Time**
1430

**Session End Time**
1500

**Team Conference**
No qualifying data available.

---

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Perform Information:
Sign Information:

Rehabilitation Psychology Consultation
2/12/2018 17:21 EST
Auth (Verified)
Rehab/Neuropsychology Progress Note
Garcia,Karin Alexandra (2/12/2018 17:29 EST)
Olavarria,Mario (2/14/2018 19:52 EST); Garcia,Karin Alexandra (2/12/2018 17:29 EST)

**Patient Reports**
Patient was visited at bedside while being prepped for the OR to have trach placed. Patient and family participated in today's session.

**Pain**
Denied.

**Education**
Education was provided to patient and his family regarding the expected course of his continued recovery, tracheotomy functioning, and managing anxiety in the ICU.

---

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *General Radiology* |
| --- |

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0038599 | GR Chest 1 View | 2/11/2018 07:01 EST | Elmaghraby,Amr I |

**Report**
Lines: Life support lines and tubes are stable.

Cardiomediastinal silhouette: Cardiomediastinal silhouette is within normal limits for size. Mediastinum is in midline position.

Lungs: Worsening left basilar opacity. Stable right basilar opacity. Stable vascular markings.

Pleura: No pneumothorax. Costophrenic angles sharp.

Soft tissues and Bones: Stable

Impression:
Worsening left basilar opacity with stable right basilar opacity which may represent atelectasis was consolidation.

***FINAL REPORT***
*Attending Physician: Fishman, Joel E*
*Dictation Date/Time:02/11/18 15:01:3*
*Transcribed by & Date/Time: Fishman, Joel E   02/11/2018 15:02*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Shah, Harsh*
*Electronically Signed By: Fishman, Joel E   Signature Date/Time: 02/11/2018 20:21*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0035734 | GR Chest 1 View | 2/7/2018 17:06 EST | Saini,Vasu |

**Reason For Exam**
(GR Chest 1 View) PNA

**Report**
Procedure: GR Chest 1 View

Exam Date: 2/7/2018 5:06 PM

Indication:    PNA

COMPARISON: 2/5/2018

Technique: One AP chest radiograph was submitted for interpretation.

Findings:

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years    Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** **PUBLIC HEALTH TRUST**
HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *General Radiology* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0035734 | GR Chest 1 View | 2/7/2018 17:06 EST | Saini,Vasu |

**Report**

Lines/Tubes/Hardware/Foreign bodies: Stable.

Cardiomediastinal silhouette: The trachea is midline. Cardiac silhouette is stable.

Lungs: Increasing right basilar/infrahilar opacity. Stable left hilar opacity.

Pleura: Costophrenic angles are sharp. No radiographic evidence of pneumothorax.

Bones and soft tissues: Stable.

Impression:

1. Increasing right perihilar/infrahilar opacity may represent an asymmetric edema, with consolidation or atelectasis not excluded
2. Stable left perihilar opacity may represent an additional component of edema, atelectasis, or consolidation.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Siegel, Yoel Josef*
*Dictation Date/Time:02/08/18 09:54:5*
*Transcribed by & Date/Time: Siegel, Yoel Josef 02/08/2018 12:25*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Maggart, Michael*
*Electronically Signed By: Siegel, Yoel Josef Signature Date/Time: 02/08/2018 13:43*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0032629 | GR Chest 1 View | 2/5/2018 08:29 EST | Lukas,Joshua Arpad |

**Reason For Exam**
(GR Chest 1 View) f/u

**Report**
Procedure: GR Chest 1 View

Exam Date: 2/5/2018 8:29 AM

Reason for Study: f/u

Technique: Single AP view of the chest was obtained.

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| ...N: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| ...eport Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson**
HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *General Radiology* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0040778 | GR Chest 1 View | 2/12/2018 22:03 EST | Fawole,Opeoluwa O |

**Report**
Cardiomediastinal silhouette: The cardiac silhouette is normal in size, shape and position. The mediastinum is midline in position.

Lungs: No evidence of pulmonary edema. Improving left basilar opacity. Worsening right basilar opacity

Pleura: Costophrenic angles sharp. No pneumothorax.

Soft tissues and Bones: Stable compared to prior

IMPRESSION:
1. Status post extubation and placement of a tracheostomy with distal tip projecting approximately 6.1 cm above the carina.
2. Worsening right basilar opacity and improving left basilar opacity, likely representing atelectasis versus consolidation.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Martinez, Humberto O*
*Dictation Date/Time:02/13/18 08:04:1*
*Transcribed by & Date/Time: Martinez, Humberto O02/13/2018 11:24*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Kumar, Jessica G*
*Electronically Signed By: Martinez, Humberto O  Signature Date/Time: 02/13/2018 12:32*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0038599 | GR Chest 1 View | 2/11/2018 07:01 EST | Elmaghraby,Amr I |

**Reason For Exam**
(GR Chest 1 View) pneumonia

**Report**
Procedure: GR Chest 1 View

Exam Date: 2/11/2018 7:01 AM

Indication: pneumonia

Technique: Single AP radiograph of the thorax was obtained for evaluation

Comparison: 02/07/2018

Observations:

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *General Radiology* | | | |
|---|---|---|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0038599 | GR Chest 1 View | 2/11/2018 07:01 EST | Elmaghraby,Amr I |

**Report**
Lines: Life support lines and tubes are stable.

Cardiomediastinal silhouette: Cardiomediastinal silhouette is within normal limits for size. Mediastinum is in midline position.

Lungs: Worsening left basilar opacity. Stable right basilar opacity. Stable vascular markings.

Pleura: No pneumothorax. Costophrenic angles sharp.

Soft tissues and Bones: Stable

Impression:
Worsening left basilar opacity with stable right basilar opacity which may represent atelectasis was consolidation.

***FINAL REPORT***
*Attending Physician: Fishman, Joel E*
*Dictation Date/Time:02/11/18 15:01:3*
*Transcribed by & Date/Time: Fishman, Joel E   02/11/2018 15:02*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Shah, Harsh*
*Electronically Signed By: Fishman, Joel E   Signature Date/Time: 02/11/2018 20:21*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0035734 | GR Chest 1 View | 2/7/2018 17:06 EST | Saini,Vasu |

**Reason For Exam**
(GR Chest 1 View) PNA

**Report**
Procedure: GR Chest 1 View

Exam Date: 2/7/2018 5:06 PM

Indication:   PNA

COMPARISON: 2/5/2018

Technique: One AP chest radiograph was submitted for interpretation.

Findings:

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *History and Physical* |
| --- |

become available, we will give further recommendations. Case discussed with attending, Dr. Michael Wang.

Diagnostic cerebral angiogram today with possible vertebral artery sacrifice/embolization.

*Electronically Signed By: Marie Christine  Brunet  On: 01/24/2018 08:32 EST*
*Co Signed By: Robert M Starke  On:01/24/2018 08:38 EST*
*Dictated On:01/24/2018 08:32 EST*

Document Type:           History and Physical
Service Date/Time:        2/11/2018 20:04 EST
Result Status:             Auth (Verified)
Document Subject:         H & P
Perform Information:       Fawole,Opeoluwa O (2/11/2018 20:15 EST)
Sign Information:          Henriquez,Oswaldo J.(2/12/2018 09:21 EST); Fawole,
                           Opeoluwa O (2/11/2018 20:15 EST)

**History of Present Illness**
34 yo male involved in a motor vehicle accident with C 6 right supra-articular facet nondisplaced fracture & right vertebral artery occlusion with development of large cerebellar stroke s/p suboccipital decompression on 01/19, s/p pipeline stent of right vertebral artery on 01/25 and occlusion with coils on 02/02 & C5/6 ACDF 02/04.
Patient became lethargic on 1/19 and had to be intubated. He has been vent dependent since, with acute respiratory failure. ENT consulted for trach placement due to inability to wean the ventilator.

PMH:
HTN
Cerebellar stroke

PSH:
Per HPI

SH:
Denies substance abuse

FH:
Non-contributory

Allergies:
NKA

**Problem List/Past Medical History**
Ongoing
   No chronic problems
Historical
   No qualifying data

**Procedure/Surgical History**
ANTERIOR CERVICAL DECOMPRESSION & FUSION (Neck) (02/03/2018), SP Carotid Cerebral Angiogram IR (N/A) (02/02/2018), SP Carotid Cerebral Angiogram IR (N/A) (01/24/2018), Venipuncture, age 3 years or older, necessitating the skill of a physician or other qualified health care professional (separate procedure), for diagnostic or therapeutic purposes (not to be used for routine venipuncture) (01/21/2018), CRANIOTOMY SUBOCCIPITAL (Head) (01/19/2018).

**Medications**
Inpatient
   aspirin, 325 mg= 1 tab, FEEDING
      TUBE, DAILY
   Benadryl, 50 mg= 1 cap, FEEDING
      TUBE, BEDTIME, PRN
   bisacodyl, 10 mg= 1 supp, RECTAL,
      EVEROTHDAY

Admit Date:          1/17/2018              Patient:        AUGUSMAR, STANLEY
Discharge Date:                             MRN:            5017634
   N:                40014572421            Attending:      Wang,Michael Yung-Shun
Report Request ID:   101503358              DOB/Age/Sex:    6/23/1983  34 years      Male
Facility:            Jackson Memorial Hospital



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *History and Physical* |
| --- |

**Review of Systems**
Unable to obtain as patient intubated

**Physical Exam**

Vitals & Measurements
**T:** 36.9 °C (Axillary) **TMIN:** 36.9 °C (Axillary) **TMAX:** 38.2 °C (Axillary)
**HR:** 93(Monitored) **RR:** 16(Total) **RR:** 4(Spontaneous) **BP:** 135/45 **BP:** 135/66(Line)
**SpO2:** 100%
NAD, awake and intubated on ventilator
Patient in C collar
Neck is not fatty - landmarks are palpable

**Assessment/Plan**
H/O spinal cord injury Z87.828
Ischemic stroke I63.9
34 yo male with vent dependent respiratory failure s/p cerebellar stroke after MVA.
Plan for open tracheotomy on 2/12. PLease preop tonight - hold anticoagulation, IVF,
hold tube feeds. Consent obtained from proxy.

chlorhexidine mouthwash, 15 mL,
    SWISH -SPIT, BID
docusate sodium, 100 mg= 10 mL,
    FEEDING TUBE, DAILY, PRN
DuoNeb, 1 inh, NEBULIZED
    INHALATION, Q4H
fentaNYL, 50 mcg= 1 mL, IV PUSH,
    Q2H, PRN
FLUoxetine, 20 mg= 5 mL,
    NASOGASTRIC TUBE, DAILY
folic acid, 1 mg= 1 tab, FEEDING TUBE,
    DAILY
gabapentin, 900 mg= 18 mL, FEEDING
    TUBE, TID
hydrALAZINE, 10 mg= 0.5 mL, IV
    PUSH, Q4H, PRN
iron polysaccharide, 200 mg, ORAL, BID
labetalol, 10 mg= 2 mL, IV PUSH,
    Q15MIN, PRN
Lovenox, 30 mg= 0.3 mL,
    SUBCUTANEOUS, BID
MiraLax, 17 g= 1 pkt, FEEDING TUBE,
    DAILY
Mucomyst-10 inhalation solution, 300
    mg= 3 mL, NEBULIZED
    INHALATION, Q4H
multivitamin, 30 mL, FEEDING TUBE,
    DAILY
Normal Saline intravenous solution (NS)
    1,000 mL, 1000 mL, IV
ocular lubricant, 1 drop, OPHTHALMIC,
    QID, PRN
ondansetron, 4 mg= 2 mL, IV PUSH,
    Q6H, PRN
oxyCODONE, 10 mg= 10 mL, ORAL,
    Q4H, PRN
pantoprazole, 40 mg= 10 mL, IV, DAILY
promethazine, 12.5 mg= 0.5 mL, IM,
    Q4H, PRN
senna, 8.8 mg= 5 mL, FEEDING TUBE,
    DAILY, PRN
Tylenol, 650 mg= 20.3 mL, FEEDING
    TUBE, Q6H, PRN
Tylenol, 650 mg= 20.3 mL, FEEDING
    TUBE, Q4H, PRN
Home
    No active home medications

| | |
| --- | --- |
| Admit Date: | 1/17/2018 |
| Discharge Date: | |
| N: | 40014572421 |
| Report Request ID: | 101503358 |
| Facility: | Jackson Memorial Hospital |

| | |
| --- | --- |
| Patient: | AUGUSMAR, STANLEY |
| MRN: | 5017634 |
| Attending: | Wang,Michael Yung-Shun |
| DOB/Age/Sex: | 6/23/1983   34 years      Male |

Plaintiff Exhibit 29 - 011600



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| History and Physical |
| --- |

**Allergies**
No Known Medication Allergies

**Social History**
Abuse/Neglect/Domestic Violence
Injuries/Abuse in household: No. Hit, slapped, kicked, punched, choked, or physically hurt you: No. Threatened you or made you feel afraid: No. Touched you or forced you to have sex in a way you did not want: No. Refused you food, medicines, or medical aids: No. Feels safe at home: Yes. Safe place to go: Yes. Emotional help family/friends available: No. Chronically ill or terminally ill with frequent visits No., 01/19/2018

Alcohol
Use: Current. Type: Beer, Wine., 01/19/2018

Employment/School
Status: Unemployed., 01/19/2018

Exercise
Duration (average number of minutes): 0., 01/19/2018

Gambling
Current Gambling History. Cards Gambling Type. Weekly Gambling Frequency., 01/19/2018

Sexual
Sexually active: Yes., 01/19/2018

Tobacco
Current every day smoker, Cigarettes, Smoke cigarettes anytime during the past 12 months prior to hospital Yes., 01/19/2018

**Family History**
Alzheimer's disease: Father.
Cardiovascular disease: Mother.
Diabetes mellitus: Father.
Hypertension: Mother and Father.

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| N: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| History and Physical |
|---|

**Immunizations**

| Vaccine | Date | Status | Comments |
|---|---|---|---|
| Influenza virus vaccine, Inactivated-FLU | . | Not Given | Patient Refuses |

*Electronically Signed By: Opeoluwa O Fawole On: 02/11/2018 20:15 EST*
*Co Signed By: Oswaldo J. Henriquez On:02/12/2018 09:21 EST*
*Dictated On:02/11/2018 20:15 EST*

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Perform Information:

ign Information:

History and Physical
2/14/2018 13:20 EST
Modified
IR H&P/Sedation Note
Poozhikunnath Mohan,Prasoon P (2/15/2018 11:16 EST);
Chamuel,Karen H (2/14/2018 13:33 EST)
Poozhikunnath Mohan,Prasoon P (2/15/2018 11:16 EST);
Chamuel,Karen H (2/14/2018 14:41 EST)

**IR H&P/Sedation Note**
JACK_FL

Patient: AUGUSMAR, STANLEY     MRN: 5017634     FIN: 40014572421
Age: 34 years  Sex: Male  DOB: 06/23/1983
Associated Diagnoses: None
Author: Chamuel, Karen H

Preoperative Information
   Time of Last Intake (NPO Since): Time of last food or liquid consumption: 02/15/2018 00:00:00.
   Anesthesia history
      Patient's history: negative.
      Family's history: negative.

History of Present illness
   The patient presents for preanesthesia evaluation with (Chief Complaint).

34 year old male with PMHx of HTN who presented to Ryder TRUS on 1/17/18 s/p
MVC sustaining C6 quadraplegia-right supra-articular facet nondisplaced fracture & right
vertebral artery occlusion with development of large cerebellar stroke s/p suboccipital

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| 'N: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Ultrasound |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0008257 | US Duplex Veins Upper Ext Bil | 2/2/2018 17:32 EST | Sayers,Martin P |

**Report**

Findings:

Right internal jugular vein: Normal compressibility. Normal color flow and spectral waveforms.
Right subclavian vein: Normal grayscale appearance, color flow, and spectral waveforms.
Right brachiocephalic vein: Normal grayscale appearance, color flow, and spectral waveforms.
Right axillary vein: Normal grayscale appearance, color flow, and spectral waveforms.

Left internal jugular vein: Normal compressibility. Normal color flow and spectral waveforms.
Left subclavian vein: Normal grayscale appearance, color flow, and spectral waveforms.
Left brachiocephalic vein: Normal grayscale appearance, color flow, and spectral waveforms.
Left axillary vein: Normal grayscale appearance, color flow, and spectral waveforms.

Impression:

No thrombus in central veins of the bilateral upper extremities.

***FINAL REPORT***
*Attending Physician: Goyenechea, Martin*
*Dictation Date/Time:02/02/18 18:42:0*
*Transcribed by & Date/Time:  Goyenechea, Martin  02/02/2018 18:53*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident:  Ding, Erik*
*Electronically Signed By: Goyenechea, Martin   Signature Date/Time: 02/03/2018 21:42*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0010453 | US Duplex Veins Lower Ext Bil | 2/12/2018 15:33 EST | Xie,Lei |

**Reason For Exam**
(US Duplex Veins Lower Ext Bil) r/o dvt

**Report**
Exam:US Duplex Veins Lower Ext Bilateral

Date:2/12/2018 3:33 PM

Indication:r/o dvt

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years     Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Ultrasound |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0010453 | US Duplex Veins Lower Ext Bil | 2/12/2018 15:33 EST | Xie,Lei |

**Report**

Technique: A sonogram of the bilateral lower extremity deep venous system was performed with the production of real time B-mode two dimensional structural images with compression, Doppler spectral analysis and color flow Doppler imaging.

Comparison: 02/02/2018

Findings:

Right external iliac vein:  Normal color-flow and gray-scale appearance.

Right common femoral vein: Normal color-flow, compressibility, and gray-scale appearance.

Right greater saphenous vein: Normal color-flow, compressibility, and gray-scale appearance.

Right femoral vein: Normal color-flow, compressibility, and gray scale appearance.

Right popliteal vein: Normal color-flow, compressibility, and gray scale appearance.

Redemonstrated heterogeneous focus representing a small right groin hematoma externally compressing on the right common femoral vein that has decreased in size from prior exam, now measures 3.2 x 0.8 x 1.3 cm, previously measured 4.6 x 1.8 x 2.6 cm.

Left external iliac vein: Normal color-flow, and gray scale appearance.

Left common femoral vein: Normal color-flow, compressibility, and gray scale appearance.

Left greater saphenous vein: Normal color-flow, compressibility, and gray scale appearance.

Left femoral vein: Normal color-flow, compressibility, and gray scale appearance.

Left popliteal vein: Normal color-flow, compressibility, and gray scale appearance.

Impression:

1. No sonographic evidence of thrombosis within the examined deep venous vessels.

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Ultrasound |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0010453 | US Duplex Veins Lower Ext Bil | 2/12/2018 15:33 EST | Xie,Lei |

**Report**

2. Interval decrease in size of a right groin hematoma adjacent to the common femoral/greater saphenous vein junction. Continued mild external compression on the common femoral vein.

***FINAL REPORT***
*Attending Physician: Madrazo, Beatrice L*
*Dictation Date/Time:02/12/18 15:52:2*
*Transcribed by & Date/Time: Madrazo, Beatrice L 02/12/2018 15:55*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Velamuri, Sriram*
*Electronically Signed By: Madrazo, Beatrice L.  Signature Date/Time: 02/13/2018 09:55*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0010455 | US Duplex Veins Upper Ext Bil | 2/12/2018 15:34 EST | Xie,Lei |

eason For Exam
(US Duplex Veins Upper Ext Bil) r/0 dvt

**Report**
Exam: US Duplex Veins Upper Ext Bil

Date: 2/12/2018 3:34 PM

Indication: r/0 dvt

Comparison:

Technique: A sonogram of the bilateral upper extremity venous system was performed with the production of real time B-mode two dimensional structural images with compression, Doppler spectral analysis and color flow Doppler imaging.

Findings: Unable to visualize the internal jugular veins or brachiocephalic veins into a neck collar.

Right subclavian vein: Normal grayscale appearance, color flow, and spectral waveforms.

Right axillary vein: Normal grayscale appearance, color flow, and spectral waveforms.

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| N: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Ultrasound* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0010453 | US Duplex Veins Lower Ext Bil | 2/12/2018 15:33 EST | Xie,Lei |

**Report**

2. Interval decrease in size of a right groin hematoma adjacent to the common femoral/greater saphenous vein junction. Continued mild external compression on the common femoral vein.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Madrazo, Beatrice L*
*Dictation Date/Time:02/12/18 15:52:2*
*Transcribed by & Date/Time: Madrazo, Beatrice L 02/12/2018 15:55*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Velamuri, Sriram*
*Electronically Signed By: Madrazo, Beatrice L  Signature Date/Time: 02/13/2018 09:55*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0010455 | US Duplex Veins Upper Ext Bil | 2/12/2018 15:34 EST | Xie,Lei |

**Reason For Exam**
(US Duplex Veins Upper Ext Bil) r/0 dvt

**Report**
Exam: US Duplex Veins Upper Ext Bil

Date: 2/12/2018 3:34 PM

Indication: r/0 dvt

Comparison:

Technique: A sonogram of the bilateral upper extremity venous system was performed with the production of real time B-mode two dimensional structural images with compression, Doppler spectral analysis and color flow Doppler imaging.

Findings: Unable to visualize the internal jugular veins or brachiocephalic veins into a neck collar.

Right subclavian vein: Normal grayscale appearance, color flow, and spectral waveforms.

Right axillary vein: Normal grayscale appearance, color flow, and spectral waveforms.

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years     Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Ultrasound

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| US-18-0010455 | US Duplex Veins Upper Ext Bil | 2/12/2018 15:34 EST | Xie,Lei |

**Report**

Left subclavian vein: Normal grayscale appearance, color flow, and spectral waveforms.

Left axillary vein: Normal grayscale appearance, color flow, and spectral waveforms.

Impression: Internal jugular veins and brachiocephalic veins not sampled due to the presence of a neck collar.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Madrazo, Beatrice L.*
*Dictation Date/Time:02/12/18 16:11:5*
*Transcribed by & Date/Time: Madrazo, Beatrice L 02/12/2018 16:11*
*Electronically Signed By: Madrazo, Beatrice L  Signature Date/Time: 02/12/2018 16:13*

## Magnetic Resonance Imaging

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| MR-18-0001632 | MR Cervical w/o Contrast | 1/17/2018 19:08 EST | Perez-Roman,Roberto J |

**Reason For Exam**
(MR Cervical w/o Contrast) S/P TRAUMA

**Report**
Procedure: MR Cervical w/o Contrast, MR Thoracic w/o Contrast

Exam Date: 1/17/2018 7:08 PM

Indications:   S/P TRAUMA

IMAGING TECHNIQUE:
1. Multiplanar multisequence MRI images of the cervical spine was obtained without intravenous contrast
2. Multiplanar multisequence MR images of the thoracic spine were obtained without intravenous contrast

COMPARISON: Pan scan 01/17/2018

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
| --- |

return to work within the next few weeks; problem solving strategies were utilized to create several options/plans of action. Psychology will continue to follow during the remainder of hospitalization.

**Interventions**
F/U, psychoeducation, problem-solving techniques.

**Assessment/Plan**
H/O spinal cord injury Z87.828
Ischemic stroke I63.9
Continued individual psychotherapy services to assist with physical and emotional needs weekly.

**Charges**
PSYTX PT & FAMILY 60 MINUTES: 1 unit (02/07/18 15:54:03)

**Session Start Time**
1430

**Session End Time**
1500

**Team Conference**
No qualifying data available.

---

Document Type:                        Rehabilitation Psychology Consultation
Service Date/Time:                    2/12/2018 17:21 EST
Result Status:                        Auth (Verified)
Document Subject:                     Rehab/Neuropsychology Progress Note
Perform Information:                  Garcia,Karin Alexandra (2/12/2018 17:29 EST)
Sign Information:                     Olavarria,Mario (2/14/2018 19:52 EST); Garcia,Karin
                                      Alexandra (2/12/2018 17:29 EST)

**Patient Reports**
Patient was visited at bedside while being prepped for the OR to have trach placed. Patient and family participated in today's session.

**Pain**
Denied.

**Education**
Education was provided to patient and his family regarding the expected course of his continued recovery, tracheotomy functioning, and managing anxiety in the ICU.

---

Admit Date:          1/17/2018              Patient:        AUGUSMAR, STANLEY
Discharge Date:                             MRN:            5017634
FIN:                 40014572421            Attending:      Wang,Michael Yung-Shun
Report Request ID:   101503358              DOB/Age/Sex:    6/23/1983   34 years      Male
Facility:            Jackson Memorial Hospital



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
| --- |

**Response to Session**
The patient and family responded favorably to this session and were receptive to psychology services.

**Behavioral Observations and Mental Status**
The patient was alert and orientation was unable to be assessed as the patient is unable to communicate verbally at this time. He presented dressed in his hospital gown and displayed good grooming and hygiene. His hearing appeared adequate and eye contact was continuous. Speech was not assessed as patient is currently intubated. Patient endorsed anxious mood regarding his upcoming procedure. Gross receptive and expressive communication abilities and thought processes were not assessed due to patient's inability to communicate at this time; however, patient appeared to be understanding information provided and was fully engaged in today's session. Patient denied any active suicidal or homicidal ideation, plan or intent.

**Impression and Plan**
Patient and family were engaged during today's session. Psychoeducation was provided regarding the next steps in the patient's recovery with an emphasis on what to expect with a trach. Patient and family concerns were addressed and his anxiety regarding surgery was acknowledged and normalized. Support was provided and strategies to manage anxiety in the patient and in the family were discussed. Psychology will continue to follow during the remainder of hospitalization.

**Interventions**
F/U, psychoeducation, supportive interventions.

**Assessment/Plan**
H/O spinal cord injury Z87.828
Ischemic stroke I63.9
Continued psychology services to assist with physical and emotional needs weekly.

**Charges**
INDIV H & B INTERVENTION 15 MI: 2 unit (02/12/18 17:22:21)

**Session Start Time**
1630

**Session End Time**
1700

**Team Conference**
No qualifying data available.

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

Plaintiff Exhibit 29 - 011609

 **Jackson Health System**
HEALTH SYSTEM                                    Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Consults* |
| --- |

Document Type:           Rehabilitation Psychology Consultation
Service Date/Time:       2/13/2018 15:33 EST
Result Status:           Auth (Verified)
Document Subject:        Communication Note
Perform Information:     Garcia,Karin Alexandra (2/13/2018 15:35 EST)
Sign Information:        Olavarria,Mario (2/14/2018 19:52 EST); Garcia,Karin
                         Alexandra (2/13/2018 15:35 EST)

Patient was visited at bedside this morning. Both patient and his mother were asleep and not easily roused verbally. Nursing was consulted and reported patient has been drowsy with difficulty staying alert since his operation to place a trach late yesterday afternoon. Rehab psychology will attempt to visit again tomorrow.

Document Type:           Rehabilitation Psychology Consultation
Service Date/Time:       2/16/2018 15:31 EST
Result Status:           Auth (Verified)
Document Subject:        Rehab/Neuropsychology Progress Note
Perform Information:     Garcia,Karin Alexandra (2/16/2018 15:50 EST)
Sign Information:        Olavarria,Mario (2/19/2018 10:10 EST); Garcia,Karin
                         Alexandra (2/16/2018 15:50 EST)

**Patient Reports**
Patient was visited at bedside while sitting in the total lift chair.
Patient reported pain and discomfort due to his Miami J Collar and heavy secretions.

**Pain**
Moderate to severe.

**Education**
Education was provided to patient regarding his progress in recovery thus far and the use of distraction to manage depression and anxiety while in ICU.

**Response to Session**
The patient responded favorably to this session and was receptive to psychology services.

**Behavioral Observations and Mental Status**
The patient was alert and oriented x4. He presented dressed in his hospital gown and displayed good grooming and hygiene. His hearing appeared adequate and eye contact was continuous. Speech was not assessed as patient is currently unable to verbally express himself. Patient endorsed anxious and depressed mood.

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   . Male |
| Facility: | Jackson Memorial Hospital | | |

**Jackson**  **Jackson Health System**
HEALTH SYSTEM                    Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## Operative Report

**DATE OF OPERATION:** 2/3/2018
**ATTENDING SURGEON:** Michael Y. Wang, MD
**RESIDENT SURGEON:** Nicholas Ferraro, MD
**FIRST ASSISTANT:** Jonathan N. Sellin, MD
**PREOPERATIVE DIAGNOSIS:** Cervical spine fracture
**POSTOPERATIVE DIAGNOSIS:** Cervical spine fracture
**PROCEDURE:** 1) Cervical 5-6 anterior cervical discectomy and fusion; 2) Placement of anterior cervical plate; 3) Microsurgical technique requiring use of operative microscope
**DESCRIPTION OF THE PROCEDURE:** As above
**ANESTHESIA:** GETA
**ESTIMATED BLOOD LOSS:** 20 cc
**COMPLICATIONS:** None
**JUSTIFICATION FOR PROCEDURE:** Active spinal cord compression
**FINDINGS OF PROCEDURE:** Cervical spondylosis
**SPECIMEN(S) REMOVED (INDICATE NOT APPLICABLE IF NO SPECIMENS WERE REMOVED):** _
Cervical intervertebral disc herniation, traumatic; anterolisthesis, traumatic

*Electronically Signed By: Jonathan N Sellin On: 02/03/2018 12:23 EST*
*Co Signed By: Michael Yung-Shun Wang On:02/06/2018 15:31 EST*
*Dictated On:02/03/2018 12:23 EST*

---

Document Type:                    Operative Report
Service Date/Time:                2/12/2018 18:03 EST
Result Status:                    Auth (Verified)
Document Subject:                 Free Text Note
Perform Information:              Fawole,Opeoluwa O (2/12/2018 18:05 EST)
Sign Information:                 Henriquez,Oswaldo J.(2/13/2018 10:24 EST); Fawole, Opeoluwa O (2/12/2018 18:05 EST)

**Indication for Surgery**
prolonged mechanical ventilation
**Preoperative Diagnosis**
vent dependent respiratory failure
**Postoperative Diagnosis**
vent dependent respiratory failure
**Operation**
open tracheotomy
**Surgeon(s)**
Henriquez, Oswaldo
**Assistant**
Fawole, Opeoluwa
**Anesthesia**
GETA
**Estimated Blood Loss**
3cc

---

Admit Date:          1/17/2018          Patient:       AUGUSMAR, STANLEY
Discharge Date:                         MRN:           5017634
`N:                  40014572421        Attending:     Wang,Michael Yung-Shun
.eport Request ID:   101503358          DOB/Age/Sex:   6/23/1983   34 years   Male
Facility:            Jackson Memorial Hospital

Plaintiff Exhibit 29 - 011611



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Operative Report |
|---|

**Urine Output**
n/a
**Findings**
none unexpected
**Specimen(s)**
none
**Complications**
none
**Technique**
After informed consent was obtained from proxy at bedside, patient was brought to the or and transferred to or table in supine position. Anterior portion of C collar removed. Only minimal neck extension obtained due to history of acdf. Patient was then prepped and draped in normal fashion for trach. the landmarks were marked and time out was performed. Next, an incision was made a few millimeters inferior to the cricoid notch in the midline. The incision was taken down to the subcutaneous tissues. Next, the midline raphe was found and strap muscles divided in the midline. Next, the thyroid was encountered. The cricoid was then delineated and the thyroid divided in the midline. Soft tissue was removed from the face of the trachea. A cricoid hook was used to lift the cricoid and an incision was made between the 2nd and third tracheal rings and then dilated. The ETT was removed from trachea a 6 DCT trach was placed and connected to the circuit. end tidal was confirmed and the trach was secured with 2.0 silk sutures and tie. The patient was then transferred to hospital bed and transferred back to the nsicu in stable condition.

*Electronically Signed By: Opeoluwa O Fawole  On: 02/12/2018 18:05 EST*
*Co Signed By: Oswaldo J. Henriquez  On:02/13/2018 10:24 EST*
*Dictated On:02/12/2018 18:05 EST*

Document Type:                                   Operative Report
Service Date/Time:                               2/15/2018 17:53 EST
Result Status:                                   Auth (Verified)
Document Subject:                                MD Verification
Perform Information:                             Poozhikunnath Mohan,Prasoon P (2/15/2018 17:53 EST)
Sign Information:

**MD Verification**
Case#: IR-2018-1441
Attending: 20559 MOHAN, PRASOON P. (ELECTRONIC SIGNATURE)
I was present and participated during the entire procedure except for
  the opening and/or closing which overlapped with the opening and/or
  closing of another case.  The overlapping portions were non-key
  portions and I remained immediately available.

Admit Date:          1/17/2018              Patient:      AUGUSMAR, STANLEY
Discharge Date:                             MRN:          5017634
'N:                  40014572421            Attending:    Wang,Michael Yung-Shun
Report Request ID:   101503358              DOB/Age/Sex:  6/23/1983   34 years     Male
Facility:            Jackson Memorial Hospital

 **Jackson** **Jackson Health System**
HEALTH SYSTEM
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| General Radiology |
| --- |

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| GR-18-0043321 | GR Chest 1 View | 2/16/2018 07:28 EST | Guada-Delgado,Luis Guillermo de Jesus |

**Report**
Impression:

1. Improved lung volumes are
2. Improved right lower lobe atelectasis
3. Improved interstitial pulmonary edema
4. Worsening left lower lobe atelectasis or consolidation

***FINAL REPORT***
*Attending Physician: Martinez, Humberto O*
*Dictation Date/Time:02/16/18 10:19:3*
*Transcribed by & Date/Time: Martinez, Humberto O02/16/2018 10:19*
*Electronically Signed By: Martinez, Humberto O  Signature Date/Time: 02/16/2018 10:21*

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| GR-18-0040778 | GR Chest 1 View | 2/12/2018 22:03 EST | Fawole,Opeoluwa O |

**Reason For Exam**
(GR Chest 1 View) Post-op Tracheostomy placement assess position

**Report**
Procedure: GR Chest 1 View

Exam Date: 2/12/2018 10:03 PM

Indication: Post-op Tracheostomy placement assess position

Technique: Single AP radiograph of the thorax was obtained for evaluation

Limitations: Normal positioning and penetration.

Comparison: Chest x-ray dated 02/11/2018

FINDINGS:

Lines/tubes/hardware: Status post extubation and placement of a tracheostomy with distal tip projecting approximately 6.1 cm above the carina. Nasogastric tube is seen coursing below the diaphragm, distal tip excluded field-of-view.

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| --- | --- | --- | --- |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| General Radiology |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0040778 | GR Chest 1 View | 2/12/2018 22:03 EST | Fawole,Opeoluwa O |

**Report**
Cardiomediastinal silhouette: The cardiac silhouette is normal in size, shape and position. The mediastinum is midline in position.

Lungs: No evidence of pulmonary edema. Improving left basilar opacity. Worsening right basilar opacity

Pleura: Costophrenic angles sharp. No pneumothorax.

Soft tissues and Bones: Stable compared to prior

IMPRESSION:
1. Status post extubation and placement of a tracheostomy with distal tip projecting approximately 6.1 cm above the carina.
2. Worsening right basilar opacity and improving left basilar opacity, likely representing atelectasis versus consolidation.

***FINAL REPORT***
Attending Physician: Martinez, Humberto O
Dictation Date/Time:02/13/18 08:04:1
Transcribed by & Date/Time: Martinez, Humberto O02/13/2018 11:24
I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Kumar, Jessica G
Electronically Signed By: Martinez, Humberto O  Signature Date/Time: 02/13/2018 12:32

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0038599 | GR Chest 1 View | 2/11/2018 07:01 EST | Elmaghraby,Amr I |

**Reason For Exam**
(GR Chest 1 View) pneumonia

**Report**
Procedure: GR Chest 1 View

Exam Date: 2/11/2018 7:01 AM

Indication: pneumonia

Technique: Single AP radiograph of the thorax was obtained for evaluation

Comparison: 02/07/2018

Observations:

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years     Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| History and Physical |
| --- |

**Immunizations**

| Vaccine | Date | Status | Comments. |
| --- | --- | --- | --- |
| Influenza virus vaccine, Inactivated-FLU | · | Not Given | Patient Refuses |

*Electronically Signed By: Opeoluwa O Fawole  On: 02/11/2018 20:15 EST*
*Co Signed By: Oswaldo J. Henriquez  On:02/12/2018 09:21 EST*
*Dictated On:02/11/2018 20:15 EST*

Document Type:                              History and Physical
Service Date/Time:                        2/14/2018 13:20 EST
Result Status:                               Modified
Document Subject:                        IR H&P/Sedation Note
Perform Information:                     Poozhikunnath Mohan,Prasoon P (2/15/2018 11:16 EST);
                                                     Chamuel,Karen H (2/14/2018 13:33 EST)
Sign Information:                          Poozhikunnath Mohan,Prasoon P (2/15/2018 11:16 EST);
                                                     Chamuel,Karen H (2/14/2018 14:41 EST)

**IR H&P/Sedation Note**
JACK_FL

Patient: AUGUSMAR, STANLEY      MRN: 5017634        FIN: 40014572421
Age: 34 years   Sex: Male   DOB: 06/23/1983
Associated Diagnoses: None
Author: Chamuel, Karen H

Preoperative Information
   Time of Last Intake (NPO Since): Time of last food or liquid consumption: 02/16/2018 00:00:00.
   Anesthesia history
      Patient's history: negative.
      Family's history: negative.

History of Present Illness
   The patient presents for preanesthesia evaluation with (Chief Complaint).

34 year old male with PMHx of HTN who presented to Ryder TRUS on 1/17/18 s/p MVC sustaining C6 quadraplegia-right supra-articular facet nondisplaced fracture & right vertebral artery occlusion with development of large cerebellar stroke s/p suboccipital·

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| ·FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** <span>PUBLIC HEALTH TRUST</span>

HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*History and Physical*

---

decompression on 01/19 pipeline stent of right vertebral artery on 01/25. He also underwent C5-6 ACDF on 2/4/18. Trach performed by ENT 2/14/18.

Pt referred to IR for image guided placement of percutaneous gastrojejunostomy with local and moderate sedation. Proxy is Brother Marc Augusmar 786 282-8464 /404 642-2555

**Review of Systems**
    Ear/Nose/Mouth/Throat
    Respiratory
    Cardiovascular
    Gastrointestinal
    Genitourinary
    Endocrine
    Musculoskeletal
    Integumentary
    Neurologic

    See HPI

**Health Status**
Allergies:
    Allergic Reactions (Selected)
        No Known Medication Allergies,
    **Allergies (1) Active**          **Reaction**
    No Known Medication Allergies          None Documented

    Current medications:  (Selected)
        Inpatient Medications
            Ordered
                Benadryl: 50 mg, 1 cap, FEEDING TUBE, BEDTIME, PRN: as needed for insomnia
                DuoNeb: 1 inh, NEBULIZED INHALATION, Q4H
                FLUoxetine: 20 mg, 5 mL, NASOGASTRIC TUBE, DAILY
                Lovenox: 30 mg, 0.3 mL, SUBCUTANEOUS, BID
                MiraLax: 17 g, 1 pkt, FEEDING TUBE, DAILY
                Mucomyst-10 inhalation solution: 300 mg, 3 mL, NEBULIZED INHALATION, Q4H
                Tylenol: 650 mg, 20.3 mL, FEEDING TUBE, Q4H, PRN: Fever
                Tylenol: 650 mg, 20.3 mL, FEEDING TUBE, Q6H, PRN: Pain - Mild
                aspirin: 325 mg, 1 tab, FEEDING TUBE, DAILY
                bisacodyl: 10 mg, 1 supp, RECTAL, EVEROTHDAY
                ceFAZolin: 2 g, 50 mL, 100 mL/hr, IV, ON CALL
                chlorhexidine mouthwash: 15 mL, SWISH -SPIT, BID
                docusate sodium: 100 mg, 10 mL, FEEDING TUBE, DAILY, PRN: as needed for constipation
                ferrous sulfate: 300 mg, 5 mL, FEEDING TUBE, BID
                folic acid: 1 mg, 1 tab, FEEDING TUBE, DAILY
                gabapentin: 900 mg, 18 mL, FEEDING TUBE, TID
                hydrALAZINE: 10 mg, 0.6 mL, IV PUSH, Q4H, PRN: See Comment

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |

Plaintiff Exhibit 29 - 011616

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*History and Physical*

labetalol: 10 mg, 2 mL, IV PUSH, Q15MIN, PRN: See Comment
multivitamin: 30 mL, FEEDING TUBE, DAILY
ocular lubricant: 1 drop, OPHTHALMIC, QID, PRN: Dry Eyes
ondansetron: 4 mg, 2 mL, IV PUSH, Q6H, PRN: Nausea
oxyCODONE: 10 mg, 10 mL, ORAL, Q4H, PRN: Pain - Severe
pantoprazole: 40 mg, 10 mL, IV, DAILY
promethazine: 12.5 mg, 0.5 mL, IM, Q4H, PRN: Nausea
senna: 8.8 mg, 5 mL, FEEDING TUBE, DAILY, PRN: as needed for constipation
temazepam: 15 mg, 1 cap, ORAL, BEDTIME

**Problem list:**
   All Problems
     No Chronic Problems / NKP / *Confirmed
     Ineffective airway clearance / 112516014 / *Confirmed
     At risk of pressure ulcer / 281740014 / *Confirmed
     At risk for injury / 213771015 / *Confirmed
     At risk for falls / 208683018 / *Confirmed

**Histories**
Past Medical History.Family History:
   Diabetes mellitus
     Father
   Alzheimer's disease
     Father
   Hypertension
     Mother
     Father
   Cardiovascular disease
     Mother

Procedure history:
   TRACHEOSTOMY (N/A) on 2/12/2018 at 34 Years.
     Comments:
     2/12/2018 6:25 PM - Ameda, Jesila - RN
     auto-populated from documented surgical case
   ANTERIOR CERVICAL DECOMPRESSION & FUSION (Neck) on 2/3/2018 at 34 Years.
     Comments:
     2/3/2018 12:59 PM - ARRICIVITA, MARIA KRISTINE
     auto-populated from documented surgical case
   SP Carotid Cerebral Angiogram IR (N/A) on 2/2/2018 at 34 Years.
     Comments:
     2/2/2018 3:56 PM - PEART-JAMES, BARBARA E
     auto-populated from documented surgical case
   SP Carotid Cerebral Angiogram IR (N/A) on 1/24/2018 at 34 Years.
     Comments:
     1/24/2018 1:16 PM - PEART-JAMES, BARBARA E
     auto-populated from documented surgical case
   Venipuncture, age 3 years or older, necessitating the skill of a physician or other qualified health care professional (separate procedure), for
     diagnostic or therapeutic purposes (not to be used for routine venipuncture) (36410) on 1/21/2018 at 34 Years.
     Comments:
     1/21/2018 2:29 PM - Rodriguez, Carlos - RN
     4FR, 20CM, ZERO OUT
   CRANIOTOMY SUBOCCIPITAL (Head) on 1/19/2018 at 34 Years.
     Comments:

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*History and Physical*

---

1/19/2018 8:54 PM - PUTULIN, RAMON A
auto-populated from documented surgical case
**Social History**

Social & Psychosocial Habits

**Tobacco**
01/19/2018  Use: Current every day smoker
Type: Cigarettes
Smoke cigarettes anytime during the past 12 months prior to Yes

**Sexual**
01/19/2018  Sexually active: Yes

**Exercise**
01/19/2018  Duration (average number of minutes): 0

**Employment/School**
01/19/2018  Status: Unemployed

**Alcohol**
01/19/2018  Use: Current
Type: Beer, Wine

**Gambling**
01/19/2018  Gambling History Current
Gambling Type Cards
Gambling Frequency Weekly

**Abuse/Neglect/Domestic Violence**
01/19/2018  Injuries/Abuse/Neglect in household: No
Hit, slapped, kicked, punched, choked, or physically hurt yo No
Threatened you or made you feel afraid: No
Touched you or forced you to have sex in a way you did not w No
Refused you food, medicines, or medical aids: No
Feels safe at home: Yes
Safe place to go: Yes
Emotional help, family/friends available: No
Chronically ill or terminally ill with frequent visits No

**Physical Examination**
Vital Signs
02/14/2018 12:00 EST                    Heart Rate Monitored              77 bpm
                                        Respiratory Rate                  18 br/min

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

### History and Physical

| | |
|---|---|
| Systolic Blood Pressure | 119 mmHg |
| Diastolic Blood Pressure | 60 mmHg |
| Systolic Blood Pressure Invasive | 118 mmHg |
| Diastolic Blood Pressure Invasive | 59 mmHg  LOW |
| Mean Arterial Pressure Invasive | 79 mmHg |
| Mean Arterial Pressure, Cuff | 80 mmHg |

**Vital Signs (last 24 hrs)**          **Last Charted**

| | | |
|---|---|---|
| Temp Axillary | | H 38.1DegC (FEB 14 12:35) |
| Resp Rate | 16 br/min  (FEB 14 12:51) | |
| SBP | 119 mmHg  (FEB 14 12:00) | |
| DBP | 60 mmHg  (FEB 14 12:00) | |
| SpO2 | 100 %  (FEB 14 12:00) | |

**Pain assessment:** Pain Assessment
02/14/2018 12:42 EST

| | |
|---|---|
| Pain Assessment/Reassessment | Assessment |
| Preferred Pain Tool | Unable to self report |
| Unable to Self Report Pain Tools | CPOT (Adults) |
| CPOT Score | 0 |
| CPOT Scale | 0 = No pain |
| Scale Used CPOT | CPOT (0-8) |

, PT sedated.
**General:** No acute distress.
**Airway:** Normal temporomandibular joint mobility, Nares patent, Normal mouth, Normal throat, Normal neck range of motion.
    Unable to examine: pt trached.
    Mallampati classification: II (soft palate, fauces, uvula visible), **Mallampati Scoring Key**
**Class 1:** Complete view of uvula, tonsillar pillars, soft palate
**Class 2:** Partial view of uvula, tolsillar pillars, complete view of soft palate
**Class 3:** View of soft palate only
**Class 4:** Soft palate not visible.
**Head:** Normocephalic, Atraumatic.
**Neck:** Supple, pt with c-collar.
**Respiratory:** Respirations are non-labored, Breath sounds are equal, Symmetrical chest wall expansion.
**Cardiovascular:** Normal rate, Regular rhythm, Non-displaced PMI, Good pulses equal in all extremities, Normal peripheral perfusion.
**Gastrointestinal:** Soft, Non-distended, NGT in place.
**Musculoskeletal**
    pt c 5-6 quadraplegic.
**Integumentary:** Intact, Warm, Dry, No pallor, No rash.
**Neurologic:** pt unresponsive at this time..

**Review / Management**
    **Results review:**
    **Labs** (Last four charted values)

| WBC | H 13.7 | (FEB 14) | H 12.9 | (FEB 13) | H 15.8 | (FEB 12) | H 15.1 | (FEB 11) |
|---|---|---|---|---|---|---|---|---|
| Hgb | L 7.6 | (FEB 14) | L 8.0 | (FEB 13) | L 7.8 | (FEB 12) | L 7.7 | (FEB 11) |

/

---

| | |
|---|---|
| Admit Date: | 1/17/2018 |
| Discharge Date: | |
| IN: | 40014572421 |
| Report Request ID: | 101503358 |
| Facility: | Jackson Memorial Hospital |

| | |
|---|---|
| Patient: | AUGUSMAR, STANLEY |
| MRN: | 5017634 |
| Attending: | Wang,Michael Yung-Shun |
| DOB/Age/Sex: | 6/23/1983  34 years      Male |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| History and Physical |
|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Hct 11) | | L 24.4 | (FEB 14) | L 24.9 | (FEB 13) | L 24.9 | (FEB 12) | L 24.0 | (FEB |
| Plt | 304 | | (FEB 14) | 282 | (FEB 13) | 308 | (FEB 12) | 280 | (FEB 11) |
| Na 12) | | 138 | (FEB 14) | 137 | (FEB 13) | L 134 | (FEB 12) | L 132 | (FEB |
| K | 4.7 | | (FEB 14) | 4.3 | (FEB 13) | H 5.1 | (FEB 12) | 5.0 | (FEB 12) |
| CO2 12) | | H 33 | (FEB 14) | H 35 | (FEB 13) | H 34 | (FEB 12) | H 33 | (FEB |
| Cl | 98 | | (FEB 14) | L 94 | (FEB 13) | L 98 | (FEB 12) | L 92 | (FEB 12) |
| Cr | L 0.31 | | (FEB 14) | L 0.48 | (FEB 13) | L 0.43 | (FEB 12) | L 0.46 | (FEB 12) |
| BUN 12) | | 19 | (FEB 14) | 20 | (FEB 13) | H 24 | (FEB 12) | H 24 | (FEB |
| Glucose Random 12) | | H 130 | (FEB 14) | H 110 | (FEB 13) | H 110 | (FEB 12) | H 110 | (FEB |
| Mg 08) | | 1.9 | (FEB 12) | 1.7 | (FEB 10) | 1.7 | (FEB 09) | 1.8 | (FEB |

, Lab results
02/14/2018 03:14 EST

Assessment Forms-Text

| | |
|---|---|
| Glucose | 130 mg/dL  HI |
| Sodium | 138 mmol/L |
| Potassium | 4.7 mmol/L |
| Chloride | 98 mmol/L |
| Total CO2 Content | 33 mmol/L  HI |
| Anion Gap | 7 |
| Blood Urea Nitrogen | 19 mg/dL |
| Creatinine | 0.31 mg/dL  LOW |
| Osmolality Calculated | 280 mOsm/kg |
| Calcium Level | 8.9 mg/dL |
| eGFR (Non African-American) | >60 mL/min/1.73m2 |
| eGFR (African-American) | >60 mL/min/1.73m2 |
| WBC Count | 13.7 x10(3)/mcL  HI |
| RBC Count | 2.61 x10(6)/mcL  LOW |
| Hemoglobin | 7.6 g/dL  LOW |
| Hematocrit | 24.4 %  LOW |
| MCV | 93.5 fL |
| MCH | 29.1 pg |
| MCHC | 31.1 g/dL  LOW |
| RDW-CV | 14.0 % |
| Platelet Count | 304 x10(3)/mcL |
| Diff Type | MANUAL |
| NEUT% | 71.3 %  HI |
| LYMPH% | 17.8 % |
| MONO% | 3.9 %  LOW |
| BASO% | 1.0 % |
| EO% | 2.0 % |
| NEUT(Abs) | 9.8 x10(3)/mcL  HI |
| LYMPH(Abs) | 2.4 x10(3)/mcL |

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang, Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

### History and Physical

| | |
|---|---|
| %Band Neutrophil | 4 % |
| WBC Morphology | SEE COMMENTS TAB |
| MPV | 10.9 fL |
| Anisocytosis | SLIGHT |
| Hypochromasia | SLIGHT |
| Polychromasia | SLIGHT |
| MONO(Abs) | 0.53 x10(3)/mcL |
| NRBC% | 0.0 % |
| NRBC(Abs) | 0.00 x10(3)/mcL |
| Macrocytosis. | SLIGHT |
| Pain Assessment/Reassessment | Reassessment |
| Preferred Pain Tool | Unable to self report |
| Unable to Self Report Pain Tools | CPOT (Adults) |
| CPOT Score | 0 |
| CPOT Scale | 0 = No pain |
| Scale Used CPOT | CPOT (0-8) |
| CPOT Facial Expression | Relaxed, neutral |
| CPOT Body Movements | Absence of movements |
| CPOT Muscle Tension | Relaxed |
| CPOT Patient on Ventilator | Yes |
| CPOT Compliance with Ventilator | Tolerating ventilator or movement |
| PRN Medication Effectiveness | Yes |
| Pain Score Indicated | Yes |
| Correct Patient | Yes |
| Restraint Alternatives Non-Violent | Enhanced observation |
| Restraint Alternatives Violent | Enhanced observation |
| Restraint Response to Alternatives | Behavior unchanged |
| Left Active Toe Movement | No |
| Dysreflexia Present | No |
| Unable to Assess Sensory Level | Decreased Level of Consciousness |
| 02/10/2018 07:04 EST    PT | 16.5 second(s) HI |
| INR | 1.42 |
| APTT | 25.5 second(s) |

Documentation reviewed: Current records, Reviewed prior records.

**Assessment and Plan**
American Society of Anesthesiologists#(ASA) physical status classification: Class II, ASA Scoring Key
I:  Normal healthy Patient
II: Patient with mild systemic disease
II: Patien with sever systemic disease
IV: Patient with sever systemic life threatening disease
V: Moribund patient who is not expected to survive without surgery.
Anesthetic Preoperative Plan (Sedation Plan)
   Premedication: intravenous.
   Anesthetic technique: intravenous, procedural sedation.
   Risks discussed: nausea, vomiting, headache, hypotension, allergic reaction, serious complications.
   Informed consent: signed by patient.
   Special monitoring.

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years    Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## History and Physical

34 year old male with PMHx of HTN who presented to Ryder TRUS on 1/17/18 s/p MVC sustaining C6 right supra-articular facet nondisplaced fracture & right vertebral
artery occlusion with development of large cerebellar stroke s/p suboccipital decompression on 01/19 pipeline stent of right vertebral artery on 01/25. He also underwent C5-6 ACDF on 2/4/18. Trach performed by ENT 2/14/18.

**PLAN:** Pt referred to IR for image guided placement of percutaneous gastrojejunostomy with local and moderate sedation. Proxy is Brother Marc Augusma 786 282-8464 /404 642-2555

NPO after MN

*Electronically Signed By: Karen H Chamuel On: 02/14/2018 14:41 EST*
*Dictated On:02/14/2018 13:33 EST*

**Addendum by Poozhikunnath Mohan, Prasoon P on February 15, 2018 11:16 EST**
Attending addendum:
History and Physical has been reviewed with resident/fellow/ARNP during rounds. H&P, labs and images reviwed and patient is a candidate for conscious sedation.

*Electronically Signed By: Prasoon P Poozhikunnath Mohan On: 02/15/2018 11:16 EST*
*Dictated On:02/15/2018 11:16 EST*

---

## Operative Report

Document Type:                                    Operative Report
Service Date/Time:                              1/19/2018 19:06 EST
Result Status:                                       Auth (Verified)
Document Subject:                              MD Verification
Perform Information:                           Heros,Roberto C (1/19/2018 19:06 EST)
Sign Information:

**MD Verification**
Case#: MAIN-2018-1139
Attending: 04258 HEROS, ROBERTO C. (ELECTRONIC SIGNATURE)
I was present for the key portions of this procedure.  Key Portions:
    DECOMPRESSION AND INFARCTECTOMY.  I remained immediately available
    during the remainder of this procedure.

---

Admit Date:          1/17/2018                    Patient:           AUGUSMAR, STANLEY
Discharge Date:                                       MRN:               5017634
    N:                     40014572421              Attending:       Wang,Michael Yung-Shun
Report Request ID: 101503358                   DOB/Age/Sex:  6/23/1983   34 years      Male
Facility:               Jackson Memorial Hospital

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Other Procedures*

---

Procedure Name
**PROCEDURE NOTE**

ATTENDING SURGEON: Dr.Starke

FELLOW SURGEON: DDr. Khandelwal, Dr.Brunet

Preoperative diagnosis: right vertebral artery dissection; left vertebral artery non-flow limiting dissection.

POSTOPERATIVE DIAGNOSIS: same

PROCEDURE: diagnostic cerebral angiogram; right vertebral artery occlusion/sacrifice

ANESTHESIA: General anesthesia

ESTIMATED BLOOD LOSS: 10cc

COMPLICATIONS: none

DESCRIPTION OF THE PROCEDURE: see full dictation

*Electronically Signed By: Marie Christine   Brunet  On: 02/02/2018 15:29 EST*
*Co Signed By: Robert M Starke  On:02/02/2018 17:01 EST*
*Dictated On:02/02/2018 15:29 EST*

Document Type:                              Procedure Note
Service Date/Time:                          2/15/2018 13:29 EST
Result Status:                              Auth (Verified)
Document Subject:
Perform Information:                        Ghosh,Shanchita (2/15/2018 13:30 EST)
Sign Information:                           Ghosh,Shanchita (2/15/2018 13:30 EST)

**PROCEDURE NOTE**

**DATE OF OPERATION:** 02/15/2018 13:29

**ATTENDING SURGEON:** Dr. Mohan

**RESIDENT SURGEON:** Dr. Ghosh

---

Admit Date:          1/17/2018          Patient:       AUGUSMAR, STANLEY
Discharge Date:                          MRN:          5017634
FIN:                 40014572421         Attending:    Wang,Michael Yung-Shun
Report Request ID:   101503358           DOB/Age/Sex:  6/23/1983   34 years    Male
Facility:            Jackson Memorial Hospital

 **Jackson** PUBLIC HEALTH TRUST    **Jackson Health System**
HEALTH SYSTEM                                         Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Other Procedures*

**PREOPERATIVE DIAGNOSIS:** 16 Fr MIC PG placement, quadriplegia

**POSTOPERATIVE DIAGNOSIS:** Same as above

**PROCEDURE:** 16 Fr MIC PG placement

**DESCRIPTION OF THE PROCEDURE:** See full details in PACS report

**ANESTHESIA:** 0.5 mg and 25 mcg Fentanyl IV

**ESTIMATED BLOOD LOSS:** 2 cc

**COMPLICATIONS:** None

**JUSTIFICATION FOR PROCEDURE:** Need for enteric feeding

**FINDINGS OF THE PROCEDURE:** Placement of 16 Fr MIC PG placement

**SPECIMEN(S) REMOVED (INDICATE NOT APPLICABLE IF NO SPECIMENS WERE REMOVED):**
N/A

*Electronically Signed By: Shanchita  Ghosh  On: 02/15/2018 13:30 EST*
*Dictated On:02/15/2018 13:30 EST*

---

Document Type:                          Procedure Note
Service Date/Time:                      2/26/2018 22:23 EST
Result Status:                          Auth (Verified)
Document Subject:                       LEFT MIDLINE INSERTION.
Perform Information:                    BRITO,JOSE A (2/26/2018 22:25 EST)
Sign Information:                       BRITO,JOSE A (2/26/2018 22:25 EST)

**LEFT MIDLINE INSERTION.**
JACK_FL

Patient:  AUGUSMAR, STANLEY       MRN: 5017634        FIN: 40014572421
Age:  34 years    Sex: Male   DOB: 06/23/1983
Associated Diagnoses:  None
Author:  BRITO, JOSE A

Procedure

---

Admit Date:        1/17/2018          Patient:       AUGUSMAR, STANLEY
Discharge Date:                       MRN:           5017634
FIN:               40014572421        Attending:     Wang,Michael Yung-Shun
Report Request ID: 101503358          DOB/Age/Sex:   6/23/1983   34 years        Male
Facility:          Jackson Memorial Hospital



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## *General Radiology*

| | | | |
|---|---|---|---|
| Accession | Exam | Exam Date/Time | Ordering Provider |
| GR-18-0046073 | GR Chest 1 View | 2/19/2018 08:45 EST | Palma,Erick Abdiel |

**Report**
The lung volumes have improved. Improving left lower lobe atelectasis. The nasogastric tube is been removed.

Impression:

1. Improved lung volumes
2. Improving left lower lobe atelectasis with significant residual.
3. Interval removal of the nasogastric tube.
4 otherwise no significant change.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Martinez, Humberto O*
*Dictation Date/Time:02/19/18 09:36:2*
*Transcribed by & Date/Time: Martinez, Humberto O02/19/2018 09:36*
*Electronically Signed By: Martinez, Humberto O  Signature Date/Time: 02/19/2018 09:37*

---

| | | | |
|---|---|---|---|
| Accession | Exam | Exam Date/Time | Ordering Provider |
| GR-18-0043321 | GR Chest 1 View | 2/16/2018 07:28 EST | Guada-Delgado,Luis Guillermo de Jesus |

**Reason For Exam**
(GR Chest 1 View) SOB

**Report**
Procedure: GR Chest 1 View

Exam Date: 2/16/2018 7:28 AM

Indication:  SOB

Technique:AP portable chest

Comparison:02/12/2018 at 2141 hours

Findings:
The lung volumes have improved. The interstitial pulmonary edema has improved as well. The right lower lobe airspace process has improved but the left lower lobe airspace process has worsened. No pleural effusions are evident.

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |

Plaintiff Exhibit 29 - 011625



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## General Radiology

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0043321 | GR Chest 1 View | 2/16/2018 07:28 EST | Guada-Delgado,Luis Guillermo de Jesus |

**Report**
Impression:

1. Improved lung volumes are
2. Improved right lower lobe atelectasis
3. Improved interstitial pulmonary edema
4. Worsening left lower lobe atelectasis or consolidation

***FINAL REPORT***
*Attending Physician: Martinez, Humberto O*
*Dictation Date/Time:02/16/18 10:19:3*
*Transcribed by & Date/Time: Martinez, Humberto O02/16/2018 10:19*
*Electronically Signed By: Martinez, Humberto O  Signature Date/Time: 02/16/2018 10:21*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0040778 | GR Chest 1 View | 2/12/2018 22:03 EST | Fawole,Opeoluwa O |

**Reason For Exam**
(GR Chest 1 View) Post-op Tracheostomy placement assess position

**Report**
Procedure: GR Chest 1 View

Exam Date: 2/12/2018 10:03 PM

Indication: Post-op Tracheostomy placement assess position

Technique: Single AP radiograph of the thorax was obtained for evaluation

Limitations: Normal positioning and penetration.

Comparison: Chest x-ray dated 02/11/2018

FINDINGS:

Lines/tubes/hardware: Status post extubation and placement of a tracheostomy with distal tip projecting approximately 6.1 cm above the carina. Nasogastric tube is seen coursing below the diaphragm, distal tip excluded field-of-view.

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
| --- |

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Perform Information:
Sign Information:

Rehabilitation Psychology Consultation
2/13/2018 15:33 EST
Auth (Verified)
Communication Note
Garcia,Karin Alexandra (2/13/2018 15:35 EST)
Olavarria,Mario (2/14/2018 19:52 EST); Garcia,Karin
Alexandra (2/13/2018 15:35 EST)

Patient was visited at bedside this morning. Both patient and his mother were asleep and not easily roused verbally. Nursing was consulted and reported patient has been drowsy with difficulty staying alert since his operation to place a trach late yesterday afternoon. Rehab psychology will attempt to visit again tomorrow.

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Perform Information:
Sign Information:

Rehabilitation Psychology Consultation
2/16/2018 15:31 EST
Auth (Verified)
Rehab/Neuropsychology Progress Note
Garcia,Karin Alexandra (2/16/2018 15:50 EST)
Olavarria,Mario (2/19/2018 10:10 EST); Garcia,Karin
Alexandra (2/16/2018 15:50 EST)

**Patient Reports**
Patient was visited at bedside while sitting in the total lift chair. Patient reported pain and discomfort due to his Miami J Collar and heavy secretions.

**Pain**
Moderate to severe.

**Education**
Education was provided to patient regarding his progress in recovery thus far and the use of distraction to manage depression and anxiety while in ICU.

**Response to Session**
The patient responded favorably to this session and was receptive to psychology services.

**Behavioral Observations and Mental Status**
The patient was alert and oriented x4. He presented dressed in his hospital gown and displayed good grooming and hygiene. His hearing appeared adequate and eye contact was continuous. Speech was not assessed as patient is currently unable to verbally express himself. Patient endorsed anxious and depressed mood.

| | | | | |
| --- | --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | | MRN: | 5017634 |
| FIN: | 40014572421 | | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | | |

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Consults* |
| --- |

Gross receptive and expressive communication abilities and thought processes were not assessed due to patient's inability to communicate at this time; however, patient appeared to be understanding information provided and was fully engaged in today's session. Patient denied any active suicidal or homicidal ideation, plan or intent.

**Impression and Plan**
Patient was visited at bedside at today's session and reported discomfort and pain related to his J collar and recent tracheotomy. Support and validation was provided and his distress was normalized; psychoeducation was provided regarding the disorganized path to recovery and distractions skills were introduced to help manage mood. Psychology will continue to follow during the remainder of hospitalization.

**Interventions**
F/U, psychoeducation, supportive interventions.

**Assessment/Plan**
H/O spinal cord injury Z87.828
Ischemic stroke I63.9
Continued psychology services to assist with physical and emotional needs weekly.

**Charges**
INDIV H & B INTERVENTION 15 MI: 6 unit (02/16/18 15:34:47)

**Session Start Time**
0930

**Session End Time**
1100

**Team Conference**
No qualifying data available.

---

Document Type:        Rehabilitation Psychology Consultation
Service Date/Time:    2/21/2018 16:03 EST
Result Status:        Auth (Verified)
Document Subject:     Rehab/Neuropsychology Progress Note
Perform Information:  Garcia,Karin Alexandra (2/21/2018 16:07 EST)
Sign Information:     Olavarria,Mario (2/23/2018 15:09 EST); Garcia,Karin
                      Alexandra (2/22/2018 17:31 EST)

---

Admit Date:        1/17/2018           Patient:      AUGUSMAR, STANLEY
Discharge Date:                        MRN:          5017634
.N:                40014572421         Attending:    Wang,Michael Yung-Shun
Report Request ID: 101503358           DOB/Age/Sex:  6/23/1983   34 years    Male
Facility:          Jackson Memorial Hospital



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## *General Radiology*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0048348 | GR Chest 1 View | 2/21/2018 20:19 EST | Wynn,Nikki Mo |

**Report**
Cardiomediastinal silhouette: The cardiac silhouette is normal in size, shape and position. The mediastinum is midline in position.

Lungs: No evidence of pulmonary edema. Improved linear densities in the left midlung zone. Increased left retrocardiac opacity.

Pleura: Bilateral costophrenic angles are sharp.     No evidence of pneumothorax.

Soft tissues and bones: Unchanged.

IMPRESSION:
1. Worsening atelectasis and/or consolidation the left lower lobe.
2. Improving lingular subsegmental atelectasis.

***FINAL REPORT***
*Attending Physician: Ghersin, Eduard*
*Dictation Date/Time:02/22/18 08:21:1*
*Transcribed by & Date/Time:  Ghersin, Eduard     02/22/2018 11:26*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Kumar, Jessica G*
*Electronically Signed By: Ghersin, Eduard     Signature Date/Time: 02/23/2018 08:37*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0046073 | GR Chest 1 View | 2/19/2018 08:45 EST | Palma,Erick Abdiel |

**Reason For Exam**
(GR Chest 1 View) mech ventilation

**Report**
Procedure: GR Chest 1 View

Exam Date: 2/19/2018 8:45 AM

Indication:  mech ventilation

Technique:AP view of the chest

Comparison:02/16/2018 at 7:27 AM

Findings:

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |

Plaintiff Exhibit 29 - 011629

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

*General Radiology*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0046073 | GR Chest 1 View | 2/19/2018 08:45 EST | Palma,Erick Abdiel |

**Report**
The lung volumes have improved. Improving left lower lobe atelectasis. The nasogastric tube is been removed.

Impression:

1. Improved lung volumes
2. Improving left lower lobe atelectasis with significant residual.
3. Interval removal of the nasogastric tube.
4 otherwise no significant change.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Martinez, Humberto O*
*Dictation Date/Time:02/19/18 09:36:2*
*Transcribed by & Date/Time: Martinez, Humberto O02/19/2018 09:36*
*Electronically Signed By: Martinez, Humberto O Signature Date/Time: 02/19/2018 09:37*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0043321 | GR Chest 1 View | 2/16/2018 07:28 EST | Guada-Delgado,Luis Guillermo de Jesus |

**Reason For Exam**
(GR Chest 1 View) SOB

**Report**
Procedure: GR Chest 1 View

Exam Date: 2/16/2018 7:28 AM

Indication:  SOB

Technique:AP portable chest

Comparison:02/12/2018 at 2141 hours

Findings:
The lung volumes have improved. The interstitial pulmonary edema has improved as well. The right lower lobe airspace process has improved but the left lower lobe airspace process has worsened. No pleural effusions are evident.

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
|---|

**Assessment/Reassessment**
*Nutrition Assessment :*  Reassessment
*Nutrition Assessment Comment :*   please see nutrition reassessment in dietlian notes under progress notes
Rodriguez, Lehana N - 2/27/2018 2:59 PM EST

**Monitoring/Recommendations**
*Nutrition Assessment Comment :*  f/u 1x/week
Rodriguez, Lehana N - 2/27/2018 2:59 PM EST

---

Document Type:                     Nutrition Consult
Service Date/Time:                 3/6/2018 15:26 EST
Result Status:                     Auth (Verified)
Document Subject:                  Nutrition Assessment
Perform Information:               Rodriguez,Lehana N (3/6/2018 15:26 EST)
Sign Information:                  Rodriguez,Lehana N (3/6/2018 15:26 EST)

**Nutrition Assessment Entered On:  3/6/2018 3:26 PM EST**
**Performed On:  3/6/2018 3:26 PM EST by Rodriguez, Lehana N**

**Assessment/Reassessment**
*Nutrition Assessment :*  Reassessment
*Nutrition Assessment Comment :*   please see nutrition reassessment under progress notes - dietitian progress notes
Rodriguez, Lehana N - 3/6/2018 3:26 PM EST

**Monitoring/Recommendations**
*Nutrition Assessment Comment :*  f/u 1x/week
Rodriguez, Lehana N - 3/6/2018 3:26 PM EST

---

Document Type:                     Pulmonology Consultation
Service Date/Time:                 2/21/2018 14:38 EST
Result Status:                     Auth (Verified)
Document Subject:                  Pulmonary Consult
Perform Information:               Wynn,Nikki Mo (2/21/2018 14:49 EST)
Sign Information:                  Calderón-Candelario,Rafael A (2/23/2018 10:11 EST);
                                   Wynn,Nikki Mo (2/21/2018 14:49 EST)

---

Admit Date:          1/17/2018            Patient:      AUGUSMAR, STANLEY
Discharge Date:                           MRN:          5017634
FIN:                 40014572421          Attending:    Wang,Michael Yung-Shun
Report Request ID:   101503358            DOB/Age/Sex:  6/23/1983  34 years      Male
Facility:            Jackson Memorial Hospital

 **Jackson**
HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Consults* |
| --- |

Consulted by: IMCU team
CC / Reason for Consult: Ventilator management

HPI:
34 yo male involved in a motor vehicle accident with C 6 right supra-articular facet nondisplaced fracture & right vertebral artery occlusion with development of large cerebellar stroke s/p suboccipital decompression on 01/19, s/p pipeline stent of right vertebral artery on 01/25 and occlusion with coils on 02/02 & C5/6 ACDF 02/04. Patient became lethargic on 1/19 and had to be intubated. He has been vent dependent since, with acute respiratory failure, initially in NICU. He was trached on 2/12/18 and transferred to IMCU on 2/20/18. Pulmonary team was consulted for ventilator management. He completed a course of vanco, cefepime and meropenem for Enterobacter pneumonia. Currently he's off antibiotics and on VC 12/425/5/30%.

Smoking Hx:

Environmental/Occupational Exposures:

PMH:
  HTN
  MVA

FHx:
  non contributory

SHx:
  denies IVDU

ROS:
Limited ROS obtained due to trach/vent. He denied pain. Complained another patient in the same room being very loud.

ALLERGIES:
  NKA

MEDICATIONS:
  Medications (26) Active
Scheduled: (14)
acetylcysteine 10% Inh/Oral Soln 4 mL  300 mg 3 mL, NEBULIZED INHALATION, Q4H
albuterol-ipratropium 2.5 mg-0.5 mg/3 mL Sol UD  1 inh, NEBULIZED INHALATION, Q4H
aspirin 325 mg Tab  325 mg 1 tab, FEEDING TUBE, DAILY
bisacodyl 10 mg Supp  10 mg 1 supp, RECTAL, EVERYOTHDAY
chlorhexidine gluconate Liquid 15 mL *  15 mL, SWISH -SPIT, BID
enoxaparin 30 mg Syringe Inj  30 mg 0.3 mL, SUBCUTANEOUS, BID
ferrous sulfate 300 mg/5 mL Elixir 5 mL  300 mg 5 mL, FEEDING TUBE, BID
FLUoxetine 20 mg/5 mL Liquid 5 mL *  20 mg 5 mL, NASOGASTRIC TUBE, DAILY
folic acid 1 mg Tab  1 mg 1 tab, FEEDING TUBE, DAILY
gabapentin 300 mg/6 mL Liquid 6 mL *  900 mg 18 mL, FEEDING TUBE, TID
multivitamin Liquid 15 mL  30 mL, FEEDING TUBE, DAILY
pantoprazole 40 mg Inj Vial  40 mg 10 mL, IV, DAILY

---

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
| --- |

sodium chloride 3% Soln Inhalant 15 mL  5 mL, NEBULIZED INHALATION, Q4H
temazepam 15 mg Cap  15 mg 1 cap, FEEDING TUBE, BEDTIME
Continuous: (0)
PRN: (12)
acetaminophen 650mg/20.3mL Liq UD  650 mg 20.3 mL, FEEDING TUBE, Q6H
acetaminophen 650mg/20.3mL Liq UD  650 mg 20.3 mL, FEEDING TUBE, Q4H
ALPRAZolam 0.25 mg Tab  0.25 mg 1 tab, FEEDING TUBE, TID
artificial tears 15 mL btl  1 drop, OPHTHALMIC, QID
diphenhydrAMINE 50 mg Cap  50 mg 1 cap, FEEDING TUBE, BEDTIME
docusate sodium 100 mg/10 mL Liq 10mL  100 mg 10 mL, FEEDING TUBE, DAILY
hydrALAZINE 20 mg/mL Inj 1 mL  10 mg 0.5 mL, IV PUSH, Q4H
labetalol 5 mg/mL Inj 20 mL  10 mg 2 mL, IV PUSH, Q15MIN
ondansetron 2 mg/mL Inj 2 mL  4 mg 2 mL, IV PUSH, Q6H
oxyCODONE 1 mg/1mL Liquid 5 mL*  10 mg 10 mL, ORAL, Q4H
promethazine 25 mg/mL Inj 1 mL  12.5 mg 0.5 mL, IM, Q4H
sennosides 8.8 mg/5 mL  5 mL*  8.8 mg 5 mL, FEEDING TUBE, DAILY


PHYSICAL EXAM:
Vital Signs (last 24 hrs)           Last Charted
Temp Axillary              37.2 DegC (FEB 21 12:00)
Resp Rate                  H 22br/min (FEB 21 14:37)
SBP                        117 mmHg (FEB 21 12:00)
DBP                        L 58mmHg (FEB 21 12:00)
SpO2                       100 % (FEB 21 14:26)


General: Awake, alert, no distress
Skin: No rashes
HEENT: C collar in place
CVS: RRR, S1, S2, no MRG
Pulm: clear equal bilaterally
Abd: Soft, NT, BS+
MSK: No pain ellicited on palpation
Ext: no pitting pedal edema
Neuro: able to shrug left shoulde, quadreparesis from C6 injury. AOx3


LABS:

02/21/2018 12:44 EST       pH 7.45 (Ref. Range 7.35 - 7.45)
    PCO2 53 (H) (Ref. Range 35 - 45)
    PO2 100 (Ref. Range 75 - 100)
    HCO3 36 (H) (Ref. Range 19 - 24)
    Arterial Base Excess 12 (H)
    O2SAT(Estimated) 98 (Ref. Range 92 - 98.5)
    Source ARTERIAL
    Therapy 12/425/5/30%
    Body Temperature UNKNOWN

| | | |
| --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: 5017634 |
| FIN: | 40014572421 | Attending: Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *Consults* |
| --- |

CULTURES:

02/12/2018 03:29 EST     Occult Blood Fecal (f):STOOL---POSITIVE

02/11/2018 17:44 EST     Quantitative BAL (f):BRONCHOALVEOLAR LAVAGE---<10,000 COLONY FORMING UNITS/ML
RESPIRATORY BACTERIA PRESENT

02/08/2018 14:26 EST     Blood Culture (f):BLOOD---NO GROWTH 6 DAYS

02/08/2018 14:25 EST     Blood Culture (f):BLOOD---NO GROWTH 6 DAYS

01/27/2018 08:05 EST     Quantitative BAL (f):BRONCHOALVEOLAR LAVAGE---<10,000 COLONY FORMING UNITS/ML
ENTEROBACTER AEROGENES ANTIBIOTIC SUSCEPTIBILITY REPORTED ON OTHER SPECIMEN SEE H24862(A)

01/27/2018 08:04 EST     Blood Culture (f):BLOOD---NO GROWTH 6 DAYS
    Blood Culture (f):BLOOD---NO GROWTH 6 DAYS

01/25/2018 09:35 EST     Quantitative BAL (f):BRONCHOALVEOLAR LAVAGE--->10,000 COLONY FORMING UNITS/ML
ENTEROBACTER AEROGENES + MORE ORGANISMS(A)

01/24/2018 16:38 EST     Quantitative BAL (f):BRONCHOALVEOLAR LAVAGE---NO GROWTH 3 DAYS


IMAGING:
2/19/18: CXR

02/12/2018 03:29 EST     Occult Blood Fecal (f):STOOL---POSITIVE

02/11/2018 17:44 EST     Quantitative BAL (f):BRONCHOALVEOLAR LAVAGE---<10,000 COLONY FORMING UNITS/ML
RESPIRATORY BACTERIA PRESENT

02/08/2018 14:26 EST     Blood Culture (f):BLOOD---NO GROWTH 6 DAYS

02/08/2018 14:25 EST     Blood Culture (f):BLOOD---NO GROWTH 6 DAYS

01/27/2018 08:05 EST     Quantitative BAL (f):BRONCHOALVEOLAR LAVAGE---<10,000 COLONY FORMING UNITS/ML
ENTEROBACTER AEROGENES ANTIBIOTIC SUSCEPTIBILITY REPORTED ON OTHER SPECIMEN SEE H24862(A)

01/27/2018 08:04 EST     Blood Culture (f):BLOOD---NO GROWTH 6 DAYS
    Blood Culture (f):BLOOD---NO GROWTH 6 DAYS

01/25/2018 09:35 EST     Quantitative BAL (f):BRONCHOALVEOLAR LAVAGE--->10,000 COLONY FORMING UNITS/ML
ENTEROBACTER AEROGENES + MORE ORGANISMS(A)

01/24/2018 16:38 EST     Quantitative BAL (f):BRONCHOALVEOLAR LAVAGE---NO GROWTH 3 DAYS

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years     Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
| --- |

ECHO:
  2/15/18: TTE
The study was technically difficult.
Clinical correlation is recommended.
Left ventricular systolic function is normal. Ejection Fraction = 60 -65%.
Mitral valve and tissue doppler patterns are indicative of normal diastolic
function. The right ventricular systolic function is normal. Injection of
agitated saline documented no interatrial shunt.

ASSESSMENT AND PLAN:

34 yo male involved in a motor vehicle accident with C 6 right supra-articular facet nondisplaced fracture & right vertebral artery
occlusion with development of large cerebellar stroke s/p suboccipital decompression on 01/19, s/p pipeline stent of right vertebral
artery on 01/25 and occlusion with coils on 02/02 & C5/6 ACDF 02/04. Patient became lethargic on 1/19 and had to be intubated. He
`as been vent dependent since, with acute respiratory failure, initially in NICU. He was troched on 2/12/18 and was transferred to IMCU on
./20/18. Pulmonary team was consulted for ventilator management.

Chronic respiratory failure s/p trach 2/12/18
- Try PS 5/5/30% as tolerated. ABG after 2 hours on PS was 7.45/53/100.
- If not tolerated, ok to go back to VC 12/425/5/30%

Enterobacter pneumonia
- Completed the following antibiotics
Cefepime  (off 1/29)
Meropenem (1/29-2/6)
Vanco (1/27-1/29)

**Attending Attestation**

I saw and evaluated the patient Mr. Augusmar on 2/21/18 and discussed the management with the fellow Dr. Wynn. I revised the
fellow's note and agree with the documented findings and plan of care.

Rafael A. Calderon-Candelario MD MSc
Pulmonary and Critical Care Attending
Pager 305-212-1125

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| -IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years        Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** **Jackson Health System**
HEALTH SYSTEM                                        Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Consults*

---

Gross receptive and expressive communication abilities and
thought processes were not assessed due to patient's inability to
communicate at this time; however, patient appeared to be
understanding information provided and was fully engaged in
today's session. Patient denied any active suicidal or homicidal
ideation, plan or intent.

**Impression and Plan**
Patient was visited at bedside at today's session and reported
discomfort and pain related to his J collar and recent tracheotomy.
Support and validation was provided and his distress was
normalized; psychoeducation was provided regarding the
disorganized path to recovery and distractions skills were
introduced to help manage mood.  Psychology will continue to
follow during the remainder of hospitalization.

**Interventions**
F/U, psychoeducation, supportive interventions.

**Assessment/Plan**
H/O spinal cord injury Z87.828
Ischemic stroke I63.9
Continued psychology services to assist with physical and
emotional needs weekly.

**Charges**
INDIV H & B INTERVENTION 15 MI: 6 unit (02/16/18 15:34:47)

**Session Start Time**
0930

**Session End Time**
1100

**Team Conference**
No qualifying data available.

---

Document Type:                Rehabilitation Psychology Consultation
Service Date/Time:            2/21/2018 16:03 EST
Result Status:                Auth (Verified)
Document Subject:             Rehab/Neuropsychology Progress Note
Perform Information:          Garcia,Karin Alexandra (2/21/2018 16:07 EST)
Sign Information:             Olavarria,Mario (2/23/2018 15:09 EST); Garcia,Karin
                              Alexandra (2/22/2018 17:31 EST)

---

Admit Date:          1/17/2018          Patient:        AUGUSMAR, STANLEY
Discharge Date:                         MRN:            5017634
FIN:                 40014572421        Attending:      Wang,Michael Yung-Shun
Report Request ID:   101503358          DOB/Age/Sex:    6/23/1983   34 years      Male
Facility:            Jackson Memorial Hospital

 **Jackson** HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
| --- |

**Patient Reports**
Patient was visited on C647. Patient was asleep and not responding but psychology spoke with the patient's mother and brother, who is his healthcare proxy and lives in Georgia.

**Pain**
Unable to assess.

**Education**
Patient's family was provided with education regarding the role of rehabilitation psychology and the progression from ICU to an acute medical floor.

**Response to Session**
The patient's family responded favorably to this session and were receptive to psychology services.

**Behavioral Observations and Mental Status**
Unable to assess.

**Impression and Plan**
Patient did not participate in today's session; therefore session was had with patient's mother in person and patient's brother over the hone. Session was focused on providing education about patient's transfer from ICU to an acute floor. Psychology will follow up with staff to coordinate next stages of care/intervention; psychology will also consult with staff on C647 regarding continued psychological services on this floor.

**Interventions**
F/U, psychoeducation, supportive interventions.

**Assessment/Plan**
H/O spinal cord injury Z87.828
Ischemic stroke I63.9
Psychology will consult with staff on C647 regarding continued psychological services on this floor to assist with physical and emotional needs weekly.

**Charges**
INDIV H & B INTERVENTION 15 MI: 4 unit (02/21/18 16:06:07)

**Session Start Time**
1200

**Session End Time**
1300

**Team Conference**
No qualifying data available.

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson**
HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

## General Radiology

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0049751 | GR Chest 1 View | 2/23/2018 10:39 EST | Wynn,Nikki Mo |

**Report**

TECHNIQUE: Frontal view of chest compared study from 2 days prior.

FINDINGS:

Tracheostomy tube unchanged. Left lower lung opacity noted with mild costophrenic angle blunting the right costophrenic angle is sharp. The cardiomediastinal silhouette and osseous structures are unchanged.

IMPRESSION:
Left lower lung opacity may represent atelectasis or consolidation. Mild associated costophrenic angle blunting.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Siegel, Yoel Josef*
*Dictation Date/Time:02/23/18 16:45:3*
*Transcribed by & Date/Time: Siegel, Yoel Josef  02/23/2018 16:45*
*Electronically Signed By: Siegel, Yoel Josef  Signature Date/Time: 02/23/2018 16:46*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0048348 | GR Chest 1 View | 2/21/2018 20:19 EST | Wynn,Nikki Mo |

**Reason For Exam**
(GR Chest 1 View) Pneumonia

**Report**
Procedure: GR Chest 1 View

Exam Date: 2/21/2018 8:19 PM

Reason for Study: Pneumonia

Technique: A single AP view of the chest was obtained.

Comparison: A single AP view of the chest from 2/19/2018.

FINDINGS:
Limitations: Incomplete visualization of the biapical regions.

Lines/tubes/hardware: Stable on comparison to prior study.

---

| | | | | |
|---|---|---|---|---|
| Admit Date: | 1/17/2018 | | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | | MRN: | 5017634 |
| FIN: | 40014572421 | | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| General Radiology |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0048348 | GR Chest 1 View | 2/21/2018 20:19 EST | Wynn,Nikki Mo |

**Report**
Cardiomediastinal silhouette: The cardiac silhouette is normal in size, shape and position. The mediastinum is midline in position.

Lungs: No evidence of pulmonary edema. Improved linear densities in the left midlung zone. Increased left retrocardiac opacity.

Pleura: Bilateral costophrenic angles are sharp.   No evidence of pneumothorax.

Soft tissues and bones: Unchanged.

IMPRESSION:
1. Worsening atelectasis and/or consolidation the left lower lobe.
2. Improving lingular subsegmental atelectasis.

***FINAL REPORT***
*Attending Physician: Ghersin, Eduard*
*Dictation Date/Time:02/22/18 08:21:1*
*Transcribed by & Date/Time: Ghersin, Eduard   02/22/2018 11:26*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Kumar, Jessica G*
*Electronically Signed By: Ghersin, Eduard   Signature Date/Time: 02/23/2018 08:37*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0046073 | GR Chest 1 View | 2/19/2018 08:45 EST | Palma,Erick Abdiel |

**Reason For Exam**
(GR Chest 1 View) mech ventilation

**Report**
Procedure: GR Chest 1 View

Exam Date: 2/19/2018 8:45 AM

Indication:  mech ventilation

Technique:AP view of the chest

Comparison:02/16/2018 at 7:27 AM

Findings:

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years     Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *General Radiology* |
| --- |

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| GR-18-0052062 | GR Chest 1 View | 2/25/2018 14:33 EST | Tabaczewski,Piotr H |

**Report**

New mild perihilar haze, left more the right, suggestive of asymmetric perihilar interstitial edema.

Stable to minimally improved left mid and lower lung zone opacity suggestive of consolidation and/or atelectasis.

No evidence of pulmonary consolidation in the right lung.

Bilateral costophrenic angles are sharp without evidence of pneumothorax.

Soft tissues and osseous structures demonstrate a partially imaged ACDF plate in the lower cervical spine.

IMPRESSION:

New mild perihilar haze, left more the right, suggestive of asymmetric perihilar interstitial edema.

Stable to minimally improved left mid and lower lung zone opacity suggestive of consolidation and/or atelectasis.

No evidence of pulmonary consolidation in the right lung.

Bilateral costophrenic angles are sharp without evidence of pneumothorax.

***FINAL REPORT***
*Attending Physician: Ghersin, Eduard*
*Dictation Date/Time:02/26/18 10:28:0*
*Transcribed by & Date/Time: Ghersin, Eduard   02/26/2018 10:28*
*Electronically Signed By: Ghersin, Eduard     Signature Date/Time: 02/26/2018 10:31*

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| GR-18-0049751 | GR Chest 1 View | 2/23/2018 10:39 EST | Wynn,Nikki Mo |

**Reason For Exam**
(GR Chest 1 View) pneumonia

**Report**
PROCEDURE: Frontal film of the chest

EXAM DATE: 2/23/2018 10:39 AM

INDICATION: pneumonia

| | |
| --- | --- |
| Admit Date: | 1/17/2018 |
| Discharge Date: | |
| FIN: | 40014572421 |
| Report Request ID: | 101503358 |
| Facility: | Jackson Memorial Hospital |

| | |
| --- | --- |
| Patient: | AUGUSMAR, STANLEY |
| MRN: | 5017634 |
| Attending: | Wang,Michael Yung-Shun |
| DOB/Age/Sex: | 6/23/1983   34 years      Male |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *General Radiology* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0049751 | GR Chest 1 View | 2/23/2018 10:39 EST | Wynn,Nikki Mo |

**Report**

TECHNIQUE: Frontal view of chest compared study from 2 days prior.

FINDINGS:

Tracheostomy tube unchanged. Left lower lung opacity noted with mild costophrenic angle blunting the right costophrenic angle is sharp. The cardiomediastinal silhouette and osseous structures are unchanged.

IMPRESSION:
Left lower lung opacity may represent atelectasis or consolidation. Mild associated costophrenic angle blunting.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Siegel, Yoel Josef*
*Dictation Date/Time:02/23/18 16:45:3*
*Transcribed by & Date/Time: Siegel, Yoel Josef 02/23/2018 16:45*
*Electronically Signed By: Siegel, Yoel Josef  Signature Date/Time: 02/23/2018 16:46*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0048348 | GR Chest 1 View | 2/21/2018 20:19 EST | Wynn,Nikki Mo |

**Reason For Exam**
(GR Chest 1 View) Pneumonia

**Report**
Procedure: GR Chest 1 View

Exam Date: 2/21/2018 8:19 PM

Reason for Study: Pneumonia

Technique: A single AP view of the chest was obtained.

Comparison: A single AP view of the chest from 2/19/2018.

FINDINGS:
Limitations: Incomplete visualization of the biapical regions.

Lines/tubes/hardware: Stable on comparison to prior study.

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| N: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years      Male |
| Facility: | Jackson Memorial Hospital | | |



### Jackson Health System
### Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| General Radiology |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0054012 | GR Chest 1 View | 2/27/2018 16:04 EST | Lopez,Mileivys |

**Report**

FINDINGS:

Tracheostomy tube unchanged. Left ill-defined lower lung opacity persists. There is increasing infrahilar opacity on the right. The costophrenic angles are sharp. The cardiomediastinal silhouette and osseous structures are unchanged.

IMPRESSION:
Infrahilar opacities bilaterally increasing on the right. This may represent atelectasis or consolidation.

Costophrenic angle blunting.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Siegel, Yoel Josef*
*Dictation Date/Time:02/28/18 09:25:2*
*Transcribed by & Date/Time: Siegel, Yoel Josef  02/28/2018 09:25*
*Electronically Signed By: Siegel, Yoel Josef   Signature Date/Time: 02/28/2018 09:26*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0052062 | GR Chest 1 View | 2/25/2018 14:33 EST | Tabaczewski,Piotr H |

**Reason For Exam**
(GR Chest 1 View) respiratory distress

**Report**
Procedure: GR Chest 1 View

Exam Date: 2/25/2018 2:33 PM

Indication:    respiratory distress

COMPARISON: 02/23/2018.

Technique: One AP chest radiograph was submitted for interpretation.

Findings:

Limitations: None.

Stable tracheostomy projecting over upper trachea.

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years     Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *General Radiology* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0052062 | GR Chest 1 View | 2/25/2018 14:33 EST | Tabaczewski,Piotr H |

**Report**

New mild perihilar haze, left more the right, suggestive of asymmetric perihilar interstitial edema.

Stable to minimally improved left mid and lower lung zone opacity suggestive of consolidation and/or atelectasis.

No evidence of pulmonary consolidation in the right lung.

Bilateral costophrenic angles are sharp without evidence of pneumothorax.

Soft tissues and osseous structures demonstrate a partially imaged ACDF plate in the lower cervical spine.

IMPRESSION:

New mild perihilar haze, left more the right, suggestive of asymmetric perihilar interstitial edema.

table to minimally improved left mid and lower lung zone opacity suggestive of consolidation and/or atelectasis.

No evidence of pulmonary consolidation in the right lung.

Bilateral costophrenic angles are sharp without evidence of pneumothorax.

\*\*\*FINAL REPORT\*\*\*
*Attending Physician: Ghersin, Eduard*
*Dictation Date/Time:02/26/18 10:28:0*
*Transcribed by & Date/Time: Ghersin, Eduard    02/26/2018 10:28*
*Electronically Signed By: Ghersin, Eduard     Signature Date/Time: 02/26/2018 10:31*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0049751 | GR Chest 1 View | 2/23/2018 10:39 EST | Wynn,Nikki Mo |

**Reason For Exam**
(GR Chest 1 View) pneumonia

**Report**
PROCEDURE: Frontal film of the chest

EXAM DATE: 2/23/2018 10:39 AM

INDICATION:  pneumonia

| | | |
|---|---|---|
| Admit Date: | 1/17/2018 | Patient:     AUGUSMAR, STANLEY |
| Discharge Date: | | MRN:          5017634 |
| IN: | 40014572421 | Attending:   Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: 6/23/1983  34 years     Male |
| Facility: | Jackson Memorial Hospital | |

Plaintiff Exhibit 29 - 011643



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Other Procedures*

---

**PREOPERATIVE DIAGNOSIS:** 16 Fr MIC PG placement, quadriplegia

**POSTOPERATIVE DIAGNOSIS:** Same as above

**PROCEDURE:** 16 Fr MIC PG placement

**DESCRIPTION OF THE PROCEDURE:** See full details in PACS report

**ANESTHESIA:** 0.5 mg and 25 mcg Fentanyl IV

**ESTIMATED BLOOD LOSS:** 2 cc

**COMPLICATIONS:** None

**JUSTIFICATION FOR PROCEDURE:** Need for enteric feeding

**FINDINGS OF THE PROCEDURE:** Placement of 16 Fr MIC PG placement

**SPECIMEN(S) REMOVED (INDICATE NOT APPLICABLE IF NO SPECIMENS WERE REMOVED):**
N/A

*Electronically Signed By: Shanchita Ghosh On: 02/15/2018 13:30 EST*
*Dictated On:02/15/2018 13:30 EST*

---

Document Type:                                  Procedure Note
Service Date/Time:                              2/26/2018 22:23 EST
Result Status:                                  Auth (Verified)
Document Subject:                               LEFT MIDLINE INSERTION.
Perform Information:                            BRITO,JOSE A (2/26/2018 22:25 EST)
Sign Information:                               BRITO,JOSE A (2/26/2018 22:25 EST)

**LEFT MIDLINE INSERTION.**
JACK_FL

Patient: AUGUSMAR, STANLEY      MRN: 5017634      FIN: 40014572421
Age: 34 years  Sex: Male  DOB: 06/23/1983
Associated Diagnoses: None
Author: BRITO, JOSE A

Procedure

---

Admit Date:          1/17/2018              Patient:        AUGUSMAR, STANLEY
Discharge Date:                             MRN:            5017634
FIN:                 40014572421            Attending:      Wang,Michael Yung-Shun
Report Request ID:   101503358              DOB/Age/Sex:    6/23/1983  34 years      Male
Facility:            Jackson Memorial Hospital

 **Jackson** 🏛️ PUBLIC HEALTH TRUST
HEALTH SYSTEM

**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

## Other Procedures

**Peripheral IV cath insertion procedure**
  Date/ Time: 02/26/2018 13:00:00.
  Confirmed: patient, procedure, side, site, safety procedures followed.
  Performed by: BRITO, JOSE A.
  Informed consent: signed by family, GENERAL CONSENT IN CHART.
  Location: LEFT BASILIC VEIN..
  Preparation and technique: skin prepped (in usual fashion, with alcohol), local anesthesia LIDOCAINE 1 % 4 ML., catheter size FR 4, number of
    attempts 1, patency (positive blood return, flushed easily), dressing applied (occlusive, transparent), saline lock, connected to IV fluids.
  Procedure tolerated: well, RIGHT MIDLINE DISCONTINUED.
  Complications: none.
  MIDLINE OK TO USE WITH PERIPHERAL SOLUTION ONLY

  DO NOT DISCHARGE THE PATIENT HOME WITH MIDLINE IN PLACE

  REMOVE AFTER 30 DAYS

  LENGTH 20 CM. 0 CM OUT

  ARM CIRCUMFERENCE 27CM

  OK TO USE WITH CTS CAN

  LOT # REBS 1306.
*Electronically Signed By: JOSE A BRITO  On: 02/26/2018 22:25 EST*
*Dictated On:02/26/2018 22:25 EST*

## Cardiology Procedures - General

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Perform Information:
Sign Information:

Electrocardiogram 12 Lead
2/7/2018 11:27 EST
Auth (Verified)
EKG12L
Sancassani,Rhea Bettina (2/7/2018 11:27 EST)

**EKG12L**
Sinus tachycardia
Voltage criteria for left ventricular hypertrophy
Abnormal ECG


Confirmed by Sancassani MD, Rhea (17310) on 2/9/2018 10:14:03 AM

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years     Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

*Consults*

---

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Perform Information:
Sign Information:

Rehabilitation Psychology Consultation
2/27/2018 14:53 EST
Auth (Verified)
Rehab/Neuropsychology Progress Note
Garcia,Karin Alexandra (2/27/2018 15:01 EST)
Olavarria,Mario (2/27/2018 16:14 EST); Garcia,Karin
Alexandra (2/27/2018 15:01 EST)

**Patient Reports**
Patient was unable to participate fully in today's session due to
fever and fatigue. Patient's mother and brother were provided with
information regarding patient's process.

**Pain**
Unable to assess.

**Education**
Patient's family was provided with education regarding the
transition from ICU care and disposition planning.

**Response to Session**
The patient's family responded favorably to this session and was
receptive to psychology services.

**Behavioral Observations and Mental Status**
Patient did not participate in today's session; therefore session was
had with patient's mother in person and patient's brother over the
phone.

**Impression and Plan**
Session was focused on providing continued education/information
about patient's transfer from ICU to an acute floor and
psychoeducation regarding release of medical records. Psychology
also met with medical team on the floor to receive information
regarding his possible disposition to rehab if able to get off
the vent. Medical team will place a consult for rehabiliation
psychology to continue to follow patient to coordinate next stages
of care/intervention and continued psychological services on this
floor.

**Interventions**
F/U, psychoeducation, supportive interventions.

**Assessment/Plan**
H/O spinal cord injury Z87.828
Ischemic stroke I63.9

---

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |



# Jackson Health System
## Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Consults |
|---|

Continued psychology services to assist with physical and emotional needs weekly.

**Charges**
HLTH & BEHAVIORAL ASSESS 15 MI: 4 unit (02/27/18 14:54:04)

**Session Start Time**
1200

**Session End Time**
1300

**Team Conference**
No qualifying data available.

Document Type:                     WOC/ET Nurse Consultation
Service Date/Time:              1/22/2018 07:29 EST
Result Status:                       Auth (Verified)
Document Subject:             ET Consult
Perform Information:         Collins,Loreto E -RN (1/22/2018 13:22 EST)
Sign Information:                Collins,Loreto E -RN (1/22/2018 13:22 EST)

ET Consult Entered On: 1/22/2018 7:30 AM EST
Performed On: 1/22/2018 7:29 AM EST by Collins, Loreto E - RN

**ET Consult Note**
*ET Nurse Progress Note :* Wound Ostomy Continence Nurse: Consulted to see pt in NSICU for assistance with procurement of therapeutic surface. 35 y/o M involved in a MVA with ASIA B C6 spinal cord injury with a cervical 6 right supra-articular facet nondisplaced fracture. Pt cleared to be placed in a Citadel bed as per Dr. Perez from neuro spine. Citadel bed ordered from Arjo Express#3000542314. Continue turning every 2 hours with heels elevated on pillows. As a preventive measure, apply Aquacel Pro foam sacral border dressing; change every 3 days and PRN. Reconsult if needed

Collins, Loreto E - RN - 1/22/2018 1:22 PM EST

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years    Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** **Jackson Health System**
HEALTH SYSTEM   Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| General Radiology |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0055872 | GR Chest 1 View | 3/1/2018 19:26 EST | Lopez,Mileivys |

**Report**
PROCEDURE: Frontal film of the chest

EXAM DATE: 3/1/2018 7:26 PM

INDICATION: Evaluate pleural effusion/consolidation

TECHNIQUE: Frontal view of chest compared study from 02/27/2018.

FINDINGS:

Left lower lung opacity persists slightly increased. There is mild infrahilar opacity on the right improving. The costophrenic angle is relatively sharp. The tracheostomy tube overlies the trachea. The cardiomediastinal silhouette and osseous structures are unchanged.

IMPRESSION:
Left lower lung opacity slightly worsening may represent atelectasis or consolidation.

Mild infrahilar opacity on the right improving.

***FINAL REPORT***
Attending Physician: Siegel, Yoel Josef
Dictation Date/Time:03/02/18 10:09:0
Transcribed by & Date/Time: Siegel, Yoel Josef  03/02/2018 10:09
Electronically Signed By: Siegel, Yoel Josef  Signature Date/Time: 03/02/2018 10:09

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0054012 | GR Chest 1 View | 2/27/2018 16:04 EST | Lopez,Mileivys |

**Reason For Exam**
(GR Chest 1 View) F/U

**Report**
PROCEDURE: Frontal film of the chest

EXAM DATE: 2/27/2018 4:04 PM

INDICATION: F/U

TECHNIQUE: Frontal view of chest compared study from 2 days prior.

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years     Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *General Radiology* | | | |
| --- | --- | --- | --- |

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| GR-18-0054012 | GR Chest 1 View | 2/27/2018 16:04 EST | Lopez,Mileivys |

**Report**

FINDINGS:

Tracheostomy tube unchanged. Left ill-defined lower lung opacity persists. There is increasing infrahilar opacity on the right. The costophrenic angles are sharp. The cardiomediastinal silhouette and osseous structures are unchanged.

IMPRESSION:
Infrahilar opacities bilaterally increasing on the right. This may represent atelectasis or consolidation.

Costophrenic angle blunting.

***FINAL REPORT***
*Attending Physician: Siegel, Yoel Josef*
*Dictation Date/Time:02/28/18 09:25:2*
*Transcribed by & Date/Time: Siegel, Yoel Josef 02/28/2018 09:25*
*Electronically Signed By: Siegel, Yoel Josef  Signature Date/Time: 02/28/2018 09:26*

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| GR-18-0052062 | GR Chest 1 View | 2/25/2018 14:33 EST | Tabaczewski,Piotr H |

**Reason For Exam**
(GR Chest 1 View) respiratory distress

**Report**
Procedure: GR Chest 1 View

Exam Date: 2/25/2018 2:33 PM

Indication:    respiratory distress

COMPARISON: 02/23/2018.

Technique: One AP chest radiograph was submitted for interpretation.

Findings:

Limitations: None.

Stable tracheostomy projecting over upper trachea.

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| --- | --- | --- | --- |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson** **Jackson Health System**
HEALTH SYSTEM                                Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *General Radiology* |
| --- |

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| GR-18-0055872 | GR Chest 1 View | 3/1/2018 19:26 EST | Lopez,Mileivys |

**Report**
PROCEDURE: Frontal film of the chest

EXAM DATE: 3/1/2018 7:26 PM

INDICATION:  Evaluate pleural effusion/consolidation

TECHNIQUE: Frontal view of chest compared study from 02/27/2018.

FINDINGS:

Left lower lung opacity persists slightly increased. There is mild infrahilar opacity on the right improving. The costophrenic angle is relatively sharp. The tracheostomy tube overlies the trachea. The cardiomediastinal silhouette and osseous structures are unchanged.

IMPRESSION:
 eft lower lung opacity slightly worsening may represent atelectasis or consolidation.

Mild infrahilar opacity on the right improving.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Siegel, Yoel Josef*
*Dictation Date/Time:03/02/18 10:09:0*
*Transcribed by & Date/Time: Siegel, Yoel Josef  03/02/2018 10:09*
*Electronically Signed By: Siegel, Yoel Josef   Signature Date/Time: 03/02/2018 10:09*

| Accession | Exam | Exam Date/Time | Ordering Provider |
| --- | --- | --- | --- |
| GR-18-0054012 | GR Chest 1 View | 2/27/2018 16:04 EST | Lopez,Mileivys |

**Reason For Exam**
(GR Chest 1 View) F/U

**Report**
PROCEDURE: Frontal film of the chest

EXAM DATE: 2/27/2018 4:04 PM

INDICATION:  F/U

TECHNIQUE: Frontal view of chest compared study from 2 days prior.

| | | | |
| --- | --- | --- | --- |
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| IN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| General Radiology |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0057541 | GR Chest 1 View | 3/3/2018 16:35 EST | Hernandez Oquet,Rafael Enrique |

**Report**

Bones and soft tissues are unremarkable.

Impression:

1. Improved left basilar atelectasis

2. Stable patchy airspace opacity in the right mid and lower lung zone likely represent persistent atelectasis and/or consolidation.

3. Stable to mildly improved left pleural effusion.

***FINAL REPORT***
*Attending Physician: Nottingham, Pamela*
*Dictation Date/Time:03/03/18 17:53:3*
*Transcribed by & Date/Time: Nottingham, Pamela  03/04/2018 09:13*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident: Prosperi, Blase A*
*Electronically Signed By: Nottingham, Pamela   Signature Date/Time: 03/04/2018 10:55*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0056225 | GR Chest 1 View | 3/1/2018 22:22 EST | Sneij,Waleed Christos |

**Reason For Exam**
(GR Chest 1 View) sob

**Report**
PROCEDURE: Frontal film of the chest

EXAM DATE: 3/1/2018 10:22 PM

INDICATION:  sob

TECHNIQUE: Frontal view of chest compared study from same day at 7:27 PM.

FINDINGS:

Left lower lung opacity persists and may slightly increased. Left costophrenic angles blunted. Infrahilar density on the right increasing as well. The right cost phrenic angle sharp. Mild pulmonary edema cannot be excluded. The cardiomediastinal

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years      Male |
| Facility: | Jackson Memorial Hospital | | |

 **Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

---

### General Radiology

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0056225 | GR Chest 1 View | 3/1/2018 22:22 EST | Snelj,Waleed Christos |

**Report**
silhouette and osseous structures are unchanged. Tracheostomy tube stable.

IMPRESSION:
Lower lung opacities bilaterally increasing on the right and slightly increasing on the left. These may represent atelectasis or consolidation.

Mild pulmonary edema.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Siegel, Yoel Josef*
*Dictation Date/Time:03/02/18 10:09:3*
*Transcribed by & Date/Time: Siegel, Yoel Josef  03/02/2018 10:09*
*Electronically Signed By: Siegel, Yoel Josef   Signature Date/Time: 03/02/2018 10:10*

---

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0055872 | GR Chest 1 View | 3/1/2018 19:26 EST | Lopez,Mileivys |

**Reason For Exam**
(GR Chest 1 View) Evaluate pleural effusion/consolidation

---

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983  34 years     Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| Pathology | | | | | |
|---|---|---|---|---|---|
| Procedure | Result | Units | | Reference Range | Collected Date/Time |
| | Billing Fee Codes: A; 88304 | | | | |
| | O6 | | | | |

Order Comments
O5:   Surgical Pathology
      ACCESSION NUMBER: S18-995
O6:   Surgical Pathology
      ACCESSION NUMBER: S18-1770

| General Radiology |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0057541 | GR Chest 1 View | 3/3/2018 16:35 EST | Hernandez Oquet,Rafael Enrique |

**Reason For Exam**
(GR Chest 1 View) Spinal cord injury, ventilator associated pneumonia, new fever

**Report**
Procedure: GR Chest 1 View

Exam Date: 3/3/2018 4:35 PM

Indication:    Spinal cord injury, ventilator associated pneumonia, new fever

COMPARISON: Chest radiograph 03/01/2018

Technique: One AP chest radiograph was submitted for interpretation.

Findings:

Stable positioning of tracheostomy tube overlying the midtrachea.

Cardiac silhouette is of normal size and shape. Mediastinum is in midline position.

There remain prominent interstitial lung markings with perihilar vascular congestion.

Improved aeration of the left lung base. There remains an ill-defined right infrahilar opacity.

The right costophrenic angle is sharp. The left costophrenic angle remains obscured. There is no radiograph evidence of pneumothorax.

| | | | |
|---|---|---|---|
| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years   Male |
| Facility: | Jackson Memorial Hospital | | |



**Jackson Health System**
Miami, FL 33136

This print request includes documents that are scanned images not included in this print out.

| *General Radiology* |
|---|

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0057541 | GR Chest 1 View | 3/3/2018 16:35 EST | Hernandez Oquet,Rafael Enrique |

**Report**

Bones and soft tissues are unremarkable.

Impression:

1. Improved left basilar atelectasis

2. Stable patchy airspace opacity in the right mid and lower lung zone likely represent persistent atelectasis and/or consolidation.

3. Stable to mildly improved left pleural effusion.

*\*\*\*FINAL REPORT\*\*\**
*Attending Physician: Nottingham, Pamela*
*Dictation Date/Time:03/03/18 17:53:3*
*Transcribed by & Date/Time: Nottingham, Pamela  03/04/2018 09:13*
*I reviewed the films and the Radiology resident's findings and agree with the final report-Resident:  Prosperi, Blase A*
*Electronically Signed By: Nottingham, Pamela   Signature Date/Time: 03/04/2018 10:55*

| Accession | Exam | Exam Date/Time | Ordering Provider |
|---|---|---|---|
| GR-18-0056225 | GR Chest 1 View | 3/1/2018 22:22 EST | Sneij,Waleed Christos |

**Reason For Exam**
(GR Chest 1 View) sob

**Report**
PROCEDURE: Frontal film of the chest

EXAM DATE: 3/1/2018 10:22 PM

INDICATION:  sob

TECHNIQUE: Frontal view of chest compared study from same day at 7:27 PM.

FINDINGS:

Left lower lung opacity persists and may slightly increased. Left costophrenic angles blunted. Infrahilar density on the right increasing as well. The right cost phrenic angle sharp. Mild pulmonary edema cannot be excluded. The cardiomediastinal

| Admit Date: | 1/17/2018 | Patient: | AUGUSMAR, STANLEY |
|---|---|---|---|
| Discharge Date: | | MRN: | 5017634 |
| FIN: | 40014572421 | Attending: | Wang,Michael Yung-Shun |
| Report Request ID: | 101503358 | DOB/Age/Sex: | 6/23/1983   34 years       Male |
| Facility: | Jackson Memorial Hospital | | |

# Allied Mobile X-Ray & Ultrasound
## Dade County: (305) 220-0333 Fax: (305) 554 9339
## Broward & Palm Beach: 1(877) 404-0333
## Fax: 1(877) 404-9339

PATIENT NAME: STANLEY AUGUSMAR
DATE OF BIRTH: 06/23/1983
ACCESSION: 5403651
PHYSICIAN: ALLAF, WADDAH
FACILITY: JACKSON LONG TERM EAST 1 RM: EI 159
DATE OF EXAM: 03/19/2018
ORDERED STAT: NO
HISTORY: CONGESTION

## SIGNIFICANT FINDINGS

CHEST SINGLE FRONTAL , 1 VIEW (AP):
CHEST SINGLE FRONTAL , 1 VIEW (AP).
COMPARISON: None.
FINDINGS:
Heart size is at the upper limits of normal.
No pneumothorax.
Left lower lung infiltrate.
No significant pleural effusion.
Pulmonary vessels are within normal limits.
Bone mineralization is within normal limits.
Tracheostomy tube tip 4 cm above the carina.

IMPRESSION:
Left lower lung infiltrate.

Electronically Signed By: Dr. Divyang Patel M.D. 03/19/2018 15:07:12 EDT
Tech: amx_aserpa

Disclaimer: Please note that due to the advanced age and/or condition of many of our patients, positioning and/or the views obtained may be limited. Should symptoms persist, follow up x-rays or other imaging as indicated, could be considered, by the clinician.
This transmission is proprietary, privileged and confidential. It is intended to be communication only for the use of the addressee; access to this message by anyone else is unauthorized. If you are not the intended recipient and have received this communication in error, please notify us immediately at (877) 404-0333 . Any other action taken, including but not limited to the disclosure, copying or distribution of this communication is prohibited by law.

Plaintiff Exhibit 29 - 011655

**There is a copyright on the format of this document©; however, the information in this document is patient specific.**

**This Comprehensive Rehabilitation Evaluation© contains:**

**Comprehensive Medical Evaluation**
**Vocational Position Statement**
**AMA Impairment Rating**
**Functional Assessment**
**Continuation of Care**
**Summary Report**
**Photographs**
**Documentation**

This Comprehensive Rehabilitation Evaluation is a copyrighted medical/legal document which is designed to define the patient's impairment, disability, and cost for future medical care utilizing a medical model. This medical model utilizes standard accepted scientific methodology that includes techniques in clinical evaluation and differential diagnoses, which is taught in every Physical Medicine and Rehabilitation residency program in the United States, (DeLisa's Physical Medicine and Rehabilitation Principles and Practice, Fifth Edition, Volume I), (see references, Number 1).   As described in the literature, the accepted medical methodology utilized to perform the Comprehensive Rehabilitation Evaluation requires obtaining a medical history of the patient,   physical exam and/or direct observation of the patient, medical records review and other scientific documentation, (laboratory studies, MRIs, CT Scans, etc.), as well as the examiner's medical knowledge, clinical training and ongoing clinical practice experience.

Impairment is a number assigned to a loss of a body system.   The scientific methodology utilized to define a patient's impairment includes, but is not limited to, the use of the AMA Guides to the Evaluation of Permanent Impairment, Sixth Edition, which is the latest and most up-to-date edition.

The scientific methodology utilized to define a patient's disability includes, but is not limited to, the use of the BTE Evaluated Functional Testing System which is objective, data-driven functional equipment which includes peer reviewed research, backed evaluation normative data and testing protocols, (see Bibliography at the end of this document, Number 2), the Dictionary of Occupational Titles revised Fourth Edition supplied by the U.S. Department of Labor, and the Five Step Social Security Administration Sequence in Establishing Disability.

The methodologies utilized to produce the Continuation of Care plan requires a three-stage process, which consists of collecting facts, formulating opinions, and producing conclusions. This methodology requires sample data from sources that are geographically proximate to the patient's primary residence or location of probable care.  This three-stage methodology has been documented in peer reviewed journal articles published in 2014 and 2015 by the American Academy of Physical Medicine and Rehabilitation, (Volume 6, 184 – 187, February 2014) and (P.M.R., February 2015, 68-78).   The  Continuation of Care portion of this report was produced following the exact Continuation of Care methodology that was peer reviewed, published, and accepted in February 2014 and 2015 by the American Academy of Physical Medicine and Rehabilitation.

My medical opinions contained in this report are based on knowledge, training, clinical practice experience, continuing medical education courses, as well as three essential key elements which include, but are not limited to, biologic plausibility, temporality, and lack of likely alternative explanation for a given case.  This methodology  was published in a peer reviewed journal  article in 2009 by the American Academy of Physical Medicine and Rehabilitation, (Volume I, 951-956, October 2009).

This examiner's clinical practice experience includes but is not limited to the long term care and  treatment  of  pediatric,  adolescent,  adult  and  geriatric  patients  who  have  suffered traumatic  brain  injury,  spinal  cord  injury,  stroke,  progressive  neurological  diseases, amputations, multiple orthopedic traumas, burns, congenital musculoskeletal deformities, and patients that suffer from chronic musculoskeletal pain and disability. The spirit and intent of the  Continuation of Care plan section of the Comprehensive Rehabilitation  Evaluation is to decrease this patient's pain and suffering, especially as they age.

This examiner's expertise as a full time practicing Physiatrist (Medical Doctor that specializes in  Physical Medicine and Rehabilitation) since September of 1989 consists of inpatient, transitional living and outpatient services for pediatric, adolescent, adult & geriatric patient populations.

This examiner's clinical practice experience exceeds 100,000 hours, which includes but is not limited  to  over  6,300  inpatient  hospital  admissions,  well  over  1,000  inpatient  hospital consultations in the intensive care unit setting, numerous transitional living facility admissions, over 35,000 outpatient evaluations and over 6,000 pediatric consultations for the State of Florida (Children's Medical Services).

This examiner holds the designations of: <u>Fellow, of the American Academy of Physical Medicine and Rehabilitation</u> and <u>Fellow, of the American Academy of Independent Medical Evaluators</u>.

My opinions rendered in this comprehensive rehabilitation evaluation are based on my training, experience and expertise in the field of Physiatry (Physical Medicine and Rehabilitation) – please see attached C.V.

All the information contained in this report is accurate and correct to the best of my knowledge. The opinions contained in this report are based in part on the assumption that the materials provided for review (medical records pre and post accident) are true, accurate, correct and complete.

**The contents and format of this document are confidential. The information may not be duplicated, released or used without the expressed or written permission of the author.**

## 1. References

Mayo Clinic Department of Neurology. May Clinical Examinations in Neurology. 7th ed. St. Lous: Mosby; 1998.

Darley FL. Treatment of acquired aphasia. Adv Neurol. 1975;7:111-145.

Newmark SR, Sublett D, Black J, et al. Nutritional assessment in a rehabilitation unit. Arch Phys Med Rehabil. 1981;62:279-282.

Stolov WC, Hays RM. Evaluation of the patient. In: Kottke JF, Lehmann JF, eds. Krusen's Handbook ofPhysical Medicine and Rehabilitation. 4th ed. Philadelphia, PA: WB Saunders; 1990:1-19.

Ewing JA. Detecting alcoholism: the CAGE questionnaire. JAMA. 1984;252:1905-1907.

LeBlond RF, DeGowin RL, Brown DD, eds. DeGowin's Diagnostic Examination. 8th ed. New York: McGraw-Hill Medical Publishing Division; 2004.

Norkin CC, White DJ, eds. Measurement of Joint Motion: A Guide to Goniometry. 2nd ed. Philadelphia, PA: FA Davis; 1995.

American Academy of Orthopaedic Surgeons, eds. Joint Motion: Method of Measuring and Recording. Edinburgh: Churchill Livingstone; 1988.

D'Ambrosia RD, ed. Musculoskeletal Disorders: Regional Examination and Differential Diagnosis. 2nd ed. Philadelphia, PA: Lippincott; 1986.

Hoppenfeld S, ed. Physical Examination of the Spine and Extremities. New York: Appleton-Century-Crofts; 1976.

Kendall FP, McCreary EK, Provance PG, eds. Muscles, Testing and Function. 4th ed Philadelphia, PA: Lippincott, Williams & Wilkins; 1999.

Hislop JG, Montgomery J, eds. Daniels and Worthingham's Muscle Testing: Techniques of Manual Examination. 7th ed. Philadelphia, PA, WB Saunders, 2002.

Folstein MF, Folstein SE, McHugh PR. "Mini-mental state": a practical method for grading the cognitive state of patients for the clinician. J Psychiatr Res. 1975;12:189-198.

Levin HS, O'Donnell VM, Grossman RG. The Galveston Orientation and Amnesia Test: a practical scale to assess cognition after head injury. J Nerv Ment Dis. 1979; 167:675-684.

Strub RL, Black FW eds. The Mental Status Examination in Neurology. 4th ed. Philadelphia, PA: FA Davis, 2000.

Jennett B, Teasdale G, eds. Management of Head Injuries. Philadelphia, PA: FA Davis Company; 1981.

Hedge MN. A Coursebook on Aphasia and Other Neurogenic Language Disorders. 2nd ed. San Diego: Singular Publishing Group; 1998.

Robey RR. A meta-analysis of clinical outcomes in the treatment of aphasia. J Speech Lang Hear Res. 1998;41:172-187.

Lehmann JF, de Lateur BJ. Gait analysis: diagnosis and management. In: Kottke FJ, Lehamm JF, eds. Krusen's Handbook of Physical Medicine and Rehabilitation, 4th ed. Philadelphia, PA: WB Saunders; 1990: 108-125.

Weed LL, ed. Medical Records, Medical Education, and Patient Care: The Problem-Oriented Record as a Basic Tool. Cleveland, OH. The Press of Case Western Reserve University; 1971.

Dinsdale SM, Gent M, Kline G, et al. Problem oriented medical records: their impact on staff communication, attitudes and decision making. Arch Phys Med Rehabil. 1975; 56:269-274.

Dinsdale SM, Mossman PL, Gullickson G Jr, et al. The problem-oriented medical record in rehabilitation. Arch Phys Med Rehabil 1970;51:488-492.

Grabois M. The problem-oriented medical record: modification and simplifications for rehabilitation medicine. South Med J. 1977;70:1383-1385.

Milhous RL. The problem-oriented medical records in rehabilitation management and training. Arch Phys Med Rehabil. 1972;53:182-185.

Five Step SSA Sequence in Establishing Disability, www.ssa.gov.

## 2. Bibliography

R., B.(). 'Comfortable and maximum walking speed of adults aged 20-79 years; reference values and determinants. Age Ageing.' (Web Document) From http://ncbi.nlm.nih.gov/pubmed/9143432

Collen, D. & Wade, et al., D.(). 'Mobility after stroke: reliability of measures of impairment and disability. Disability & Rehabilitation.' (Web Document) From http://www.ncbi.nlm.nih.gov/pubmed/2211468

Lemay, J. & Nadeau, S. (). 'Standing balance assessment in ASIA D paraplegic and tetraplegic participants: concurrent validity of the Berg Balance Scale. Spinal Cord.' (Web Document) From http://www.ncbi.nlm.nih.gov/pubmed/19773797

Balasubramanian, et al., C., & Bowden, M.(). 'Validation of a speed-based classification system using quantitative measures of walking performance poststroke. Neurorehabilitation and neural repair.' (Web Document) From http://www.ncbi.nlm.nih.gov/pubmed/18971382

Jackson, A. & Carnel, et al., C.(). 'Outcome measures for gait and ambulation in the spinal cord injury population. J Spinal Cord Med.' (Web Document) From http://www.ncbi.nlm.nih.gov/pubmed/19086706

Latham, N. & Mehta, et al., V.(). 'Perfomance-based or self-report measures of physical function: which should be used in clinical trials of hip fracture patients? Archives of physical medicine and rehabilitation.' (Web Document) From http://www.ncbi.nlm.nih.gov/pubmed/18996244

Holmback, et al., A. & Flansbjer, U. (). 'Reliability of gait performance tests in men and women with hemiparesis after stroke.' (Web Document) From http://www.ncbi.nlm.nih.gov/pubmed/15788341

Olmos, L., & Freixes, et al., O.(). 'Comparison of gait performance on different environmental settings for patients with chronic spinal cord injury. Spinal Cord.' (Web Document) From http://www.ncbi.nlm.nih.gov/pubmed/17923845

Lusardi, PT, PhD, M., & Fritz, PT, PhD, S.(). 'White Paper. Walking Speed: the Sixth Vital Sign.' (Web Document) From http://web.missouri.edu/~proste/tool/cv/White_Paper__Walking_Speed__the_Sixth_Vital_Sign_.2.pdf.

Palmer, M., & Epler, M. (1998), Fundamentals of Musculoskeletal Assessment Techniques, 2nd ed., PA, Lippincott-Raven Publishers.

Andersson, G., & Cocchiarella, L. (2004), Guides to the Evaluation of Permanent Impairment, 5th ed., AMA Press

Kosmahle, .().goniomet/gonintro.htm., Retrieved on 7/19/2006 12:00:00 AM., (Web Document) From http://academic.uofs.edu/faculty/kosmahle1/courses/pt350/

Gerhardt, J., Cocchiarella, L. & Lea, R. (2002), The Practical Guide to Range of Motion Assessment First Edition, American Medical Association

Volland, G., Weber, K., Dowe, M., Kashman, N., Rogers, S., & Mathiowetz, V. (1985). Grip and pinch strength: normative data for adults, Arch Phys Med Rehabil, Vol. 66, pp. 69-74

Wiemer, D., Federman, S., & Mathiowetz, V. (1986). Grip and pinch strength: norms for 6- to 19-year olds. Am J Occup Ther, Vol. 40, pp. 705-11

Davis, C., & Buddenberg, L. (1999). 'Test-Retest Reliability of the Purdue Pegboard', 'Test-Retest Reliability of the Purdue Pegboard with references', Vol. 54, pp. (Web Document) From http://ajot.aotapress.net/content/54/5/555.full.pdf.

(). 'Purdue Pegboard Test Instructions with references', (Web Document) From www.procarebv.nl/downloadproduct.php?id=291

Niebuhr, B., & Marion, R. (1990). Voluntary control of submaximal grip strength, AM J Phys Med Rehabil, Vol. 69, pp. 96-101

Matheson, L., Niemeyer, L., & Carlton, R. (1988), Grip strength in a disabled sample:  reliability and normative standards, Ind Rehabil Quarterly, Vol. 1, pp. 17-23

Volland, OTR, G., Weber, OTR, K., Dowe, OTS, M., N., Rogers, OTS, S., & Mathiowetz, MS, OTR-L, V.().  Grip and Pinch Strength:  Normative Data for Adults, Vol., pp..

Craig H. Lichtblau, M.D.
Board Certified Physical Medicine & Rehabilitation
Fellow, International Academy of Independent Medical Evaluators
**© 2002 by Craig H. Lichtblau, M.D.**