```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
                                    MIAMI DIVISION

                                    CASE NO: 1:18-CV-20642-DPG
```

Stanley Augusmar,

    Plaintiff,

v.

James River Insurance Company,

    Defendant.

_____/

Mediator's Report

Mediator, John S. Freud, serves this Mediator's Report, and states:

1. The noticed/specifically participating parties and/or their respective counsel/representative(s) (not otherwise excused by counsel), attended mediation on 4/1/2019.

2. The above matter adjourned.

3. All matters discussed at the mediation shall remain privileged and confidential, pursuant to the subject Mediation Confidentiality Agreement(if applicable) and/or Court Order(s), and applicable rule(s)/law.

<b><u>CERTIFICATE OF SERVICE</u></b>

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 2nd day of April, 2019, upon counsel/parties of record in the electronic filing system.

```
                              MEDIATION SOLUTIONS,INC.
                              P.O. Box 1986
                              Miami, FL 33233
                              Telephone: (305) 371-9120
                              Cell: (305) 725-0827
                              Jfreud@msolinc.net

                              By:  /s/ John S. Freud
                                   JOHN S. FREUD - Mediator
                                   FL BAR NO. 328308
```

10600-681/jsf