UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cv-20642-GAYLES

STANLEY AUGUSMAR,

        Plaintiff,

vs.

JAMES RIVER INSURANCE
COMPANY, a foreign corporation,

        Defendant.

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties file this Stipulation for Dismissal with Prejudice under Rule 41(1)(A)(ii) based upon the resolution of all claims between the parties. The parties shall bear their own attorney fees and costs.

| WEINSTEIN & COHEN, P.A. | FAUST GOETZ SCHENKER & BLEE |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant |
| Oaks Plaza - Suite 400 | 2 Rector St # 20 |
| 14125 NW 80th Avenue | New York, NY 10006 |
| Miami Lakes, Florida 33016 | Phone: 212-363-6900 |
| Miami       (305) 374-1011 | |
| By: /s/ Judson Cohen | By: /s/ Randy Faust |
|     JUDSON L. COHEN |     RANDY S. FAUST |
|     Fla. Bar No.: 0948748 | |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that this 13th day of May, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the

CM/ECF system and we also certify that the foregoing document is being served this day either via transmission of Notice of Electronic Filing generated by CD/ECF or in some other authorized manner to **Robert J. Squire, Esq., Tal Harari, Esq., RESNICK & LOUIS, P.C**., 1001 Brickell Bay Drive, Suite 2716, Miami, Florida 33131, Telephone and Fax: 305-432-9772, Primary E-Mail: rsquire@rlattorneys.com, Primary E-Mail: tharari@rlattorneys.com, Secondary E-Mail: dcastillo@rlattorneys.com and aoliva@rlattorneys.com (**Attorneys for Defendant**) and **Stephen A. Marino, Jr., Esq., S. Alice Weeks, Esq**., **VER PLOEG & MARINO, P.A**., 100 S.E. Second Street, 30th Floor, Miami, FL 33131, Phone: 305-577-3996, Fax: 305-577-3558, E-mails, smarino@vpm-law.com , smcgee@vpm-law.com , and sweeks@vpm-law.com (**Co-counsel for Plaintiff**).

| | |
|---|---|
| WEINSTEIN & COHEN, P.A. | FAUST GOETZ SCHENKER & BLEE |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Oaks Plaza - Suite 400 | 2 Rector St # 20 |
| 14125 NW 80th Avenue | New York, NY 10006 |
| Miami Lakes, Florida 33016 | Phone: 212-363-6900 |
| Miami          (305) 374-1011 | |
| | |
| By:  /s/ Judson Cohen | By:  /s/ Randy Faust |
|      JUDSON L. COHEN |      RANDY S. FAUST |
|      Fla. Bar No.: 0948748 | |